

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2020

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:  **United States v. Ruben Weigand,** No. S2 20 Cr. 188 (  )

Dear Judge Wang:

The Government writes respectfully to request that the Court unseal the above-referenced indictment, S2 20 Cr. 188. I have been advised that Ruben Weigand has now been arrested and is currently in custody in the Central District of California.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Christopher Dimase/Nicholas Folly/
Tara M. La Morte
Assistant United States Attorneys
(212) 637-1041

SO ORDERED:

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE

wheel "A" . J. Rakoff