```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        -v-                         :
                                    :   20-cr-188 (JSR)
RUBEN WEIGAND,                      :
                                    :       ORDER
                Defendant.          :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On March 17, 2020, the Court convened a telephonic bail review hearing in this case. Present by phone were Assistant U.S. Attorney Christopher Dimase for the Government and Michael Artan for defendant Ruben Weigand (who had waived his appearance at the conference). The entire session was also recorded by a court reporter. For the reasons stated by the Court, see Transcript 3/17/2020, the Court determines that there is no condition or combination of conditions that will reasonably assure the appearance of defendant as required. See 18 U.S.C. § 3142(e). Because, however, defendant is presently being detained in California, the arraignment will not occur until April 28, 2020, at 2:00 p.m.

   SO ORDERED.

Dated:   New York, NY
         March 17, 2020

_____
JED S. RAKOFF, U.S.D.J.
3-17-2020