UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUBEN WEIGAND,<br><br>            Defendant. | Case No.: 1:20-cr-00188-JSR |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for Defendant Ruben Weigand.

    I certify that I am admitted to practice before this Court.

Dated: March 31, 2020

    Respectfully submitted,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    *s/ Michael S. Sommer*
    Michael S. Sommer
    1301 Avenue of the Americas, 40th Floor
    New York, New York 10019
    Telephone: (212) 999-5800
    Facsimile: (212) 999-5899
    Email: msommer@wsgr.com

    *Counsel for Defendant Ruben Weigand*