UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUBEN WEIGAND,<br><br>    Defendant. | Case No.: 1:20-cr-00188-JSR |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel in this case for Defendant Ruben Weigand.

  I certify that I am admitted to practice before this Court.

Dated:  March 31, 2020      Respectfully submitted,

                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation

                *s/ Morris J. Fodeman*
                Morris J. Fodeman
                1301 Avenue of the Americas, 40th Floor
                New York, New York 10019
                Telephone: (212) 999-5800
                Facsimile: (212) 999-5899
                Email: mfodeman@wsgr.com

                *Counsel for Defendant Ruben Weigand*