UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RUBEN WEIGAND,

        Defendant.

Case No.: 1:20-cr-00188-JSR

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for Defendant Ruben Weigand.

    I certify that I am admitted to practice before this Court.

Dated:  March 31, 2020

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Katherine T. McCarthy*
Katherine T. McCarthy
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: kmccarthy@wsgr.com

*Counsel for Defendant Ruben Weigand*