

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899
**www.wsgr.com**

April 3, 2020

**VIA CM / ECF**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Weigand*, No. 1:20-cr-00188-JSR

Dear Judge Rakoff:

    This letter is submitted at the request of the Court to confirm that the undersigned and his firm request leave to withdraw from the above-referenced matter due to a conflict that was discovered immediately after we filed our Notice of Appearance. Michael Artan, Los Angeles based counsel to Mr. Weigand is remaining on the matter, and I also expect that Mr. Weigand will be engaging other New York based counsel in the coming days. I have been advised by government counsel that there is no objection to this request.

        Respectfully submitted,

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation

        *s/ Michael S. Sommer*
        Michael S. Sommer

cc:  All Counsel of Record (via CM / ECF)

So ordered.
April 3, 2020

_____
United States District Judge