# EXHIBIT A



**Global Language Services**
Translations · Interpreting
DTP · Localization

KERN Corporation
52 Vanderbilt Avenue, Suite 1503
New York, NY 10017

Tel. (212) 953-2070
Fax (212) 953-2073
kern.ny@e-kern.com

www.e-kern.com

April 2, 2020

State of : New York

County of : New York

ss.:

# CERTIFICATE OF ACCURACY

*IT IS HEREBY CERTIFIED*, that KERN Corporation, a corporation organized and existing under the laws of the State of New York, is professionally engaged in the rendering of foreign language translation services; that the document listed below has been translated by a competent translator according to our certification pursuant to **ISO standards 9001:2015 and 17100:2015**.

## MEDICAL REPORTS REGARDING RUBEN WEIGAND

*from the* **GERMAN** *language into the* **ENGLISH** *language and that the said translation is a true, correct and complete rendering of the said document to the best of our knowledge and belief.*

Signed by: _____
(Eric Schloss)

San Francisco: KERN Corporation · The Russ Building · 235 Montgomery Street, Suite 946 · San Francisco, CA 94104
Tel. (415) 433 5376 · Fax (415) 433 5377 · kern.sf@e-kern.com
**London:** Tel. 011 44 (20) 78 31 56 00 · **Frankfurt:** Tel. 011 49 (69) 75 6073-0 · **Berlin:** Tel. 011 49 (30) 24 7212 50 · **Paris:** Tel. 011 33 (1) 53 93 85 20
**Hong Kong:** Tel. 011 (852) 28 50 44 55 · **Amsterdam:** Tel. 011 31(20) 520 07 40 · **Lyon:** Tel. 011 33 (4) 783 783 73



Seegartenklinik GmbH - Adenauerplatz 4/1 - 69115 Heidelberg, Germany

Mr. Ruben Weigand
Am Hain 2
56414 Molsberg
Germany

SeegartenKlinik GmbH
Adenauerplatz 4/1
69115 Heidelberg, Germany

Adenauerplatz 2
69115 Heidelberg, Germany

Telephone: +49 (0) 6221 - 39 29 300
Fax: +49 (0) 6221 - 39 29 309

info@seegartenklinik.de
www.seegartenklinik.de

Heidelberg (Germany), March 8, 2018

## Report

**Patient: Mr. Ruben WEIGAND, born on April 17, 1982**

**Inpatient from March 6 to March 8, 2018**

**Diagnoses:**   Strong suspicion of obstructive sleep apnea syndrome

**Medical history:** The patient reports increased headaches, recurrent sinusitis and daytime tiredness with occasional concentration problems. The patient presented himself to us for clarification of a sleep apnea syndrome.

**Vigilance test dated March 6, 2018:** Vigilance test 375.4 ms, standard deviation 46.0 ms, missing reaction 1.7 %, missing reaction 1.7 %, unfounded reaction 10 abs. pathological.

**Pupillometry dated March 6, 2018:** Pupil diameter 6.16, PUI 2.18. Inconspicuous.

**Sleeping quality questionnaire (Pittsburgh questionnaire; PSQI) dated March 6, 2018:** Score 5. Discretely pathological.

**ECG dated March 8, 2018:** heart rate 93/min, sinus rhythm, normal ECG.

**Pulmonary function test dated March 6, 2018:** normal spirometry.

**Polysomnographic findings of March 6, 2018:** AHI 14.1 hours, apnea index 0.1 per hour, apneas 1 n, hypopneas 113 n, longest apnea 48 sec., snoring index 34.4 per h., desaturation index 18.9 per h., deepest desaturation 80 %, medium desaturation 93 %, PLM index 19.4 per h., sleep latency 21.5 min., REM latency 4.5 min., TIB 534.2 min., TST 389.2 min., arousal index 8.2 per h., number of arousals (n) respiratory 14, motoric 37.

Registered office:
Heidelberg, Germany

Managing Director:
Dr. Robert Frey

Local court of Mannheim:
HRB 701711

Tax number: 32498 / 21493
VAT ID no.: DE 252590460

Bank details:

Sparkasse Heidelberg
IBAN: DE06 6725 0020 0009 1335 18
SWIFT-BIC: SOLADES1HDB

Commerzbank Heidelberg
IBAN: DE70 6728 0051 0466 9800 00
SWIFT-BIC: DRESDEFF672

**Patient: Mr. Ruben WEIGAND, born on April 17, 1982**

**Summary:** According to the findings at hand, this is a hypoventilation syndrome with corresponding oxygen depletion, this may be within the scope of a suspected dysgnathia. An appropriate control in the sleep laboratory (second night) to confirm this finding is strongly recommended.

Sincerely yours

[Signature]

Dr. med. K. Benotmane
Medical Director – Center for Sleep Medicine
Seegartenklinik Heidelberg, Germany



Seegartenklinik GmbH - Adenauerplatz 4/1 - 69115 Heidelberg, Germany

Mr. Ruben Weigand
Am Hain 2
56414 Molsberg
Germany

SeegartenKlinik GmbH
Adenauerplatz 4/1
69115 Heidelberg, Germany

Adenauerplatz 2
69115 Heidelberg, Germany

For information: Dr. med. Frey, - on the premises -

Telephone: +49 (0) 6221 - 39 29 300
Fax: +49 (0) 6221 - 39 29 309

info@seegartenklinik.de
www.seegartenklinik.de

Heidelberg (Germany), April 4, 2018

## Report

**Patient: Mr. Ruben WEIGAND, born on April 17, 1982**

**Inpatient from April 9 to April 10, 2018**

**Diagnoses:** Obstructive sleep apnea syndrome G47.31

**Medical history:** The patient reports increased headaches, recurrent sinusitis and daytime tiredness with occasional concentration problems. The patient presented himself to us for clarification of a sleep apnea syndrome.

**II: NIGHT:**

**Pupillometry dated April 9, 2018:** Pupil diameter 5.85, PUI 3.04.

**ECG dated April 9, 2018:** heart rate 87/min, sinus rhythm, normal ECG.

**Polysomnographic findings of April 9, 2018:** AHI 32.5 hours, apnea index 1.4 per hour, apneas 10 n, hypopneas 221 n, longest apnea 40 sec., snoring index 61.3 per h., desaturation index 40.3 per h., deepest desaturation 82 %, medium desaturation 91 %, PLM index 18.8 per h., sleep latency 3.0 min., REM latency 0.0 min., TIB 426.9 min., TST 329.3 min., arousal index 5.3 per h., number of arousals (n) respiratory 14, motoric 16.

**Summary:** The current polysomnographic findings continue to show a significant hypoventilation syndrome with corresponding oxygen depletion consistent with suspected dysgnathia. After detailed consultation with the patient, surgical rehabilitation is recommended.

Sincerely yours

[Signature]

Dr. med. K. Benotmane
Medical Director – Center for Sleep Medicine
Seegartenklinik Heidelberg, Germany

Registered office:
Heidelberg, Germany

Managing Director:
Dr. Robert Frey

Local court of Mannheim:
HRB 701711

Tax number: 32498 / 21493
VAT ID no.: DE 252590460

Bank details:

Sparkasse Heidelberg
IBAN: DE06 6725 0020 0009 1335 18
SWIFT-BIC: SOLADES1HDB

Commerzbank Heidelberg
IBAN: DE70 6728 0051 0466 9800 00
SWIFT-BIC: DRESDEFF672

# EXHIBIT B



**SeegartenKlinik**
HEIDELBERG

SeegartenKlinik GmbH - Adenauerplatz 4/1 - 69115 Heidelberg

SeegartenKlinik GmbH
Adenauerplatz 4/1
69115 Heidelberg

Adenauerplatz 2
69115 Heidelberg

Telefon: 06221 - 39 29 300
Telefax: 06221 - 39 29 309

info@seegartenklinik.de
www.seegartenklinik.de

Heidelberg, 21th april 2020

To whom it may concern;

I was asked by Ruben Weigand's life partner, Hannah Fiedler, to provide the following medical opinion.

Mr. Ruben Weigand came to our clinic in 2018 seeking diagnosis and treatment options of what turned out to be obstructive sleep apnea syndrome (OSA). Dr. Benotmane, head of our center for sleep medicine, who conducted Mr. Weigand's sleep study, referred him to me on April 10, 2018 for further evaluation and treatment. In my department a second diagnosis was detected, concerning an upper airway resistance syndrome (UARS).

Mr. Weigand's oxygen levels drop significantly at night as shown by the sleep study. Additionally, he presented with recurring sinusitis and mouth breathing which are an indication of a severe compromised immune system. I advised Mr. Weigand that he should consider surgery to correct the skeletal dysgnathia, but to start with lifestyle changes, i.e. losing weight and exercise regularly to see if his condition would improve.

Although it is too early in the pandemic spread of the novel coronavirus to know exactly how much higher the risk for a sleep apnea / upper airway resistance syndrome patients is to have a severe course of infection, the following is clear: Anyone whose immune system is compromised is at a significant risk to become severely, possibly fatally, ill when infected with the coronavirus. Sleep apnea and resistance in upper airway often cause a weakened immune system and Mr. Weigand presented corresponding severe symptoms.

Besides the lifestyle changes mentioned above, it is extremely important that a sleep apnea / upper airway resistance patient supports his immune system by practicing respiratory wellness, which includes an optimal sleep setup, regular exercise in fresh unpolluted air and a healthy diet.

Best regards,

Dr. Robert Frey
Medical Director of SeegartenKlinik

412076
Dr. Robert-Marie Frey
Fachzahnarzt für Oralchirurgie
Adenauerplatz 4/1
69115 Heidelberg
Tel. 06221/26035 · Fax 2 0139

Sitz der Gesellschaft:
Heidelberg

Geschäftsführer:
Dr. Robert Frey

Amtsgericht Mannheim:
HRB 701711

Steuernummer: 32498 / 21493
USt.-IdNr.: DE 252590460

Bankverbindungen:

Sparkasse Heidelberg
IBAN: DE06 6725 0020 0009 1335 18
SWIFT-BIC: SOLADES1HDB

Commerzbank Heidelberg
IBAN: DE70 6728 0051 0466 9800 00
SWIFT-BIC: DRESDEFF672

# EXHIBIT C

Mirko Hüllemann　　　　　　　　　　　　　　　　　　　　　Heidelberg, April 13, 2020
Albert-Ueberle-Strasse 16
69120 Heidelberg
Germany


The Honorable Jed S. Rakoff
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


To the Honorable Judge Rakoff;

Today, I am writing this letter with great earnestness in favor of my longtime friend and business partner Ruben Weigand. Ruben and I met more than 10 years ago through mutual business acquaintances, and we became business partners and steadfast friends. He grew up in a family of 5 and his parents, both teachers, raised him to be a solid, honest and down-to-earth man. I consider Ruben part of my family and he has my full support.

I know Ruben to be an honest businessman, who always follows through on an agreement. In all these years, he has always, without fail, stood by his word. Ruben impresses with his humility and compassion for others. I have witnessed him treating everyone always with kindness and respect. I cannot imagine that Ruben would ever act dishonestly.

Sincerely yours,

*[signature]*

Mirko Hüllemann

# EXHIBIT D

The Honorable Jed S. Rakoff
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Honor,

The purpose of this letter is to support my dear friend Ruben Weigand in his current situation.

I know Ruben for almost ten years and we were introduced by a common friend in my hometown Munich. Over the years, we met more and more frequently. Initially for business occasions when we attended the same conferences but then also had the chance to meet Ruben's family for the first time and I can attest him as an absolute family person.

He has an exemplary relation to his parents and siblings.

I will never forget when Ruben —back then still a student I believe- supported his parents after their failing with a franchise operation and they were close to loosing their house.

With his support and keeping the family together, they made it through this crisis together.

To me this also explains the role Ruben plays for his younger brother Quintus to whom Ruben means more than just a brother, he is another father figure.

Ruben's open, warm and generous kind made him to one of my closest friends.

I value his advice when ever I ask Ruben for (and also when I don't ask for) and he is a man with great principles and stands for his word.

If I need help, I know that I can rely on Ruben and I sincerely hope that my letter can do some help to get a true picture of Ruben and his character.

Sincerely,

Markus Fuchs
Markus.fuchs@wirecard.com
+49 173 706 2712

# EXHIBIT E

The Honorable Jed S. Rakoff
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE: Ruben Weigand**

Dear Judge Rakoff; (Your Honor;)

Thank you for allowing me to share my experiences with your Honor in regard to Mr. Ruben Weigand.  I have known Ruben for about 10 years and witnessed his career from the first time he set foot in the Payment Industry. Throughout the years, Ruben developed to a very successful and knowledgeable eCommerce payment expert who always maintained close relationships with bank acquirers and regulators. A few years back, Ruben actually became the managing director of a Luxembourg licensed Payment Institution. To make a long story short, Ruben is very familiar and acquainted with the rapidly changing payment regulations, set out by the regulators such as Visa and Mastercard. It took me entirely by surprise to hear that  Ruben had been taken in custody by the US Justice Department. I hope that Ruben will be granted the chance to clear his name as I can't picture him to have engaged into business practices that are not in-line with domestic regulations.

I have known Ruben as an accountable person who always helped others who weren't as fortunate as himself. Now, I guess it is my time to put in a good word for Ruben.

Anyhow, I don't want to take up any more of your valuable time, but one thing is for certain, Ruben is going to stay his man in court and won't flout the law by failing to appear.

Perhaps you can grant Ruben the privilege to join his girlfriend who stayed back in New York and properly prepare for the trial ahead of him.

And of course, we as friends of Ruben are also prepared to raise funds for a potential bail requirement if found necessary to provide.

Thank you for your time and consideration.

Best Regards / Mit freundlichen Grüßen

Benjamin Bayr