```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
 UNITED STATES OF AMERICA           :
                                    :         S3 20-cr-188(JSR)
         v.                         :
                                    :         ORDER
 RUBEN WEIGAND,                     :
                                    :
         Defendant.                 :
----------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

WHEREAS, Ruben Weigand ("Weigand"), a defendant in the above-captioned case, was arrested in the Central District of California on March 9, 2020, pursuant to a warrant issued in the Southern District of New York;

WHEREAS, Weigand has been detained in the Santa Ana City Jail in the Central District of California since that date;

WHEREAS, as this Court recognized in its Memorandum Order entered on April 27, 2020, "the Santa Ana City Jail has not recorded any cases" of the coronavirus "among its inmates and staff" (Order at 5);

WHEREAS, under the Federal Bureau of Prisons' most recently issued guidance on modified operations because of the coronavirus, "inmate internal movement is suspended with limited exceptions";

WHEREAS, the defense has requested that Weigand not be transferred to the Southern District of New York pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure and that he remain in the Santa Ana City Jail for the next 30 days;

WHEREAS, the government does not oppose this request;

WHEREAS, the Court has jurisdiction to delay the transfer of the defendant pursuant to Fed. R. Crim. P. 5(c)(3); and

WHEREAS, trial of this case, at the joint request of the parties, is scheduled to begin on December 1, 2020;

IT IS HEREBY ORDERED that Defendant Ruben Weigand not be removed to the Southern District of New York for 30 days from the date of this Order and that the parties report to the Court, prior to the expiration of the 30-day period, as to whether an order of removal should be entered.

SO ORDERED.

Dated: New York, NY
       May 1, 2020

_____
United States District Judge