## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Case No.: 20-cr-188 (JSR) |
| HAMID AKHAVAN AND RUBEN WEIGAND, | ) |
| Defendants. | ) |

## NOTICE OF DEFENDANT RUBEN WEIGAND'S MOTION FOR A BILL OF PARTICULARS

PLEASE TAKE NOTICE that the undersigned counsel, on behalf of defendant Ruben Weigand, move this Court for an order, pursuant to Federal Rule of Criminal Procedure 7(f), directing the Government to provide a bill of particulars as set forth in the enclosed Memorandum of Law.

Dated:  New York, New York
        May 14, 2020

Respectfully submitted,

DECHERT LLP

By: /s/ Michael J. Gilbert

Andrew J. Levander
Michael J. Gilbert
Shriram Harid
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Andrew.levander@dechert.com
Michael.gilbert@dechert.com
Shriram.harid@dechert.com

Michael H. Artan
Michael H. Artan, Lawyer, A Professional Corporation
1 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90071
michaelartan@yahoo.com

*Attorneys for Defendant Ruben Weigand*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 14th day of May, 2020, I electronically filed this Memorandum of Law in Support of Defendant Ruben Weigand's Motion for a Bill of Particulars, along with the accompanying Notice of Motion, using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Michael J. Gilbert*
Michael J. Gilbert

*Attorney for Defendant Ruben Weigand*