UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA          :
                                  :        S3 20-cr-188(JSR)
        -v-                       :
                                  :        ORDER
RUBEN WEIGAND                     :
                                  :
        Defendant.                :
-----------------------------------x

JED S. RAKOFF, U.S.D.J.

      Pursuant to the parties' joint letter dated May 22, 2020,

this Court's May 1 order directing that the defendant be

detained at the Santa Ana City Jail, without being removed to

the Southern District of New York, will remain in effect until

June 30, 2020.

      Prior to that date, the parties are directed to report to

the Court as to whether an order of removal should be entered at

that time.

      SO ORDERED.

Dated: New York, NY
       May 24, 2020                _____
                                   United States District Judge

1