UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      -against-<br><br>RUBEN WEIGAND,<br><br>                 Defendant. | 20-cr-00188 (JSR) |

## NOTICE OF FILING OF LETTER

      PLEASE TAKE NOTICE that attached is a letter to Hon. Jed R. Rakoff from Michael J. Gilbert dated June 22, 2020 re: Status Update as per Order of May 1, 2020.

Dated: New York, New York
       June 22, 2020                            DECHERT LLP

                                                By: /s/ Michael J. Gilbert
                                                     Michael J. Gilbert
                                           michael.gilbert@dechert.com
                                           Three Bryant Park
                                           1095 Avenue of the Americas
                                           New York, New York 10036-6797
                                           Tel.:(212) 698-3500
                                           Fax: (212) 698-3599

                                           *Attorneys for Ruben Weigand*