

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

---

**MICHAEL J. GILBERT**

michael.gilbert@dechert.com
+1 212 698 3886  Direct
+1 212 698 0426  Fax

June 22, 2020

The Honorable Jed R. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Weigand, et al.*, 20 cr. 188

Dear Judge Rakoff:

We represent Ruben Weigand ("Weigand"), a defendant in the above-captioned case, who is currently being detained in the Santa Ana City Jail in the Central District of California. On May 24, 2020, this Court ordered that its "May 1 order directing that [Weigand] be detained at the Santa Ana City Jail, without being removed to the Southern District of New York, will remain in effect until June 30, 2020." ECF No. 42. The Court further directed the parties to report to the Court, prior to June 30, "as to whether an order of removal should be entered at that time." *Id.*

The parties have conferred and write to request respectfully that this Court's Order staying Weigand's removal to the Southern District of New York remain in effect for an additional 30 days, and that no order of removal be entered at this time.

Respectfully Submitted,

*/s/ Michael J. Gilbert*

Michael J. Gilbert

CC:   AUSA Christopher J. DiMase
      AUSA Nicholas Folly
      AUSA Tara La Morte
      William A. Burck, Esq.

SO ORDERED

/s/ Jed Rakoff
USDJ
6-23-20