**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )  Case No.: 20-cr-188 (JSR) |
| HAMID AKHAVAN AND RUBEN WEIGAND, | ) |
| Defendants. | ) |

## NOTICE OF DEFENDANT RUBEN WEIGAND'S MOTION TO DISMISS THE INDICTMENT

PLEASE TAKE NOTICE that the undersigned counsel, on behalf of defendant Ruben Weigand, move this Court for an order, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B), dismissing superseding indictment S3 20 Cr. 188 (the "Indictment") with prejudice. Oral argument on this motion is scheduled for July 27, 2020 at 11 AM.

Dated:  New York, New York
        June 26, 2020

Respectfully submitted,

DECHERT LLP

By: */s/ Andrew J. Levander*

Andrew J. Levander
Michael J. Gilbert
Shriram Harid
Steven Pellechi
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Andrew.levander@dechert.com
Michael.gilbert@dechert.com
Shriram.harid@dechert.com

Michael H. Artan
Michael H. Artan, Lawyer, A Professional Corporation
1 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90071
michaelartan@yahoo.com

*Attorneys for Defendant*
*Ruben Weigand*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on the 26th day of June, 2020, I electronically filed this Memorandum of Law in Support of Defendant Ruben Weigand's Motion to Dismiss the Indictment, along with the accompanying Notice of Motion, using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/
Andrew J. Levander

*Attorney for Defendant Ruben Weigand*