# EXHIBIT C



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2020

**VIA HAND DELIVERY**

| Michael Artan | Michael Gilbert | Andrew Levander |
|---|---|---|
| michaelartan@yahoo.com | michael.gilbert@dechert.com | andrew.levander@dechert.com |

Re:   *United States v. Ruben Weigand,* **S3 20 Cr. 188 (JSR)**

Dear Counsel:

Based on your request for discovery in this case, we have provided you with a USB drive containing the results of forensic analyses performed on several devices seized from the defendant pursuant to his arrest. Although the USB drive is not marked with a Bates number, the Government is deeming the USB drive marked with Bates number RW_USAO_00000072. The contents of the USB drive are being produced under the terms of the Protective Order entered in this case.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Christopher J. DiMase / Nicholas S. Folly /
Tara LaMorte
Assistant United States Attorneys