UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

CASE NO. 20-CR-188

-v-

HAMID AKHAVAN,

    a/k/a "Ray Akhavan",

    Defendant.
------------------------------------------------------------X

## WAIVER OF APPEARANCE

In accordance with the communications between the parties and the Court on July 15, 2020, the above-named defendant hereby states that (1) the defendant has received a copy of the pre-trial motions, oppositions, and replies set for argument on July 27, 2020; (2) the defendant is aware that his counsel, counsel for the co-defendant, counsel for the Government, and the Court have consented to conduct the hearing by teleconference or video conference; (3) the defendant understands he has a right to appear in person at oral argument and hereby waives that right; and (4) the defendant will appear by teleconference or video conference.

DATED: July 24, 2020

DATED: _____

_____
Defendant

_____
Defense Counsel

Based on the foregoing, it is hereby **ORDERED** that the defendant's waiver of appearance at oral argument is **APPROVED**.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE