UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           -against-<br><br>RUBEN WEIGAND,<br><br>                    Defendant. | 20-cr-00188 (JSR) |

## NOTICE OF FILING OF LETTER

PLEASE TAKE NOTICE that attached is a letter to Hon. Jed R. Rakoff from Andrew J. Levander dated August 18, 2020 re: Stay of Removal to New York.

Dated: New York, New York
           August 18, 2020                        DECHERT LLP


                                                  By:  /s/ Andrew J. Levander
                                                        Andrew J. Levander
                                                  andrew.levander@dechert.com
                                                  Three Bryant Park
                                                  1095 Avenue of the Americas
                                                  New York, New York 10036-6797
                                                  Tel.:(212) 698-3500
                                                  Fax: (212) 698-3599

                                                  *Attorneys for Ruben Weigand*