# EXHIBIT C:

**R. Weigand Medical Records as of September 24, 2020**

## NAPHCARE MEDICAL DEPARTMENT
### SICK CALL REQUEST-MANAGED BY TECHCARE

| | |
|---|---|
| Date and Time Received | Received By |
| 9/17/20 1300 | � |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| WEILAND, RUBEN | ▇ | 3A-08 | 221172 20-1825 | 9/16/2020 |

**Complaint (Queja)**

Can you please issue he a blue card for my contact lenses? My glasses one have been taken from me and my lawyer will drop more contacts on Saturday 9/8/2020

Inmate Signature (Firma de Recluso)

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review
☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental
☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other!

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 09/17/20 | 1300H | Jonathan M |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**A:**

**P:**

**E:** MR Contacts will need to pass security inspection upon receipt. Once received, you will be provided a blue card

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | 9-17-2020 | 1510 |

**For Jail Use Only**

Jan 2019   ▇   Inmate   Sick Call Request – Bi Lingual

## NAPHCARE MEDICAL DEPARTMENT
### SICK CALL REQUEST-MANAGED BY TECHCARE

| Date and Time Received | Received By |
|---|---|
| 3:11 pm | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| WEIGAND, RUBEN | ▮▮▮▮ | 3A-08 | 221172 | 3/12/2020 |

**Complaint (Queja)**

My glasses have been taken for decontamination and I need a container to store my contacts, so I'll be able to see in the mornings before medical replaces them

Inmate Signature (Firma de Recluso)

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review ☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental ☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| | | |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**A:**

**P:**

**E:**
CONTAINER SUPPLIED

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RWH, RN | 9-13-20 | 1610 |

**For Jail Use Only**

White – Chart      Canary – Inmate
Sick Call Request – Bi Lingual

WEIGAND, RUBEN (P00221172) 2000001823

Case 1:20-cr-00188-JSR   Document 98-3   Filed 09/24/20   Page 4 of 143

diagrams, proposed tx plan, etc. for review by MMB prior to care. Thank you.

MMB Reviewer: _____   MMB Physician: _____   Date: _____

Comments:

08/28/2020 5:43AM - Review Complete by jamie.hamilton
GI consult, for biliary stent removal, approved at this time. If further testing, treatment or surgery is required please submit another ePMR with supporting objective medical documentation/notes, lab results, x-rays, diagrams, proposed tx plan, etc. for review by MMB prior to care. Thank you.

08/27/2020 2:51PM - Prisoner Medical Request initiated by kelly.gutierrez_2
GASTRO

WEIGAND, RUBEN (P00221172) 2000001825

Module: 3C 11

Inmate Name: Weigand, Ruben

DOB: ▉▉▉▉

Date: 8/25/2020

Booking#: 802311-73

## MEDICAL AUTHORIZATION FOR:

☐ Low bunk/Low tier D/T: _____

☐ Nothing to eat or drink after midnight     Medical appt

Stop date 8/27/20

☑ Other: Ok to use IS / keep in cell.

8/25/2020

## ANAHEIM GLOBAL MEDICAL CENTER
### Patient Discharge Instructions

Patient Name: **(Secured) WEIGAND, RUBEN**

Visit ID: **100242549**    MR Number: **001092540**

DOB: ▮▮▮▮▮▮▮▮    Discharged:

Attending: **MINMIN MYA**

|||||||| BARCODE ||||||||

---

Patient Education

---

Piperacillin/Tazobactam (Injection) (Injectable)
Language: ENGLISH    Provided on: 08/16/2020 8:54 am

---

Discharge Instructions

---

**Discharge Date/Time**
- 08/24/2020 05:02 pm

**Medical Follow Up**
- Take your discharge instructions and your discharge medication list to your follow-up doctor visit.

**1) Physician Name**
- Dr.Gaddam, Syam

Group Note: Follow up with GI doctor in 3-4 weeeks

**1) Call for Appointment**
- Yes

**Home Health Services / Medical Equipment / Referrals**
- .

---

Discharge Instructions 2

---

**Symptoms To Report To MD**
- Signs and symptoms of infection, fever
- Increased redness, swelling, pain, drainage, numbness or coolness at any surgery site
- Bleeding
- No bowel movement for 2-3 days
- Abdominal distention
- Feeling weak or dizzy

**Pain Control Plan**
- Take pain medicine as ordered. Call your doctor if your medicine is ineffective, if your pain changes or you have new pain.

**Wound Care**
- Keep dry and clean

SIGNATURE/DATE/TIME

Provided by: _____    Provided by: _____

Received by: _____    Received by: _____

## ANAHEIM GLOBAL MEDICAL CENTER
### Patient Discharge Instructions

Patient Name:  **(Secured) WEIGAND, RUBEN**

Visit ID:       **100242549**                          MR Number:   **001092540**

DOB:        ███████████████                            Discharged:

Attending:    **MINMIN MYA**

Discharge

## COMMUNITY RESOURCES
- Suicide Prevention Lifeline  1-800-273-8255

## HEALTH-RELATED WEBSITES
- www.justmove.org - Physical Activity
- www.americanheart.org - Heart Education
- www.deliciousdecisions.org - Healthy Recipes
- www.aa.org - Alcoholics Anonymous

SIGNATURE/DATE/TIME

Provided by: _____        Provided by: _____

Received by: _____        Received by: _____

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Discharge Summary Note

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/24/2020 16:40 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

| Age: 38Y | DOB: | Room: 408 | Bed: 1 | Visit #: 100242549 |
|---|---|---|---|---|
| Attending Physician: MYA, MINMIN | | Created By: HARN, ABRAHAM | | Creation Date: 08/24/2020 16:40 |

## Admitting Diagnosis

RIGHT UPPER QUADRANT PAIN

## Discharge Diagnosis

CALCU GB BD W/O CHOLCYST W/OBST

## Discharge Condition

Stable and improved.

## HISTORY

## Allergies

Last Verified By: JOANA CENDANA, RN on 08/15/2020 19:20
No Known Drug Allergies

## RESULTS

## Laboratory

No Lab Results for the past 24 hours

| Order | Test | Value | Reference Range | Comments | Status | Collection |
|---|---|---|---|---|---|---|

## PLAN OF CARE

### Assessment:

Obstructive jaundice
Choledocholithiasis s/p ERCP with biliary stent and sphincterotomy
s/p cholecystectomy 8/22
Custody

### Plan:

discharge back to jail
follow up with GI in 3-4 weeks to plan for biliary stent removal.

WEIGAND, RUBEN (P00221172) 2000001825

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Progress Note - Gastroenterology

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/24/2020 15:37 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

| Age: 38Y | DOB: | Room: 408 | Bed: 1 | Visit #: 100242549 |
|---|---|---|---|---|

| Attending Physician: MYA, MINMIN | Created By: GADDAM, SYAM P. | Creation Date: 08/24/2020 15:37 |
|---|---|---|

## Allergies

Last Verified By: JOANA CENDANA, RN on 08/15/2020 19:20
No Known Drug Allergies

## Home Medications

## INTERVAL HISTORY

Hospital Day:        Post-op Day:        S/P:

## VITAL SIGNS

T-max (Last 24 hours):98.5 F        08/23/2020 16:00

**Last Set of Vitals:**
BP: 103/59   08/24/2020 08:00
Pulse: 69   08/24/2020 08:00
Temp: 98.0 F   08/24/2020 08:00
Resp: 20   08/24/2020 08:00
O2 Sat: 98.0%(Mask,Face)   08/24/2020 08:00
Calculated BMI: 25.6   08/15/2020 19:16

**Pain:** ⓪ 1  2  3  4  5  6  7  8  9  10   Scale:  Numeric   Wong Baker ©

## INTAKE & OUTPUT

## PHYSICAL EXAM

Const: ☒ NAD        ☐ Appears stated age

Documentation Cont. Next Page

WEIGAND, RUBEN (P00221172) 2000001825

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Progress Note - Gastroenterology

| Patient: | Sex: | DOS: | MR#: | Admit Date: | Discharge Date: |
|---|---|---|---|---|---|
| WEIGAND, RUBEN | Male | 08/24/2020 15:37 | 001092540 | 08/16/2020 01:25 | |

## SIGNATURE

*Signature attests that all pages have been reviewed and completed*

SYAM P. GADDAM, MD
Physician Electronically signed by

08/24/2020 15:38
Date

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

| Progress Note - Internal Medicine |
|---|

| **Patient:** WEIGAND, RUBEN | **Sex:** Male | **DOS:** 08/24/2020 08:38 | **MR#:** 001092540 | **Admit Date:** 08/16/2020 01:25 |
|---|---|---|---|---|

| **VTE PROPHYLAXIS:** | IPC | LOVENOX | ARIXTRA | NONE |
|---|---|---|---|---|
| **GI PROPHYLAXIS:** | PROTONIX | PEPCID | NONE | |

## RESULTS

### LABS

| Order | Test | Value | Reference Range | Comments | Status | Collection |
|---|---|---|---|---|---|---|
| No Lab Results for the past 24 hours | | | | | | |

## ASSESSMENT AND PLAN:

Assessment:
Obstructive jaundice
Choledocholithiasis s/p ERCP with biliary stent and sphincterotomy
s/p cholecystectomy 8/22
Custody
 Plan:
s/p cholecystectomy.
s/p ERCP with biliary stent and sphincterotomy
LFTs continue to downtrend. Removal of biliary stent?

Discharge to CMS once medically stable.

## PHYSICIAN SIGNATURE

*Signature attests that all pages have been reviewed and completed*

ABRAHAM HARN, D.O.
Physician Electronically signed by

08/24/2020 08:41
Date

WEIGAND, RUBEN (P00221172) 2000001825

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Long History and Physical

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/16/2020 14:23 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

| Age: 38Y | DOB: ███ | Room: 201 | Bed: 1 | Visit #: 100242549 |
|---|---|---|---|---|
| Attending Physician: MYA, MINMIN | | Created By: TRINH, HOI K. | | Creation Date: 08/16/2020 14:23 |

## HPI

Complaint: Jaundice

History limited by:   unconsciousness     mental impairment     uncooperativeness     intoxication

communication barrier

other:

History of present illness: This is a 38 years old male from Luxembourg,he was admitted for jaundice. He complained of some stomach upset for the last 10-day no nausea no vomiting no diarrhea. he does not drink excessively. He had 1 shot a hepatitis A vaccine and he was told complete. he had no vaccination for hepatitis B. He had one girlfriend which he saw a week for 12-year. He denied raw food eating. No fever no weight loss no homosexuality.
Past medical history none
Surgical history none
Does not take any medication
Family history benign noncontributory

## ROS

GENERAL: No Fevers; No Weight Loss; No Exercise Intolerance
NOSE, THROAT: No Discharge; No Dentures; No Sore Throat
GENITOURINARY: No Dysuria; No Incontinence
SKIN: No Rashes; No Erythema; No Sores
MUSCULOSKELETAL: No Joint Pain; No Muscle Aches; No Swelling
HEMATOPOIETIC: No Bleeding Problems
RESPIRATORY: No Cough; No Pleuritic Chest Pain
EYES: No Redness; No Blurry Vision
CARDIOVASCULAR: No Chest Pain; No Palpitations; No Lightheadedness
GASTROINTESTINAL: Abdominal Pain; No Hematemesis; No Diarrhea
NEUROLOGIC: No Ataxia; No Focal Modal Deficits; No Seizures

## PAST MEDICAL/SURGICAL HISTORY

### Full Problem List

### Allergies

Last Verified By: JOANA CENDANA, RN on 08/15/2020 19:20
No Known Drug Allergies

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Long History and Physical

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/16/2020 14:23 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

Const:   ☐ NAD   ☒ Appears stated age

Eyes:   ☐ EOMI   ☒ PERRL   ☐ No conjunctival injection   ☐ Sclera anicteric   ☐ Not examined
Jaundice

Lung:   ☒ CTA B/L   ☒ No wheezes/rales/rhonchi   ☐ Not examined

Abd:   ☒ Non-tender   ☐ Normal bowel sounds   ☒ No guarding/rebound   ☒ No organomegaly   ☐ Heme neg   ☐ Not examined

Musc:   ☒ Joints normal   ☒ ROM normal   ☐ Not examined

Ext:   ☒ No clubbing/cyanosis/edema   ☐ No calf tenderness   ☐ Not examined

Neuro:   ☒ Normal   ☒ No lateralizing deficits   ☐ Not examined

GU:   ☐ Normal external genitalia   ☐ No foley   ☐ Yes foley   ☒ Not examined

Skin:   ☐ No rash   ☒ No bruising   ☐ No Decubitus   ☐ Incision tender   ☐ Incision nontender   ☐ Not examined

___ Sign ___

**Anatomical Diagrams:**

## RESULTS

### Laboratory

Lab Results for the past 24 hours

| Order | Test | Value | Reference Range | Comments | Status | Collection |
|---|---|---|---|---|---|---|
| Complete BLD CNT With Auto DIFF | WBC | 4.5 | (3.6-10.2 K/uL) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | RED BLOOD CELL COUNT | 4.34 | (4.06-5.63 M/uL) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | HEMOGLOBIN | 14.9 | (12.5-16.3 g/dL) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | HEMATOCRIT | 42.7 | (36.7-47.1 %) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | MCV | 98.2 H | (73.0-96.2 FL) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | MCH | 34.4 H | (23.8-33.4 pg) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | MCHC | 35 | (32.5-36.3 g/dL) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | PLATELET COUNT | 240 | (152-348 K/uL) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | RDW | 14.1 | (12.1-16.2 %) | | Final Result | 08/16/2020 07:20:00 |

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Long History and Physical

| Patient: | Sex: | DOS: | MR#: | Admit Date: | Discharge Date: |
|---|---|---|---|---|---|
| WEIGAND, RUBEN | Male | 08/16/2020 14:23 | 001092540 | 08/16/2020 01:25 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Comprehensive MET Panel | ESTIMATED GFR | 100 | | | Final Result | 08/16/2020 07:20:00 |
| UA Full with Reflex to Culture | URINE COLOR | DARK YELLOW | | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE APPEARANCE | CLEAR | | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE SPECIFIC GRAVITY | < =1.005 | (1.005-1.030) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE PH | 6.5 | (5.0-8.0) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE LEUKOCYTE ESTERASE | NEGATIVE | (NEGATIVE) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE BLOOD | NEGATIVE | (NEGATIVE) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE GLUCOSE | NEGATIVE | (NEGATIVE) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE KETONES | NEGATIVE | (NEGATIVE) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE NITRITE | NEGATIVE | (NEGATIVE) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE PROTEIN | NEGATIVE | (NEGATIVE) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE UROBILINOGEN | 0.2 A | (NORMAL) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE BILIRUBIN | 2+ A | (NEGATIVE) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE WBC | NOT SEEN | (NOT SEEN /HPF) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE RBC | NOT SEEN | (NOT SEEN /HPF) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE BACTERIA | NOT SEEN | (NOT SEEN /HPF) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE SQUAMOUS EPITH CELLS | NOT SEEN | (0-2 /HPF) | | Final Result | 08/16/2020 00:30:00 |
| UA Full with Reflex to Culture | URINE MUCOUS | OCCASSIONAL | ( /LPF) | | Final Result | 08/16/2020 00:30:00 |
| Ammonia | AMMONIA | 64 H | (16-53 umol/L) | | Final Result | 08/15/2020 20:03:00 |
| GGT | GGT | 311 H | (9-64 U/L) | | Final Result | 08/15/2020 20:03:00 |
| LDH | LDH | 201 | (140-271) | | Final Result | 08/15/2020 20:03:00 |
| Acetaminophen | ACETAMINOPHEN | < 10 | (10-30 ug/mL) | | Final Result | 08/15/2020 19:30:00 |
| Bilirubin Direct | DIRECT BILIRUBIN | 8.6 H | (0.03-0.18 mg/dL) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | WBC | 6.3 | (3.6-10.2 K/uL) | | Final Result | 08/15/2020 19:30:00 |

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Long History and Physical

| Patient: | Sex: | DOS: | MR#: | Admit Date: | Discharge Date: |
|---|---|---|---|---|---|
| WEIGAND, RUBEN | Male | 08/16/2020 14:23 | 001092540 | 08/16/2020 01:25 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Comprehensive MET Panel | TOTAL PROTEIN | 7.3 | (6.0-8.3 g/dL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | ALBUMIN | 4.9 | (3.5-5.7 g/dL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | GLOBULIN | 2.4 | (2.2-4.2 g/dL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | TOTAL BILIRUBIN | 14.4 H | (0.3-1.0 mg/dL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | AST -SGOT | 194 H | (13-39 U/L) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | ALT-SGPT | 600 H | (7-52 U/L) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | BUN/CREATININE RATIO | 9 | | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | A/G RATIO | 2 | (0.8-2.0) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | ESTIMATED GFR | 89 | | | Final Result | 08/15/2020 19:30:00 |
| Ethanol Alcohol | ETHANOL | < 0.01 | ( g/dL) | | Final Result | 08/15/2020 19:30:00 |
| Lipase | LIPASE | 27 | (11-82 U/L) | | Final Result | 08/15/2020 19:30:00 |
| PT INR | PROTIME | 11.6 | (10.1-12.3 SECONDS) | | Final Result | 08/15/2020 19:30:00 |
| PT INR | INR_ | 1.04 | (0.86-1.14) | | Final Result | 08/15/2020 19:30:00 |
| PTT | PTT | 27 | (21.2-35.2 SECONDS) | | Final Result | 08/15/2020 19:30:00 |
| Salicylate | SALICYLATE | < 2.5 | (15.0-30.0 mg/dL) | | Final Result | 08/15/2020 19:30:00 |

## Radiology

Dilated intrahepatic biliary ducts and markedly dilated dilated common bile
duct, extending into pancreatic head, without choledocholithiasis.
2. Cholelithiasis in mildly thick-walled contracted gallbladder.

Electronically signed by: Wyman Yee, MD on 8/16/2020 10:43

Comments: Moderately dilated intrahepatic biliary ducts and markedly dilated common
bile duct without radiodense biliary stones.
2. Diffusely enlarged pancreas without focal mass or inflammation.
3. Small amount free posterior lower pelvic fluid.
4. Query mild diffuse small bowel ileus.

Electronically signed by: Wyman Yee, MD on 8/16/2020 10:34

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Progress Note - Gastroenterology

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/20/2020 13:09 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

| Age: 38Y | DOB: | Room: 408 | Bed: 1 | Visit #: 100242549 |
|---|---|---|---|---|

| Attending Physician: MYA, MINMIN | Created By: GADDAM, SYAM P. | Creation Date: 08/20/2020 13:09 |
|---|---|---|

### Allergies

Last Verified By: JOANA CENDANA, RN on 08/15/2020 19:20
No Known Drug Allergies

### Home Medications

### INTERVAL HISTORY

Hospital Day:          Post-op Day:          S/P:

### VITAL SIGNS

T-max (Last 24 hours):98.8 F      08/20/2020 04:00

**Last Set of Vitals:**
BP: 103/60  08/20/2020 08:00
Pulse: 60  08/20/2020 08:00
Temp: 98.0 F  08/20/2020 08:00
Resp: 20  08/20/2020 08:00
O2 Sat: 97.0%(40%)(Room Air)  08/20/2020 08:00
Calculated BMI: 25.6  08/15/2020 19:16

Pain: ⓪ 1 2 3 4 5 6 7 8 9 10   Scale:  Numeric   Wong Baker ©

### INTAKE & OUTPUT

### PHYSICAL EXAM

Const:  ☒ NAD      ☐ Appears stated age

Documentation Cont. Next Page

[ NAME: WEIGAND, RUBEN - MRN: 001092540 - Printed:  Thursday, August 20, 2020 1:15:00 PM - Page 1/5]

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Progress Note - Gastroenterology

| Patient: | Sex: | DOS: | MR#: | Admit Date: | Discharge Date: |
|---|---|---|---|---|---|
| WEIGAND, RUBEN | Male | 08/20/2020 13:09 | 001092540 | 08/16/2020 01:25 | |

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Progress Note - Gastroenterology

| Patient: | Sex: | DOS: | MR#: | Admit Date: | Discharge Date: |
|---|---|---|---|---|---|
| WEIGAND, RUBEN | Male | 08/20/2020 13:09 | 001092540 | 08/16/2020 01:25 | |

## SIGNATURE

*Signature attests that all pages have been reviewed and completed*

SYAM P. GADDAM, MD                                         08/20/2020 13:14
Physician Electronically signed by                          Date

murmur.
ABDOMEN:  Soft, nontender, nondistended, no guarding, no rebound, no rigidity is noted.
NEUROLOGIC:  Alert and oriented x 3, no focal deficit is noted.

LABORATORY DATA:
Significant for ultrasound of the abdomen, which showed common bile duct measuring at 1.6 cm with a cystic gallbladder wall, which measures about 0.5 mm. Please note that the patient's complete metabolic panel done today reveals normal basic metabolic panel; however, his alkaline phosphatase is slightly elevated at 130 and his bilirubin is 5.7, which is elevated.  His AST, ALT are elevated at 174 and 557.  Alkaline phosphatase again was 130.  CBC also is significant for leukocyte that is normal at 6.4, H and H is 14.7/42.0, platelet is 268.

ASSESSMENT:
The patient is a 38-year-old male with obstructive jaundice and choledocholithiasis who is post-ERCP with stone extraction and placement of a stent.  I have had extensive discussion with the patient about the pathophysiology of the disease and has been explained to him very well.  The patient confirmed that he understands the pathophysiology; however, because of logistic of his incarceration, the patient may be hesitant to allow the surgery to occur.  I have strongly recommended to the patient to have his gallbladder removed at this setting prior to being released from the hospital, but he has indicated that he may need to make up his mind.

PLAN:
To recommend laparoscopic versus open cholecystectomy and repair and removal of any offending agent as soon as possible when his labs are normalized or normalizing in which case then we would be able to remove his gallbladder.

Please note that I will follow up the patient tomorrow to see if the patient has been able to make up his mind.

I thank Dr. Trinh for allowing us to participate in the care of this patient.


David Nejat-Bina, M.D.

DN/NTS
DD: 08/20/2020 17:53:58
DT: 08/21/2020 00:34:31
Job#: 475303/1660224


cc:   Hoi Trinh M.D.

ANAHEIM GLOBAL MEDICAL CENTER, INC.
Anaheim, CA

Ravindra Alapati, M.D.

RA/NTS
DD: 08/16/2020 16:56:49
DT: 08/16/2020 21:24:40
Job#: 180061/1659339


ANAHEIM GLOBAL MEDICAL CENTER, INC.
Anaheim, CA
Electronically Authenticated by:
RAVINDRA  ALAPATI, MD on 08/20/2020 09:28 AM PDT



Name of Practitioner _____ *Cadden* _____

Pre Procedure Diagnosis _____ *& os. Jaundice* _____

Procedure _____ *ERCP. Sphincterotomy & Stone* _____
_____ *extraction and* _____
_____ *Stent Placement* _____

Complications ☐ None

Estimated Blood Loss _____ mL

Findings ☐ Normal

Post operative Diagnosis _____ *① Choledocholithiasis* _____
Specimen _____ *one stone removed* _____
☐ Clo Test _____ *10 F 7cm long* _____

Type of Sedation ☑ Mac ☐ Moderate Sedation ☐ Other ⑦ _____ *biliary*

Medication ☐ Midazolam _____ mg IV   ☐ Fentanyl _____ mcg IV _____ *stent*

☑ Meperidine _____ mg IV   ☐ Diazepam _____ mg IV _____ *placed*

☐ Morphine _____ mg IV   ☐ Other _____

Medication Reversed ☑ No ☐ Yes ☐ Naloxone _____ mg IV ☐ Romazicon _____ mg IV

Mental Status ☐ Alert ☐ Awake ☐ Drowsy ☑ Sedated ☐ Other _____

Anesthesiologist _____ *Dr. St Thomas* _____

Registered Nurse _____ *Tanya* _____

Date _____ Time _____

Physician Signature _____ *Cadden* _____

# ANAHEIM GLOBAL MEDICAL CENTER
## PHYSICIAN PROCEDURAL NOTES

P A T I E N T   I D

Acct: 100242549   MRN: 001092540
WEIGAND, RUBEN,
M, 38, 1
AT: MYA, MINMIN
DOS: 08/16/2020  AGMC

FD-AWMC-1770 (11/14)

WEIGAND, RUBEN (P00221172) 2000001825

ANAHEIM GLOBAL MEDICAL CENTER, INC.
Anaheim, CA

OPERATIVE REPORT

NAME:  WEIGAND, RUBEN
MRN:   001092540
ACCT#: 100242549

DATE OF OPERATION: 08/22/2020

PREOPERATIVE DIAGNOSES:
Choledocholithiasis and cholecystitis post-ERCP.

POSTOPERATIVE DIAGNOSES:
Choledocholithiasis and cholecystitis post-ERCP.

INDICATION:
The patient is a 38-year-old male who presented with jaundice.  The patient was
diagnosed with obstructive jaundice secondary to gallstone in the common bile
duct.  The patient underwent ERCP with stone extraction and sphincterotomy and
stent placement.  The patient thus needs to have his gallbladder removed with
all the stones in order to prevent such future attacks that could potentially be
life threatening.  This is done so in order to prevent choledocholithiasis in
the future.  The patient has understood about the risk and benefits of operative
versus nonoperative management.  The patient strongly was advised to have his
gallbladder removed.  The patient decided to proceed with the surgery.

ANESTHESIA:
General endotracheal intubation.  Please also note that 30 mL of 0.25% Marcaine
was injected around the trocar site to aid the patient with postoperative pain.

ANESTHESIOLOGIST:
Dr. Ramirez.

SURGEON:
David Nejat-Bina, M.D.

ASSISTANT:
Evelyn Kachikwu, M.D.

PROCEDURE:
Laparoscopic cholecystectomy.

DESCRIPTION OF PROCEDURE:
The patient was brought to the OR, was placed in supine position.  Bilateral
sequential devices were placed on the patient.  The patient had voided
preoperatively.  The patient received 2 gram of Ancef for prophylaxis.  The
patient was induced under anesthesia and was intubated with endotracheal tube.
The patient's abdomen was then clipped with the clippers and was prepped with
ChloraPrep and was draped in sterile fashion.  Timeout was called, verified the
patient and he is to undergo laparoscopic, possible open cholecystectomy and
repair and removal of any other offending agent.  As such, began by making a
small incision inferior and vertically.  The incision was deepened, midline
fascia was divided.  The fascia was entered carefully.  Fascial stitches were
placed using 0 Vicryl suture on either side.  Hasson trocar was inserted inside
the abdomen and was secured via the fascial stitches.  At this time, CO2 was
used to insufflate the abdomen to 15 mmHg.  A 10 mm straight angle scope was
placed inside the abdomen and abdomen was insufflated.  The patient was placed
in reverse Trendelenburg and was tilted to the left in order to maximize the

DN/NTS
DD: 08/22/2020 09:51:47
DT: 08/22/2020 16:48:51
Job#: 180166/1660564


cc:    Evelyn Kachikwu M.D.
       _____ Ramirez

ANAHEIM GLOBAL MEDICAL CENTER, INC.
Anaheim, CA

**ANAHEIM GLOBAL MEDICAL CENTER**
**1025 SO ANAHEIM BLVD**
**ANAHEIM, CA 92805**

**Laboratory Detail**

Name:      (Secured) WEIGAND, RUBEN
Birth Date: ████████
Location:   408 - 1                    Visit ID: 100242549          Med Rec#: 001092540
Admitting Dr: MYA, MINMIN              Age:    38 Years            Sex:      Male
                                                                  Admitted:  08/16/2020 01:25

*(This is not a chartable copy)*

| | | |
|---|---|---|
| Ord Cd Desc: Comprehensive MET Panel | Result Status: | Final Result |
| Specimen Src: BLOOD | Ordered Dttm: | 08/23/2020 05:00 |
| Body Site: | Collected Dttm: | 08/23/2020 05:50 by: |
| Order Nbr: 0069 | Received Dttm: | 08/23/2020 06:26 by: |
| Priority: Routine | Released Dttm: | 08/23/2020 07:11 by: |
| Ordering Dr: NEJAT-BINA, DAVID | | |

Special Instructions:

| Test | Result | | Reference Range | Unit |
|---|---|---|---|---|

The estimated GFR is calculated by the MDRD equation. The result
normalized to average adult surface area (SA) of 1.73 m2, and
should be multiplied by (SA/1.73) for patients at extremes of body
size. Results should be interpreted with clinical correlation based
on various etiologic changes in BUN and Albumin. It should not be
used for Drug Dosing since not all drugs are removed by Glomerular
Filtration. Result has not been validated for patients <18 and >89
years of age, pregnant women and of other than Caucasian or African
races.

WEIGAND, RUBEN (P00221172) 2000001825

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S ANAHEIM BLVD.
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: **WEIGAND, RUBEN**        MR#: A001092540        SEX:M AGE: 38Y        DOB: ▉▉▉▉

| Collected | 08/16/2020 07:20 | 08/15/2020 20:03[3] | 08/15/2020 20:03 | 08/15/2020 19:30[4] | 08/15/2020 19:30 | | |
|---|---|---|---|---|---|---|---|
| Released | 08/16/2020 09:06 | 08/16/2020 12:05 | 08/15/2020 21:02 | 08/15/2020 21:01 | 08/15/2020 20:52 | Reference Range | Units |
| NA | 137 | | | | 138 | 136-145 | mmol/L |
| K | 3.8 | | | | 3.6 | 3.5-5.1 | mmol/L |
| CL | 101 | | | | 98 | 98-107 | mmol/L |
| CO2 | 27 | | | | 29 | 21-31 | mmol/L |
| GLU | 94 | | | | 104 | 70-105 | mg/dL |
| BUN | 8 | | | | 9 | 7-25 | mg/dL |
| CREAT | 0.9 | | | | 1.0 | 0.7-1.3 | mg/dL |
| CA | 9.4 | | | | 10.0 | 8.6-10.3 | mg/dL |
| TP | 6.1 | | | | 7.3 | 6.0-8.3 | g/dL |
| ALB | 4.0[5] | | | | 4.9[5] | 3.5-5.7 | g/dL |
| TBIL | 12.8 H | | | | 14.4 H | 0.3-1.0 | mg/dL |
| ALKPHOS | 183 H | | | | 220 H | 34-104 | U/L |
| AST | 174 H | | | | 194 H | 13-39 | U/L |
| ALT | 490 H | | | | 600 H | 7-52 | U/L |
| GLOB | 2.1 L | | | | 2.4 | 2.2-4.2 | g/dL |
| AGRATIO | 1.9 | | | | 2.0 | 0.8-2.0 | |
| B/CREAT | 9 | | | | 9 | | |
| EGFR | 100[2] | | | | 89[2] | | |
| GGTP | | 311 H | | | | 9-64 | U/L |
| LDH | | 201 | | | | 140-271 | |
| DBIL | | | | 8.60 H | | 0.03-0.18 | mg/dL |
| LIP | | | | | 27[5] | 11-82 | U/L |
| AMON | | | 64 H | | | 16-53 | umol/L |

[3]This test was performed at: ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705  Medical Director: R. Michael Tadros, MD.
[4]Lab add on
[5]*Patients treated with N-Acetyl Cysteine (NAC) for an acetaminophen overdose may generate a false low result for Cholesterol, Uric acid, Lactate and Lipase.*
*Specimens collected immediately after or during the administration of Metamizole (Dipyrone) may lead to falsely low results. Specimens should be collected prior to the administration of Metamizole.*

---

### SPECIAL CHEMISTRY

| Collected | 08/21/2020 06:16[6] | | |
|---|---|---|---|
| Released | 08/21/2020 18:20 | Reference Range | Units |
| FERR | 328.6[7] | 23.9-336.2 | ng/mL |

[6]This test was performed at: ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705  Medical Director: R. Michael Tadros, MD.
[7]Effective 9/2/2016, test performed on Beckman Access 2 Analyzer. Reference ranges may be updated to reflect new method.

Legend:
L = Low, H = High, CL = Critical Low, CH = Critical High, CR = Changed Result, * = Abnormal

ORDERING MD: CHOU, DAVID
Anaheim Cumulative Daily HPF
PRINTED: 08/22/2020 23:22
RUN#:R2023575098

NAME: **WEIGAND, RUBEN**
MR#: A001092540
ACCT: A100242549
LOC: AN U4-408-1

WEIGAND, RUBEN (P00221172) 2000001825

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S ANAHEIM BLVD.
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: **WEIGAND, RUBEN**          MR#: A001092540          SEX:M AGE: 38Y          DOB:

| Collected | 08/20/2020 06:00 | 08/19/2020 05:31 | 08/18/2020 06:15 | 08/17/2020 06:35 | 08/16/2020 07:20 | | |
|---|---|---|---|---|---|---|---|
| Released | 08/20/2020 07:19 | 08/19/2020 06:49 | 08/18/2020 08:10 | 08/17/2020 08:38 | 08/16/2020 08:33 | Reference | Units |
| MCV | 99.2 H | 99.3 H | 99.3 H | 99.5 H | 98.2 H | 73.0-96.2 | FL |
| MCH | 34.8 H | 34.0 H | 33.7 H | 34.0 H | 34.4 H | 23.8-33.4 | pg |
| MCHC | 35.1 | 34.3 | 33.9 | 34.1 | 35.0 | 32.5-36.3 | g/dL |
| PLT | 268 | 253 | 269 | 240 | 240 | 152-348 | K/uL |
| RDW | 13.3 | 13.5 | 13.6 | 14.2 | 14.1 | 12.1-16.2 | % |
| NRBC | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.0-0.6 | /100 WBC |
| MANDIFF | NONE | NONE | NONE | NONE | NONE | | |
| SEGS | 45.7 | 45.9 | 48.2 | 53.8 | 59.1 | 43.5-73.5 | % |
| LYMPHS | 44.7 H | 42.2 | 41.4 | 34.7 | 27.5 | 15.2-43.3 | % |
| MONOS | 6.4 | 7.9 | 7.3 | 8.5 | 10.5 | 5.5-13.7 | % |
| EOS | 2.4 | 2.6 | 2.2 | 1.9 | 1.6 | 0.8-8.1 | % |
| BASOS | 0.8 | 1.4 | 0.9 | 1.1 | 1.3 | 0.2-1.5 | % |
| MPV | 8.6 | 8.6 | 8.6 | 8.4 | 8.2 | 7.4-11.4 | FL |

| Collected | 08/15/2020 19:30 | | |
|---|---|---|---|
| Released | 08/15/2020 20:12 | Reference | Units |
| WBC | 6.3 | 3.6-10.2 | K/uL |
| RBC | 4.95 | 4.06-5.63 | M/uL |
| HGB | 16.5 H | 12.5-16.3 | g/dL |
| HCT | 48.6 H | 36.7-47.1 | % |
| MCV | 98.2 H | 73.0-96.2 | FL |
| MCH | 33.4 | 23.8-33.4 | pg |
| MCHC | 34.0 | 32.5-36.3 | g/dL |
| PLT | 307 | 152-348 | K/uL |
| RDW | 14.2 | 12.1-16.2 | % |
| NRBC | 0.1 | 0.0-0.6 | /100 WBC |
| MANDIFF | NONE | | |
| SEGS | 56.8 | 43.5-73.5 | % |
| LYMPHS | 30.6 | 15.2-43.3 | % |
| MONOS | 9.8 | 5.5-13.7 | % |
| EOS | 1.6 | 0.8-8.1 | % |
| BASOS | 1.2 | 0.2-1.5 | % |
| MPV | 8.6 | 7.4-11.4 | FL |

### COAGULATION STUDIES

| Collected | 08/19/2020 05:31 | 08/15/2020 19:30 | | |
|---|---|---|---|---|
| Released | 08/19/2020 07:17 | 08/15/2020 20:39 | Reference | Units |
| PT | 12.3 | 11.6 | 10.1-12.3 | SECONDS |
| INR | 1.10[11] | 1.04[11] | 0.86-1.14 | |
| PTT | 27.4 | 27.0 | 21.2-35.2 | SECONDS |

[11]THERAPEUTIC RANGE FOR PATIENTS STABILIZED ON ORAL ANTICOAGULATIONS:
   Standard Dose.......21-32 Seconds, INR: 2.0-3.0
   High Dose..........26-37 Seconds, INR: 2.5-3.5

Legend:
L = Low, H = High, CL = Critical Low, CH = Critical High, CR = Changed Result, * = Abnormal

ORDERING MD: CHOU, DAVID
Anaheim Cumulative Daily HPF
PRINTED: 08/22/2020 23:22
RUN#:R2023575098

NAME: **WEIGAND, RUBEN**
MR#: A001092540
ACCT: A100242549
LOC: AN U4-408-1

PAGE 4 OF 7

WEIGAND, RUBEN (P00221172) 2000001825

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S ANAHEIM BLVD.
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: **WEIGAND, RUBEN**          MR#: A001092540          SEX:M AGE: 38Y     DOB: █████

---

| REFERENCE LAB |
| --- |

**SARS-COV-2 RNA QL RT-PCR(Labcorp)**
**Accn#: R202290001**
**Final Released : 08/18/2020 19:43**
**Specimen/Source: NASOPHARYNGEAL SWAB/NAS**

| Collected | | Result | | Units | Reference Range |
| --- | --- | --- | --- | --- | --- |
| 08/16/2020 00:15 Released 08/18/2020 19:43 | SARS-CoV-2, NAA | Not Detected[1] | | | Not Detected |

[1]This test was developed and its performance characteristics determined by LabCorp Laboratories. This test has not been FDA cleared or approved. This test has been authorized by FDA under an Emergency Use Authorization (EUA). This test has been validated in accordance with the FDA's Guidance Document (Policy for Diagnostics Testing in Laboratories Certified to Perform High Complexity Testing under CLIA prior to Emergency Use Authorization for Coronavirus Disease-2019 during the Public Health Emergency) issued on February 29th, 2020. FDA independent review of this validation is pending. This test is only authorized for the duration of time the declaration that circumstances exist justifying the authorization of the emergency use of in vitro diagnostic tests for detection of SARS-CoV-2 virus and/or diagnosis of COVID-19 infection under section 564(b)(1) of the Act, 21 U.S.C. 360bbb-3(b)(1), unless the authorization is terminated or revoked sooner.
Performed at: CETWE - LabCorp Phoenix
5005 S 40th St, Phoenix, AZ 850402969
Lab Director: Earle Collum MD, Phone: 8007889743

**HEP A AB, IGM**
**Accn#: R202290037**
**Final Released : 08/18/2020 14:37**
**Specimen: BLOOD**

| Collected | | Result | | Units | Reference Range |
| --- | --- | --- | --- | --- | --- |
| 08/15/2020 20:03 Released 08/18/2020 14:37 | HEP A AB, IGM | NEGATIVE[8] | | | |

[8]REFERENCE RANGE: NEGATIVE

PERFORMING LABORATORY INFORMATION:

Legend:
L = Low, H = High, CL = Critical Low, CH = Critical High, CR = Changed Result, * = Abnormal

ORDERING MD: CHOU, DAVID
Anaheim Cumulative Daily HPF
PRINTED: 08/22/2020 23:22
RUN#:R2023575098

NAME: **WEIGAND, RUBEN**
MR#: A001092540
ACCT: A100242549
LOC: AN U4-408-1

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S. ANAHEIM BLVD
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: WEIGAND, RUBEN          MR# A001092540          SEX:M AGE:38Y          DOB:██████

| MICROBIOLOGY |
|---|

**BLOOD CULTURES**

**CULTURE BLOOD**
COLLECTED: 08/16/2020 00:00                    RELEASED: 08/18/2020 11:39
RECEIVED: 08/16/2020 11:34                      STARTED: 08/16/2020 11:34
ACCN#: 920228103                               STATUS: Pending
SPECIMEN/SOURCE: BLOOD / BLOOD

CULTURE RESULT (Prelim)
    No Growth To Date

**EPIDEMIOLOGY CULTURES**

**Culture MRSA Only**
COLLECTED: 08/16/2020 03:15                    RELEASED: 08/16/2020 11:34
RECEIVED: 08/16/2020 11:34                      STARTED: 08/16/2020 11:34
ACCN#: 920229011                               STATUS: Final
SPECIMEN/SOURCE: NASAL SWAB /
This test was performed at: MICROBIOLOGY- ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705
Medical Director: R. Michael Tadros, MD.

CULTURE RESULT (Final)
    No Methicillin Resistant Staph aureus Isolated

ORDERING MD:                                    NAME: **WEIGAND, RUBEN**
Anaheim Micro Cum Daily HPF                      MR#: A001092540
PRINTED: 08/18/2020 23:22                        ACCT: A100242549
RUN#:R2023173533                                 LOC: AN U4-408-1
                    PAGE 1 OF 1

WEIGAND, RUBEN (P00221172) 2000001825

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S. ANAHEIM BLVD
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: WEIGAND, RUBEN          MR# A001092540          SEX:M AGE:38Y          DOB ████

| MICROBIOLOGY |
| --- |

**BLOOD CULTURES**

**CULTURE BLOOD**
COLLECTED: 08/16/2020 00:00                 RELEASED: 08/20/2020 12:04
RECEIVED: 08/16/2020 11:34                  STARTED: 08/16/2020 11:34
ACCN#: 920228103                            STATUS: Pending
SPECIMEN/SOURCE: BLOOD / BLOOD

CULTURE RESULT (Prelim)
    No Growth To Date

**EPIDEMIOLOGY CULTURES**

**Culture MRSA Only**
COLLECTED: 08/16/2020 03:15                 RELEASED: 08/16/2020 11:34
RECEIVED: 08/16/2020 11:34                  STARTED: 08/16/2020 11:34
ACCN#: 920229011                            STATUS: Final
SPECIMEN/SOURCE: NASAL SWAB /
This test was performed at: MICROBIOLOGY- ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705
Medical Director: R. Michael Tadros, MD.

CULTURE RESULT (Final)
    No Methicillin Resistant Staph aureus Isolated

ORDERING MD:                                        NAME: **WEIGAND, RUBEN**
Anaheim Micro Cum Daily HPF                         MR#: A001092540
PRINTED: 08/20/2020 23:23                           ACCT: A100242549
RUN#:R2023374362                                    LOC: AN U4-408-1
                        PAGE 1 OF 1

WEIGAND, RUBEN (P00221172) 2000001825

# ANAHEIM GLOBAL MEDICAL CENTER
Radiology Department
1025 SO ANAHEIM BLVD
ANAHEIM, CA 92805

**Patient Name:** WEIGAND, RUBEN          **Med Rec #:**   001092540

| | |
|---|---|
| Accession #: 30184351 | Visit ID: 100242549 |
| Patient Location: 201-1 | Patient Type: INPATIENT |
| DOB: ▮▮▮▮      Gender: M      Age: 38Y | Date of Service: 08/15/2020 19:48 |
| | Exam Completion Date: 08/15/2020 21:13 |

**Exam Reason:**
Order Phys: CHOU, DAVID                     **Read By:** YEE, WYMAN K
                                           **Verified By:** YEE, WYMAN K

## Procedure:  CT ABD PEL W CM
*Final*

EXAM:  CT ABD PEL W CM

CLINICAL HISTORY: Right upper quadrant pain, nausea, pruritus, jaundice

TECHNIQUE: Per request of ordering clinician no oral contrast administered.
Following IV contrast multiple axial, sagittal, and coronal images were
obtained on the helical scanner. Radiation dosimetry report data: Maximum CTDI
vol 48.01 mGy; total DLP 1195.61 mGy-cm. Low dose protocol used.

COMPARISON: None.

FINDINGS: Lack of oral contrast limits study. Visualized lung bases clear.
Moderately dilated intrahepatic biliary ducts with common bile duct measuring
up to about 1.8 cm in diameter (image 42 series 2) without radiodense stones.
No focal hepatic mass. Gallbladder not dilated. Spleen, adrenals, and kidneys
are grossly normal in size and attenuation. Both kidneys excrete contrast.
Contrast in urinary bladder delayed phase. Prominent sized pancreas with smooth
margins and no focal mass. Pancreatic head measures about 3.5 cm AP (image 44
series 2), pancreatic body ranges from 1.6 to 3 cm AP (image 34-35 series 2),
pancreatic tail 2.2 cm AP (image 34 series 2). Pancreatic duct not dilated. No
abdominal aortic aneurysm, periaortic adenopathy, free air, bowel obstruction,
obstructive uropathy, or significant colonic diverticulosis or diverticulitis.
Appendix not definitely seen. Scattered mild colonic stool. Scattered right and
left abdominal and pelvic nondilated fluid-containing small bowel may reflect
mild ileus. Small amount of free posterior lower pelvic fluid (image 27-31
series 4), posterior to urinary bladder and anterior to rectum. Normal-sized
prostate (image 95-96 series 2) with nonspecific punctate calcification.
Bilateral pelvic phleboliths (image 89-93 series 2), right more numerous than
left. Bones intact.

IMPRESSION:
1. Moderately dilated intrahepatic biliary ducts and markedly dilated common
bile duct without radiodense biliary stones.
2. Diffusely enlarged pancreas without focal mass or inflammation.
3. Small amount free posterior lower pelvic fluid.
4. Query mild diffuse small bowel ileus.

Electronically signed by: Wyman Yee, MD on 8/16/2020 10:34

**READ BY: YEE, WYMAN K.**

**Transcribed: 08/16/2020 10:37 By:  YEE, WYMAN K.**          **Visit ID: 100242549**
*Confidentiality Notice:* The information contained in this facsimile may be privileged and confidential.  It is intended only for the use of the individual or entity to whom it was sent.  If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

WEIGAND, RUBEN (P00221172) 2000001825
Patient: WEIGAND, RUBEN   MRN: 001092540   Encounter: 100242549   Page 1 of 2

# ANAHEIM GLOBAL MEDICAL CENTER
## Radiology Department
### 1025 SO ANAHEIM BLVD
### ANAHEIM, CA 92805

**Patient Name:** WEIGAND, RUBEN                    **Med Rec #:**   001092540

| | | | |
|---|---|---|---|
| Accession #: **30184609** | | **Visit ID:** 100242549 | |
| Patient Location: **408-1** | | **Patient Type:** INPATIENT | |
| DOB: | **Gender:** M | **Age:** 38Y | **Date of Service:** 08/19/2020 11:19 |
| | | | **Exam Completion Date:** 08/20/2020 07:23 |
| Exam Reason: | | | |
| Order Phys: GADDAM, SYAM P | | **Read By:** YEE, WYMAN K | |
| | | **Verified By:** YEE, WYMAN K | |

### Procedure:  ERCP
***Final***

EXAM: ERCP

CLINICAL HISTORY: Jaundice, query choledocholithiasis

TECHNIQUE: Exam performed by GI service.


FINDINGS: Thirteen portable C-arm images show various stages of biliary stent placement. 46.5 seconds fluoroscopy time used.

IMPRESSION:
1. Fluoroscopy usage as described.

Electronically signed by: Wyman Yee, MD on 8/20/2020 15:29

## READ BY: YEE, WYMAN K.
Date:  08/20/2020 15:29

Transcribed: 08/20/2020 15:32 By:  YEE, WYMAN K.                    Visit ID: 100242549
***Confidentiality Notice:*** The information contained in this facsimile may be privileged and confidential.  It is intended only for the use of the individual or entity to whom it was sent.  If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

WEIGAND, RUBEN (P00221172) 2000001825

Paragon Order Management    Current U

File   Edit   List   Options   Functions   Window   Help



Acct:100242549    MRN:001092540
*WEIGAND, RUBEN
M, 38Y, 1
AT: MYA, MINMIN
DOS: 08/16/2020 01:25   AGMC

Order Entry | Diet Order | Change Order | Verify Order | **Order Inquiry** | Charge

Height: 70.00 inche  Weight: 80.50 kg    Age: 38 Years   Sex:  M    Allergy: No Known Drug Allergies

Order Code:  DISCGE_A   Discharge Patient              Type:  NS    Order number: 77

Frequency:  ONCE              Ord Phys:  HARN, ABRAHAM, D.O.

Start Date:  08/24/2020 16:39      Stop Date:  08/24/2020 16:39    # Days:

Prep:                                              Total Qty:          Qty Today:      1

Spcl Attn:

Instructions:  discharge back to jail
follow up with GI in 3-4

weeks to plan for biliary stent removal

Reason/Indication:

Reference:

WEIGAND, RUBEN (P00221172) 2000001825

Paragon Order Management    Current U

File   Edit   List   Options   Functions   Window   Help

Acct:100242549     MRN:001092540
*WEIGAND, RUBEN
████████, M, 38Y, 1
AT: MYA, MINMIN
DOS: 08/16/2020 01:25   AGMC

Order Entry | Diet Order | Change Order | Verify Order | **Order Inquiry** | Charge Re

Height: 70.00 inche  Weight: 80.50 kg    Age: 38 Years  Sex:  M    Allergy: No Known Drug Allergies

Order Code:  OTNSC_A    Other Nursing Communication       Type:  NA    Order number: 72

Frequency:  ONCE              Ord Phys:  HARN, ABRAHAM, D.O.

Start Date:  08/23/2020 08:38    Stop Date: 08/23/2020 08:38   # Days:

Transport:                Priority:  Routine      Total Qty:      Qty today:   1

Spcl Attn:              Prep:

Instructions:  Please ambulate patient during the day with

officer's help

Reason/Indication:

Reference:

WEIGAND, RUBEN (P00221172) 2000001825

08/24/2020 09:01:34

**ANAHEIM GLOBAL MEDICAL CENTER**
**1025 SO ANAHEIM BLVD**
**ANAHEIM, CA  92805**

**Laboratory Detail**

| | | | | |
|---|---|---|---|---|
| **Name:** | (Secured) WEIGAND, RUBEN | | | |
| **Birth Date:** | ▓▓▓▓▓▓ | **Visit ID:** 100242549 | **Med Rec#:** | 001092540 |
| **Location:** | 408 - 1 | **Age:** 38 Years | **Sex:** | Male |
| **Admitting Dr:** MYA, MINMIN | | | **Admitted:** | 08/16/2020 01:25 |

*(This is not a chartable copy)*

| | | |
|---|---|---|
| **Ord Cd Desc:** | Complete BLD CNT With Aut | **Result Status:** Final Result |
| **Specimen Src:** | BLOOD | **Ordered Dttm:** 08/23/2020 05:00 |
| **Body Site:** | | **Collected Dttm:** 08/23/2020 05:50  by: |
| **Order Nbr:** | 0068 | **Received Dttm:** 08/23/2020 06:26  by: |
| **Priority:** | Routine | **Released Dttm:** 08/23/2020 06:45  by: |
| **Ordering Dr:** | NEJAT-BINA, DAVID | |
| **Special Instructions:** | | |

| Test | Result | | Reference Range | Unit |
|---|---|---|---|---|
| WBC | 6.8 | | 3.6-10.2 | K/uL |
| RED BLOOD CELL COUNT | 4.12 | | 4.06-5.63 | M/uL |
| HEMOGLOBIN | 14.0 | | 12.5-16.3 | g/dL |
| HEMATOCRIT | 40.2 | | 36.7-47.1 | % |
| MCV | 97.8 | H | 73.0-96.2 | FL |
| MCH | 34.0 | H | 23.8-33.4 | pg |
| MCHC | 34.8 | | 32.5-36.3 | g/dL |
| PLATELET COUNT | 241 | | 152-348 | K/uL |
| RDW | 13.0 | | 12.1-16.2 | % |
| MANUAL DIFFERENTIAL? | NONE | | | |
| SEGMENTED NEUTROPHILS | 57.5 | | 43.5-73.5 | % |
| LYMPHOCYTES | 32.3 | | 15.2-43.3 | % |
| MONOCYTES | 7.8 | | 5.5-13.7 | % |
| EOSINOPHILS | 1.9 | | 0.8-8.1 | % |
| BASOPHILS | 0.5 | | 0.2-1.5 | % |
| NUCLEATED RED BLOOD CELLS | 0.0 | | 0.0-0.6 | /100 WBC |
| MPV | 9.1 | | 7.4-11.4 | FL |

WEIGAND, RUBEN (P00221172) 2000001825

Report Date: 08/24/2020

**ANAHEIM GLOBAL MEDICAL CENTER**
**Medication Administration Record**

08/24/2020 16:56:23
Page 1 of 2

**Patient:** (Secured) WEIGAND, RUBEN
**Admitted:** 08/16/2020 01:25   **Attending:** MYA, MINMIN
**Visit ID:** 100242549   **Med Rec#:** 001092540   **Location:** TELEMETRY/MED SURG - DMH U4-408-1
**Gender:** M   **DOB:** ▓▓▓▓   **Age:** 38Y   **Weight:** 80.5 kgs   **Height:** 70 in   **BMI:**

| Allergy | Severity | Reaction | Allergy Date |
|---|---|---|---|
| No Known Drug Allergies | | | |

## Scheduled Meds

| | Medication | Dose | Brand | Form | Start | Stop | 07:01-19:00 | 19:01-07:00 |
|---|---|---|---|---|---|---|---|---|
| A | DOCUSATE SODIUM  [100 MG] CAPSULE ORAL DAILY [ 1 X 100 MG PER DOSE ] DO NOT CRUSH OR BREAK CPOE COMMENT: DO NOT CRUSH OR BREAK IF FOR ENTERAL TUBE USE, DISSOVE CAPSULE IN WARM WATER (10ML) IF FOR ENTERAL TUBE USE, DISSOVE CAPSULE IN WARM WATER (10ML) RX#: 11193215 | 100 MG | COLACE | CAPSULE | 08/24/20 09:00 | | 09:00/09:22 Admin: &NWP 08/24 09:22 Adm. Dose: 100 MG | |

## IV

| | Medication | Dose | Brand | Form | Start | Stop | 07:01-19:00 | 19:01-07:00 |
|---|---|---|---|---|---|---|---|---|
| A | LACTATED RINGERS      PARENTERAL SOLUTION 75 ML/HRINTRAVENOUS [ 1 X 1000 ML PER DOSE ] SALINE LOCK WHEN ADEQUATE PO INTAKE RX#: 11192173 | 1,000 ML | LACTATED RINGERS | PARENTERAL SOLUTION | 08/22/20 00:00 | | 18:45 | |

## PRN

| | Medication | Dose | Brand | Form | Start | Stop | Last Administered | # of Adm |
|---|---|---|---|---|---|---|---|---|
| A | HYDROcodone-ACETAMINOPHEN [10-325 MG]      TABLET ORAL EVERY 6 HOURS AS NEEDED [ 1 X 10-325 MG PER DOSE ] Indication: Moderate pain THERAPEUTIC INTERCHANGE FOR ** 2 TABS NORCO-5 NOT TO EXCEED 4GM ACETAMINOPHEN IN 24 HOURS FROM ALL SOURCES BLACK BOX WARNING: ACETAMINOPHEN HAS THE POTENTIAL FOR OVERDOSE OR POISONING CAUSING HEPATOTOXICITY AND ACUTE LIVER FAILURE, AT TIMES RESULTING IN LIVER TRANSPLANTATION AND DEATH. RX#: 11192599 | 1 TABLET | LORTAB 10-325 | TABLET | 08/22/20 12:54 | | | |

| NAPHCARE MEDICAL DEPARTMENT<br>SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received<br>8/15/20 | Received By |
|---|---|---|

| Name (Nombre)<br>WEIGAND RUBEN | Date of Birth<br>(Fecha de Nacimiento) | Location/Unit<br>(Posicion/Unidad)<br>3B-24 | Inmate Number<br>(Número de Recluso)<br>20-1004 | Today's Date<br>(Fecha de Hoy)<br>08/15/2020 |
|---|---|---|---|---|

**Complaint (Queja)**

I feel very tired but can't sleep. Skin is itchy and very sensitive to tempreture. I still have abdominal pressure and feel dizzy. Urine still very dark yellow. I experience goosebomps and chills several times a day.

Inmate Signature (Firma de Recluso)

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date<br>8/15/20 | Face to Face Time<br>0920 | Staff Signature |
|---|---|---|

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

A:

P:

E:

PER PROVIDER, YOU WILL BE SENT TO THE HOSPITAL
FOR FURTHER EVALUATION

| Nurses / Provider Signature<br>RWH, RN | Date Completed<br>8-15-20 | Time Completed<br>1615 |
|---|---|---|

**For Jail Use Only**

## NAPHCARE MEDICAL DEPARTMENT
### SICK CALL REQUEST-MANAGED BY TECHCARE

| Date and Time Received | Received By |
|---|---|
| 8/13/20  0900 | (signature) |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| WEIGAND, RUBEN | ███████ | 3B-24 | 20-1004 | 08/13/2020 |

**Complaint (Queja)**

I have abdominal pressure, feels a bit like heartburn, I feel tired like having a flue and urine is very dark & yellow. Skin is itchy.

Inmate Signature (Firma de Recluso) _(signature)_

| TRIAGE | **Action Taken** | ☐ Refer to Provider – Sick Call; | ☐ Refer to MH – Sick Call; | ☐ Refer to MH – Chart Review |
|---|---|---|---|---|
| | | ☐ Refer to Medical Records; | ☐ Refer to OB/GYN; | ☐ Refer to Dental |
| | | ☐ Refer to Optometry; | ☐ Nursing Protocol Initiated | ☐ Other: |

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 8/13/20 | 0900 | (signature) |

**Nursing**

**S:**

**O:**

| Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|
| | | | | |

**A:**

**P:**

**E:** You were seen by the nurse practicioner on 8/12/2020. Labs were ordered and drawn. Results are pending. Increase fluids

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| (signature) | 8-13-2020 | 1610 |

**For Jail Use Only**

Jan 2019



**NaphCare**

Your independent health care choice.

RELEASE OF RESPONSIBILITY - SPECIFIC PROCEDURE

WEIGAND

Name of Patient

6-13-20

Date

▮▮▮▮▮▮▮▮

Patient ID Number / Date of Birth

I have hereby clearly expressed or indicated a decision to refuse to accept the following medical treatment/recommendations:

Contact lenses, wearing glasses today

The above treatment/recommendations and the risks and benefits involved have been satisfactorily explained to me.  In addition, I have had the opportunity to ask questions about the proposed recommendation and have had these answered to my satisfaction.

I have decided **NOT** to accept/permit the treatment/recommendations listed above and understand that my failure to follow the advised medical treatment may seriously affect my health.

By signing below, I assume responsibility for all of the risks and consequences of my refusal and hereby release and agree to hold harmless NaphCare, Inc. and its employees and agents from all responsibility and ill effect which may occur as a result of my refusal to accept/permit the proposed recommendation(s).

Patient Signature

6-13-20

Date/Time

Witness

Witness

WEIGAND, RUBEN (P00221172) 2000001825

Patient Name: _WEIGAND, RUBEN_   Date: _16 March 2020_

Date of Birth: _17 APR 1982_   P#/Booking#:_____



**Advancing Correctional Healthcare**

Supplemental Intake Screening Form

COVID-19 "Coronavirus"

Circle Yes/No

1. Does the patient have a fever?..................................................................YES / NO

2. Does the patient report or show any signs or symptoms of upper
   or lower respiratory infection (cough, chest pain, shortness
   of breath)?.........................................................................................YES / NO

3. Does the patient report any recent travel to, or in contact with a person
   who has traveled to, a known affected area within the last 14 days?
   (China, Iran, Japan, South Korea, Italy)…………………….....................................YES / NO

   If yes, list countries:_____

4. Does the patient report any contact with known laboratory confirmed
   case of COVID-19 "Coronavirus"?...............................................................YES / NO

*If patient states "Yes" to all the questions above or "Yes" to questions 1, 2, 3, mask the individual and place in isolation in preparation for transport to the hospital for clearance.

*If the patient states "Yes" to questions 1 and 2 but "No" to question 3, also mask and isolate the individual in preparation for transport to the hospital for clearance.

Nurse Completing Form:_____   Patient Signature:_____

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# Drug Orders - WEIGAND, RUBEN 2000001825

| Name | Strength | Quantity | SIG | Ordered By | Start | Stop |
|------|----------|----------|-----|-----------|-------|------|
| Ibuprofen Oral | 600 MG | 1 | twice a day | Rhea Marana NP | 8/24/2020 | 8/28/2020 |
| Docusate Sodium Oral | 100 MG | 1 | once in a.m. | Rhea Marana NP | 8/24/2020 | 8/30/2020 |
| Loratadine Oral | 10 MG | 1 | once in a.m. | Rhea Marana NP | 8/15/2020 | 8/28/2020 |
| Cimetidine Oral | 400 MG | 1 | once in a.m. | Rhea Marana NP | 8/15/2020 | 8/15/2020 |

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# Treatments - WEIGAND, RUBEN 2000001825

| Name | SIG | Ordered By | Start | Stop |
|------|-----|-----------|-------|------|
| TEMPORARY low bunk | once in a.m. | Rhea Marana NP | 9/14/2020 | 12/12/2020 |
| URNIE SPECIMEN CUP | once in a.m. | Rhea Marana NP | 8/14/2020 | 8/14/2020 |
| VITAL SIGNS | twice a day | Rhea Marana NP | 8/13/2020 | 8/14/2020 |
| DAILY CONTACTS | once in a.m. | Rhea Marana NP | 6/29/2020 | 6/28/2021 |
| DAILY CONTACTS | once in a.m. | Rhea Marana NP | 3/28/2020 | 6/25/2020 |
| DAILY CONTACTS | once in a.m. | Rhea Marana NP | 3/25/2020 | 6/22/2020 |
| DAILY CONTACTS | once in a.m. | Rhea Marana NP | 3/18/2020 | 5/16/2020 |

| Name | Username | Date | Type | Reason |
|---|---|---|---|---|
| DAILY CONTACTS | ariadne.romero | 9/3/2020 12:04:12 PM | Refused | |
| DAILY CONTACTS | sally.eagleman | 9/1/2020 10:05:19 AM | Other | on lock down |
| DAILY CONTACTS | sally.eagleman | 8/31/2020 9:45:30 AM | Other | |
| DAILY CONTACTS | jonathan.montes | 8/15/2020 10:41:54 AM | Refused | |
| URNIE SPECIMEN CUP | ariadne.romero | 8/14/2020 5:12:31 PM | Administered | |
| DAILY CONTACTS | ariadne.romero | 8/14/2020 12:58:37 PM | Refused | |
| VITAL SIGNS | ariadne.romero | 8/14/2020 11:11:09 AM | Administered | |
| VITAL SIGNS | maria.teodoro | 8/13/2020 11:52:28 PM | Refused | |
| DAILY CONTACTS | tanya.cocker | 8/13/2020 11:19:26 AM | Refused | |
| DAILY CONTACTS | sally.eagleman | 8/12/2020 11:26:00 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 8/11/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | ruby.reynosa | 8/9/2020 10:56:41 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 8/8/2020 11:18:19 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 8/7/2020 10:49:44 AM | Refused | |
| DAILY CONTACTS | ariadne.romero | 8/6/2020 11:23:15 AM | Administered | |
| DAILY CONTACTS | ruby.reynosa | 8/2/2020 10:31:23 AM | Administered | |
| DAILY CONTACTS | tanya.cocker | 8/1/2020 11:00:00 AM | Refused | |
| DAILY CONTACTS | tanya.cocker | 7/31/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | tanya.cocker | 7/30/2020 11:17:34 AM | Administered | |

WEIGAND, RUBEN (P00221172) 2000001825

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| DAILY CONTACTS | sally.eagleman | 7/7/2020 10:28:55 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 7/6/2020 11:42:02 AM | Administered | |
| DAILY CONTACTS | cindy.urrutia | 7/4/2020 12:26:44 PM | Refused | |
| DAILY CONTACTS | tanya.cocker | 7/3/2020 10:26:22 AM | Refused | low on supply per pt- plus working out right now |
| DAILY CONTACTS | tanya.cocker | 7/2/2020 10:56:15 AM | Refused | says low on supply |
| DAILY CONTACTS | sally.eagleman | 6/29/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | tanya.cocker | 6/25/2020 11:10:39 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 6/23/2020 11:17:39 AM | Other | on lock down all day |
| DAILY CONTACTS | sally.eagleman | 6/22/2020 11:38:57 AM | Administered | |
| DAILY CONTACTS | irene.masina | 6/21/2020 11:43:09 AM | Refused | |
| DAILY CONTACTS | renee.sibayan | 6/20/2020 11:10:51 AM | Administered | |
| DAILY CONTACTS | tanya.cocker | 6/19/2020 11:06:19 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 6/17/2020 10:11:27 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 6/16/2020 10:34:43 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 6/15/2020 11:06:00 AM | Administered | |
| DAILY CONTACTS | ruby.reynosa | 6/14/2020 11:00:57 AM | Administered | |
| DAILY CONTACTS | jonathan.montes | 6/13/2020 11:23:33 AM | Refused | wants to wear glasses |
| DAILY CONTACTS | tanya.cocker | 6/12/2020 11:57:07 AM | Administered | |
| DAILY CONTACTS | tanya.cocker | 6/11/2020 11:14:19 AM | Administered | |

WEIGAND, RUBEN (P00221172) 2000001825

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| DAILY CONTACTS | ariadne.romero | 5/16/2020 10:06:12 AM | Administered | |
| DAILY CONTACTS | jonathan.montes | 5/15/2020 12:50:27 PM | Administered | |
| DAILY CONTACTS | jonathan.montes | 5/14/2020 12:16:34 PM | Administered | |
| DAILY CONTACTS | duanie.boltron | 5/10/2020 12:09:15 PM | Administered | |
| DAILY CONTACTS | tanya.cocker | 5/9/2020 12:12:04 PM | Administered | |
| DAILY CONTACTS | ariadne.romero | 5/6/2020 11:59:04 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 5/3/2020 10:04:31 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 5/2/2020 10:15:50 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 5/1/2020 10:15:45 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 4/30/2020 10:25:46 AM | Refused | |
| DAILY CONTACTS | ariadne.romero | 4/30/2020 10:24:00 AM | Administration Cancelled | / Cancelation Note: not given |
| DAILY CONTACTS | sally.eagleman | 4/29/2020 10:58:11 AM | Administered | |
| DAILY CONTACTS | cindy.urrutia | 4/28/2020 12:20:47 PM | Administered | |
| DAILY CONTACTS | kevin.ortega | 4/26/2020 11:40:59 AM | Pending Pharmacy Delivery | |
| DAILY CONTACTS | tanya.cocker | 4/25/2020 11:58:31 AM | Pending Pharmacy Delivery | |
| DAILY CONTACTS | ariadne.romero | 4/24/2020 10:15:47 AM | Other | pt own property has not delivered |
| DAILY CONTACTS | ariadne.romero | 4/23/2020 11:52:16 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 4/22/2020 10:02:34 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 4/20/2020 11:34:21 AM | Administered | |

WEIGAND, RUBEN (P00221172) 2000001825

| Name | Username | Date | Type | Reason |
|---|---|---|---|---|
| DAILY CONTACTS | brisseth.rivera | 3/24/2020 6:45:01 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 3/23/2020 12:16:50 PM | Administered | |
| DAILY CONTACTS | tanya.cocker | 3/20/2020 11:45:25 AM | Other | not inside cart |
| DAILY CONTACTS | tanya.cocker | 3/19/2020 6:25:53 PM | Other | see note |

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# PPDs - WEIGAND, RUBEN 2000001825

| Type | Date Given | Read Date | Results |
|---|---|---|---|
| ADMINISTERED | 3/10/2020 | 3/12/2020 | NEGATIVE |

WEIGAND, RUBEN (P00221172) 2000001825

**NaphCare**

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# Vital Signs - WEIGAND, RUBEN 2000001825

| Date/Time | Blood Pressure | Temperature | Pulse | Respirations | Height | Weight | O2 Sat | Pain | BMI | Mean Arterial Pressure |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/2020  11:34:08 AM | NA / NA | 97 | NA | NA | NA ft NA in | NA lb | NA | NA | NA | NA |
| 8/25/2020  12:41:06 PM | 104 / 67 | 96 | 86 | 20 | 0ft 0in | 181 lb | 98 | 0 | 0 | 0 |
| 8/24/2020  10:45:14 PM | 118 / 79 | 98 | 87 | 17 | 5ft 9in | NA lb | 97 | 0 | 0 | 92 |
| 8/15/2020  8:47:39 PM | 129 / 82 | 97.6 | 99 | 16 | NA ft 0in | NA lb | 99 | NA | NA | 97.67 |
| 8/14/2020  11:11:09 AM | 112 / 81 | 97.3 | 78 | 18 | NA ft NA in | NA lb | 96 | NA | NA | 91.33 |
| 8/12/2020  4:18:12 PM | 127 / 87 | 97 | 79 | 20 | 0ft 0in | 198 lb | 98 | 0 | 0 | 0 |
| 3/10/2020  9:45:37 PM | 121 / 81 | 97.6 | 78 | 16 | 5ft 9in | 198 lb | 98 | 0 | 29.2 | 94.33 |

continue use of above 1.22 hrs x 20 days
f/u labs in 1.5 weeks
GI f/u in 3-4 wks for removal of biliary stents; per pt, he will be here up to 9/30 only and will then be brought to New York
rtc prn

## Education

as above

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| COMP. METABOLIC (CMP) | 9/9/2020 12:00:00 AMCDT | Marana, Rhea NP |

---

Stacey Ridley Charge RN POSTED ON 8/24/2020 10:55:06 PM CDT                    Type: MEDICAL

Call out to NP on call to inform of pt return from hospital. Orders received for docusate sodium 100mg po daily X 7 days. Ibuprofen 600 mg po PRN pain. Orders noted and carried out.

---

Robert Hunt III RN POSTED ON 8/15/2020 6:31:47 PM CDT                    Type: MEDICAL

Sick call slip rcv'd this afternoon c/o lethargy, skin itchy/sensitive, abd pressure, dizzy, dark urine. Info and labs e-mailed to Rhea Marana, NP. Per NP, pt will be taken to the ER. Shift command advised and due to today's extreme staff shortage transport will be at the 1800 hr. shift change. Paperwork prepared including transfer summary, all labs, and treatment referral form.

---

Heather Sanchez RN POSTED ON 8/14/2020 7:05:43 PM CDT                    Type: MEDICAL

Per reported c/o abdominal discomfort and generalized skin itching, orders entered into EMAR per on-call provider. Lab results pending.

---

Ariadne Romero LVN POSTED ON 8/14/2020 1:01:39 PM CDT                    Type: MEDICAL

observed skin during med pass and cont to have jaundice. VS are completed for 0900. pt c/o Upper stomach discomfort. states "i feel like there's a pressure on my upper stomach. I have been feeling this way for a while now" charge nurse was notified. collected urine this am. will cont to monitor.

---

SOAP NOTE BY: Rhea Marana NP POSTED ON 8/12/2020 4:18:10 PM CDT                    Type: MEDICAL

## Subjective

pt reports he had abd pain last week for about 2.5 days, denies n/v, diarrhea, constipation or loss of appetite
no current symptoms
no known medical hx
onset of jaundice maybe a 1-2 days ago
denies use/abuse of drugs, etoh
had Hep A vaccination in Germany and 1 Hep B ( per pt, complete series of Hep B is only 2 shots)

Robert Hunt III RN POSTED ON 6/15/2020 3:11:08 PM CDT                    Type: MEDICAL

Provider's response written on sick-call slip, scanned & attached, then returned to pt.

---

Duanie Boltron LVN POSTED ON 3/28/2020 7:36:54 AM CDT                    Type: MEDICAL

Pt prefers to have his contact lens when he is fully awake.

---

Duanie Boltron LVN POSTED ON 3/27/2020 7:36:52 AM CDT                    Type: MEDICAL

Pt prefers to have his contact lens given to him during morning med-pass. Stated that it's too early to wear contacts at 0500.

---

Sairel Payan RN POSTED ON 3/24/2020 6:34:50 PM CDT                    Type: MEDICAL

Patient coming back from court. Temperature: 97.5

---

Tanya Coder LVN POSTED ON 3/19/2020 6:28:59 PM CDT                    Type: MEDICAL

Pt signed inmate property formed today at 1600, informed daily contacts will be kept with med nurse and offered everyday. Pt request " I want to get contacts after breakfast , because I do have my glasses"

---

Stacey Ridley Charge RN POSTED ON 3/13/2020 11:01:25 PM CDT                    Type: MEDICAL

Delayed entry for 3/13/2020 1825- Pt returned from court, COVID-19 screening performed. Pt is afebrile/asymptomatic at present. Supplemental Intake Screening Form completed.

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

## Progress Notes- INFECTIOUS DISEASE MONITORING ADMIT - WEIGAND, RUBEN (P00221172) 2000001825

## Is the arresting officer aware of any of the following?:

|  | Yes | No | N/A |
|---|---|---|---|
| Illness or Injuries | ■ | ■ | ■ |
| Current/Recent Suicidal Ideation | ■ | ■ | ■ |
| Under Influence of Drugs or Alcohol | ■ | ■ | ■ |
| Combative, Resistive or Extremely Hostile Behavior | ■ | ■ | ■ |
| Treatment by Medical Personnel in the Field | ■ | ■ | ■ |
|  | ■ | ■ | ■ |

## URGENT ASSESSMENT--Select and Document all that apply

## Does the screener observe or is the inmate demonstrating any of the following?:

■ in need of Emergency Medical Treatment for injury, excessive bleeding, extreme pain, or unconsciousness?

■ hallucinating, delusional, nonsensical, unresponsive, confused, paranoid, altered mental status, or inappropriate mood?

■ intoxicated, in withdrawal, slurred speech, unsteady gait, stupor, tremulous, sweating, anxious, abnormal breathing or hyperventilating?

■ voicing current or very recent suicidal thoughts?

■ disoriented to person, place, time, and/or situation?

## CHRONIC CONDITIONS--Select and Document all that apply

### Neurological

| Seizure Disorder | Migraines/Chronic Headaches | Stroke |
|---|---|---|
| ■ | ■ | ■ |
| Dementia | TBI Impairment | |
| ■ | ■ | |

### Respiratory



WEIGAND, RUBEN (P00221172) 2000001825

☐ Urgent Dental issue requiring Dentist Sick Call appointment

☐ Impaired mobility from cast, bandages, injury, Body Deformity

☐ Head injuries or fainting/passing out in the last 72 hours

☐ Special medical requirements (adaptive devices, Diet, Hearing aids, visual aids)

# GENERAL MENTAL HEALTH ASSESSMENTS—Select and Document all that apply

## Mental Health History

☐ Current or Past Treatment for mental health issues

## List diagnosis, location, when it occurred, and what treatments below

☐ Mental health hospitalizations in the past year

## Please provide location, when and reason below

☐ Past suicide attempts, strong plans, or treatment for attempts

## List when occurred, what method, and where treated below

☐ History of sexual abuse, sexually abusing another, or conviction of a sex crime; or according to the interviewer, at risk of victimization or victimizing another inmate

☐ Signs of developmental disability (slow speech, appearance, or history)

☐ Military service

WEIGAND, RUBEN (P00221172) 2000001825

☐ Medical Unit/Cell needed

☐ Release signed to obtain all medical records, pharmacy records, pertinent other records

☐ Inmate Educated on Home to Care Procedures

## Housing Assignment:

☐ General Population
☐ **Isolation**
☐ Agency

☐ Segregation/Confinement
☐ Low Bunk

☐ MHU Unit/Housing
☐ Bunk Bar

☐ INS
☐ DOC

☐ Federal Inmate
☐ Local Inmate

☐ US Marshall

INS #: Federal Inmate #:   DOC #:
State Inmate #:   Local #:

Additional Comments:

PT returned from Anaheim Global Medical Center with the Dx of CALCU GB WO CHOLCYST WOBST and biliary stent placement. Pt condition stable. VS recorded 8/24/2020 at 2045; unremarkable.

Abd: 4 lap incisions aproximated with dermabond. No discharge/drainage, no s/s x of infection noted at present.

Pt to f/u with GI doctor in 3-4 weeks

Oncall NP informed of pt's return. Orders received for Ibuprofen 600 mg po PRN pain and Docusate sod capsule 100 mg po daily and continue use of IS.

COVID 19 test results from hsop neg.

WEIGAND, RUBEN (P00221172) 2000001825

**NaphCare**

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# OFFSITE/HOSPITAL/ER VISIT RETURN FORM - Completed by: Stacey Ridley Charge RN on 8/24/2020

10:45:17 PM CDT



| | | | | | |
|---|---|---|---|---|---|
| Patient: | ████, ████ | ID: | (████11██) ████1███ | Lang: | ███LI██ |
| DOB: | ████ (██yr-██) | Sex: | ██ | Race: | ██ |
| Housing: | ███1 ███ 1██ | SSN: | **██████** | Type: | █████████ |
| Status: | ███ | Booking Date: | 8/24/2020 ██████ ███ ██ | Release: | ███ |

☐ Offsite Visit Return

☐ ER/Hospital Return

☐ Transfer to Psych Hospital - Patient not Back to facility

☐ Psych Hospital Return

☐ Patient Released from Custody

**Please list Offsite/Hospital Details including Diagnosis, medications, and treatment plan:**

PT returned from Anaheim Global Medical Center with the Dx of CALCU GB WO CHOLCYST WOBST. Pt condition stable. VS unremarkable.

Abd: 4 lap insicions aproximated with dermabond. No discharge/drainage, no s/sx of infection noted at present.

Pt to f/u with GI doctor in 3-4 weeks

Rx script: Docusate sod capsule 100 mg po daily

Norco 10/325 mg 1 tab po q 6 hrs prn. * Order received from site NP for Ibuprofen 600 mg po PRN pain on 8/24/2020 at 2043.

COVID 19: neg

WEIGAND, RUBEN (P00221172) 2000001825

**NaphCare**

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# ER REFERRAL — - Completed by: Kayla Mitchael RN on 8/15/2020 8:47:51 PM CDT



## Mode of Transportation:

☑ Squad Car          ☐ Ambulance          ☐ Other (please describe)

Other:

## Please mark the reason:



Health Details:

**7062.**

**Responsible Party:**

**NaphCare (Be advised, if the patient has Medicaid or private insurance, the payor may not be NaphCare)**

**Electronic:**

**EDI 5010 Format Payer ID 58182**

**Mail:**

**NaphCare, Inc.**

**Attn: Claims Department**

**2090 Columbiana Rd, Suite 4000**

**Birmingham, AL 35216**

**\*It is necessary that the patient is not made aware of any appointment scheduling information\***

written material contained in your file, in your possession or under your control which relates to the care and treatment of the patient named above. You are specifically authorized to photocopy the following records:

☐ Entire Medical Record, as described in matter below

Only the following:

☐ Current Medications
☐ Lab Results
☐ Progress Notes of Current Treatment
☐ Discharge Summary

From Date: To Date: (if none indicated, include any and all time periods)

3. I understand that I may revoke this authorization at any time by notifying the providing organization in writing, but that if I do, it will not have any effect on any actions the organization took before receiving the revocation.

4. I understand that the information used and disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.

5. I understand that signing this authorization is voluntary. My treatment or payment will not be conditioned upon my authorization of this disclosure.

6. I understand that this authorization will expire upon my release from custody.

7. A reproduced copy of this authorization shall be as valid as the original.

8. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE (SUBSTANCE USE DISORDER), MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV RELATED INFORMATION only if I check the box below. In the event the health information described above includes any of these types of information, and I check the box below, I specifically authorize release of such information to recipient. I understand my substance use disorder treatment records are protected pursuant to 42 C.F.R. Part 2 and cannot be disclosed without my consent. If the box below for substance use disorder treatment records is checked, my consent to release the records is given. Recipient is prohibited from redisclosing such information without my authorization unless permitted or required to do so under state and/or federal law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization.

☐ Alcohol/Drug Treatment (Substance Use Disorder Treatment Records)
☐ Mental Health Information
☐ HIV-Related Information

WEIGAND, RUBEN (P00221172) 2000001825

**HaphCare**

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# ORAL HYGIENE ACKNOWLEDGEMENT - Completed by: Stacey Ridley Charge RN

on 3/10/2020 9:50:40 PM CDT



**Se trata de reconocer que he recibido instrucciones de higiene oral por el personal médico. También he recibido instrucciones que se encuentran las instrucciones de higiene oral en el tablón de anuncios en la unidad de vivienda, asi como en el manual de recluso para consultarla posteriormente.**

**This is to acknowledge that I have received oral hygiene instructions by the medical staff. I have also been instructed that the oral hygiene instructions are located on the bulletin board in the housing unit as well as in the inmate handbook for further reference.**



Patient Signature

## ORIENTED TO:

- ☐ Yes
- ☐ No
- ☐ N/A

- ☐ Yes
- ☐ No
- ☐ N/A

- ☐ Yes
- ☐ No
- ☐ N/A

- ☐ Yes
- ☐ No
- ☐ N/A

## APPEARANCE:

| ☐ Appropriate | ☐ | ☐ |
| ☐ | ☐ | |

☐ Other

## BEHAVIOR:

| ☐ Appropriate | ☐ | ☐ |

☐ Other

## PERCEPTION:

| ☐ Appropriate | ☐ | ☐ |
| ☐ | | |

WEIGAND, RUBEN (P00221172) 2000001825



Describe



## Results:

Positive

Neg

CXR done

Denies any pos PPD/CXR hx. Pt arrived without any medical records/TS. Will admininster PPD

Last Menstrual Period:

## CONSENT

**I have answered all questions on the Comprehensive Nurse Exam forms truthfully to the best of my knowledge and ability. I have been told and shown how to obtain medical and mental health services. I hereby give consent for professional services to be provided to me by and through NaphCare, Inc.**

## CERTIFY

**As the healthcare professional completing this form, by clicking "complete" on this form I hereby certify that all of the information on this page is true and correct based on the information provided to me.**



Patient Signature

WEIGAND, RUBEN (P00221172) 2000001825

☐ 1) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

☐ 2) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## Receiving screen response:

☐ 3) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## Receiving screen response:

☐ 4) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

☐ 5) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

☐ 6) ▓▓▓ any recent emotional issues?

☐ 7) Had any treatment for mental health issues or suicide risk during any previous incarceration?

☐ 8) Exhibit any disorientation to person, place, time, and/or situation?

## 9) How does the inmate feel about the current situation?

"▓▓▓ helpless, actually"

☐ 10) Does the interviewer feel the inmate is a suicide risk and/or should be on suicide watch?

## GENERAL MENTAL HEALTH ASSESSMENTS - Select and document all that apply

## Has the inmate:

11) Received treatment for mental health issues?

☐ WEIGAND, RUBEN (P00221172) 2000001825

## 21) Inmate Appearance:

- ◉ Clean/well groomed
- ○ [illegible]
- ○ [illegible]
- ○ Other

## 22) Inmate behavior:

- ◉ Cooperative
- ○ [illegible]
- ○ [illegible]
- ○ [illegible]
- ○ Other

_____

_____

## Does the inmate:

☐ 23) [illegible]

☐ 24) Have a history of physical, sexual, or emotional abuse as a child or adult, in any setting including incarceration?

## Receiving screen response:

☐ 25) Have any prior or current conviction of a serious or violent crime?

☐ 26) Have a history of special education classes in school?

☐ 27) Have any form of a serious developmental or learning disability, or does the interviewer believe the inmate has such a disability?

## Receiving screen response:

☐ 28) Have a history of a serious head injury or seizure?

## DISPOSITION/TREATMENT PLAN - Select and document all that apply

WEIGAND, RUBEN (P00221172) 2000001825

![HaphCare]

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# RECEIVING SCREENING - Completed by: Stacey Ridley

Charge RN on 3/10/2020 9:47:16 PM CDT; Signed by: Ruth Lassman Nursing Manager on 4/22/2020 11:33:48 AM

CDT



| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) |
|---|---|---|---|---|---|---|---|
| 121 / 81 | 97.6 | 78 | 16 | 98 | na | 0 | 5 |
| Height(in) | Weight | BMI | MAP | | | | |
| 9 | 198 | 29.2 | 94.33 | | | | |

**Current Allergies**

No Known Drug Allergy, No Known Food Allergy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ARRESTING OFFICER QUESTIONS--Select and Document all that apply

WEIGAND, RUBEN (P00221172) 2000001825

## Cardiovascular

☐ CHF
☐ Hypertension
☐ PVD

☐ MI
☐ Arrhythmia

☐ Valvular Disease
☐ Dyslipidemia

## Gastrointestinal/Hepatic

☐ Cirrhosis

☐ Alcohol Liver Disease

☐ Inflammatory Bowel Disease

## Endocrine

☐ Diabetes

☐ Thyroid Disease

☐ Adrenal Disease

## Hematology/Oncology

☐ Anemia
☐ Sickle Cell Disease

☐ Cancer

☐ Bleeding or Coagulation Disorders

## Infectious Disease

☐ HIV/AIDS
☐ Hepatitis B

☐ Tuberculosis

☐ Hepatitis A

## Chronic Care - Other/Miscellaneous

☐ Kidney Disease

☐ Transplant

☐ Other Chronic Care

# GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply

☐ Current medications or treatments

☐ Recent medical hospitalizations

☐ Active infections or contagious illness

☐ General-fever, lethargy, weight loss, loss of appetite, night sweats
☐ Skin-lesions, needle marks, abscesses, bruises, rash, jaundice, lice, trauma, scars, tattoos
☐ Pulmonary-Persistent cough, coughing up blood

WEIGAND, RUBEN (P00221172) 2000001825

# SUBSTANCE USE ASSESSMENTS—Select and Document all that apply

☐ History or risk of alcohol or drug withdrawal

## Provide details of type of drug, symptoms, and when withdrawal occurred

☐ Recent use of illegal drugs or prescription pain medication

## Provide details of drug, frequency, amount, route, and last use below

☐ Most recent alcohol, sedative (e.g. Xanax, Klonopin, Valium, Ativan), or opioid (e.g. heroin, oxy, fentanyl, methadone)

## Provide details below—amount per day, number of days per week, last time sober for greater than 1 week

## Most recent alcohol, sedative, or opiate use:

○ 8 hours or less
○ 8 hours or greater

# MISCELLANEOUS ASSESSMENTS—Select and Document all that apply

## Does the inmate have any of the following:

☐ Medicaid
☐ Medicare
☐ Private Health Insurance
☐ None

Please document the carrier:

Plan Name:

# DISPOSITION/TREATMENT PLAN—Select and Document all that apply

WEIGAND, RUBEN (P00221172) 2000001825

**Gender self-identification and history of transition-related care.**



Patient Signature

Patient Signature

9/14/2020 14:15:48 AM CDT
Reviewed By rhea.marana on 9/13/2020 9:10:55 AM



Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

**Inmate:** WEIGAND, RUBEN
**Patient ID:** P00221172 (2000001825)
**DOB:** ████████ **Race:** W **Sex:** M

**Ordering Provider:** *PROVIDER NAME NOT REPORTED BY LAB*
**Lab Reference ID:** N/A
**Report Last Updated:** 9/12/2020 12:26:37 AM CDT

---

Manual Urine Drug Screen Test                                      Resulted: 9/12/2020 12:25:48 AM CDT

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| BAR (Barbituates) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| BUP (Buprenorphine) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| MDMA (Ecstasy) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| PCP (Phencyclidine) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| FEN (Fentanyl) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| Specimen Type | Clean Catch | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| OPI (Opiate) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| MET (Methamphetamine) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| AMP (Amphetamine) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |

MANUAL ENTRY BY Mitchael, Kayla Charge RN on 9/11/2020 10:26:36 PM - Result Date: 9/11/2020 10:25:48 PM

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| BZO (Benzodiazepines) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| COC (Cocaine) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| MTD (Methadone) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| OXY (Oxycodone) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |
| THC (Marijuana) | Negative | | | Manual, Final | 9/12/2020 12:25:48 AM CDT |

Test Name                              Value   Range   Flags            Status Observation Time

NOTE: The specimen submitted was SLIGHTLY hemolyzed. Some results may
      be affected. Please resubmit as needed.

NON FASTING

NOTE: SST tube submitted was inadequately spun. Serum was found to
contain RBCs. Certain tests, e.g. Glucose, may be decreased while
others e.g. Potassium or LDH may be elevated.

WEIGAND, RUBEN (P00221172) 2000001825

9/24/2020 14:15:49 AM CDT
Reviewed By rhea.marana on 8/17/2020 11:16:30 AM



Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

**Inmate:** WEIGAND, RUBEN
**Patient ID:** P00221172 (2000001825)
**DOB:** ███████  **Race:** W **Sex:** M

**Ordering Provider:** RHEA MARANA
(1316331663)
**Lab Reference ID:** 16080514924B
**Report Last Updated:** 8/15/2020 12:38:35
PM CDT

---

Lipid Screen (Basic Lipid Profile) (0009-1)                                      Resulted: 8/11/2020 10:02:00 PM CDT

Specimen Collection Date:                        8/11/2020 10:02 PM CDT

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| Cholesterol (BRLI: 0058-8) | 189 mg/dL | <200 | | Final | 8/13/2020 1:22:00 PM CDT |
| HDL CHOL., DIRECT (BRLI: 0059-6) | 54 mg/dL | >40 | | Final | 8/13/2020 1:22:00 PM CDT |
| Triglycerides (BRLI: 0155-2) | 96 mg/dL | <150 | | Final | 8/13/2020 1:22:00 PM CDT |
| HDL as % of Cholesterol (BRLI: 1764-0) | 29 % | >14 | | Final | 8/13/2020 1:22:00 PM CDT |
| Evaluation: BELOW AVERAGE RISK | | | | | |
| Chol/HDL Ratio (BRLI: 1421-7) | 3.5 | <7.4 | | Final | 8/13/2020 1:22:00 PM CDT |
| Evaluation: BELOW AVERAGE RISK | | | | | |
| LDL/HDL Ratio (BRLI: 0253-5) | 2.15 | <3.56 | | Final | 8/13/2020 1:22:00 PM CDT |
| LDL Cholesterol (BRLI: 0505-8) | 116 mg/dL | <100 | Above High Normal | Final | 8/13/2020 1:22:00 PM CDT |
| VLDL, CALCULATED (BRLI: 3345-6) | 19 mg/dL | 7-32 | | Final | 8/13/2020 1:22:00 PM CDT |

---

Acute Hepatitis Panel (3283-9)                                      Resulted: 8/11/2020 10:02:00 PM CDT

Specimen Collection Date:                        8/11/2020 10:02 PM CDT

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| HEP. A Ab., IgM (BRLI: 0538-9) | Non-Reactive | Non-Reactive | | Final | 8/15/2020 10:31:00 AM CDT |

NOTE: Hep A Ab,IgM is positive or reactive during the acute phase.
Hep A Ab/Total is positive or reactive during the recovery phase
or is indicative of a past infection.

| HEP. B CORE Ab., IgM (BRLI: 0206-3) | Non-Reactive | Non-Reactive | | Final | 8/15/2020 10:30:00 AM CDT |

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| BUN (BRLI: 0049-7) | 12 mg/dL | 6-20 | | Final | 8/13/2020 1:22:00 PM CDT |
| Creatinine (BRLI: 0070-3) | 1.10 mg/dL | 0.67-1.31 | | Final | 8/13/2020 1:22:00 PM CDT |
| e-GFR (BRLI: 090013-4) | 85 mL/min | >or=60 | | Final | 8/13/2020 1:22:00 PM CDT |
| e-GFR, African American (BRLI: 090015-9) | 99 mL/min | >or=60 | | Final | 8/13/2020 1:22:00 PM CDT |
| BUN/Creat Ratio (BRLI: 1427-4) | 10.9 Ratio | 10.0-28.0 | | Final | 8/13/2020 1:22:00 PM CDT |

NOTE: Elevated IgG results of >2800 mg/dL may cause

    interference with the Total Bilirubin assay and

    cause a falsely elevated value.

NOTE: Elevated serum paraproteins, chiefly of the IgM type, may

    cause interference with direct and total bilirubin assays,

    and cause a falsely elevated value.

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| Calcium (BRLI: 0050-5) | 9.7 mg/dL | 8.6-10.4 | | Final | 8/13/2020 1:22:00 PM CDT |
| Bilirubin, Total (BRLI: 0043-0) | 9.4 mg/dL | <1.2 | Above High Normal | Final | 8/13/2020 1:22:00 PM CDT |
| Alk Phos (BRLI: 0185-9) | 194 U/L | 40-156 | Above High Normal | Final | 8/13/2020 1:22:00 PM CDT |

NOTE: The result for ALT has been confirmed by repeat analysis.

| | | | | | |
|---|---|---|---|---|---|
| AST (BRLI: 0146-1) | 110 U/L | <40 | Above High Normal | Final | 8/13/2020 1:22:00 PM CDT |

NOTE: Serum specimen ICTERIC. This may affect results.

| | | | | | |
|---|---|---|---|---|---|
| ALT (BRLI: 0147-9) | 608 U/L | <41 | Above High Normal | Final | 8/13/2020 1:22:00 PM CDT |

| Note ID | Comments |
|---|---|
| 77 | NOTE: The result for ALT has been confirmed by repeat analysis. |
| 67 | NOTE: Elevated IgG results of >2800 mg/dL may cause |
| 68 | interference with the Total Bilirubin assay and |
| 69 | cause a falsely elevated value. |
| 71 | NOTE: Elevated serum paraproteins, chiefly of the IgM type, may |
| 72 | cause interference with direct and total bilirubin assays, |
| 73 | and cause a falsely elevated value. |

PATIENT FASTING

WEIGAND, RUBEN (P00221172) 2000001825

## NAPHCARE MEDICAL DEPARTMENT
### SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 9/20/20  1800 | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| WEIGAND, RUBEN | ▮▮▮▮ | 3A-08 | 221172 | 20/3/2020 |

**Complaint (Queja)**

My eye glasses have been destroyed due to potential fentanyl contamination. Therefore I need to store my daily contacts over night. My lawyer will drop contact lense fluid tomorrow 9/21. Please pass it on to the ward for me so I can see in the mornings.

Inmate Signature (Firma de Recluso)

**TRIAGE**

Action Taken:
☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review
☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental
☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 9/20/20 | 1800 | Jonathan |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P:

E:          SUPPLIES SUPPLIED

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RWH, RN | 9-22-20 | 1410 |

**For Jail Use Only**

Module: _____ 3A _____     Date: ____ ███████████

Inmate Name _____ Weigand, Ruben _____

DOB: ____ ████████ ___     Booking#: ____ 221172 _____

## MEDICAL AUTHORIZATION FOR:

*Temporary*

☑ Low bunk/low tier D/T: medical condition   Stop date 12/12/2020

☐ Nothing to eat or drink after midnight   Medical appt _____

☐ Other: _____   9/14/2020

WEIGAND, RUBEN (P00221172) 2000001825

UNITED STATES MARSHALS SERVICE
CENTRAL DISTRICT OF CALIFORNIA
PMR#: 272142

TEL_____ FAX_____

# PRISONER MEDICAL REQUEST

**TO BE COMPLETED BY DETENTION FACILITY AND USMS DISTRICT OFFICE** (as applicable):

NON-EMERGENCIES: Prior to seeking outside medical attention for a prisoner, complete form and fax to USMS District Office at fax number above. USMS will notify you of approval or denial of the request.
EMERGENCIES: obtain treatment, notify USMS as soon as possible and fax this form within 24 hrs.

Prisoner name: WEIGAND, RUBEN          USMS No.: 79370-112          DOB: ▮▮▮▮

Private Insurance: YES ☐ NO ☒     If yes, Provider Name: _____

Detention Facility: Local Medical Facility          Contact Person: kitlis  munoz

Telephone No.: (714) 245-8678          Fax No.: () -

Date & Time USMS Notified of Request: 8/27/2020 2:49:00 PM

Description of Requested Service(s) or Hospitalization and Reason for Service(s):

Attach Medical or Dental Notes to Support Request or note below if Court-ordered.
Over The Counter (OTC) medications are covered by the per diem rate as part of inside medical care.
OTCs should be provided by the jail without additional cost to the USMS.

GASTRO

Urgency of Request:  Emergency-Notification ☐   Urgent (<2 wks) ☐   Routine (2-6 wks) ☐

Standard (>6 wks) ☐   Hospitalization Admission ☐

Date of Admission: _____

Facility/Hospital/Pharmacy providing service: AGMC          Appt. Date: _____

Hospital Point of Contact: _____          Phone No.: _____

Health Care Provider providing service: GASTRO          Appt. Date: _____

NOTE: By law, USMS pays no more than Medicare rates. By policy, it is district responsibility to obtain Medicare rates. Medical Management Branch has 5 business days, after receipt of all required medical documentation, to review any non-emergent care.

**TO BE COMPLETED BY USMS DISTRICT OFFICE:**

Medical Request is: Approved ☐ Referred to MMB ☒ (Districts are not authorized to deny medical requests)

District Representative Signature: KG          Date: 8/27/2020 2:49:30 PM

Deputies Handling Prisoner: Contract Guards          / _____

**TO BE COMPLETED BY USMS MEDICAL MANAGEMENT BRANCH (MMB):**

MMB REVIEW:  Approved ☒

MMB and Physician Comments:
GI consult, for biliary stent removal, approved at this time. If further testing, treatment or surgery is required please submit another ePMR with supporting objective medical documentation/notes, lab results, x-rays, diagrams, proposed tx plan, etc. for review by MMB prior to care. Thank you.

WEIGAND, RUBEN (P00221172) 2000001825



## RELEASE OF RESPONSIBILITY - SPECIFIC PROCEDURE

WEIGAND, Ruben                    8/30/ 2020

Name of Patient                   Date

P 0022117 2    4-17-82

Patient ID Number / Date of Birth

I have hereby clearly expressed or indicated a decision to refuse to accept the following medical treatment/recommendations:

stool softner

The above treatment/recommendations and the risks and benefits involved have been satisfactorily explained to me. In addition, I have had the opportunity to ask questions about the proposed recommendation and have had these answered to my satisfaction.

I have decided **NOT** to accept/permit the treatment/recommendations listed above and understand that my failure to follow the advised medical treatment may seriously affect my health.

By signing below, I assume responsibility for all of the risks and consequences of my refusal and hereby release and agree to hold harmless NaphCare, Inc. and its employees and agents from all responsibility and ill effect which may occur as a result of my refusal to accept/permit the proposed recommendation(s).

                                  8/30/20  0900

Patient Signature                 Date/Time

Witness                           Witness

WEIGAND, RUBEN (P00221172) 2000001825

**ANAHEIM GLOBAL MEDICAL CENTER**
**Patient Discharge Instructions**

Patient Name:   **(Secured) WEIGAND, RUBEN**

Visit ID:   **100242549**

DOB:   ███████

Attending:   **MINMIN MYA**

MR Number:   **001092540**

Discharged:

Home Meds

**Start taking these medications**

DOCUSATE SODIUM CAPSULE 100 MG ORAL DAILY
Note:DO NOT CRUSH OR BREAK


DO NOT CRUSH OR BREAK
IF FOR ENTERAL TUBE USE, DISSOVE CAPSULE IN WARM WATER (10ML)
IF FOR ENTERAL TUBE USE, DISSOVE CAPSULE IN WARM WATER (10ML)
HYDROcodone-ACETAMINOPHEN TABLET 10-325 MG 1 TABLET ORAL EVERY 6 HOURS AS NEEDED
Note:THERAPEUTIC INTERCHANGE FOR
 ** 2 TABS NORCO-5
NOT TO EXCEED 4GM ACETAMINOPHEN IN
24 HOURS FROM ALL SOURCES
BLACK BOX WARNING: ACETAMINOPHEN HAS THE POTENTIAL FOR OVERDOSE OR POISONING
CAUSING HEPATOTOXICITY AND ACUTE LIVER FAILURE, AT TIMES RESULTING IN LIVER
TRANSPLANTATION AND DEATH.
Medication Indication: Moderate pain

Allergies

No Known Drug Allergies

Patient Education

COVID-19 (CORONAVIRUS DISEASE 2019)
Language: ENGLISH                       Provided on: 08/16/2020 8:53 am
COVID-19 (CORONAVIRUS DISEASE 2019)
Language: ENGLISH                       Provided on: 08/16/2020 8:54 am
ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)
Language: ENGLISH                       Provided on: 08/18/2020 9:35 am
JAUNDICE
Language: ENGLISH                       Provided on: 08/16/2020 8:54 am
Piperacillin/Tazobactam (Injection) (Injectable)
Language: ENGLISH                       Provided on: 08/16/2020 8:53 am

**SIGNATURE/DATE/TIME**

Provided by: _____       Provided by: _____

Received by: _____       Received by: _____

## ANAHEIM GLOBAL MEDICAL CENTER
### Patient Discharge Instructions

Patient Name:  **(Secured) WEIGAND, RUBEN**

Visit ID:     **100242549**                    MR Number:   **001092540**
DOB:          ███████████                      Discharged:
Attending:    **MINMIN MYA**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

---

Discharge Instructions 2

**Diet**
- Regular (resume normal diet)

**Activity**
- Perform everyday activities as tolerated. Plan rest periods.
  It may be helpful to raise your feet while resting. Stop activity
  if you have pain, shortness of breath or feel dizzy. Talk to your
  doctor before starting an exercise program.

**Smoking Cessation:**
- If you smoke, quit! If you don't, don't start. Avoid second-hand smoke.
  TIPS TO STOP SMOKING: Set a date to quit, or begin cutting down the
  number of cigarettes you smoke per day. Call 1-800-QUIT NOW
  (1-800-784-8669) for an individual plan and advice.
- Line up support: family, friends or a support group. Avoid situations that
  make you want to smoke; ask others not to smoke around you. Ask your
  doctor about medication that can help you quit.
- The most effective quitting method is the combination of counceling
  and the use of cessation medication.

---

Discharge

---

**Discharge Education Provided**
- Patient education provided
- Education given related to Discharge Medications

**Discharge Medications**
- Medication list given to patient

**Pre-Admission Medications Returned To Patient/Family**
- N/A

**Patient Belongings Inventory**
- No Valuables

**COMMUNITY RESOURCES**
- American Heart Association  1-800-242-8721
- American Stroke Association 1-888-478-7653
- Diabetic Association  1-800-342-2383

SIGNATURE/DATE/TIME

Provided by: _____     Provided by: _____

Received by: _____     Received by: _____

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 SO ANAHEIM BLVD
ANAHEIM, CA 92805
(714)533-6220

| Bloodless | No |
|---|---|

| Visit ID | Patient Type | Point of Origin | Admit Date / Time | Discharge Date/Time | Location | Medical Record Number |
|---|---|---|---|---|---|---|
| 100242549 | INPATIENT | SELF OR NONHEALTHCARE REFERRAL | 08/16/2020 01:25 | | TELEMETRY/MED SURG - DMH 408-1 | 001092540 |

**Patient Information**

| Patient Name and Address | Phone \ Email | Patient Employer Name and Address | Work Phone |
|---|---|---|---|
| *WEIGAND, RUBEN 20 CIVIC CENTER PLAZA SANTA ANA, CA 92701-4058 | (714)647-5400 | UNEMPLOYED XXXXXXXXXXXX XXXXXXXXXXXXXX, CA 99999-999 | (999) 999-9999 |

| Service Cd | FC | Social Security | Birthdate | Age | Sex | Marital Status | Race/ Ethnicity | Religion/Primary Language |
|---|---|---|---|---|---|---|---|---|
| 12 | 60 | 000000000 | ■ | 38Y | M | S | White Not Hispanic or Latino | NP English/ |

| IPA | PCP | Attending Physician | Admitting Physician |
|---|---|---|---|
| , | NON, PER PT | MYA,MINMIN (714)772-8282 | MYA, MINMIN (714)772-8282 |

**Emer. Contact**

| Emergency Contact Name / Address | Phone/Relationship | Next of Kin | Phone/Relationship |
|---|---|---|---|
| | | , | |
| | | , | |

**Guarantor**

| Guarantor Name / Address | Phone/DOB | Guarantor Employer Information | Employer Phone |
|---|---|---|---|
| US FEDERAL MARSHALL, 411 W 4TH ST STE2150 SANTA ANA, CA 92701-4500 | | , | |

**Insurance Info**

| | Primary Insurance Plan | Secondary Insurance Plan | Tertiary Insurance Plan |
|---|---|---|---|
| Insurance Address | US MARSHALL/FEDERAL 411 W 4TH ST STE 2150 SANTA ANA CA 92701-4500 | | |
| Phone Insured Relationship Birth Date Group # Policy # Auth. # | (213)620-8332 WEIGAND, RUBEN Self ■ 20000014004 | | |

**Misc**

| Arrived by | Advance Directive | Occurrence Date / Time | Date/Time Printed |
|---|---|---|---|
| LAW ENFORCE/POLICE | | 11 - Onset of Symptoms/illness - 08/15/2020 17:00 | 08/19/2020 10:38 AM |

| Previous Admit Date | Admitting Complaint | Admit By |
|---|---|---|
| | JAUNDICE | Steve.Fuentes |

Comments:
Alerts: , , , , , , ,

WEIGAND, RUBEN (P00221172) 2000001825

Rev Date 10/17/2012

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Discharge Summary Note

| Patient:<br>WEIGAND, RUBEN | Sex:<br>Male | DOS:<br>08/24/2020 16:40 | MR#:<br>001092540 | Admit Date:<br>08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

## Discharge Medications

DOCUSATE SODIUM CAPSULE, 100 MG ORAL DAILY, Start Date: 08/24/2020
HYDROcodone-ACETAMINOPHEN TABLET 10-325 MG, 1 TABLET ORAL EVERY 6 HOURS AS NEEDED PRN, Start Date: 08/22/2020

## PHYSICIAN SIGNATURE

*Signature attests that all pages have been reviewed and completed*

ABRAHAM HARN, D.O.                                          08/24/2020 16:41

Physician Electronically signed by                          Date

WEIGAND, RUBEN (P00221172) 2000001825

[ NAME: WEIGAND, RUBEN - MRN: 001092540 -  Printed:  Monday, August 24, 2020 4:44:51 PM - Page 2/2 ]

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Progress Note - Gastroenterology

| Patient:<br>WEIGAND, RUBEN | Sex:<br>Male | DOS:<br>08/24/2020 15:37 | MR#:<br>001092540 | Admit Date:<br>08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

**CV/Lines:** [X] RRR  [ ] IRR  [ ] No R/G/M  [ ] No JVD  [ ] A-Line  [ ] CVP  [ ] Swan  [ ] Not examined

**Lung:** [X] CTA B/L  [ ] No wheezes/rales/rhonchi  [ ] Not examined

**Abd:** [X] Non-tender  [ ] Normal bowel sounds  [ ] No guarding/rebound  [ ] No organomegaly  [ ] Heme neg  [ ] Not examined

## PLAN OF CARE

### Subjective:

Patient appears stable

### Objective:

Please see above

### Assessment:

1. Obstructive jaundice, resolving.  It is post ERCP sphincterotomy stone removal and biliary stent placement
2. Cholelithiasis and choledocholithiasis
3. Status post laparoscopic cholecystectomy on 8/22/2020

### Plan:

Stable from GI standpoint for discharge
We will repeat ERCP and remove the biliary stent in about 3 to 4 weeks

Documentation Cont. Next Page

WEIGAND, RUBEN (P00221172) 2000001825

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

| Progress Note - Internal Medicine |
|---|

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/24/2020 08:38 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 |
|---|---|---|---|---|

| Age: 38Y | DOB: | Room: 408 | Bed: 1 | Visit #: 100242549 |
|---|---|---|---|---|
| Attending Physician: MYA, MINMIN | | Created By: HARN, ABRAHAM | | Creation Date: 08/24/2020 08:38 |

## HISTORY

NO NEW COMPLAINTS      NO OVERNIGHT EVENTS      SHORTNESS OF BREATH      ABDOMINAL PAIN

s/p ERCP with sphincterotomy, stone removal, and biliary stent.
s/p cholecystectomy 8/22
receiving norco for pain.

Flatulence but no BM yet. Tolerating oral diet fine.
Ambulated without any difficulty.

## VITAL SIGNS

**LAST SET OF VITALS:**
BP: 91/57   08/24/2020 05:25
Pulse: 69   08/24/2020 05:25
Temp: 98.4 F   08/24/2020 05:25
Resp: 16   08/24/2020 05:25
O2 Sat: 98.0%(Mask,Face)   08/24/2020 05:25
Calculated BMI: 25.6   08/15/2020 19:16

## PHYSICAL EXAM

HEENT: Atraumatic; jaundice
LUNGS: Clear
CARDIAC: Regular Rate and Rhythm
ABDOMEN: Soft; Non-Tender; surgical incision sites clean without drainage.
NEURO: Alert and Oriented

Comment:

## INPATIENT MEDICATIONS

| Ord. Status | Proc. Status | Desc. | Freq. | Ord. By |
|---|---|---|---|---|
| Active | | HYDROcodone-ACETAMINOPHEN  10-325 MG 1 TABLET ORAL | EVERY 6 HOURS AS NEEDED | MYA, MINMIN |
| Active | | HYDROcodone-ACETAMINOPHEN  5-325 MG 1 TABLET ORAL | EVERY 6 HOURS AS NEEDED | MYA, MINMIN |
| Active | | LACTATED RINGERS  1,000 ML IV | 75  ML/HR | HARN, ABRAHAM |
| Active | | METOCLOPRAMIDE  10 MG/2 ML IV | EVERY 8 HOURS AS NEEDED | NEJAT-BINA, DAVID |
| Active | | morPHINE (PF)  2 MG/1 ML IVP | EVERY 2 HOURS AS NEEDED | NEJAT-BINA, DAVID |

WEIGAND, RUBEN (P00221172) 2000001825

**ANAHEIM GLOBAL MEDICAL CENTER**
**1025 SO ANAHEIM BLVD**
**ANAHEIM, CA 92805**

## Laboratory Detail

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | (Secured) WEIGAND, RUBEN | | | | |
| **Birth Date:** | ▆▆▆▆ | **Visit ID:** 100242549 | | **Med Rec#:** | 001092540 |
| **Location:** | 408 - 1 | **Age:** 38 Years | | **Sex:** | Male |
| **Admitting Dr:** | MYA, MINMIN | | | **Admitted:** | 08/16/2020 01:25 |

*(This is not a chartable copy)*

| | | |
|---|---|---|
| **Ord Cd Desc:** | SARS-COV-2 RNA QL RT-PCR( | |
| **Specimen Src:** | Nasopharyngeal Swab | **Result Status:** Final Result |
| **Body Site:** | Nasal Swab | **Ordered Dttm:** 08/16/2020 00:33 |
| **Order Nbr:** | 0022 | **Collected Dttm:** 08/16/2020 00:15 by: |
| **Priority:** | Stat | **Received Dttm:** 08/18/2020 17:40 by: |
| **Ordering Dr:** | CHOU, DAVID | **Released Dttm:** 08/18/2020 17:40 by: |
| **Special Instructions:** | | |

| Test | Result | | Reference Range | Unit |
|---|---|---|---|---|
| SARS-CoV-2, NAA | Not Detected | | Not Detected | |

This test was developed and its performance characteristics determined
by LabCorp Laboratories. This test has not been FDA cleared or
approved. This test has been authorized by FDA under an Emergency Use
Authorization (EUA). This test has been validated in accordance with
the FDA's Guidance Document (Policy for Diagnostics Testing in
Laboratories Certified to Perform High Complexity Testing under CLIA
prior to Emergency Use Authorization for Coronavirus Disease-2019
during the Public Health Emergency) issued on February 29th, 2020.
FDA independent review of this validation is pending. This test is
only authorized for the duration of time the declaration that
circumstances exist justifying the authorization of the emergency use
of in vitro diagnostic tests for detection of SARS-CoV-2 virus and/or
diagnosis of COVID-19 infection under section 564(b)(1) of the Act, 21
U.S.C. 360bbb-3(b)(1), unless the authorization is terminated or
revoked sooner.

Performed at:  CETWE - LabCorp Phoenix

5005 S 40th St, Phoenix, AZ  850402969

Lab Director: Earle Collum MD, Phone:  8007889743

WEIGAND, RUBEN (P00221172) 2000001825

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Long History and Physical

| Patient: | Sex: | DOS: | MR#: | Admit Date: | Discharge Date: |
|---|---|---|---|---|---|
| WEIGAND, RUBEN | Male | 08/16/2020 14:23 | 001092540 | 08/16/2020 01:25 | |

## Home Medications

## Immunizations

## SOCIAL HISTORY

## FAMILY HISTORY

## VITAL SIGNS

T-max (Last 24 hours): 99.0 F          08/15/2020 19:16

**Last Set of Vitals:**
BP: 112/52   08/16/2020 12:00
Pulse: 63   08/16/2020 12:00
Temp: 97.3 F   08/16/2020 12:00
Resp: 18   08/16/2020 12:00
O2 Sat: 94.0%   08/16/2020 12:00
Calculated BMI: 25.6   08/15/2020 19:16

## PHYSICAL EXAM

Documentation Cont. Next Page

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Long History and Physical

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/16/2020 14:23 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Complete BLD CNT With Auto DIFF | MANUAL DIFFERENTIAL? | NONE | | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | SEGMENTED NEUTROPHILS | 59.1 | (43.5-73.5 %) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | LYMPHOCYTES | 27.5 | (15.2-43.3 %) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | MONOCYTES | 10.5 | (5.5-13.7 %) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | EOSINOPHILS | 1.6 | (0.8-8.1 %) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | BASOPHILS | 1.3 | (0.2-1.5 %) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | NUCLEATED RED BLOOD CELLS | 0 | (0.0-0.6 /100 WBC) | | Final Result | 08/16/2020 07:20:00 |
| Complete BLD CNT With Auto DIFF | MPV | 8.2 | (7.4-11.4 FL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | SODIUM | 137 | (136-145 mmol/L) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | POTASSIUM | 3.8 | (3.5-5.1 mmol/L) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | CHLORIDE | 101 | (98-107 mmol/L) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | CARBON DIOXIDE | 27 | (21-31 mmol/L) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | GLUCOSE | 94 | (70-105 mg/dL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | BUN | 8 | (7-25 mg/dL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | CREATININE | 0.9 | (0.7-1.3 mg/dL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | CALCIUM | 9.4 | (8.6-10.3 mg/dL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | ALKALINE PHOSPHATASE | 183 H | (34-104 U/L) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | TOTAL PROTEIN | 6.1 | (6.0-8.3 g/dL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | ALBUMIN | 4 | (3.5-5.7 g/dL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | GLOBULIN | 2.1 L | (2.2-4.2 g/dL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | TOTAL BILIRUBIN | 12.8 H | (0.3-1.0 mg/dL) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | AST -SGOT | 174 H | (13-39 U/L) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | ALT-SGPT | 490 H | (7-52 U/L) | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | BUN/CREATININE RATIO | 9 | | | Final Result | 08/16/2020 07:20:00 |
| Comprehensive MET Panel | A/G RATIO | 1.9 | (0.8-2.0) | | Final Result | 08/16/2020 07:20:00 |

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Long History and Physical

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/16/2020 14:23 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Complete BLD CNT With Auto DIFF | RED BLOOD CELL COUNT | 4.95 | (4.06-5.63 M/uL) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | HEMOGLOBIN | 16.5 H | (12.5-16.3 g/dL) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | HEMATOCRIT | 48.6 H | (36.7-47.1 %) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | MCV | 98.2 H | (73.0-96.2 FL) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | MCH | 33.4 | (23.8-33.4 pg) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | MCHC | 34 | (32.5-36.3 g/dL) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | PLATELET COUNT | 307 | (152-348 K/uL) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | RDW | 14.2 | (12.1-16.2 %) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | MANUAL DIFFERENTIAL? | NONE | | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | SEGMENTED NEUTROPHILS | 56.8 | (43.5-73.5 %) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | LYMPHOCYTES | 30.6 | (15.2-43.3 %) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | MONOCYTES | 9.8 | (5.5-13.7 %) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | EOSINOPHILS | 1.6 | (0.8-8.1 %) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | BASOPHILS | 1.2 | (0.2-1.5 %) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | NUCLEATED RED BLOOD CELLS | 0.1 | (0.0-0.6 /100 WBC) | | Final Result | 08/15/2020 19:30:00 |
| Complete BLD CNT With Auto DIFF | MPV | 8.6 | (7.4-11.4 FL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | SODIUM | 138 | (136-145 mmol/L) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | POTASSIUM | 3.6 | (3.5-5.1 mmol/L) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | CHLORIDE | 98 | (98-107 mmol/L) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | CARBON DIOXIDE | 29 | (21-31 mmol/L) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | GLUCOSE | 104 | (70-105 mg/dL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | BUN | 9 | (7-25 mg/dL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | CREATININE | 1 | (0.7-1.3 mg/dL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | CALCIUM | 10 | (8.6-10.3 mg/dL) | | Final Result | 08/15/2020 19:30:00 |
| Comprehensive MET Panel | ALKALINE PHOSPHATASE | 220 H | (34-104 U/L) | | Final Result | 08/15/2020 19:30:00 |

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Long History and Physical

| Patient: | Sex: | DOS: | MR#: | Admit Date: | Discharge Date: |
|---|---|---|---|---|---|
| WEIGAND, RUBEN | Male | 08/16/2020 14:23 | 001092540 | 08/16/2020 01:25 | |

## PLAN OF CARE

### Current Problems

**Assessment:**
Jaundice

**Plan:**
hepatitis A, B, and C screening,
GI consult for possible ERCP

## PHYSICIAN SIGNATURE

*Signature attests that all pages have been reviewed and completed*

HOI K. TRINH, MD                                    08/20/2020 13:28

Physician Electronically signed by                    Date

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Progress Note - Gastroenterology

| Patient: WEIGAND, RUBEN | Sex: Male | DOS: 08/20/2020 13:09 | MR#: 001092540 | Admit Date: 08/16/2020 01:25 | Discharge Date: |
|---|---|---|---|---|---|

**CV/Lines:** ☒ RRR  ☐ IRR  ☐ No R/G/M  ☐ No JVD  ☐ A-Line  ☐ CVP  ☐ Swan  ☐ Not examined

**Lung:** ☒ CTA B/L  ☐ No wheezes/rales/rhonchi  ☐ Not examined

**Abd:** ☒ Non-tender  ☐ Normal bowel sounds  ☐ No guarding/rebound  ☐ No organomegaly  ☐ Heme neg  ☐ Not examined

**Anatomical Diagrams:**

## RESULTS

### Laboratory

Documentation Cont. Next Page

[ NAME: WEIGAND, RUBEN - MRN: 001092540 - Printed: Thursday, August 20, 2020 1:15:00 PM - Page 2/5 ]

WEIGAND, RUBEN (P00221172) 2000001825

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Progress Note - Gastroenterology

| Patient: | Sex: | DOS: | MR#: | Admit Date: | Discharge Date: |
|----------|------|------|------|-------------|-----------------|
| WEIGAND, RUBEN | Male | 08/20/2020 13:09 | 001092540 | 08/16/2020 01:25 | |

## PLAN OF CARE

### Subjective:

Patient is feeling better
Denies abdominal pain

### Objective:

Please see above

### Assessment:

1. Obstructive jaundice, resolving.  It is post ERCP sphincterotomy stone removal and biliary stent placement
2. Cholelithiasis and choledocholithiasis

### Plan:

Advance diet
Consider general surgery consult for cholecystectomy

Documentation Cont. Next Page

ANAHEIM GLOBAL MEDICAL CENTER, INC.
Anaheim, CA

CONSULTATION

NAME:   WEIGAND, RUBEN
MRN:    001092540
ACCT#: 100242549

DATE OF CONSULTATION: 08/20/2020

SURGICAL CONSULTATION

CHIEF COMPLAINT:
Choledocholithiasis, post-ERCP.

HISTORY OF PRESENT ILLNESS:
The patient is a 38-year-old male without significant past medical history who
was brought into the hospital for acute abdominal pain. At that time, the
patient also was found to be jaundiced. The patient was evaluated and noted
that has bile duct, which measured about 1.6 cm and had elevated LFTs. The
patient has undergone ERCP and stone extraction and placement of stent yesterday
on 08/19/2020 and now I have been asked to evaluate the patient. Please note
that the patient's ultrasound confirms that the patient at that time did have a
dilated common bile duct and had a retracted gallbladder with thickened
gallbladder wall and multiple stones in the gallbladder. The patient currently
is stable after ERCP and is hungry and wants regular food.

PAST MEDICAL HISTORY:
None.

PAST SURGICAL HISTORY:
None.

MEDICATIONS:
None.

ALLERGIES:
No known drug allergies.

SOCIAL HISTORY:
The patient has an occasional history of smoking. Occasional history of alcohol
use. No history of drug use. The patient works on e-commerce. The patient is
here at the custody of federal Marshals.

REVIEW OF SYSTEMS:
Denies any chest pain, shortness of breath, cough, fever, seizures, asthma. The
patient appears to be fit.

FAMILY HISTORY:
Noncontributory. None of his family members have had gallstones in the past.

PHYSICAL EXAMINATION:
GENERAL: The patient is a well-developed, well-nourished male who appears to be
fit. The patient does not appear to be in acute distress at this time. HEENT:
Pupils equal, round, reactive to light and accommodation. Extraocular muscles
are intact. Sclerae are nonicteric.
NECK: Supple, no JVD, no thyromegaly, no adenopathy.
LUNGS: Clear to auscultation bilaterally. No rales, rubs, rhonchi or wheezes.
CARDIOVASCULAR: Regular rate and rhythm. Normal S1, S2. No gallop, rubs or

ANAHEIM GLOBAL MEDICAL CENTER, INC.
Anaheim, CA

CONSULTATION

NAME:  WEIGAND, RUBEN
MRN:   001092540
ACCT#: 100242549

DATE OF CONSULTATION: _____

GASTROENTEROLOGY CONSULTATION

HISTORY OF PRESENT ILLNESS:
The patient is a 38-year-old incarcerated male, who presents to the hospital
with an abdominal pain.  The patient denies any nausea, vomiting, hematemesis,
melena, or bright red blood per rectum.  The patient has nausea, but no
vomiting.  The patient noticed that he was jaundiced.

PAST MEDICAL HISTORY:
Fairly unremarkable.

PAST SURGICAL HISTORY:
None.

SOCIAL HISTORY:
Is in incarceration.

FAMILY HISTORY:
Is in incarceration.

REVIEW OF SYSTEMS:
HEAD, EYES, EARS, NOSE, AND THROAT:  No evidence of otorrhea, rhinorrhea, or
pharyngeal inflammation.
CARDIOVASCULAR REVIEW:  No history of chest pain.
RESPIRATORY REVIEW:  No history of chronic obstructive pulmonary disease.
GASTROINTESTINAL REVIEW:  Noted no jaundice.
LOCOMOTOR REVIEW:  Fairly unremarkable.
NEUROLOGIC REVIEW:  Fairly unremarkable.

PHYSICAL EXAMINATION:
GENERAL:  A 38-year-old male in mild distress.
VITAL SIGNS:  Blood pressure 120/80, pulse 98, and temperature 99.
HEART:  S1 and S2 is present.  No S3 or S4.
LUNGS:  Air exchange is good.
ABDOMEN:  Bowel sounds are present.  The patient has mild tenderness.  No
rebound.
EXTREMITIES:  Normal.
NEUROLOGIC:  No focal deficits.

DIAGNOSTIC DATA:
CT and ultrasound of the abdomen show a significantly dilated common bile duct.

ASSESSMENT AND PLAN:
Elevated transaminases and bilirubin, associated with a dilated common bile
duct, need to rule out stricture, choledocholithiasis.  Viral hepatitis panel
was also done and the patient will have an ERCP for further evaluation.
Abnormal pancreas on imaging, we will also need an endoscopic ultrasound to
evaluate the pancreas.

**OPERATIVE NOTE:**

Pre-op Diagnosis: _Choledocholithiasis , Cholecystitis_

Post-op Diagnosis: _Same        p̄ – ERCP_

Operation Performed: _lap  Cholecystecty_

Surgeon: _Dina_
Assistant Surgeon: _Krebtham_

Type of Anesthesia: _Ramirez_
Anesthesiologist: _Gen / endo Thacker_        ⊕ 30 ̄ 0.25% Maroni.

Findings: _Acute  chole , infflamed infundebulum  Contracted  GB ̄ stones_

Immediate Post-op condition: _fair_

Specimen: _G-B_
  ☑ Sent to Pathology

Complications: _∅_

Estimated Blood Loss: _< 5 ̄_        Replacement: _local Cystelid_
                                                           _∅ Fdg_

Drains, tubes, etc.: _∅_

Date: _8/22/20_   Time: _9 ³⁰/₄_   Physician Signature:

Anaheim Global
Medical Center

#180166
PHYSICIAN PROCEDURAL
NOTE 8/22/20

PATIENT ID

Acct:100242549   MRN:001092540
*WEIGAND, RUBEN
04/17/1982, M, 38Y, 1
AT: MYA, MINMIN
DOS: 08/16/2020 01:25  AGMC

AWMC... WEIGAND, RUBEN (P00221172) 2000001825   FAX TO PHARMACY



| DATE | TIME | NOTES |
|------|------|-------|
| 8/21/20 | 8³⁄₄ | Surgery p/w |
| | | pt has now made his mind up. Pt understands |
| | | the problem & would like to take care of it. |
| | | Pt understands the possible R & B of operating |
| | | vs. non-operative managment & wants to proceed |
| | | |
| | | plan ① NPO ⓟ MN. |
| | | ② schedule f surgery f tom 8/22/20 AM |
| 149 / 43 | 109 / 30 | 12 / 0.9 | 13 \ Abg-36 / 6.11 - 30.5 ATP - 61 AIT - 411 |
| | 5.5 > 143 / 413 \ 253 | |
| 8/23/20 | 5³⁵ | Surgery POD #1 |
| | | Pt is doing well tolerating diet well. |
| | | labs are chained to |
| | | pt it is F ty able & is doing well |
| | | plan ① BRW . |
| | | ② pt is clear f spinal straightwt. |
| | | ③ first surgist pt. |



Anaheim Global
Medical Center

PHYSICIAN
PROGRESS
NOTES

AWMC-1059 (8/17)

PATIENT ID
NAME
MED RECORD NO
DOCTOR

Acct: 100242549   MRN: 001092540
WEIGAND, RUBEN,
M, 38, 1
MINMIN
DOS: 08/16/2020 AGMC

WEIGAND, RUBEN (P00221172) 2000001825

visualization of right upper quadrant organs. Under direct vision, an 11 mm trocar was placed in the subxiphoid and two 5 mm trocars were placed in the right upper quadrant. Manipulation of the organs revealed that the patient indeed had a significant amount of adhesions to the gallbladder. Gallbladder appeared to be scarred and contracted; however, appeared to be full of stones and appeared to be chronically inflamed. The adhesions were taken down. The anatomy which somewhat was difficult was finally able to understand and anatomy was identified well before any further dissection. Triangle of Calot, which was also contracted, was dissected. A window was created in the triangle of Calot and an Endo GIA regular load was used to ligate and divide the cystic duct. Cystic artery was also identified and was clipped 3 times proximally, once distally and was incised. I then began by removing the gallbladder from the liver bed using Bovie electrocautery. Gallbladder was removed intact. Again, gallbladder appeared to be extremely contracted. After the gallbladder was removed, it was retrieved via EndoCatch bag through Hasson trocar while the camera was placed in the subxiphoid port. The gallbladder was removed and was sent to pathology. Hasson trocar was reinserted back inside the abdomen. Camera was reinserted back inside the Hasson trocar and began by irrigating the area with copious amount of saline and suctioned until clear. The liver bed, which may have been bleeding, was stopped with Bovie electrocautery. Good hemostasis was seen. Despite that, the area was sprayed with Arista, which is a hemostatic agent. At this time, the operation ended and was allowed for the $CO_2$ to escape and abdomen to deflate. The trocars were taken out under direct visualization making sure that there were no bleedings. Finally, Hasson trocar was removed and was allowed for the $CO_2$ to escape and midline fascia was closed using 0 Vicryl suture in a figure-of-eight configuration. Fascial stitches were tied together as well. The subxiphoid trocar site was also closed using 0 Vicryl suture in a figure-of-eight. Please note that all the needle counts, sponge counts were reported to be correct prior to the end of the operation. At this time, the trocar sites were irrigated with copious amounts of saline and skin was closed using 4-0 Monocryl in a simple interrupted or running subcuticular fashion. Dermabond was used as occlusive dry dressing.

I's and O's, the patient had a liter of crystalloid, had no Foley.

ESTIMATED BLOOD LOSS:
Less than 5 mL.

DRAINS:
None.

FINDINGS:
The fact that the patient had a contracted gallbladder full of stones and appeared to have had chronic cholecystitis secondary to adhesions and the way the gallbladder had been scarred and had been contracted.

SPECIMEN:
The gallbladder and stones were sent to pathology.

COMPLICATIONS:
None.

DISPOSITION:
The patient was sent to recovery room in extubated, stable condition.

Thanks Dr. Gaddam for allowing us to participate in the care of this patient.


David Nejat-Bina, M.D.

ANAHEIM GLOBAL MEDICAL CENTER, INC.
Anaheim, CA

PROCEDURE REPORT

NAME:  WEIGAND, RUBEN
MRN:   001092540
ACCT#: 100242549

DATE OF PROCEDURE: 08/19/2020

NAME OF PROCEDURE:
Endoscopic retrograde cholangiopancreatogram, sphincterotomy, stone extraction,
and biliary stent placement.

PREOPERATIVE DIAGNOSIS:
Obstructive jaundice.

POSTOPERATIVE DIAGNOSES:
1.  Choledocholithiasis, 1 stone removed from the bile duct.
2.  A 10-French 7 cm long biliary stent placed in the bile duct.

SEDATION:
Given by Dr. St. Thomas.

PROCEDURE IN DETAIL:
The patient was taken to the endoscopy room, placed in the left lateral
decubitus position.  After adequate sedation given, an Olympus video
duodenoscope was introduced into oropharynx and esophagus was intubated.  Scope
was then advanced into the stomach and duodenum.  Ampulla of the Vater
identified.  This appears normal with no evidence of any tumor involving the
ampulla.  A sphincterotome introduced into the ampulla and injection of contrast
revealed presence of dilated bile duct with a filling defect in the common bile
duct, a sphincterotomy performed in the routine fashion.  Good hemostasis
obtained.  A balloon catheter passed, sweeps made several times and 1 stone
removed.  Repeat cholangiogram is unremarkable.  A 10-French 7 cm long biliary
stent placed across the sphincter.  Scope withdrawn.  The patient tolerated the
procedure well.


Syam Gaddam, M.D.

SG/NTS
DD: 08/20/2020 13:05:52
DT: 08/20/2020 13:42:59
Job#: 180129/1660155


cc:   Dr. St.Thomas

ANAHEIM GLOBAL MEDICAL CENTER, INC.
Anaheim, CA
Electronically Authenticated by:
SYAM  GADDAM, M.D. on 08/21/2020 09:19 AM PDT

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S ANAHEIM BLVD.
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: **WEIGAND, RUBEN**        MR#: A001092540        SEX:M AGE: 38Y

| CHEMISTRY |
|---|

| Collected | 08/21/2020 06:16 | 08/20/2020 06:00 | 08/19/2020 05:31 | 08/18/2020 06:15 | 08/17/2020 06:35 | Reference Range | Units |
|---|---|---|---|---|---|---|---|
| Released | 08/21/2020 07:28 | 08/20/2020 08:13 | 08/19/2020 07:14 | 08/18/2020 09:46 | 08/17/2020 08:53 | | |
| NA | 144 | 146 H | 143 | 142 | 141 | 136-145 | mmol/L |
| K | 4.3 | 4.2 | 4.0 | 3.7 | 4.0 | 3.5-5.1 | mmol/L |
| CL | 109 H | 107 | 109 H | 106 | 107 | 98-107 | mmol/L |
| CO2 | 30 | 32 H | 27 | 29 | 26 | 21-31 | mmol/L |
| GLU | 108 H | 100 | 106 H | 97 | 80 | 70-105 | mg/dL |
| BUN | 10 | 10 | 11 | 14 | 16 | 7-25 | mg/dL |
| CREAT | 0.9 | 0.8 | 0.8 | 1.0 | 1.0 | 0.7-1.3 | mg/dL |
| CA | 9.1 | 9.3 | 9.0 | 9.4 | 9.2 | 8.6-10.3 | mg/dL |
| TP | 5.4 L | 5.9 L | 5.7 L | 6.1 | 5.9 L | 6.0-8.3 | g/dL |
| ALB | 3.6$^1$ | 4.0$^1$ | 3.8$^1$ | 3.9$^1$ | 3.8$^1$ | 3.5-5.7 | g/dL |
| TBIL | 3.9 H | 5.7 H | 5.1 H | 6.4 H | 7.9 H | 0.3-1.0 | mg/dL |
| ALKPHOS | 107 H | 130 H | 139 H | 165 H | 174 H | 34-104 | U/L |
| AST | 101 H | 174 H | 170 H | 172 H | 184 H | 13-39 | U/L |
| ALT | 411 H | 557 H | 498 H | 530 H | 503 H | 7-52 | U/L |
| GLOB | 1.8 L | 1.9 L | 1.9 L | 2.2 | 2.1 L | 2.2-4.2 | g/dL |
| AGRATIO | 2.0 | 2.1 H | 2.0 | 1.8 | 1.8 | 0.8-2.0 | |
| B/CREAT | 11 | 13 | 14 | 14 | 16 | | |
| EGFR | 100$^2$ | 115$^2$ | 115$^2$ | 89$^2$ | 89$^2$ | | |

$^1$REPORTING NOTE:
Recumbent Adult:    3.5 - 5.0  g/dL
Ambulatory Female:  3.7 - 5.3 g/dL
Ambulatory Male:    4.2 - 5.5 g/dL
$^2$*ml/min/1.73 m2

eGFR                Description

>=60.............Normal to mildly decreased eGFR
30-59............Moderately decreased eGFR
15-29............Severely decreased eGFR
<15.............Kidney Failure

The estimated GFR is calculated by the MDRD equation. The result
normalized to average adult surface area (SA) of 1.73 m2, and
should be multiplied by (SA/1.73) for patients at extremes of body
size. Results should be interpreted with clinical correlation based
on various etiologic changes in BUN and Albumin. It should not be
used for Drug Dosing since not all drugs are removed by Glomerular
Filtration. Result has not been validated for patients <18 and >89
years of age, pregnant women and of other than Caucasian or African
races.
$^3$This test was performed at: ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705  Medical
Director: R. Michael Tadros, MD.
$^4$Lab add on

Legend:
L = Low, H = High, CL = Critical Low, CH = Critical High, CR = Changed Result, * = Abnormal

ORDERING MD: CHOU, DAVID
Anaheim Cumulative Daily HPF
PRINTED: 08/22/2020 23:22
RUN#:R2023575098

NAME: **WEIGAND, RUBEN**
MR#: A001092540
ACCT: A100242549
LOC: AN U4-408-1

PAGE 1 OF 7

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S ANAHEIM BLVD.
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: **WEIGAND, RUBEN**          MR#: A001092540          SEX:M AGE: 38Y     DOB: ███████

| THERAPEUTIC DRUG MONITORING / TOXICOLOGY |
|:---:|

| Collected | 08/15/2020 19:30 | | | |
|---|---|---|---|---|
| Released | 08/15/2020 20:33 | | Reference | Units |
| ACETA | <10$^8$ | | 10-30 | ug/mL |
| SAL | <2.5$^9$ | | 15.0-30.0 | mg/dL |
| ETOH | <0.01$^{10}$ | | | g/dL |

---

[8]  ACETA:4 hour post ingestion.........<200 ug/mL
        12 hour post ingestion.........<50 ug/mL
[9]Therapeutic Range:
    30-100 mg/L or 3-10 mg/dL for anti-pyretic/analgesic condtions.
    150-300 mg/L or 15-30 mg/dL for anti-inflammatory/rheumatic conditions.

Toxic Range: >300 mg/L or >30 mg/dL

[10]ETOH (ALCOHOL):
    80 mg/dL (0.08 g/dL) or higher is presumptive of intoxication.
    350 mg/dL (0.35 g/dL) or higher indicates severe intoxication.
    550 mg/dL (0.55 g/dL) or higher can be fatal.

| HEMATOLOGY |
|:---:|

**HEMOGRAM**

| Collected | 08/20/2020 06:00 | 08/19/2020 05:31 | 08/18/2020 06:15 | 08/17/2020 06:35 | 08/16/2020 07:20 | | |
|---|---|---|---|---|---|---|---|
| Released | 08/20/2020 07:19 | 08/19/2020 06:49 | 08/18/2020 08:10 | 08/17/2020 08:38 | 08/16/2020 08:33 | Reference | Units |
| WBC | 6.4 | 5.5 | 5.5 | 4.4 | 4.5 | 3.6-10.2 | K/uL |
| RBC | 4.23 | 4.21 | 4.46 | 4.45 | 4.34 | 4.06-5.63 | M/uL |
| HGB | 14.7 | 14.3 | 15.0 | 15.1 | 14.9 | 12.5-16.3 | g/dL |
| HCT | 42.0 | 41.8 | 44.3 | 44.3 | 42.7 | 36.7-47.1 | % |

---

Legend:
L = Low, H = High, CL = Critical Low, CH = Critical High, CR = Changed Result, * = Abnormal

ORDERING MD: CHOU, DAVID
Anaheim Cumulative Daily HPF
PRINTED: 08/22/2020 23:22
RUN#:R2023575098

NAME: **WEIGAND, RUBEN**
MR#: A001092540
ACCT: A100242549
LOC: AN U4-408-1

WEIGAND, RUBEN (P00221172) 2000001825

Patient: WEIGAND, RUBEN     MRN: 001092540     Encounter: 100242549     Page 3 of 7

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S ANAHEIM BLVD.
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: **WEIGAND, RUBEN**          MR#: A001092540          SEX:M AGE: 38Y     DOB: ███████

| | URINALYSIS | |
|---|---|---|

| | | | | Reference | Units |
|---|---|---|---|---|---|
| Collected | 08/16/2020 00:30 | | | | |
| Released | 08/16/2020 01:18 | | | Reference | Units |
| ULEU | NEGATIVE | | | NEGATIVE | |
| UCOLOR | DARK YELLOW | | | | |
| UAPPEAR | CLEAR | | | | |
| USPGRAV | <=1.005 | | | 1.005-1.030 | |
| U PH | 6.5 | | | 5.0-8.0 | |
| UBLOOD | NEGATIVE | | | NEGATIVE | |
| UKETO | NEGATIVE | | | NEGATIVE | |
| UGLU | NEGATIVE | | | NEGATIVE | |
| UNITR | NEGATIVE | | | NEGATIVE | |
| UPROT | NEGATIVE | | | NEGATIVE | |
| UUROBILI | 0.2 * | | | NORMAL | |
| UBIL | 2+ * | | | NEGATIVE | |
| UWBC | NOT SEEN | | | NOT SEEN | /HPF |
| URBC | NOT SEEN | | | NOT SEEN | /HPF |
| UBACT | NOT SEEN | | | NOT SEEN | /HPF |
| USQEPI | NOT SEEN * | | | 0-2 | /HPF |
| UMUCOUS | OCCASSIONAL [2] | | | | /LPF |

[2] ictotest = positive

| | HEPATITIS TESTING | |
|---|---|---|

BLOOD

| | | | | Reference | Units |
|---|---|---|---|---|---|
| Collected | 08/15 20:03 [3] | 08/15 20:03 [3] | | | |
| Released | 08/16 22:08 | 08/16 21:20 | | Reference | Units |
| HBCIGM | | NONREACTIVE [4] | | NONREACTIVE | |
| HBSAG | NONREACTIVE [5] | | | NONREACTIVE | |
| HCVAB | | NONREACTIVE [6] | | NONREACTIVE | |

[3]This test was performed at: ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705  Medical
Director: R. Michael Tadros, MD.
[4]Non-Reactive ----Anti-HBc IgM not detected. Patient is presumed to be not infected with HBc IgM.
Reactive--------Anti-HBc IgM is detected. Patient is presumed to be infected with HBc IgM.
             State or associated disease not determined.
[5]NONREACTIVE ----- Presumed nonreactive for HBSAG.
PRELIMINARY --- Initial result reactive, specimen sent for confirmatory testing.


[6]Non-Reactive -----    Anti-HCV non reactive. Patient is presumed not to be infected with HCV.
Preliminary -----    Anti-HCV IgG screening reactive, specimen sent for confirmatory testing.


Legend:
L = Low, H = High, CL = Critical Low, CH = Critical High, CR = Changed Result, * = Abnormal

| | |
|---|---|
| ORDERING MD: CHOU, DAVID | NAME: **WEIGAND, RUBEN** |
| Anaheim Cumulative Daily HPF | MR#: A001092540 |
| PRINTED: 08/22/2020 23:22 | ACCT: A100242549 |
| RUN#:R2023575098 | LOC: AN U4-408-1 |

PAGE 5 OF 7

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S ANAHEIM BLVD.
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: **WEIGAND, RUBEN**          MR#: A001092540          SEX:M AGE: 38Y     DOB: ██████

---

LABCORP SAN DIEGO
13112 EVENING CREEK DR. SO. STE. 200
SAN DIEGO, CA  92128-4108
LABORATORY DIRECTOR:  JENNY GALLOWAY, MD

**MISC OTHER LABCORP**
**Accn#: R202290027**
**Final  Released : 08/18/2020 13:15**
**Specimen: BLOOD**

| Collected | | Result | Units | Reference Range |
|---|---|---|---|---|
| 08/15/2020 20:03 Released 08/18/2020 13:15 | MISCELLANEOUS TEST CODE | SEE NOTE[19] | | |

---

[19]HEPATITIS B SURFACE AB QUANT
RESULT:  20.2  MIU/ML

REFERENCE RANGE:  IMMUNITY >9.9

STATUS OF IMMUNITY                    ANTI-HBS LEVEL
----------------------------         ---------------------
INCONSISTENT WITH IMMUNITY        0.0 - 9.9
CONSISTENT WITH IMMUNITY             >9.9

PERFORMING LABORATORY INFORMATION:
LABCORP SAN DIEGO
13112 EVENING CREEK DR. SO.  STE. 200
SAN DIEGO, CA  92128-4108
LABORATORY DIRECTOR:  JENNY GALLOWAY, MD

| **CANCELLED TESTS** |
|---|

Legend:
L = Low, H = High, CL = Critical Low, CH = Critical High, CR = Changed Result, * = Abnormal

ORDERING MD: CHOU, DAVID
Anaheim Cumulative Daily HPF
PRINTED: 08/22/2020 23:22
RUN#:R2023575098

NAME: **WEIGAND, RUBEN**
MR#: A001092540
ACCT: A100242549
LOC: AN U4-408-1

WEIGAND, RUBEN (P00221172) 2000001825

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S. ANAHEIM BLVD
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: WEIGAND, RUBEN          MR# A001092540          SEX:M AGE:38Y          DOB:0█████

| MICROBIOLOGY |
| --- |

**BLOOD CULTURES**

**CULTURE BLOOD**
COLLECTED: 08/16/2020 00:00                    RELEASED: 08/19/2020 12:01
RECEIVED: 08/16/2020 11:34                     STARTED: 08/16/2020 11:34
ACCN#: 920228103                               STATUS: Pending
SPECIMEN/SOURCE: BLOOD / BLOOD

CULTURE RESULT (Prelim)
    No Growth To Date

**EPIDEMIOLOGY CULTURES**

**Culture MRSA Only**
COLLECTED: 08/16/2020 03:15                    RELEASED: 08/16/2020 11:34
RECEIVED: 08/16/2020 11:34                     STARTED: 08/16/2020 11:34
ACCN#: 920229011                               STATUS: Final
SPECIMEN/SOURCE: NASAL SWAB /
This test was performed at: MICROBIOLOGY- ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705
Medical Director: R. Michael Tadros, MD.

CULTURE RESULT (Final)
    No Methicillin Resistant Staph aureus Isolated

TESTING PERFORMED AT ORANGE COUNTY GLOBAL MEDICAL CENTER
MICROBIOLOGY
1001 N. TUSTIN AVE. SANTA ANA CA. 92705

ORDERING MD:                                             NAME: WEIGAND, RUBEN
Anaheim Micro Cum Daily HPF                              MR#: A001092540
PRINTED: 08/19/2020 23:23                                ACCT: A100242549
RUN#:R2023273935                                         LOC: AN U4-408-1
                          PAGE 1 OF 1

WEIGAND, RUBEN (P00221172) 2000001825

**ANAHEIM GLOBAL MEDICAL CENTER**
1025 S. ANAHEIM BLVD
ANAHEIM, CA 92805
R. Michael Tadros M.D., MEDICAL DIRECTOR

NAME: WEIGAND, RUBEN          MR# A001092540          SEX:M AGE:38Y     DOB: ██████

| MICROBIOLOGY |
| --- |

**BLOOD CULTURES**

**CULTURE BLOOD**
COLLECTED: 08/16/2020 00:00                    RELEASED: 08/22/2020 09:57
RECEIVED: 08/16/2020 11:34                     STARTED: 08/16/2020 11:34
ACCN#: 920228103                               STATUS: Final
SPECIMEN/SOURCE: BLOOD / BLOOD
This test was performed at: MICROBIOLOGY- ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705
Medical Director: R. Michael Tadros, MD.

CULTURE RESULT (Final)
    No Growth After 5 Days


**EPIDEMIOLOGY CULTURES**

**Culture MRSA Only**
COLLECTED: 08/16/2020 03:15                    RELEASED: 08/16/2020 11:34
RECEIVED: 08/16/2020 11:34                     STARTED: 08/16/2020 11:34
ACCN#: 920229011                               STATUS: Final
SPECIMEN/SOURCE: NASAL SWAB /
This test was performed at: MICROBIOLOGY- ORANGE COUNTY GLOBAL MED CTR 1001 N. Tustin Avenue, Santa Ana, CA 92705
Medical Director: R. Michael Tadros, MD.

CULTURE RESULT (Final)
    No Methicillin Resistant Staph aureus Isolated

TESTING PERFORMED AT ORANGE COUNTY GLOBAL MEDICAL CENTER
MICROBIOLOGY
1001 N. TUSTIN AVE. SANTA ANA CA. 92705

ORDERING MD:                                        NAME: **WEIGAND, RUBEN**
Anaheim Micro Cum Daily HPF                          MR#: A001092540
PRINTED: 08/22/2020 23:23                            ACCT: A100242549
RUN#:R2023575107                                     LOC: AN U4-408-1
                        PAGE 1 OF 1

WEIGAND, RUBEN (P00221172) 2000001825

Patient: WEIGAND, RUBEN     MRN: 001092540     Encounter: 100242549     Page 4 of 4

# ANAHEIM GLOBAL MEDICAL CENTER
Radiology Department
1025 SO ANAHEIM BLVD
ANAHEIM, CA 92805

**Patient Name:** WEIGAND, RUBEN          **Med Rec #:**  001092540

Date:  08/16/2020 10:34

**Transcribed: 08/16/2020 10:37 By: YEE, WYMAN K.**          **Visit ID: 100242549**

*Confidentiality Notice:* The information contained in this facsimile may be privileged and confidential.  It is intended only for the use of the individual or entity to whom it was sent.  If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

Page 2 of 2

WEIGAND, RUBEN (P00221172) 2000001825

Patient: WEIGAND, RUBEN     MRN: 001092540     Encounter: 100242549     Page 2 of 2

# ANAHEIM GLOBAL MEDICAL CENTER
Radiology Department
1025 SO ANAHEIM BLVD
ANAHEIM, CA 92805

**Patient Name:** WEIGAND, RUBEN                    **Med Rec #:** 001092540

| | | | |
|---|---|---|---|
| Accession #: **30184352** | | | Visit ID: 100242549 |
| Patient Location: 201-1 | | | Patient Type: INPATIENT |
| DOB: ▮▮▮▮▮ | Gender: M | Age: 38Y | Date of Service: 08/15/2020 19:54 |
| | | | Exam Completion Date: 08/15/2020 20:55 |

Exam Reason:
Order Phys: CHOU, DAVID                    Read By: YEE, WYMAN K
                                           Verified By: YEE, WYMAN K

## Procedure:  US ABD LTD
*Final*

EXAM:  US ABD LTD

CLINICAL HISTORY: Mild epigastric pain, jaundice

COMPARISON: None

FINDINGS: Liver normal in overall size with right lobe measuring 14.3 cm
longitudinally. Dilated intrahepatic biliary ducts. No focal hepatic mass or
other abnormal intrahepatic echotexture. Common bile duct dilated measuring
about 1.6 cm without intraductal stones, extending into pancreatic head.
Gallbladder contracted and contains multiple echogenic shadowing stones.
Gallbladder wall thickened measuring about 5 mm. No pericholecystic fluid.
Negative sonographic Murphy's sign. Pancreas grossly normal with head measuring
about 2.1 cm AP, body 1.5 cm AP, and tail 1.9 cm AP. No right hydronephrosis or
hepatorenal fossa fluid.

IMPRESSION:
1. Dilated intrahepatic biliary ducts and markedly dilated dilated common bile
duct, extending into pancreatic head, without choledocholithiasis.
2. Cholelithiasis in mildly thick-walled contracted gallbladder.

Electronically signed by: Wyman Yee, MD on 8/16/2020 10:43

**READ BY: YEE, WYMAN K.**
Date:  08/16/2020 10:43

*Confidentiality Notice:* The information contained in this facsimile may be privileged and confidential.  It is intended only for the use of the
individual or entity to whom it was sent.  If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it
to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal
Service.
Page 1 of 1

WEIGAND, RUBEN (P00221172) 2000001825

Patient: WEIGAND, RUBEN      MRN: 001092540      Encounter: 100242549      Page 1 of 1



Paragon Order Management    Current U

File   Edit   List   Options   Functions   Window   Help

Acct:100242549 ___ MRN:001092540
*WEIGAND, RUBEN
M, 38Y, 1
AT: MYA, MINMIN
DOS: 08/16/2020 01:25   AGMC

Order Entry | Diet Order | Change Order | Verify Order | **Order Inquiry** | Charge Releas | Batch Charge |

Height: 70.00 inche  Weight: 80.50 kg   Age: 38 Years   Sex:   M    Allergy: No Known Drug Allergies

Order Code:  OTHCO_A   Other                          Type:  NS    Order number: 75

Frequency:  ONCE                  Ord Phys:  NEJAT-BINA, DAVID, MD

Start Date:  08/23/2020 15:09      Stop Date: 08/23/2020 15:09    # Days:

Prep:                                              Total Qty:        Qty Today:     1

Spcl Attn:

Instructions:  ok to discharge per surgical consult

Reason/Indication:

Reference:

WEIGAND, RUBEN (P00221172) 2000001825

08/24/2020 09:01:28

**ANAHEIM GLOBAL MEDICAL CENTER**
**1025 SO ANAHEIM BLVD**
**ANAHEIM, CA  92805**

**Laboratory Detail**

| | | | | |
|---|---|---|---|---|
| **Name:** | (Secured) WEIGAND, RUBEN | | | |
| **Birth Date:** | ██████████ | **Visit ID:** 100242549 | **Med Rec#:** | 001092540 |
| **Location:** | 408 - 1 | **Age:** 38 Years | **Sex:** | Male |
| **Admitting Dr:** | MYA, MINMIN | | **Admitted:** | 08/16/2020 01:25 |

*(This is not a chartable copy)*

| | | | |
|---|---|---|---|
| **Ord Cd Desc:** | Comprehensive MET Panel | **Result Status:** | Final Result |
| **Specimen Src:** | BLOOD | **Ordered Dttm:** | 08/23/2020 05:00 |
| **Body Site:** | | **Collected Dttm:** | 08/23/2020 05:50 by: |
| **Order Nbr:** | 0069 | **Received Dttm:** | 08/23/2020 06:26 by: |
| **Priority:** | Routine | **Released Dttm:** | 08/23/2020 07:11 by: |
| **Ordering Dr:** | NEJAT-BINA, DAVID | | |

**Special Instructions:**

| Test | Result | | Reference Range | Unit |
|---|---|---|---|---|
| SODIUM | 142 | | 136-145 | mmol/L |
| POTASSIUM | 3.9 | | 3.5-5.1 | mmol/L |
| CHLORIDE | 106 | | 98-107 | mmol/L |
| CARBON DIOXIDE | 29 | | 21-31 | mmol/L |
| GLUCOSE | 105 | | 70-105 | mg/dL |
| BUN | 10 | | 7-25 | mg/dL |
| CREATININE | 0.8 | | 0.7-1.3 | mg/dL |
| CALCIUM | 8.9 | | 8.6-10.3 | mg/dL |
| ALKALINE PHOSPHATASE | 96 | | 34-104 | U/L |
| TOTAL PROTEIN | 5.6 | L | 6.0-8.3 | g/dL |
| ALBUMIN | 3.7 | | 3.5-5.7 | g/dL |
| REPORTING NOTE: | | | | |
| Recumbent Adult: | 3.5 - 5.0  g/dL | | | |
| Ambulatory Female: | 3.7 - 5.3  g/dL | | | |
| Ambulatory Male: | 4.2 - 5.5  g/dL | | | |
| GLOBULIN | 1.9 | L | 2.2-4.2 | g/dL |
| TOTAL BILIRUBIN | 3.4 | H | 0.3-1.0 | mg/dL |
| AST -SGOT | 44 | H | 13-39 | U/L |
| ALT-SGPT | 243 | H | 7-52 | U/L |
| BUN/CREATININE RATIO | 13 | | | |
| A/G RATIO | 1.9 | | 0.8-2.0 | |
| ESTIMATED GFR | 115 | | | |
| *ml/min/1.73 m2 | | | | |

| eGFR | Description |
|---|---|
| >=60..............Normal to mildly decreased eGFR | |
| 30-59.............Moderately decreased eGFR | |
| 15-29.............Severely decreased eGFR | |
| <15......        Kidney Failure | |

| | | |
|---|---|---|
| ER/Admitted to: *12+2* | Transferred to: *V/4* | Transferred to: *Santa ana hot* |
| Date: *8/16/20* | Transferred by: *8/18/20* | Transferred by: *Ivan RN* |
| Completed by: *Darrell Sampie* | Received by *Campbell RN* | Received by |
| Valuables/Description | Valuables/Description | Valuables/Description |
| **Dentures:** ☒None ☐Upper ☐Lower ☐Partial | **Dentures:** ☒None ☐Upper ☐Lower ☐Partial | **Dentures:** ☒None ☐Upper ☐Lower ☐Partial |
| **Hearing Aid:** ☒None ☐Left ☐Right | **Hearing Aid:** ☒None ☐Left ☐Right | **Hearing Aid:** ☒None ☐Left ☐Right |
| **Glasses:** ☐None ☒Present Description: | **Glasses:** ☐None ☒Present Description: *black glasses* | **Glasses:** ☐None ☒Present Description: |
| **Ring(s):** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: | **Ring(s):** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: | **Ring(s):** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: |
| **Watch:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: | **Watch:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: | **Watch:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: |
| **Misc. Jewelry:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: | **Misc. Jewelry:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: | **Misc. Jewelry:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: |
| **Cash:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Amount: | **Cash:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Amount: | **Cash:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Amount: |
| **Misc. Valuables:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: | **Misc. Valuables:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: | **Misc. Valuables:** ☒None ☐Hospital safe ☐Remains w/patient ☐Sent home Description: |
| Valuables Envelope # | Valuables Envelope # | Valuables Envelope # |
| **MEDICATION DISPOSITION:** ☐In Pharmacy ☒None | **MEDICATION DISPOSITION:** ☐In Pharmacy ☒None | **MEDICATION DISPOSITION:** ☐In Pharmacy ☒None |
| **CLOTHING/DESCRIPTION** | **CLOTHING/DESCRIPTION** | **CLOTHING/DESCRIPTION** |
| Blouse/Shirt | Blouse/Shirt *Orange jumpsuit* | Blouse/Shirt *Orange jump suit* |
| Pants/Skirt | Pants/Skirt | Pants/Skirt |
| Underclothes | Underclothes | Underclothes |
| Shoes *Orange Jumpsuit* | Shoes *black shoes* | Shoes *Black shoes* |
| Misc. *Black Shoes! Black Glasses* | Misc. | Misc. |
| **EQUIPMENT** ☐Wheelchair ☐Walker/Cane ☐other | **EQUIPMENT** ☐Wheelchair | **EQUIPMENT** ☐Wheelchair |
| I have removed all the contraband *Drll Sp  8/16/20* Staff Signature / Date | I have removed all the contraband *8/18/20* Staff Signature / Date | I have removed all the contraband *8/21/1* Staff Signature / Date |
| Patient Signature / Date | Patient Signature / Date | Patient Signature / Date |

| | |
|---|---|
| The above items are present upon admission Patient Signature/Date: Witness Signature/Date: I have refused the use of the hospital safe Patient Signature/Date: | The above items are present upon admission Patient Signature/Date: Witness Signature/Date: I have refused the use of the hospital safe Patient Signature/Date: |

Patient ID

**Anaheim Global Medical Center**

**PATIENT PERSONAL PROPERTY CHECKLIST**

AWMC-1081 (06/17)

Acct: 100242549   MRN: 001092540
WEIGAND, RUBEN, M, 38, 1
AT: MYA, MINMIN
DOS: 08/16/2020 AGMC

ORIGINAL- CHART   YELLOW- PATIENT (Yellow copy to be given to patient upon discharge)

WEIGAND, RUBEN (P00221172) 2000001825

Report Date: 08/24/2020

08/24/2020 16:56:23

**ANAHEIM GLOBAL MEDICAL CENTER**
**Medication Administration Record**

Page 2 of 2

Patient:  (Secured) WEIGAND, RUBEN

| Admitted: | 08/16/2020 01:25 | | Attending: | MYA, MINMIN | | | |
|---|---|---|---|---|---|---|---|
| Visit ID: | 100242549 | Med Rec#: | 001092540 | Location: | TELEMETRY/MED SURG - DMH U4-408-1 | | |
| Gender: M | | DOB: ▓▓▓▓ | Age: 38Y | Weight: | 80.5 kgs | Height: 70 in | BMI: |

**_PRN_**

| | Medication | Dose | Brand | Form | Start | Stop | Last Administered | # of Adm |
|---|---|---|---|---|---|---|---|---|
| A | HYDROcodone-ACETAMINOPHEN [5-325 MG]    TABLET<br>ORAL EVERY 6 HOURS AS NEEDED<br>[ 1 X 5-325 MG PER DOSE ]<br><br>Indication: Mild pain<br><br>NOT TO EXCEED 4GM ACETAMINOPHEN IN 24 HOURS FROM ALL SOURCES<br>BLACK BOX WARNING: Acetaminophen has the potential for overdose or poisoning causing hepatotoxicity and acute liver failure, at times resulting in liver transplantation and death.<br>FOR PAIN<br>RX#: 11192600 | 1 TABLET | NORCO | TABLET | 08/22/20 12:55 | | Last Administered:<br>08/24/2020 15:06<br>Adm. By: &NWP<br>Adm. Dose: 1 TABLET | 5 |
| U | MAGNESIUM HYDROXIDE  [400 MG/5 ML]    SUSPENSION<br>ORAL DAILY AS NEEDED<br>[ 0.5 X 30 ML [400 MG/5 ML]  PER DOSE ]<br><br>Indication: constipation<br><br>FOR CONSTIPATION<br>SHAKE WELL BEFORE USE<br><br>RX#: 11193216 | 15 ML | MILK OF MAGNESIA | SUSPENSION | 08/24/20 08:42 | | | |
| A | METOCLOPRAMIDE  [10 MG/2 ML]  INJECTABLE<br>INTRAVENOUS EVERY 8 HOURS AS NEEDED<br>[ 1 X 2 ML [10 MG/2 ML]  PER DOSE ]<br><br>Indication: Nausea and vomiting<br><br>IVP over 1 to 2 minutes<br>RX#: 11192602 | 10 MG/2 ML | REGLAN | INJECTABLE | 08/22/20 12:57 | | | |
| A | morPHINE (PF)  [2 MG/ML]  INJECTABLE<br>IV PUSH EVERY 2 HOURS AS NEEDED<br>[ 1 X 2 MG/ML PER DOSE ]<br><br>Indication: Severe pain<br><br>CPOE COMMENT: FOR PAIN CONTROL<br><br>RX#: 11192601 | 2 MG/1 ML | MORPHINE | INJECTABLE | 08/22/20 12:56 | | Last Administered:<br>08/23/2020 11:11<br>Adm. By: ATSA<br>Adm. Dose: 2 MG | 1 |

| *_Initials_ | _Caregiver Names_ | _Initials_ | _Caregiver Names_ |
|---|---|---|---|
| &NWF | JULIAN ARELLANO, RN | ATSA | ALICE C. TSAI, RN |

WEIGAND, RUBEN (P00221172) 2000001825

# PLEASE RETURN WITH INMATE

| | |
|---|---|
| | Jail Name SANTA ANA CITY JAIL |
| Naphcare Utilization Approval | Address |
| (to obtain authorization call: (205)-458-8454) | Phone/Fax (714) 245-8117 |
| | HSA/ A A/Doctor |
| | PER: RHEA MARANA, N.P. |

**RESPONSIBLE PARTY**

| Naphcare | x | Jail | | Inmate | | MCAR/MCAID | | Private Insurance | | FBOP | | INS | | US Marshall | | DEA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## OFFSITE HEALTHCARE / EMERGENCY TREATMENT REFERRAL FORM

**NaphCare**
Your Independent Health Care Choice.

### THIS SECTION TO BE COMPLETED BY NaphCare STAFF

| 1) PATIENT'S NAME (Last Name; First Name; Middle Initial) | 2) PATIENT'S I.D. NUMBER |
|---|---|
| WEIGAND, RUBEN | P# 221172 |

| 3) SOCIAL SECURITY NUMBER | 4) DATE OF BIRTH |
|---|---|
| | ▮▮▮▮▮ |

| 5) PRIMARY INSURANCE | CONTRACT NUMBER |
|---|---|
| POLICY HOLDER | GROUP NUMBER |
| ADDRESS | EFFECTIVE DATE |

| 6) WORKING DIAGNOSIS | 7) ALLERGIES |
|---|---|
| TRANSAMINITIS | NKA |

| 8) REASON FOR REFERRAL (CHOOSE ALL THAT APPLY): | 9) TRANSPORTATION TYPE/PROVIDER |
|---|---|
| ER EVAL    SPECIALTY CONSULT*   DIAGNOSTIC TESTING*   OTHER* X | |

| 10) *TYPE REQUESTED (E.G. CARDIOLOGY, SURGICAL CONSULT, CT/MRI): | 11a) BOOK IN DATE / 11b) RELEASE DATE (if any) 3-10-20 |
|---|---|

| 12) NAME OF FACILITY/PHYSICIAN WHERE SERVCES REQUESTED | 13) SERVICE DATE:(leave blank if appoint not made) |
|---|---|

**14) HISTORY OF PRESENT ILLNESS - OTHER CONDITIONS - CURRENT SYMPTOMS - CURRENT TREATMENTS (INCLUDING MEDICATIONS)**

- SEE TRANSFER SUMMARY -

### THIS SECTION TO BE COMPLETED BY OFF SITE PROVIDER

FINDINGS

RECOMMENDATIONS

PROVIDER'S SIGNATURE:                                          DATE:

INSTRUCTIONS TO OFF SITE PROVIDERS
1) Authorization is provided only for requested procedures and treatment of life-threatening conditions.
2) Because of security concerns, a patient must NOT be informed of follow-up appointments or possible hospitalization.
3) Complete the bottom portion of this form, place it in a sealed envelope, and give to the Correctional Officer when the patient is returned.
4) Use the patient's I.D. Number for the Insured's I.D. Number on claim forms.

BILLING INFORMATION:  NAPHCARE, INC 2090 COLUMBIANA RD., STE. 4000, VESTAVIA HILLS, AL 35216

WEIGAND, RUBEN (P00221172) 2000001825

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| WEIGAND, RUBEN | ▮ | 3·A·20 | 221172 | 6·15·20 |

**Complaint (Queja)**

Inmate Signature (Firma de Recluso)

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call    ☐ Refer to MH – Sick Call    ☐ Refer to MH – Chart Review<br>☐ Refer to Medical Records    ☐ Refer to OB/GYN    ☐ Refer to Dental<br>☐ Refer to Optometry    ☐ Nursing Protocol Initiated    ☐ Other |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|

Nursing :

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

A:

P:

E:  PER PROVIDER, PLEASE CHOOSE WHICH YOU WANT TO USE DAILY – CONTACTS OR GLASSES.
THE OTHER WILL BE KEPT IN PROPERTY.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| RWil, RN | 6-15-20 | 1310 |

**For Jail Use Only**

Patient Name: _Weigand, Ruben_      Date: _3|13|2020_

Date of Birth: _4-17-82_      P#/Booking#: _____

## NaphCare

### Advancing Correctional Healthcare

Supplemental Intake Screening Form

COVID-19 "Coronavirus"

Circle Yes/No

1. Does the patient have a fever?..................... **97.0** .....................YES / (NO)

2. Does the patient report or show any signs or symptoms of upper
   or lower respiratory infection (cough, chest pain, shortness
   of breath)?...................................................................................YES / (NO)

3. Does the patient report any recent travel to, or in contact with a person
   who has traveled to, a known affected area within the last 14 days?
   (China, Iran, Japan, South Korea, Italy)...............................................YES / (NO)

   If yes, list countries: _____

4. Does the patient report any contact with known laboratory confirmed
   case of COVID-19 "Coronavirus"?.......................................................YES / (NO)

*If patient states "Yes" to all the questions above or "Yes" to questions 1, 2, 3, mask the individual and place in isolation in preparation for transport to the hospital for clearance.

*If the patient states "Yes" to questions 1 and 2 but "No" to question 3, also mask and isolate the individual in preparation for transport to the hospital for clearance.

Nurse Completing Form: _SR RN_      Patient Signature: _Pt unable to sign_
_hands cuffed behind_
_his back_

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# Allergies - WEIGAND, RUBEN 2000001825

| Name | Start Date | End Date |
|------|-----------|----------|
| No Known Food Allergy | 3/10/2020 | |
| No Known Drug Allergy | 3/10/2020 | |

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# Drug Administrations - WEIGAND, RUBEN 2000001825

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| Docusate Sodium Oral 100 MG X1 once in a.m. | ruby.reynosa | 8/30/2020 12:00:27 PM | Refused | |
| Docusate Sodium Oral 100 MG X1 once in a.m. | irene.masina | 8/29/2020 12:16:31 PM | Refused | |
| Ibuprofen Oral 600 MG X1 twice a day | ariadne.romero | 8/28/2020 11:43:52 AM | Administered | |
| Docusate Sodium Oral 100 MG X1 once in a.m. | ariadne.romero | 8/28/2020 11:43:52 AM | Refused | |
| Docusate Sodium Oral 100 MG X1 once in a.m. | ariadne.romero | 8/27/2020 10:54:45 AM | Refused | |
| Ibuprofen Oral 600 MG X1 twice a day | ariadne.romero | 8/27/2020 10:54:20 AM | Administered | |
| Ibuprofen Oral 600 MG X1 twice a day | ariadne.romero | 8/26/2020 11:45:21 AM | Administered | |
| Docusate Sodium Oral 100 MG X1 once in a.m. | ariadne.romero | 8/26/2020 11:45:21 AM | Refused | |
| Ibuprofen Oral 600 MG X1 twice a day | jonathan.montes | 8/26/2020 12:18:40 AM | Administered | |
| Ibuprofen Oral 600 MG X1 twice a day | sally.eagleman | 8/25/2020 9:35:43 AM | Administered | |
| Docusate Sodium Oral 100 MG X1 once in a.m. | sally.eagleman | 8/25/2020 9:35:43 AM | Administered | |
| Cimetidine Oral 400 MG X1 once in a.m. | jonathan.montes | 8/15/2020 10:41:40 AM | Administered | |
| Loratadine Oral 10 MG X1 once in a.m. | jonathan.montes | 8/15/2020 10:41:40 AM | Administered | |

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# Treatment Administration - WEIGAND, RUBEN 2000001825

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| DAILY CONTACTS | sally.eagleman | 9/23/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 9/21/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | renee.sibayan | 9/19/2020 11:21:15 AM | Administered | |
| DAILY CONTACTS | jonathan.montes | 9/18/2020 11:02:31 AM | Administered | |
| DAILY CONTACTS | jonathan.montes | 9/17/2020 10:26:32 AM | Refused | |
| DAILY CONTACTS | sally.eagleman | 9/15/2020 10:27:56 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 9/14/2020 10:26:48 AM | Administered | |
| DAILY CONTACTS | angela.murillo | 9/13/2020 10:11:12 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 9/12/2020 11:48:47 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 9/11/2020 10:49:14 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 9/10/2020 9:22:52 AM | Refused | |
| DAILY CONTACTS | sally.eagleman | 9/9/2020 10:32:23 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 9/8/2020 10:35:07 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 9/7/2020 9:58:55 AM | Other | on lock down |
| DAILY CONTACTS | ruby.reynosa | 9/6/2020 11:32:04 AM | Refused | |
| DAILY CONTACTS | ariadne.romero | 9/5/2020 11:18:31 AM | Refused | |
| DAILY CONTACTS | ariadne.romero | 9/4/2020 11:28:53 AM | Refused | |

WEIGAND, RUBEN (P00221172) 2000001825

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| DAILY CONTACTS | sally.eagleman | 7/29/2020 10:49:28 AM | Other | on locked down |
| DAILY CONTACTS | maria.teodoro | 7/27/2020 10:20:12 AM | Other | |
| DAILY CONTACTS | ruby.reynosa | 7/26/2020 11:02:16 AM | Other | mod will be on lock down today all day |
| DAILY CONTACTS | ruby.reynosa | 7/25/2020 11:16:22 AM | Administered | |
| DAILY CONTACTS | tanya.cocker | 7/24/2020 10:41:14 AM | Administered | |
| DAILY CONTACTS | tanya.cocker | 7/23/2020 11:29:26 AM | Refused | |
| DAILY CONTACTS | sally.eagleman | 7/22/2020 10:39:47 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 7/21/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 7/20/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | kevin.ortega | 7/18/2020 10:58:32 AM | Other | |
| DAILY CONTACTS | ruby.reynosa | 7/17/2020 12:12:26 PM | Other | lock down doesnt need |
| DAILY CONTACTS | tanya.cocker | 7/16/2020 12:02:40 PM | Administered | |
| DAILY CONTACTS | ruby.reynosa | 7/15/2020 11:29:35 AM | Other | NOT NEEDED |
| DAILY CONTACTS | sally.eagleman | 7/14/2020 1:15:06 PM | Other | pt on locked down |
| DAILY CONTACTS | sally.eagleman | 7/14/2020 11:17:12 AM | Administration Cancelled | on ,ock done / Cancelation Note: eorrr |
| DAILY CONTACTS | araceli.badajoz | 7/12/2020 10:18:03 AM | Administered | |
| DAILY CONTACTS | ruby.reynosa | 7/11/2020 11:17:22 AM | Refused | |
| DAILY CONTACTS | tanya.cocker | 7/9/2020 11:16:20 AM | Refused | |
| DAILY CONTACTS | cindy.urrutia | 7/8/2020 12:45:35 PM | Administered | |

WEIGAND, RUBEN (P00221172) 2000001825

| Name | Username | Date | Type | Reason |
|---|---|---|---|---|
| DAILY CONTACTS | sally.eagleman | 6/10/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 6/10/2020 10:23:42 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 6/8/2020 11:08:36 AM | Administered | |
| DAILY CONTACTS | ruby.reynosa | 6/7/2020 10:56:42 AM | Administered | |
| DAILY CONTACTS | jonathan.montes | 6/6/2020 10:52:00 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 6/4/2020 12:29:55 PM | Administered | |
| DAILY CONTACTS | ariadne.romero | 6/3/2020 11:41:53 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 6/2/2020 11:11:31 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 6/1/2020 11:17:46 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 5/30/2020 10:21:23 AM | Refused | states "I dont need it on weekends" |
| DAILY CONTACTS | ariadne.romero | 5/29/2020 10:18:14 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 5/28/2020 11:57:31 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 5/25/2020 11:27:04 AM | Administered | |
| DAILY CONTACTS | kevin.ortega | 5/24/2020 11:43:58 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 5/22/2020 10:23:09 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 5/21/2020 10:13:16 AM | Administered | |
| DAILY CONTACTS | bronwyn.aldea | 5/20/2020 12:00:43 PM | Administered | |
| DAILY CONTACTS | bronwyn.aldea | 5/19/2020 11:11:34 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 5/18/2020 11:28:43 AM | Administered | |

WEIGAND, RUBEN (P00221172) 2000001825

| Name | Username | Date | Type | Reason |
|------|----------|------|------|--------|
| DAILY CONTACTS | irene.masina | 4/18/2020 9:59:42 AM | Other | wearing glasses |
| DAILY CONTACTS | tanya.cocker | 4/16/2020 11:51:40 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 4/14/2020 11:33:52 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 4/13/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | brisseth.rivera | 4/11/2020 11:34:35 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 4/9/2020 10:10:46 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 4/8/2020 11:39:58 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 4/7/2020 11:35:04 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 4/6/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | kevin.ortega | 4/5/2020 11:33:21 AM | Administered | |
| DAILY CONTACTS | ruby.reynosa | 4/4/2020 12:37:23 PM | Administered | |
| DAILY CONTACTS | tanya.cocker | 4/2/2020 12:27:25 PM | Administered | |
| DAILY CONTACTS | sally.eagleman | 4/1/2020 11:44:06 AM | Administered | |
| DAILY CONTACTS | sally.eagleman | 3/30/2020 1:16:54 PM | Administered | |
| DAILY CONTACTS | kevin.ortega | 3/29/2020 11:40:55 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 3/28/2020 11:00:00 AM | Administered | |
| DAILY CONTACTS | duanie.boltron | 3/27/2020 7:34:45 AM | Refused | |
| DAILY CONTACTS | jessica.miller | 3/26/2020 7:39:21 AM | Administered | |
| DAILY CONTACTS | ariadne.romero | 3/25/2020 7:00:00 AM | Administered | LATE ENTRY |

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

## Flags - WEIGAND, RUBEN 2000001825

| Name | Stamp | Start | Stop |
|------|-------|-------|------|
| 78 Single Cell | 8/25/2020 | 8/25/2020 | |

**HaphCare**

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# Sick Calls - WEIGAND, RUBEN 2000001825

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Dental Annual | 6/20/2021 | Dental Annual Exam scheduled from Receiving Screening. | |
| Medical Nurse | 3/3/2021 | Annual PPD is due. | |
| Dental Annual | 1/4/2021 | Dental Annual Exam scheduled from Receiving Screening. | |
| Medical Chart Review | 9/10/2020 | review Offsite GI notes from 9/10 (biliary stent removal) Cancelled by rhea.marana on 9/11/2020 Reason: appt cancelled by Offsite Provider | 9/11/2020 |
| Medical Chart Review | 9/11/2020 | attach cmp result to GI f/u | 9/8/2020 |
| Medical NP/PA | 8/25/2020 | Follow up hospital return 8/24/2020: Post op lap cholecystectomy and biliary stent on 8/22/2020. Pt states that he was instructed to use the IS for "2 more days". | 8/25/2020 |
| Medical NP/PA | 8/15/2020 | f/u sudden jaundice; labs drawn 8/12 | 8/25/2020 |
| Medical Nurse | 8/13/2020 | pt c/o "abdominal pressure (like heartburn), feels tired like having a flu, urine is very dark yellow, and skin is itching." Labs drawn on 8/12/2020, results pending. | 8/14/2020 |
| Medical NP/PA | 8/12/2020 | sudden jaundice | 8/12/2020 |
| Medical Nurse | 6/13/2020 | pt has both contact lenses and glasses. Should we send contact to his property and just allow use of glasses?--- pls have pt choose which one he wants to use daily and keep the other one in property. thanks. | 6/15/2020 |

WEIGAND, RUBEN (P00221172) 2000001825

Rhea Marana NP POSTED ON 9/18/2020 11:05:08 AM CDT | Type: MEDICAL

Liver enzymes trending down.

---

Angela Murillo LVN POSTED ON 9/13/2020 5:58:56 PM CDT | Type: MEDICAL

Provided contact case to patient

---

Sairel Payan RN POSTED ON 9/7/2020 12:43:01 PM CDT | Type: MEDICAL

Per NP, cleared for housing.
Denies SOB, No c/o symptoms. temp: 97.0

---

Rhea Marana NP POSTED ON 8/26/2020 10:22:03 AM CDT | Type: MEDICAL

Pt was sent out to the hospital on 8/16/20, returned on 8/24/20, placed on 14 day precaution isolation (confirmred with mod CO, according to notations), temp. check scheduled.

---

SOAP NOTE BY: Rhea Marana NP POSTED ON 8/25/2020 12:41:04 PM CDT | Type: MEDICAL

**Subjective**

saw the pt post-admission to the hospital for jaundice and markedly elevated liver enzymes
8/19- choledocholethiasis s/p ERCP with biliary stent placement
8/22- lap chole

**Objective**

| BP: 104/67 | Temp: 96 | Pulse: 86 | Resp: 20 | Wt: 181 | Sa02: 98 | BS: na | Pain: 0 |
|---|---|---|---|---|---|---|---|

cardio-rrr
lungs- ctab
abd- 3 lap incisions noted with dermabond, no ssx of infection notes (Staff presen tduring exam)
eyes- slightly icteric

**Assessment**

choledocholithiasis s/p lap chole

**Plan**

pain med prn
hand hygiene
instructed to let dermabond fall of by itself; do not touch/manipulate surgical incision sites; report any ssx of infection asap

WEIGAND, RUBEN (P00221172) 2000001825

## Objective

| BP: 127/87 | Temp: 97 | Pulse: 79 | Resp: 20 | Wt: 198 | SaO2: 98 | BS: na | Pain: 0 |
|---|---|---|---|---|---|---|---|

cardio- rrr
lungs- ctab
skin- jaundiced (light yellow)
eyes- icteric sclera

## Assessment

jaundice of unknown etiology

## Plan

labs drawn today
avoid fatty foods
report any COC to Medical asap
f/u once lab results are out

## Education

as above

---

Martha Sarahi Gonzalez Charge RN POSTED ON 8/11/2020 2:44:55 PM CDT                        Type: MEDICAL

Was called by mod officer. Per officer pt has been looking yellow. His eyes and skin. Saw pt at MPR. Per pt last week before wednesday he had some pain at his mid abdomen. Then it got better. No more pain at this time. Per pt since last week wednesday he hasn't been feeling himself. More tired and not normal. Unable to eplaine further symptoms due to language barrier. Per pt other cellmates have told him that his skin and eyes are yellow. Denies any other concern or symptom. Per pt he has never had a history of any liver condition. He doesn't have any tattoos or has shared needles before. Denies n/v, states he is having normal BMs and urinating okay. Food intake is normal. Informed Np Rhea new orders for blood work in place. VS 118/76, 78,20,98%RA, 0/10.

---

Sally Eagleman LVN POSTED ON 7/14/2020 12:40:59 PM CDT                        Type: MENTAL HEALTH

new contact reviced im signed for them

---

Sally Eagleman LVN POSTED ON 6/15/2020 4:40:29 PM CDT                        Type: MEDICAL

per shift comand Monreal and chief security Teron pt can have both glasses and contacts

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

## Progress Notes- INFECTIOUS DISEASE MONITORING DISCHARGE -WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# RECEIVING SCREENING - Completed by: Stacey Ridley

Charge RN on 8/24/2020 11:24:36 PM CDT

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | ████, ████ | ID: | (██████11██) ████████1██ | Lang: | ███ LI██ | **PICTURE NOT AVAILABLE** |
| DOB: | █/1█/1██ (Age-██) | Sex: | ██ | Race: | ██ | |
| Housing: | ███ 1 ███ 1█ | SSN: | **██████** | Type: | ████████ | |
| Status: | ██████ | Booking Date: | █/2█/2█2█ ██████ ██ ███ | Release: | | |

<div style="background:gray">██ ██ ██████████ ██ ████</div>

☐ **Patient Refused**

| ██ | Temp | Pulse | Resp | Ox██ | BP | Pain | Height(ft) 5 |
|---|---|---|---|---|---|---|---|
| / | | | | | | | |
| **Height(in)** 9 | **Weight** | ███ | ███ | | | | |

**Current Allergies**

No Known Drug Allergy, No Known Food Allergy

****************************************************************************************************
********************

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

****************************************************************************************************
********************

## ARRESTING OFFICER QUESTIONS--Select and Document all that apply

WEIGAND, RUBEN (P00221172) 2000001825

## Cardiovascular



## Gastrointestinal/Hepatic

## Endocrine

## Hematology/Oncology

## Infectious Disease

## Chronic Care - Other/Miscellaneous

## GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply

WEIGAND, RUBEN (P00221172) 2000001825

# SUBSTANCE USE ASSESSMENTS—Select and Document all that apply

_____

_____

> _____

## Provide details of type of drug, symptoms, and when withdrawal occurred

> _____

> _____

## Provide details of drug, frequency, amount, route, and last use below

> _____

> _____

## Provide details below—amount per day, number of days per week, last time sober for greater than 1 week

> _____

## Most recent alcohol, sedative, or opiate use:

- ○ _____
- ○ _____

# MISCELLANEOUS ASSESSMENTS—Select and Document all that apply

_____

_____

## Does the inmate have any of the following:

- ☐ _____
- ☐ _____
- ☐ _____
- ☐ ____

> _____

Plan Name:

# DISPOSITION/TREATMENT PLAN—Select and Document all that apply

WEIGAND, RUBEN (P00221172) 2000001825

## Gender self-identification and history of transition-related care:

Patient Signature

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) |
|---|---|---|---|---|---|---|---|
| 118 / 79 | 98.0 | 87 | 17 | 97 | na | 0 | 5 |
| Height(in) | Weight | BMI | MAP | | | | |
| 9 | na | 0.0 | 92.00 | | | | |

## Clinically indicated physical assessment:

- ☐ Alert, no apparent distress
- ☐ Vital signs WNL
- ☐ Other

## Provider Notified:

Marana, Rhea

## Please remember to have all paperwork scanned and attached appropriately to the patient record

WEIGAND, RUBEN (P00221172) 2000001825

Current Allergies

No Known Drug Allergy, No Known Food Allergy

CURRENT MEDICATIONS

Cimetidine Oral 400 MG (QTY: 1) (QAM 0900) 8/15/2020 - 8/15/2020

Loratadine Oral 10 MG (QTY: 1) PRN (QAM) 8/15/2020 - 8/28/2020

## Referring Provider:

Marana, Rhea

## Destination ER/Hospital:

Western Medical Center - Santa Ana

## JAIL CLINIC STAFF:

**Send a printed copy of this form and any relevant progress notes, labs, and studies with EMS or the transporting officer.**

## EMERGENCY DEPARTMENT PROVIDER:

**For continuity of care, please give the officer a copy of your evaluation and treatment**

**recommendations to return with the patient to the jail facility.**

**Procedures and treatments other than those specified or required to diagnose and treat**

**the reason for referral, as listed above, may not be performed without prior approval by**

**NaphCare, Inc. by calling (205) 536-8510 (during business hours) or calling the jail**

**clinic (after business hours).**

**A copy of Clinical Documentation Related to this visit must be faxed to (205) 521-**

WEIGAND, RUBEN (P00221172) 2000001825

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# AUTHORIZATION FOR ROI - Completed by: Stacey Ridley

Charge RN on 3/10/2020 9:51:16 PM CDT



## THIS INFORMATION IS TO BE DISCLOSED TO: NaphCare, Inc.

## Attention: Medical Records | Santa Ana City Jail | 62 Civic Center Plaza, Santa Ana, CA 92701 | (714) 245-8117 (phone) | (714) 245-8267 (fax)

## THIS INFORMATION IS TO BE DISCLOSED BY: Any medical provider(s) or other covered entity which maintains protected health information for the patient listed above.

## REASON FOR REQUESTED INFORMATION: Provision of health care/continuity of care.

## TO BE READ AND SIGNED BY PATIENT/INMATE:

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form. In accordance with the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This document authorizes physicians, administrators, records custodians, and all medical personnel to furnish full and complete medical reports and information hereby requested, to the recipient listed above.

2. This authorization includes but is not limited to, all hospital and medical records, writings, charts, notes, reports of operations, admission summaries, discharge summaries, consultations, nurses notes, medications, letters, documents, reports, x-ray reports, laboratory reports or results, any tests or test results, any rehabilitation and/or physical therapy records, and/or any other

Patient Signature

**HaphCare**

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# PHYSICAL ASSESSMENT - Completed by: Stacey Ridley

Charge RN on 3/10/2020 9:50:17 PM CDT; Signed by: Rhea Marana NP on 3/11/2020 9:53:30 AM CDT

| Patient: | ████, ████ | ID: | (████1100) | Img: | ████ | | PICTURE NOT AVAILABLE |
|---|---|---|---|---|---|---|---|
| | | | ████1█0 | | | | |
| DOB: | ████ (██ yr-old) | Sex: | █ | Race: | █ | | |
| Housing: | ███1███1█ | BUnit: | **██████** | Type: | ██████ | | |
| Status: | ACTIVE | | | | | | |

| ▇ Initial | ▁ ▏ ▏ | ▁ nfo c |
|---|---|---|

Initial Receiving Screen reviewed   [Open Last Exam]

- ⦿ Yes
- ○ No
- ○ N/A

Initial Mental Health Screen reviewed   [Open Last Exam]

- ⦿ Yes
- ○ No
- ○ N/A

| ▇ Patient Info | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BP** | **Temp** | **Pulse** | **Resp** | **SaO2** | ▇ | **Pain** | **Height(ft)** |
| 121 / 81 | 97.6 | 78 | 16 | 98 | | 0 | 5 |
| **Height(in)** | **Weight** | **BMI** | **MAP** | | | | |
| 9 | 198 | 29.2 | 94.33 | | | | |

## CLINICIAN'S OBSERVATIONS:

WEIGAND, RUBEN (P00221172) 2000001825

## STATE OF CONSCIOUSNESES:

☐ Alert

## AFFECT:

☐ Appropriate

## OVERALL DEMEANOR:

☐ Cooperative

## PHYSICAL EXAM
## NEW INJURIES:

☐ None

## HEENT:

☐ PERRLA                                    ☐ No trauma to head, face, or neck
☐ External canals normal                   ☐ Neck supple, normal range of motion

## DENTAL:

☐ or teeth noted.

Pt denies any dental pain/issues at present

## CARDIOVASCULAR:

☐ Regular rate, normal s1 and s2

☐ n lffi i o

## RESPIRATORY:

☐ Respirations even, unlabored, and normal rate

☐ Lung sounds clear and equal in all lung fields

☐ n lffi i o

## ABDOMINAL:

☐ Abdomen soft, nontender, nondistended

☐ No hernia or masses palpated

☐ Bowel sounds active and normally pitched

☐ ☐

☐ n lffi i o

## MUSCULOSKELETAL/SKIN

☐ Grossly normal strength and function of all extremities

☐ Gait normal with no limitations for ADL's

☐ No injuries or infections on extremities

☐ n lffi i o

## TUBERCULOSIS SYMPTOMS:

Chronic cough, longer than three weeks, night sweats, blood in sputum

☐ Yes

☐ No

☐ NA

WEIGAND, RUBEN (P00221172) 2000001825

**HaphCare**

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# MENTAL HEALTH SCREENING - Completed by:

Stacey Ridley Charge RN on 3/10/2020 9:47:53 PM CDT

| Patient: | ███████, ██████ | ID: | (█████11██) | Emp: | ███LI██ | PICTURE NOT AVAILABLE |
| DOB: | ██████ (Age=██) | Sex: | █ | Race: | █ | |
| Housing: | ███1 ███ 1█ | SSN: | **██████** | Type: | ████████ | |
| Status: | ███████ | | | | | |

### Patient Info

| BP | Temp | Pulse | Resp | SaO2 | | Pain | Height(ft) |
| 121 / 81 | 97.6 | 78 | 16 | 98 | | 0 | 5 |
| Height(in) | Weight | BMI | MAP | | | | |
| 9 | 198 | 29.2 | 94.33 | | | | |

### Current Allergies

No Known Drug Allergy, No Known Food Allergy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the quesiton are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding text box.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUICIDE RISK ASSESSMENT - Select and document all that apply

## Does/Has the inmate: (Select all that apply)

WEIGAND, RUBEN (P00221172) 2000001825

# Receiving screen response:

1) [redacted]

# Receiving screen response:

1) [redacted]

1) [redacted]

1) [redacted]

1) [redacted]

17) [redacted]

# Receiving screen response:

18) Abused alcohol or sedatives?

# Receiving screen response:

19) Experienced significant alcohol or drug withdrawal, including any history of withdrawal seizures?

# Receiving screen response:

20) Been in inpatient or outpatient detoxification or had any hospitalizations related to substance abuse?

# GENERAL ASSESSMENTS - Select and document all that apply

WEIGAND, RUBEN (P00221172) 2000001825



## Housing Assignment:

- ● General Population
- ○ Segregation/Confinement
- ○ Psychiatric
- ○ Other

## Discharge Planning:



Resource Info Packet



Patient Signature

## Is the arresting officer aware of any of the following?:

| | Yes | No | |
|---|---|---|---|
| Illness or Injuries | ▪ | ▪ | ▪ |
| ▪▪▪▪▪▪ | ▪ | ▪ | ▪ |
| Under Influence of Drugs or Alcohol | ▪ | ▪ | ▪ |
| ▪▪▪▪▪▪ | ▪ | ▪ | ▪ |
| Treatment by Medical Personnel in the Field | ▪ | ▪ | ▪ |
| | ▪ | ▪ | ▪ |

## URGENT ASSESSMENT–Select and Document all that apply

## Does the screener observe or is the inmate demonstrating any of the following?:

▪▪▪▪▪▪

▪▪▪▪▪▪

▪▪▪▪▪▪

▪▪▪▪▪▪

▪▪▪▪▪▪

## CHRONIC CONDITIONS–Select and Document all that apply

## Neurological

▪▪▪▪▪▪

## Respiratory


WEIGAND, RUBEN (P00221172) 2000001825

## GENERAL MENTAL HEALTH ASSESSMENTS–Select and Document all that apply

### Mental Health History

### List diagnosis, location, when it occurred, and what treatments below

Mental health hospitalizations in the past year

### Please provide location, when and reason below

Past suicide attempts, strong plans, or treatment for attempts

### List when occurred, what method, and where treated below

History of sexual abuse, sexually abusing another, or conviction of a sex crime; or according to the interviewer, at risk of victimization or victimizing another imminents

Signs of developmental disability (slow speech, appearance, or history)

Military service

WEIGAND, RUBEN (P00221172) 2000001825

## Housing Assignment:



### Additional Comments:

Patient is a full book, per booking officer

Pt is alert & oriented x4, cooperative, no SOB and in NAD, stable gait.

Denies any recent injuries, open wounds, active bleeding at this time.

Patient denies any seizures within the last 72 hours. Patient denies any head injuries within the last 72 hours.

No hx of seizures.

Denies SI/HI at this time.

Denies any recent ETCH use. Denies any recent drug use.

No lice or lice eggs visible at this time. Denies itchiness on the head.

Denies any rash on the body.

Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

# GENERAL INFORMED CONSENT - Completed

by: Stacey Ridley Charge RN on 3/10/2020 9:39:50 PM CDT

PICTURE NOT AVAILABLE

**English**

**I hereby give my consent to NaphCare, Inc., its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician. I also agree to engage in consultation with a licensed professional using the telemedicine format. I know and understand that the telemedicine process involves real-time audio and video technology, and that any care rendered to me via telemedicine or face-to-face by the medical staff, may involve the recording of data as part of the diagnostic and therapeutic process. I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments, consultations or examinations performed by NaphCare, Inc. I understand that I may withdraw this consent to any specific treatment by refusing the treatment or test. I sign this willingly in full understanding of the above. PREA Announcement: If you are a victim or a perpetrator of a sexual assault, whether it's recent or in the past, mental health staff is available to help you within 14 days of admission to the facility by simply submitting a request for health care form as described in your inmate handbook provided to you by the facility. If you feel that you need help to keep from sexually assaulting someone else, mental health services are available to help you. I have been instructed on and understand the sick call process, oral hygiene and preventative oral care, grievance process, and fee-for-service. I have also been instructed on the process for obtaining medication upon discharge from the facility.**

WEIGAND, RUBEN (P00221172) 2000001825

Case 1:20-cr-00188-JSR   Document 98-3   Filed 09/24/20   Page 140 of 143
9/24/2020 1:45:48 AM CDT
Reviewed By rhea.marana on 9/18/2020 11:04:22 AM



Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

**Inmate:** WEIGAND, RUBEN
**Patient ID:** P00221172 (2000001825)
**DOB:** ▮▮▮▮ **Race:** W **Sex:** M

**Ordering Provider:** RHEA MARANA
(1316331663)
**Lab Reference ID:** 92905416853C
**Report Last Updated:** 9/15/2020 8:35:30 PM
CDT

---

| Comprehensive Metabolic Panel (3427-2) | | | | | | Resulted: 9/13/2020 9:05:00 PM CDT |
|---|---|---|---|---|---|---|

Specimen Collection Date:  9/13/2020 09:05 PM CDT

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| A/G Ratio (ERLI: 0641-1) | 2.6 Ratio | 1.1-2.9 | | Final | 9/15/2020 6:20:00 PM CDT |
| Sodium (ERLI: 0148-7) | 136 mmol/L | 136-145 | | Final | 9/15/2020 6:20:00 PM CDT |
| Potassium (ERLI: 0129-7) | 4.0 mmol/L | 3.5-5.5 | | Final | 9/15/2020 6:20:00 PM CDT |
| Chloride (ERLI: 0057-0) | 97 mmol/L | 98-107 | Below Low Normal | Final | 9/15/2020 6:20:00 PM CDT |
| CO2 (ERLI: 0052-1) | 28 mmol/L | 22-29 | | Final | 9/15/2020 6:20:00 PM CDT |
| BUN (ERLI: 0049-7) | 8 mg/dL | 6-20 | | Final | 9/15/2020 6:20:00 PM CDT |

NOTE: Elevated IgG results of >2800 mg/dL may cause
interference with the Total Bilirubin assay and
cause a falsely elevated value.

NOTE: Elevated serum paraproteins, chiefly of the IgM type, may
cause interference with direct and total bilirubin assays,
and cause a falsely elevated value.

| | | | | | |
|---|---|---|---|---|---|
| Creatinine (ERLI: 0070-3) | 0.82 mg/dL | 0.67-1.31 | | Final | 9/15/2020 6:20:00 PM CDT |
| e-GFR (ERLI: 090013-4) | 112 mL/min | >or=60 | | Final | 9/15/2020 6:20:00 PM CDT |
| e-GFR, African American (ERLI: 090015-9) | 130 mL/min | >or=60 | | Final | 9/15/2020 6:20:00 PM CDT |
| Total Protein (ERLI: 0135-4) | 6.2 g/dL | 6.6-8.7 | Below Low Normal | Final | 9/15/2020 6:20:00 PM CDT |
| Albumin (ERLI: 0033-1) | 4.5 g/dL | 3.5-5.2 | | Final | 9/15/2020 6:20:00 PM CDT |
| Globulin (ERLI: 1753-3) | 1.7 g/dL | 1.7-3.7 | | Final | 9/15/2020 6:20:00 PM CDT |
| AST (ERLI: 0146-1) | 14 U/L | <40 | | Final | 9/15/2020 6:20:00 PM CDT |
| ALT (ERLI: 0147-9) | 22 U/L | <41 | | Final | 9/15/2020 6:20:00 PM CDT |
| Glucose (ERLI: 1976-0) | 97 mg/dL | 70-99 | | Final | 9/15/2020 6:20:00 PM CDT |
| BUN/Creat Ratio (ERLI: 1427-4) | 9.8 Ratio | 10.0-28.0 | Below Low Normal | Final | 9/15/2020 6:20:00 PM CDT |
| Calcium (ERLI: 0050-5) | 9.6 mg/dL | 8.6-10.4 | | Final | 9/15/2020 6:20:00 PM CDT |
| Bilirubin, Total (ERLI: 0043-0) | 1.7 mg/dL | <1.2 | Above High Normal | Final | 9/15/2020 6:20:00 PM CDT |
| Alk Phos (ERLI: 0185-9) | 65 U/L | 40-156 | | Final | 9/15/2020 6:20:00 PM CDT |

NON FASTING

WEIGAND, RUBEN (P00221172) 2000001825

9/24/2020 1:35:48 AM CDT
Reviewed By rhea.marana on 9/11/2020 10:00:23 AM



Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

**Inmate:** WEIGAND, RUBEN
**Patient ID:** P00221172 (2000001825)
**DOB:** ████████ **Race:** W **Sex:** M

**Ordering Provider:** RHEA MARANA
(1316331663)
**Lab Reference ID:** 05184614930D
**Report Last Updated:** 9/11/2020 12:08:25 AM CDT

---

Comprehensive Metabolic Panel (3427-2)                                    Resulted: 9/9/2020 6:50:00 AM CDT

Specimen Collection Date:                         9/9/2020 06:50 AM CDT

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| Total Protein (BRLI: 0135-4) | 6.5 g/dL | 6.6-8.7 | Below Low Normal | Final | 9/10/2020 9:13:00 PM CDT |
| Albumin (BRLI: 0033-1) | 4.7 g/dL | 3.5-5.2 | | Final | 9/10/2020 9:13:00 PM CDT |
| Globulin (BRLI: 1753-3) | 1.8 g/dL | 1.7-3.7 | | Final | 9/10/2020 9:13:00 PM CDT |
| A/G Ratio (BRLI: 0641-1) | 2.6 Ratio | 1.1-2.9 | | Final | 9/10/2020 9:13:00 PM CDT |
| Sodium (BRLI: 0148-7) | 141 mmol/L | 136-145 | | Final | 9/10/2020 9:13:00 PM CDT |
| Potassium (BRLI: 0129-7) | 5.4 mmol/L | 3.5-5.5 | | Final | 9/10/2020 9:13:00 PM CDT |
| Chloride (BRLI: 0057-0) | 103 mmol/L | 98-107 | | Final | 9/10/2020 9:13:00 PM CDT |
| CO2 (BRLI: 0052-1) | 28 mmol/L | 22-29 | | Final | 9/10/2020 9:13:00 PM CDT |
| BUN (BRLI: 0049-7) | 8 mg/dL | 6-20 | | Final | 9/10/2020 9:13:00 PM CDT |
| Creatinine (BRLI: 0070-3) | 1.23 mg/dL | 0.67-1.31 | | Final | 9/10/2020 9:13:00 PM CDT |
| e-GFR (BRLI: 090013-4) | 74 mL/min | >or=60 | | Final | 9/10/2020 9:13:00 PM CDT |
| e-GFR, African American (BRLI: 090015-9) | 86 mL/min | >or=60 | | Final | 9/10/2020 9:13:00 PM CDT |
| BUN/Creat Ratio (BRLI: 1427-4) | 6.5 Ratio | 10.0-28.0 | Below Low Normal | Final | 9/10/2020 9:13:00 PM CDT |
| Calcium (BRLI: 0050-5) | 10.0 mg/dL | 8.6-10.4 | | Final | 9/10/2020 9:13:00 PM CDT |
| Bilirubin, Total (BRLI: 0043-0) | 2.2 mg/dL | <1.2 | Above High Normal | Final | 9/10/2020 9:13:00 PM CDT |

NOTE: Elevated IgG results of >2800 mg/dL may cause
      interference with the Total Bilirubin assay and
      cause a falsely elevated value.
NOTE: Elevated serum paraproteins, chiefly of the IgM type, may
      cause interference with direct and total bilirubin assays,
      and cause a falsely elevated value.

| | | | | | |
|---|---|---|---|---|---|
| Alk Phos (BRLI: 0185-9) | 77 U/L | 40-156 | | Final | 9/10/2020 9:13:00 PM CDT |
| AST (BRLI: 0146-1) | 20 U/L | <40 | | Final | 9/10/2020 9:13:00 PM CDT |
| ALT (BRLI: 0147-9) | 35 U/L | <41 | | Final | 9/10/2020 9:13:00 PM CDT |
| Glucose (BRLI: 1976-0) | 91 mg/dL | 70-99 | | Final | 9/10/2020 9:13:00 PM CDT |

Case 1:20-cr-00188-JSR   Document 98-3   Filed 09/24/20   Page 142 of 143
9/24/2020 9:45:49 AM CDT
Reviewed By rhea.marana on 8/17/2020 11:17:37 AM



Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

**Inmate:** WEIGAND, RUBEN
**Patient ID:** P00221172 (2000001825)
**DOB:** ▇▇▇▇▇▇ **Race:** W **Sex:** M

**Ordering Provider:** *PROVIDER NAME NOT REPORTED BY LAB*
**Lab Reference ID:** N/A
**Report Last Updated:** 8/14/2020 2:23:03 PM CDT

---

Manual Urinalysis Dipstick Test                     Resulted: 8/14/2020 2:21:46 PM CDT

| Test Name | Value | Range Flags | Status | Observation Time |
|---|---|---|---|---|
| Specimen Type | Random | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| SP. GRAVITY | 1.010 | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| pH | 6.0 % | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| LEUKOCYTES | Negative | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| NITRITE | Positive | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| PROTEIN | Negative | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| GLUCOSE | Normal | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| KETONE | Negative | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| UROBILINOGEN | Normal | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| BILIRUBIN | ++Large | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| BLOOD/HBG | Negative | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| Control Number | URS9100142 | | Manual, Final | 8/14/2020 2:21:46 PM CDT |
| Expiration Date | 12/18/2021 | | Manual, Final | 8/14/2020 2:21:46 PM CDT |

MANUAL ENTRY BY Romero, Ariadne LVN on 8/14/2020 12:23:03 PM - Result Date: 8/14/2020 12:21:46 PM

---

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|

Hepatitis B Result Interpretation

(for reference use only)

| Marker | LI/EA* | Acute | Past | Chronic | HBV Vacc. |
|---|---|---|---|---|---|
| ************************************************************ |
| HBsAg | + | + | - | + | - |
| HBeAg | + | + | - | +/- | - |
| HEP.B.CORE AB,IgM | - | + | - | - | - |
| HEP.B.CORE AB. | - | + | + | + | - |
| HBeAb | - | - | +/- | +/- | - |
| HBsAb | - | - | +/- | - | + |

*Late Incubation/Early Acute

NOTE: In remote past infection, HBsAb level may be Negative or

Non-Reactive in some patients.

| HEP. B SURF. Ag (BRLI: 0106-5) | Non-Reactive | Non-Reactive | | Final | 8/15/2020 10:26:00 AM CDT |
|---|---|---|---|---|---|

Hepatitis B Result Interpretation

(for reference use only)

| Marker | LI/EA* | Acute | Past | Chronic | HBV Vacc. |
|---|---|---|---|---|---|
| ************************************************************ |
| HBsAg | + | + | - | + | - |
| HBeAg | + | + | - | +/- | - |
| HEP.B.CORE AB,IgM | - | + | - | - | - |
| HEP.B.CORE AB. | - | + | + | + | - |
| HBeAb | - | - | +/- | +/- | - |
| HBsAb | - | - | +/- | - | + |

*Late Incubation/Early Acute

NOTE: In remote past infection, HBsAb level may be Negative or

Non-Reactive in some patients.

| HEP C Ab. (S/CO RATIO) (BRLI: B787-3) | 0.16 | <0.80 | | Final | 8/15/2020 10:29:00 AM CDT |
|---|---|---|---|---|---|
| HEP. C Ab. (BRLI: B788-1) | Non-Reactive | Non-Reactive | | Final | 8/15/2020 10:29:00 AM CDT |

Comprehensive Metabolic Panel (3427-2)                                    Resulted: 8/11/2020 10:02:00 PM CDT

Specimen Collection Date:                                    8/11/2020 10:02 PM CDT

| Test Name | Value | Range | Flags | Status | Observation Time |
|---|---|---|---|---|---|
| Glucose (BRLI: 1976-0) | 79 mg/dL | 70-99 | | Final | 8/13/2020 1:22:00 PM CDT |
| Total Protein (BRLI: 0135-4) | 7.1 g/dL | 6.6-8.7 | | Final | 8/13/2020 1:22:00 PM CDT |
| Albumin (BRLI: 0033-1) | 4.9 g/dL | 3.5-5.2 | | Final | 8/13/2020 1:22:00 PM CDT |
| Globulin (BRLI: 1753-3) | 2.2 g/dL | 1.7-3.7 | | Final | 8/13/2020 1:22:00 PM CDT |
| A/G Ratio (BRLI: 0641-1) | 2.2 Ratio | 1.1-2.9 | | Final | 8/13/2020 1:22:00 PM CDT |
| Sodium (BRLI: 0148-7) | 141 mmol/L | 136-145 | | Final | 8/13/2020 1:22:00 PM CDT |
| Potassium (BRLI: 0129-7) | 4.1 mmol/L | 3.5-5.5 | | Final | 8/13/2020 1:22:00 PM CDT |
| Chloride (BRLI: 0057-0) | 97 mmol/L | 98-107 | Below Low Normal | Final | 8/13/2020 1:22:00 PM CDT |
| CO2 (BRLI: 0052-1) | 30 mmol/L | 22-29 | Above High Normal | Final | 8/13/2020 1:22:00 PM CDT |

WEIGAND, RUBEN (P00221172) 2000001825