# EXHIBIT D:
## Letter from Dr. Frey

# SEEGARTEN**KLINIK**

SeegartenKlinik GmbH
Adenauerplatz 4/1
69115 Heidelberg

SeegartenKlinik GmbH - Adenauerplatz 4/1 - 69115 Heidelberg

Adenauerplatz 2
69115 Heidelberg

Telefon: 06221 - 39 29 300
Telefax: 06221 - 39 29 309

info@seegartenklinik.de
www.seegartenklinik.de

Heidelberg, 17th of September 2020

To whom it may concern,

The results from Ruben WEIGAND's blood counts (BC) show clear signs of liver and blood viscosity problems. The following blood parameters are base for my diagnosis:

Phosphatase, Globulin, Bilirubin, GOT, GPT, GGT,
Bilirubin direct, Hematocrit, Hemoglobin

A normal renal function is given. The drop of globulin as blood transport carriers and as coagulation support results in a higher risk of complication in all cases of infection.

Hematocrit and Hemoglobin are increased. This means a higher blood viscosity, more pressure insight vessels and thus an increasing risk for stroke and heart attack.

Covid19 virus affects the lungs and thus increase the risk of stroke and heart attack. The liver has actually an inflammation due to gallbladder operation. The ongoing recovery does not mean that the cause of choledocholithiasis had been remedy. This inflammation and inflammation in general also increases the risk of heart attack.

Any type of supplementary risk for Covid19 infection should strongly be avoided. A lethal complication as stroke or heart attack may occur due to a supplementary Covid19 infection.

Additionally, Ruben WEIGAND suffers from obstructive sleep apnoea and upper airways resistance syndrome. These confiding supplementary general health factors of our patient, Ruben WEIGAND, have a strong correlation to increasing risks of stroke and heart attack.

As medical consultant I can state a strong risk correlation to Covid19 due to increasing causes of heart attack and stroke. Please assure that our patient will not be exposed to any type of higher Covid19 infection risk. The risk of lethal complication is given due to the general affected health of Ruben WEIGAND.

Best regards

Dr. Robert Frey
Director Seegartenklinik Heidelberg

SeegartenKlinik
Heidelberg

**SeegartenKlinik GmbH**
Adenauerplatz 4/1 - 69115 Heidelberg
Telefon: 06221-9141274 - Telefax: 06221-9141273
info@seegartenklinik.de - www.seegartenklinik.de
Bankverbindung

Sitz der Gesellschaft:
Heidelberg

Amtsgericht Mannheim:
HRB 701711

Geschäftsführer:
Dr. Robert Frey

Steuernummer: 32498 / 21493
USt. IdNr.: DE 252590460

Commerzbank Heidelberg
IBAN: DE70 6728 0051 0466 9800 00
SWIFT-BIC: DRESDEFF672



www.seegartenklinik.de

# EXHIBIT E:
## Letter from Dr. Steifelhagen



**Global Language Services**
Translations · Interpreting
DTP · Localization

KERN Corporation
52 Vanderbilt Avenue, Suite 1503
New York, NY 10017

Tel.  (212) 953-2070
Fax  (212) 953-2073
kern.ny@e-kern.com

www.e-kern.com

September 21, 2020

State of : _____New York_____

                                                        ss.:

County of: _____New York_____

# CERTIFICATE OF ACCURACY

*IT IS HEREBY CERTIFIED, that KERN Corporation, a corporation organized and existing under the laws of the State of New York, is professionally engaged in the rendering of foreign language translation services; that the document listed below has been translated by a competent translator according to our certification pursuant to **ISO standards 9001:2015 and 17100:2015.***

### MEDICAL OPINION/STATEMENT
### DATED SEPTEMBER 18, 2020

*from the **GERMAN** language into the **ENGLISH** language and that the said translation is a true,  correct and complete rendering of the said document to the best of our knowledge and belief.*

Signed by: _____

(Rosana Chinchilla)

for



San Francisco: KERN Corporation · The Russ Building · 235 Montgomery Street, Suite 946 · San Francisco, CA 94104
Tel. (415) 433 5376 · Fax (415) 433 5377 · kern.sf@e-kern.com

London: Tel. 011 44 (20) 78 31 56 00 · Frankfurt: Tel. 011 49 (69) 75 6073-0 · Berlin: Tel. 011 49 (30) 24 7212 50 · Paris: Tel. 011 33 (1) 53 93 85 20
Hong Kong: Tel. 011 (852) 28 50 44 55 · Amsterdam: Tel. 011 31(20) 520 07 40 · Lyon: Tel. 011 33 (4) 783 783 73

KERN 88 NY 2018/08

**Dr. Peter Steifelhagen MD**          **Starnberg, September 18, 2020**

**Internist / Cardiologist**

**Head physician, ret.**

**Possenhofenerstrasse 24**

**82319 Starnberg**


**Medical Opinion/Statement**

Mr. Ruben Weigand, DOB ███████████, fell ill with jaundice in August of this year. The condition was caused by gallstones in his gallbladder, which was chronically inflamed, and in the common bile duct. First, the stone in the bile duct was removed by cutting the opening of the CBD where it empties into the small intestine, and a drainage tube, i.e. a stent, was placed in there.  Subsequently, the gallbladder was surgically removed. The drain is indwelling at the moment, but needs to be taken out soon. The healing process is not yet complete. Furthermore, there was discussion of a sleep apnea syndrome, which is a serious sleep disorder which may cause problems with the cardiovascular system. In view of these conditions, Mr. Weigand must be considered an at-risk patient for a COVID 19 infection. Because of these conditions, he has a generally weakened immune system, which means his risk of life-threatening complications would be much higher in the event of COVID 19 infection.


Dr. Peter Stiefelhagen, MD

# EXHIBIT F:
## Letter from German Consulate

Consulate General
of the Federal Republic of Germany
Los Angeles



The Honorable Jed R. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

ADDRESS
6222 Wilshire Blvd, Suite 500
Los Angeles, CA 90048

INTERNET:
www.germany.info/losangeles

TEL +1 (323) 930 2703
FAX + 1 (323) 930 2805

Processed by
Susanne Vollmer

EXT.: 613

Rk-1@losa.diplo.de

Subject **United States v. Weigand ((United States v. Weigand, et al., 20 cr. 188)**

Ref. -

File No. RK-1-531.45 E Weigand

Los Angeles, 15.09.2020

Dear Judge Rakoff:

The Consulate General of the Federal Republic of Germany is responsible for offering consular assistance to the German citizen Ruben Weigand. We understand that he is currently being held in the Santa Ana Jail in California, which is within the legal jurisdiction of the Consulate.

I have been informed that Mr. Weigand is currently being held without bail and will in the near future apply to be released on bail. The Consulate General respectfully asks that his application be granted. We have a number of concerns about Mr. Weigand's health in particular.

1.      Mr. Weigand is of very fragile health. He was diagnosed in 2018 with obstructive sleep apnea. I understand his health has worsened during his time in jail.

2.      The above-mentioned condition does place Mr. Weigand at high risk should he contract the coronavirus. I understand that utmost precautions are being taken in the jails/prisons in California to prevent the spread of the virus. Nevertheless, it would be fatal to Mr. Weigand if he contracted the virus.

3.      His immune system has recently been further compromised because his gall bladder had to be removed a couple of weeks ago.

The Consulate General does fear for Mr. Weigand's life if he is not released from jail.

I was also informed by Mr. Weigand's lawyers that his first bail application was denied for fear that Mr. Weigand would leave the United States of America before his trial. I was also informed that his German passport is currently in the possession of U.S. authorities.

As a consequence, without his German passport, Mr. Weigand is not able to leave the United States. The German Diplomatic Missions in the U.S. would not issue a new passport for him with the knowledge that Mr. Weigand is being released on bail to await his trial in New York in December.

The Consulate General would be very grateful if the renewed bail request is granted in order to enable Mr. Weigand to regain his health and prepare his defense for trial.

Respectfully,

Susanne Vollmer
Consul

# EXHIBIT G:
## R. Weigand Declaration

 **KERN**

**Global Language Services**

Translations · Interpreting
DTP · Localization

KERN Corporation
52 Vanderbilt Avenue, Suite 1503
New York, NY 10017

Tel.   (212) 953-2070
Fax   (212) 953-2073
kern.ny@e-kern.com

**www.e-kern.com**

September 24, 2020

State of :     New York

                                        ss.:

County of:     New York

## CERTIFICATE OF ACCURACY

*IT IS HEREBY CERTIFIED, that KERN Corporation, a corporation organized and existing under the laws of the State of New York, is professionally engaged in the rendering of foreign language translation services; that the document listed below has been translated according to our certification pursuant to* **ISO standards 9001:2015 and 17100:2015.**

### STATEMENT BY RUBEN WEIGAND

*from the* **GERMAN** *language into the* **ENGLISH** *language and that the said translation is a true, correct and complete rendering of the said document to the best of our knowledge and belief.*

Signed by: _____

(Eric Schloss)



San Francisco: KERN Corporation · The Russ Building · 235 Montgomery Street, Suite 946 · San Francisco, CA 94104
Tel. (415) 433 5376 · Fax (415) 433 5377 · kern.sf@e-kern.com

London: Tel. 011 44 (20) 78 31 56 00 · Frankfurt: Tel. 011 49 (69) 75 6073-0 · Berlin: Tel. 011 49 (30) 24 7212 50 · Paris: Tel. 011 33 (1) 53 93 85 20
Hong Kong: Tel. 011 (852) 28 50 44 55 · Amsterdam: Tel. 011 31(20) 520 07 40 · Lyon: Tel. 011 33 (4) 783 783 73

I, Ruben Weigand, hereby waive the right to submit an application for the issuance of a German identity document (including a travel permit for return) at a German diplomatic mission or consular post in the United States unless and until the U.S. authorities have given me official permission to return to Germany.

My passport was confiscated by the U.S. authorities. I have requested to be freed on bail.

Los Angeles,

[signature]

(Ruben Weigand)

# EXHIBIT H:
## Agreement between J. Reisch and R. Weigand

AGREEMENT

PREAMBLE

This agreement is entered into between Ruben Weigand and Attorney Janne Reisch. This agreement aims to provide Ruben Weigand with necessary services and a place to stay while out on bail awaiting trial in his case currently pending before the SDNY, case number 20-cr-00188. Through this agreement Janne Reisch is willing to put her good standing as a lawyer, admitted to practice in the United States, on the line to aide Ruben Weigand who is currently detained in Santa Ana City Jail.

SERVICE AGREEMENT

Ruben Weigand may need a variety of services should his bail application be approved. Janne Reisch is willing to provide any **necessary** services as long as they can be scheduled in a manner not to disrupt her private practice.

These services may include, but are not limited to:
1. Travelling to pick Ruben Weigand up from wherever he is located when his bail is approved. While on the clock, Janne Reisch will answer any law related general questions that are within her expertise.
2. Transporting Ruben Weigand to and from NYC to meet with his lawyers. While on the clock, Janne Reisch will answer any law related general questions that are within her expertise.
3. Legal research or communications on Ruben Weigand's behalf.
4. Grocery shopping twice per week.
5. Access to a computer.
6. Access to a cell phone with flat rates to Europe.
7. Room cleaning

Fees: This fee schedule may be amended from time to time if the need should arise.

| Service | Fee |
|---|---|
| Pick up Travel | $250 per hour, maximum daily rate $3000 |
| Transporting | $250 per hour, maximum daily rate $3000 |
| Reimbursement for any and all travel or transportation related costs, exclusive of miles driven | As per receipts provided |
| Reimbursement for miles driven with private vehicle | IRS standard mile, currently $0.575 per mile |

1

| Legal research or communications | $250 per hour |
| --- | --- |
| Grocery shopping twice per week | No charge |
| Access to a computer | No charge, if available |
| Access to a cell phone with flat rates to Europe | As per receipt provided. Line would be added to the family plan. |
| Room cleaning | $25 per hour, cleaning person would be hired |
| Any other service not listed | $250 per hour and/or reimbursement for actual cost incurred |

RENTAL AGREEMENT

1. Parties
This agreement made this _&_ day of September, 2020 between Ruben Weigand of hereinafter referred to as "Tenant", and Janne Reisch hereinafter referred to as "Landlord".

2. Premises
One furnished bedroom at 36 Wells Street, Westerly, RI 02891. Reasonable use of the following common areas is included: Downstairs Bathroom, Kitchen, Dining Room and backyard. Use of the common areas shall be for reasonable amounts of time, the kitchen is not to be used as a gathering place with guests or a work area. The dining room may be used for meetings and hosting guests, however the use must be limited to reasonable hours.

3. Period and Guests
The room is rented to one 1 Adult. No overnight guests are allowed unless agreed to by the Landlord in writing, permission will not be unreasonably withheld.
Rental period begins at: to be determined (TBD), and ends at: TBD. The rental period strictly depends on the need for the Tenant to have a place to stay while out on bail, under house arrest, subject to the Federal Court's approval. If the Tenant has other lodging options while out on bail, or does not need to be living at 36 Wells Street, Westerly, RI, for any other reason, the rental period ends immediately and the Tenant will move to an alternative location within one week's time.

4. Rental Amount
Total rental amount is one hundred fifty Dollars ($150) per night, payable 30 days in advance.

5. Fees, Taxes, and Deposit
- Cleaning Fee: $200
- Refundable Security Deposit: $4500

2

- Other: **In the event that the Tenant does not vacate the premises with the Court's permission by December 19, 2020 a fee of $10,000.00 is due.** The Tenant's stay over the holidays would make it impossible for the Reisch family to travel during that time. The parties agree that the fee is reasonable in light of possible non-refundable canceled flights, last minute arrangements for other family members to fly in for the holidays, and the inconvenience imposed by being required to spend the holidays in Westerly although the family would prefer to spend the time abroad. _____ Initials (Ruben Weigand)

Total Deposit and Fees Due with Signed Agreement: $4700

6. Termination
Should the Tenant violate any of the terms of this agreement, the rental period shall be terminated immediately. The Tenant waives all rights to process if he fails to vacate the premises upon termination of the rental period.

7. Maintenance
The Tenant shall maintain the premises in a good, clean, and ready to rent condition, and use the premises only in a careful and lawful manner. The tenant shall leave the premises in a ready to rent condition at the expiration of the rental Agreement. Tenants shall pay for maintenance and repairs should the premises be left in a lesser condition. The tenant agrees that the Landlord shall deduct costs of said services from the security deposit prior to refund if the tenant causes damage to the premises or its furnishings.

8. Pets
No animals or pets of any kind will be brought onto the premises.

9. Subletting
The Tenant shall not have the right to sublet the property.

10. Quiet Enjoyment
The Tenant shall behave in a civilized manner and shall be good neighbors respecting the rights of the other residents in the house. The Tenants shall not create noise or disturbances likely to disturb or annoy. Creating a disturbance of the above nature shall be grounds for immediate termination of this agreement and Tenant shall then immediately vacate the premises. Quiet hour starts at 10 PM and end at 6:30 AM where any noise should be kept to a minimum.

11. Smoking
Smoking is not allowed inside the home.

12. Essentials
Landlord shall provide the following to the Tenant:
Towels, linens, cups, knives, forks, spoons, dishes, space in the refrigerator, use of microwave and oven.

3

**13. Landlord's Liability**
The Tenant and Tenant' Guests shall hereby indemnify and hold harmless the Landlord against any and all claims of personal injury or property damage or loss arising from use of the premises regardless of the nature of the accident, injury or loss. Tenant expressly recognize that any insurance for property damage or loss which the Landlord may maintain on the property does not cover the personal property of Tenant, and that Tenants should purchase their own insurance for Tenant and Guests if such coverage is desired.

**14. Attorney's Fees**
Tenant agrees to pay all reasonable costs, attorney's fees and expenses that shall be made or incurred by Landlord enforcing this agreement.

**15. Use of Property**
Tenant expressly acknowledges and agrees that this Agreement is for transient occupancy of the Property, and that Tenants do not intend to make the property a residence or household.

**16. Firearms**
No firearms shall be allowed on the premises

**17. Illegal Use**
Tenant shall use the property for legal purposes only and other use, such as but not limited to, illegal drug use, abuse of any person, harboring fugitives, etc. shall cause termination of this agreement with no refund of rents or deposits.

**18. Cable TV**
There is no Cable TV provided.

**19. Internet**
High speed wireless internet is provided as a convenience only and is not integral to the agreement. No refund of rents shall be given for outages, content, lack of content, speed, access problems, lack of knowledge of use, or personal preferences with regard to internet service.

**20. Governing Law**
This rental agreement is governed under the laws of Rhode Island.

Ruben Weigand and Janne Reisch agree to the above conditions stated in the Preamble, the Service Agreement and the Rental Agreement on this ___ day of September, 2020.

_____          _____
Ruben Weigand                                           Janne Reisch

4

# EXHIBIT I:

## Letters of Support

Annabel Weigand –  - Germany

The Honorable Jed S. Rakoff
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Judge Rakoff,


I write this letter in support of Ruben Weigand.
Not only is he my little brother, but I also consider him to be one of my closest and dearest friends.
Back in march I first learned that he had been arrested in the US. Those news left me very confused and shocked to the core.
Every single day ever since I think about him. I miss him very much and wish for his safe return home.

Since he is my younger brother, I have known Ruben his whole life. He is a very honest, gentle and caring person.
His generosity and his selflessness are just two of his greatest character traits.
The bonds to his family are very strong. The fact that he takes great joy in always being there for us makes me his very proud sister.

Knowing that I can always rely on Ruben, knowing that I can always be sure of his support, it is my heartfelt wish to do anything I can to help him.
Because of that, the package I am offering not only includes the total amount of my savings, but on top the amount I would be credit-worthy for.

He is a man of honor, always true to his word.


Yours sincerely,

Annabel Weigand

**Bobby Thekkekara**



**Malta**

**The Honorable Jed S. Rakoff**
**United States District Court Judge**
**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl St.**
**New York, NY 10007-1312**

Dear Judge Rakoff,

My name is Bobby Thekkekara and I am writing to you in support of my longtime friend Ruben Weigand. For over twenty one years I have only known him as loyal and supportive friend.

When I learned that he was arrested and still in custody, I felt the urge to paint another picture of my friend to show you what we, his family and friends, see in him.

Ruben is a generous and giving person and has been even in school, when we all had little. More importantly, he was always there to help. Since I have experienced this several times, I would like to share one of these instances:

Years ago, a person very close to me disappointed and hurt me deeply. I fell into a serious life crisis, although I am a very grounded person. I had lost orientation - the rug was swept from under my feet. My first instinct, was to call Ruben. He immediately dropped what he was doing, cancelled meetings, and came to support me and lead me out of this crisis. I will never forget what he did for me back then. And this is just one example of many.

When I look back on our longlasting friendship, I must say that it is much more than a close friendship. He is like a brother. And I am worried about my family. In this case, I am extremely concerned about the health problems he experience in custody.

I want him in his best health and shape to prepare his defence.

If I had to name one person in my life I would give the shirt off my back for, that would be Ruben Weigand.

I personally vouch for Mr. Weigand and will offer the court to travel to New York, hand over my passport and stay with Ruben Weigand until the end of trial.

Yours faithfully

Bobby Thekkekara

Ute Rahmann-Fiedler

████████████████████

Germany

The Honorable Jed S. Rakoff
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Rakoff,

We are writing to you in support of Ruben Weigand, the life partner of our daughter Hannah. For 12 years now, he has been a part of our life and we consider him our son-in-law.

His chary and sensitive way of making contact with people immediately won us over. He has integrated himself into our family life and is loved by all family members.

Ruben Weigand is absolutely loyal and full of integrity. We can always rely on him and he is available for us any time. He has a feeling for the people around him, recognizes conflict between them, and he is the one to immediately help out with great commitment and selfless support.

We have experienced in many ways that his generosity has no boundaries. In doing so he puts other people first.

In countless situations we have had the pleasure of enjoying his big-heartedness and creative ways of helping us and enriching our lives.

We feel blessed for having him and are willing to show our support of him in turn.

Sincerely yours,

*[signature]*

The Honorable Jed S. Rakoff
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Your Honor,

I write this letter in support of Ruben Weigand.

I met Ruben for the first time in 8th grade in secondary school and I am proud to call him my best friend ever since then. In the 25 years that I know him, he has always been kind, helpful, absolutely trustworthy and honorable to me and my family.

My family is rather down to earth and definitely not rich and I was a bit of an outcast in our school but Ruben always treated me like a brother, helped me in times where I needed help most (e.g. not only did he help me to get a student job in a clay mine so I could finance my studies but he also worked together with me there so we would get through it together – he definitely did not need the money… / he picked me up every day for school when I had no access to transportation - although this meant almost an hour of detour for him every day / when my long-term girlfriend broke up with me, he helped me to get through depression) and was generally the best friend someone could wish for.


As I am sure he would do this for me, too: I am happy to support him! Please let me know if you have any questions and I am happy to further elaborate on our relationship and past together.

Sincerely.



Moritz Lamp

Natalie Weigand - ███████████████ - Germany

The Honorable Jed S. Rakoff
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Your Honor,

In the very hope of having an effect on your considerations, I, Natalie Weigand, am writing this letter in support of my big brother, Ruben Weigand.

When I heard of his arrest, I immediately started shaking in shock. I have been wishing to be able to do something to help ever since.

Ruben is two years older than me and has always been the best big brother you can imagine. I cannot think of a single time that he did not help me out when I asked him to. Growing up, we went through everything together. Once he had a driver's license, he was always there to drive me around or pick me up and he was always happy to have me tag along. He was there for me after a terrible break-up in my twenties, offering me his place to stay at and helping me cope with the situation. Whenever I have an important decision to make, I still ask Ruben for his opinion and thoughts, not only because he is very knowledgeable but also because I am certain that he only wants what's best for me. I can always count on him.

Ruben is very considerate and generous. Being a great listener, he thinks of the sweetest and most perfect gifts like for example a trip to Africa for my parents who had not been on a vacation in many years at the time and had always dreamed of going to Namibia. His selflessness and generosity are not related to his financial situation. He has been like this for as long as I can remember and I count myself lucky to be his sister.

Offering my savings for Ruben's bail is the one thing I can do to help at the moment. I wish I could do more or give more, but what I am offering is already a financial burden and all I can afford. Still, I don't see any risk because my brother is the most reliable person and I am absolutely convinced that he will not fail to appear in court. Ruben has the kindest and most thoughtful character and a good heart. He truly deserves the best possible opportunity to prepare for trial. I hope that you consider these lines.

Very truly yours,

Natalie Weigand

The Honorable Jed S. Rakoff
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Your Honor,

I write this letter in support of my close friend Ruben Weigand.

I met Ruben in the summer of 2017 when he joined our Car Club in Luxembourg. We soon become friends and he always stood by our side in those first, difficult years of growing our business.

The most defining moment of our friendship occurred last year in summer 2019. Business was tough and I was close to give up on my company and my dream of building a community for petrol heads in Luxembourg. I was alone every night as Marie, my partner, was spending much needed time with her mother in France who was still having hard time after losing her husband to brain cancer in 2015. I was working incredibly long hours 7 days a week to keep my business afloat. Ruben somehow learnt about that and felt that I needed support. Despite his professional obligations and business trips he chose to stay with me in Luxembourg. He would reliably help me out every day and spend the evenings with me, building me back up and giving me confidence again. This is the kind of man he is. A kind man, caring and giving. Without his selfless support I would have given up, but he helped me and my business through those difficult times.

It feels surreal to imagine Ruben in this situation and I would like to contribute to improving his stay in the United States of America. Ruben is one of the rare people whom I can rely on. He is a person of integrity with an exceptionally big heart. He has proven this to me personally time and time again through his actions of kindness and support.

Sincerely,

Renaud Kieffer
September 16th, 2020