```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA           :
                                   :        S3 20-cr-188(JSR)
            v.                     :
                                   :        ORDER
RUBEN WEIGAND and HAMID AKHAVAN,   :
                                   :
            Defendants.            :
-----------------------------------x
```

JED S. RAKOFF, U.S.D.J.

WHEREAS, Ruben Weigand ("Weigand"), a defendant in the above-captioned case, was arrested in the Central District of California on March 9, 2020, pursuant to a warrant issued in the Southern District of New York;

WHEREAS, Weigand has been detained in the Santa Ana City Jail in the Central District of California since that date;

WHEREAS, on August 20, 2020, the Court ordered that the stay of Weigand's removal to New York be extended through September 30, 2020 (ECF No. 88);

WHEREAS, the defense has filed a renewed bail application for Weigand (ECF No. 98-1) and requests that Weigand not be transferred to New York pending the Court's decision on the application;

WHEREAS, the Government does not oppose this request;

WHEREAS, oral argument on Weigand's renewed bail application is scheduled for October 2, 2020 at 10 a.m.

IT IS HEREBY ORDERED that the stay of Defendant Ruben Weigand's removal to New York be extended until the Court has ruled on Weigand's renewed bail application (ECF No. 98-1), which it will do by no later than October 5, 2020.

SO ORDERED.

Dated: New York, NY
       September 30, 2020

JED S. RAKOFF, U.S.D.J.