UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 1:20-CR-00188 (JSR) |
| – against – | : | |
| | : | (ECF Case) |
| | : | |
| RUBEN WEIGAND, | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Steven Pellechi, an Associate at Dechert LLP admitted to practice in this Court, enters an appearance as counsel for defendant Ruben Weigand in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated:  New York, New York
        October 3, 2020

DECHERT LLP

By: */s/ Steven Pellechi*
    Steven Pellechi
steven.pellechi@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Attorney for Ruben Weigand*