UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

RUBEN WEIGAND,

        Defendant.

Case No. 1:20-cr-00188 (JSR)

(ECF Case)

# NOTICE OF FILING OF LETTER

PLEASE TAKE NOTICE that attached is a letter to Hon. Jed S. Rakoff from Andrew J. Levander dated October 3, 2020 re: Bail Conditions.

Dated:  New York, New York
        October 3, 2020

DECHERT LLP

By: /s/ Andrew J. Levander
    Andrew J. Levander
andrew.levander@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

*Attorneys for Ruben Weigand*