UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.

Hamid Akhavan,
    a/k/a "Ray Akhavan,"

-and-

Ruben Weigand,

             Defendants.

S3 20 Cr. 188 (JSR)

**ORDER**

JED S. RAKOFF, United States District Judge:

WHEREAS, on October 20, 2020, the Court held a telephonic conference in the above-captioned matter, during which the parties proposed an agreed-upon pretrial schedule;

IT IS HEREBY ORDERED that the following schedule shall apply:

| Date | Action |
|---|---|
| 11/3/2020: | Government and defendants serve respective expert notice; Government serves witness and exhibit lists, and 3500 materials; |
| 11/10/2020: | Government serves Rule 404(b) notice; Government and defendants simultaneously file motions in *limine*; defendants serve respective witness and exhibit lists, and 3500 materials; |
| 11/17/2020: | Government and defendants serve any supplemental expert notice; |
| 11/20/2020: | Government and defendants file proposed requests to charge and voir dire; |
| 11/24/2020: | Government and defendants simultaneously file responses to motions in *limine*; defendants serve any opposition to Rule 404(b) notice. |

The Court will further schedule a final pretrial conference on either 11/25/2020 or 11/27/2020.

**SO ORDERED.**

Dated: October 21, 2020
      New York, NY

                                        **JED S. RAKOFF**
                                        **United States District Judge**