UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>Hamid Akhavan,<br>        a/k/a "Ray Akhavan,"<br><br>-and-<br><br>Ruben Weigand,<br><br>            Defendants. | **S3 20 Cr. 188 (JSR)**<br><br>**ORDER** |

JED S. RAKOFF, United States District Judge:

   WHEREAS, on October 20, 2020, the Court held a telephonic conference in the above-captioned matter, during which the parties proposed an agreed-upon pretrial schedule;

   IT IS HEREBY ORDERED that the following schedule shall apply:

11/3/2020:   Government and defendants serve respective expert notice;
                 Government serves witness and exhibit lists, and 3500 materials;
11/10/2020:  Government serves Rule 404(b) notice; Government and defendants
                 simultaneously file motions in *limine*; defendants serve respective witness and
                 exhibit lists, and 3500 materials;
11/17/2020:  Government and defendants serve any supplemental expert notice;
11/20/2020:  Government and defendants file proposed requests to charge and voir dire;
11/24/2020:  Government and defendants simultaneously file responses to motions in *limine*;
                 defendants serve any opposition to Rule 404(b) notice.

   *There will be*
   ~~The Court will further schedule~~ a final pretrial conference on ~~either~~ 11/25/2020 ~~or~~ *at 11:00 a.m.*
~~11/27/2020.~~

**SO ORDERED.**

Dated:  October 21, 2020
            New York, NY

                                                    JED S. RAKOFF
                                                    **United States District Judge**

i