# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

HAMID AKHAVAN and RUBEN WEIGAND

Criminal Action No. 1:20-cr-00188

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Its Motion to Quash Defendant Ruben Weigand's Subpoena *Duces Tecum*, dated February 5, 2021, and the exhibits annexed thereto, non-party Circle Internet Financial, LLC[1] will move this Court on a date and time to be designated by the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Circle's motion to quash the Defendant Ruben Weigand's subpoena *duces tecum*.

[*Remainder of page intentionally left blank*]

---

[1] Effective January 1, 2021, non-party Circle Internet Financial, Inc., became known as Circle Internet Financial, LLC.

Dated: February 5, 2021	Respectfully submitted,

/s/ Matthew G. Lindenbaum
Matthew G. Lindenbaum (*pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Telephone: (617) 217-4700
matthew.lindenbaum@nelsonmullins.com

Robert L. Lindholm
NELSON MULLINS RILEY &
SCARBOROUGH LLP
280 Park Avenue
15th Floor, West
New York, New York 10017
Telephone: (646) 428-2600
robert.lindholm@nelsonmullins.com

*Attorneys for Non-Party Circle Internet Financial, LLC*