UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>HAMID "RAY" AKHAVAN, and<br>RUBEN WEIGAND,<br><br>Defendants. | No. 20-CR-188-JSR<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MEMORANDUM OF LAW IN SUPPORT OF HAMID AKHAVAN'S MOTION *IN LIMINE* #6** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated February 16, 2021, Defendant Hamid "Ray" Akhavan will move this Court on a date and time to be designated by the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Hamid "Ray" Akhavan's motion *in limine* #6: to require the government to prove the prerequisites for admission of certain alleged co-conspirator statements outside the presence of the jury and prior to admitting such hearsay statements into evidence.

PLEASE TAKE FURTHER NOTICE, that pursuant to the agreed-upon pre-trial schedule, answering papers, if any, shall be served on February 23, 2021.

Dated: February 16, 2021

| ROTHKEN LAW FIRM | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| --- | --- |
| */s/ Ira Rothken* | */s/ William A. Burck* |
| Ira Rothken | William A. Burck |
| Jared Smith | Derek L. Shaffer |
| 3 Hamilton Landing | 777 6th Street NW 11th floor |
| Suite 280 | Washington, DC 20005 |
| Novato, CA 94949 | Telephone: (202) 538-8000 |
| Telephone: (415) 924-0425 | Fax: (202) 538-8100 |
| Email: ira@techfirm.net | Email: williamburck@quinnemanuel.com |
| Email: jared@techfirm.net | Email: derekshaffer@quinnemauel.com |

Christopher Tayback
Mari F. Henderson
865 S Figueroa Street 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: christayback@quinnemanuel.com
Email: marihenderson@quinnemanuel.com

Sara C. Clark
711 Louisiana St., Ste. 500
Houston, Texas 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
Email: saraclark@quinnemanuel.com