UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HAMID AKHAVAN and RUBEN WEIGAND,<br><br>　　　　　　Defendants | Case No. 20-cr-188 (JSR) |

## DECLARATION OF MICHAEL J. GILBERT IN SUPPORT OF DEFENDANT RUBEN WEIGAND'S MOTIONS *IN LIMINE*

MICHAEL J. GILBERT declares as follows:

1. I am licensed to practice in New York, admitted to the Bar of this Court, and a Partner at the firm Dechert LLP, attorneys for Defendant Ruben Weigand ("Weigand") in the above-captioned case.

2. I make this Declaration in support of Weigand's Motions *In Limine* and Memorandum of Law in support thereof and to put the Appendix to Defendant Weigand's Motions *In Limine* and Memorandum of Law in support thereof before the Court. I hereby declare that the documents attached as Exhibits 1 through 30 are true and correct copies of such documents as described in the Appendix.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York　　　　　/s/ *Michael J. Gilbert*
February 16, 2021　　　　　　　　　Michael J. Gilbert