# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAMID AKHAVAN and RUBEN WEIGAND,

    Defendants

Case No. 20-cr-188 (JSR)

## APPENDIX OF EXHIBITS IN SUPPORT OF
## DEFENDANT RUBEN WEIGAND'S MOTIONS *IN LIMINE*

| Exhibit Number | Description | Government Exhibit | Bates Range |
|---|---|---|---|
| 1 | Visa Merchant Data Standards Manual Excerpt(s) | GX 2207 | USAO_00054770 - USAO_00054875 |
| 2 | Visa Presentation, Cannabis and Hemp-Derived Products (August 2019) (Excerpt) | GX 2204 | USAO_00053793 - USAO_00053799 |
| 3 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1689 | USAO_00053425 |
| 4 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1690 | USAO_00053425 |
| 5 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1691 | USAO_00053425 |
| 6 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1692 | USAO_00053425 |
| 7 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1705 | USAO_00053425 |
| 8 | Documents from Weigand Laptop and Calendar Invitation Translation **FILED UNDER SEAL** | GX 1681, GX 1681-T | USAO_00055701, USAO_00055702 |
| 9 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1682 | USAO_00053425 |
| 10 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1685 | USAO_00053425 |
| 11 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1687 | USAO_00053425 |
| 12 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1694 | USAO_00053425 |

| 13 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1698 | USAO_00053425 |
|---|---|---|---|
| 14 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1703 | USAO_00053425 |
| 15 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1607 | USAO_00053425 |
| 16 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1608 | USAO_00053425 |
| 17 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1669 | USAO_00053425 |
| 18 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1670 | USAO_00053425 |
| 19 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1672 | USAO_00053425 |
| 20 | Documents from Weigand Laptop (Excerpt of Excel Spreadsheet) **FILED UNDER SEAL** | GX 1712 | USAO_00053425 |
| 21 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1720 | USAO_00053425 |
| 22 | Transcript of Weigand Post-Arrest Interview | GX 1901-T | USAO_00085094-USAO_00085112 |
| 23 | Excerpt of Government Exhibit List (as of February 12, 2021) noting Exhibits in Series 1000 through 1800 | N/A | N/A |
| 24 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1516 | USAO_00045466 |
| 25 | Documents from Weigand Laptop **FILED UNDER SEAL** | GX 1195 | USAO_00044369 |
| 26 | Easy Company Telegram Chat **FILED UNDER SEAL** | GX 302 | EZCS1_0002182 - EZCS1_0002270 |
| 27 | Chargebacks Telegram Chat **FILED UNDER SEAL** | GX 308 | JW_000066 |
| 28 | Chart of Government Exhibits (as of February 12, 2021) Involving Email Communications with the Euprocessing@protonmail.com Account | N/A | N/A |
| 29 | 4/3/2018 Email Thread **FILED UNDER SEAL** | GX 443 | EZCS1_0001589 |
| 30 | 11/29/2018 Email Thread **FILED UNDER SEAL** | GX 562 | EZCS1_0010424 |