# EXHIBIT 1
# GX 2207
# (USAO_00054770 - USAO_00054875)




# Visa Merchant Data Standards Manual

Visa Supplemental Requirements

**October 2019**
**Visa Public**

USAO_00054770

| MCC | MCC Title/ MCC Description | Included in this MCC | Similar Merchants |
|---|---|---|---|
|  | Merchants classified with this MCC sell a variety of products by means of house-to-house visits. |  |  |
| 5964 | Direct Marketing – Catalog Merchant |  |  |
|  | Merchants classified with this MCC sell a variety of goods via catalogs and offer no means by which customers may purchase products in a face-to-face manner. |  | 5965 – Direct Marketing – Combination Catalog and Retail Merchant |
| 5965 | Direct Marketing – Combination Catalog and Retail Merchant |  |  |
|  | Merchants classified with this MCC sell a variety of goods via catalog and one or more retail outlets. MCC 5965 is used for goods sold via catalog, while the MCC relevant to what is sold in the retail outlets is used for goods sold in the retail outlets. |  | 5964 – Direct Marketing – Catalog Merchant |
| 5966 | Direct Marketing – Outbound Telemarketing Merchant |  |  |
|  | Merchants classified with this MCC sell a variety of products using outbound telemarketing methods, where the merchant initiates contact with prospective buyers via telephone or mailing (other than a catalog) that instructs the cardholder to contact the merchant.<br><br>This MCC excludes charitable organizations that conduct outbound telemarketing. |  |  |
| 5967 | Direct Marketing – Inbound Teleservices Merchant |  |  |
|  | Merchants classified with this MCC sell information or content services (or goods sold through the service) that customers access via telephone or fax or over the internet. | Audiotext Merchants<br>Videotext Merchants<br>Digital Content Merchants<br>Adult Content | 4816 – Computer Network/ Information Services |
| 5968 | Direct Marketing – Continuity/Subscription Merchant |  |  |
|  | Merchants classified with this MCC sell subscription products or services (such as book clubs, collectible series programs, and magazine/newspaper subscriptions) via "direct" mail. | Magazine Subscription *(Direct Mail Only)*<br>Direct Mail Merchants | 4900 – Utilities – Electric, Gas, Water, Sanitary<br>5969 – Direct Marketing – Other Direct Marketers (Not Elsewhere Classified)<br>6300 – Insurance Sales Underwriting and Premiums<br>7997 – Membership Clubs *(Sports, Recreation, Athletic)*, Country Clubs, and Private Golf Courses |
| 5969 | Direct Marketing – Other Direct Marketers (Not Elsewhere Classified) |  |  |
|  | Merchants classified with this MCC sell products or services through a variety of direct response methods that include an order form or an address and/or telephone number the customer may use to place an | Classified Ads – Newspaper *(Via Direct Marketing)*<br>Ticket Agencies – | 7922 – Theatrical Producers *(Except Motion Pictures)* and Ticket Agencies |

| MCC | MCC Title/ MCC Description | Included in this MCC | Similar Merchants |
|---|---|---|---|
| | | Services – Orthopedic Device Repair | 7629 – Electrical and Small Appliance Repair Shops<br>7631 – Watch, Clock and Jewelry Repair<br>7641 – Furniture – Reupholstery, Repair, and Refinishing<br>7692 – Welding Services |
| 7800 | Government-Owned Lotteries (US Region only) | | |
| | Merchants classified with this MCC are government-owned lotteries in the US Region that are registered with Visa to sell lottery tickets. | | 7801 – Government Licensed On-Line Casinos (On-Line Gambling) |
| 7801 | Government Licensed On-Line Casinos (On-Line Gambling) (US Region only) | | |
| | Merchants classified with this MCC are licensed by a US government entity (and/or sanctioned and regulated by applicable legislation) and registered with Visa to sell virtual gambling chips or offer online gambling. | | 7800 – Government-Owned Lotteries |
| 7802 | Government-Licensed Horse/Dog Racing (US Region only) | | |
| | Merchants classified with this MCC are licensed by a US government entity (and/or sanctioned and regulated by applicable legislation) and registered with Visa to sell on- or off-track wagers at horse- or dog-racing facilities. | | |
| 7829 | Motion Picture and Video Tape Production and Distribution | | |
| | Merchants classified with this MCC are business-to-business or wholesale producers and distributors of educational and industrial films and videos for exhibition and sale. | Distributor – Motion Picture, Video Tape Production, Distribution<br>Educational, Training Film Production<br>Film Production, Distribution<br>Motion Picture, Video Tape Production, Distribution<br>TV Commercial Production<br>Training, Educational Film Production<br>Video Tape, Motion Picture Production, Distribution | 7399 – Business Services *(Not Elsewhere Classified)*<br>7841 – DVD/Video Tape Rental Stores<br>8999 – Professional Services *(Not Elsewhere Classified)* |
| 7832 | Motion Picture Theaters | | |
| | Merchants classified with this MCC operate movie theaters and sell tickets and refreshments, or sell movie tickets online. | Cinemas<br>Entertainment – Movie Theaters<br>Films – Movie Theaters | 7841 – DVD/Video Tape Rental Stores<br>7922 – Theatrical Producers *(Except Motion Pictures)* and Ticket |