# EXHIBIT 2
# GX 2204
# (USAO_00053793 - USAO_00053799)



# Cannabis and Hemp-Derived Products

San Francisco, CA

August 2019

**Elizabeth Scofield**
Director, Franchise Risk Management

**VISA**


USAO_00053793

# Marijuana: Legal Landscape

## Federal
- Schedule I controlled substance under the federal Controlled Substances Act (CSA)
  - No accepted medical use, high potential for abuse
  - Distribution of marijuana is a felony, proceeds and instrumentalities subject to asset forfeiture

## State
- 33 states and DC allow medical use of marijuana
- 14 additional states have medical programs that are limited to low-THC CBD products
- 11 states and DC have legalized marijuana for recreational use



USAO_00053795