# EXHIBIT 22
# GX 1901-T
# (USAO_00085094-USAO_00085112)

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2

 3

 4

 5

 6

 7

 8
                      Recorded Custodial Interview
 9

10

11
                   Date:   March 9, 2020
12                 File:   RW_USAO_00000008

13

14

15

16  SPECIAL AGENT RON SHIMKO                      SA SHIMKO

17  SPECIAL AGENT MATTHEW MAHAFFEY                SA MAHAFFEY

18  SPECIAL AGENT ANGELA TASSONE                  SA TASSONE

19  RUBEN WEIGAND                                 MR. WEIGAND

20

21

22

23

24

25
```

1    SA SHIMKO: This is Special Agent Ron Shimko.
2    The date is March 9th, 2020. The time is approximately
3    7 p.m. This is a custodial interview of Ruben Weigand.
4    SA MAHAFFEY: Ruben, again, my name is Matt
5    Mahaffey. Okay? I'm an agent with the FBI, and these are
6    --
7    Want to introduce yourself?
8    SA SHIMKO: Yes. I introduced myself earlier.
9    My name is Ron Shimko. I'm also a special agent with the
10   FBI.
11   SA TASSONE: I'm Angela Tassone.
12   SA MAHAFFEY: So we went to spend a few minutes
13   talking to you explaining why you're here. We're happy to
14   answer any of your questions that you're going to have, but
15   we'd like to also talk to you about the reasons why you're
16   here and some things that we've been looking at obviously,
17   and to get into some of that and some of those details. So
18   before we do that, I know it's been a few minutes.
19   Hopefully, you're okay for a few minutes.
20   I just want it to be clear that you are under
21   arrest pursuant to an arrest warrant for conspiracy to
22   commit bank fraud. Okay? It's issued out of the Southern
23   District of New York. Do you understand that?
24   MR. WEIGAND: (Inaudible response.)
25   SA MAHAFFEY: Okay. Before we ask you any

1  questions or anything like that, again, I want to talk to
2  you in, you know, kind of a back and forth and have a
3  conversation about what happened. Okay? Before we do
4  that, I have to advise you of your rights. Before we ask
5  you any questions, you must understand your rights.
6          You have the right to remain silent. Anything
7  you say can be used against you in court. You have the
8  right to talk to a lawyer for advice before we ask you any
9  questions. You have a right to have a lawyer with you
10 during questioning. If you cannot afford a lawyer, one
11 will be appointed for you before any questioning if you
12 wish. If you decide to answer any questions now without a
13 lawyer present, you have the right to stop answering at any
14 time. Okay? Do you understand that?
15          MR. WEIGAND: Yeah.
16          SA MAHAFFEY: You understand English and speak
17 English, right?
18          MR. WEIGAND: I'm okayish, I think.
19          SA MAHAFFEY: Okay. At this time, are you
20 willing to talk to us for a little bit, answer some
21 questions?
22          MR. WEIGAND: Understanding the situation -- I
23 don't get it, actually.
24          SA MAHAFFEY: Okay. Understood. We're going to
25 explain a lot to you while you're here, but I just want to

1   be clear.  So, at this point, I'd like to talk to you a
2   little bit about why you're here and ask you a few
3   questions.  Are you fine with that having been read your
4   rights?
5             MR. WEIGAND:  Yeah.  Let's see what the questions
6   are so --
7             SA MAHAFFEY:   Okay.
8             MR. WEIGAND:  I don't know if I can help you.
9             SA MAHAFFEY:  Understood.  So, as I said, if you
10  decide to answer any questions now without a lawyer
11  present, you have the right to stop answering at any time.
12  Okay?
13            MR. WEIGAND:  Yeah.
14            SA MAHAFFEY:  So feel free.  I just want you to
15  read this last line aloud for me.
16            MR. WEIGAND:  I have read the statement of my
17  rights and understand what my rights are.  At this time,
18  I'm willing to answer questions without a lawyer present.
19            SA MAHAFFEY:  Okay. And I just need you to sign
20  right where it says signed.  Right there.  Thank you.
21            ==So the reason you're here, or one of the reasons==
22  ==you're here, is we want to talk to you about a company==
23  ==called Eaze.  Do you recognize that?==
24            ==MR. WEIGAND:  I know what it is, yes.==
25            ==SA MAHAFFEY:  Okay.  What is that?==

1         MR. WEIGAND:  I think it's a company here in the
2    U.S., or in California, and it is some kind of delivering
3    marijuana to house -- to, I think, prescription drug users.
4         SA MAHAFFEY:  Okay.  Can you take me through how
5    you -- when did you first learn about it?  How'd it come to
6    your attention?
7         MR. WEIGAND:  To be honest, I saw it on a
8    billboard advertising in Los Angeles.
9         SA MAHAFFEY:  Here?  In the U.S.?
10        MR. WEIGAND:  Yes.
11        SA MAHAFFEY:  When was that?
12        MR. WEIGAND:  The billboard advertising when I
13   was staying here.  I don't know.  Maybe two years ago.
14        SA MAHAFFEY:  So you heard about the company, and
15   then take me through your involvement and what happened
16   there.
17        MR. WEIGAND:  I have no involvement.  I just --
18        SA MAHAFFEY:  You have no involvement in Eaze?
19        MR. WEIGAND:  No.
20        SA MAHAFFEY:  Okay.  How do you -- so describe
21   for me again what is it?  What is the company?
22        MR. WEIGAND:  I saw it as kind of a company that
23   connects dispensaries in California to deliver weed to
24   prescription drug users.
25        SA MAHAFFEY:  Okay.  How did you find out those

1  details about it?
2          MR. WEIGAND:  I was just checking the billboard
3  advertising and that's it.
4          SA MAHAFFEY:  And it said that on the billboard?
5          MR. WEIGAND:  No, no.  I checked the website.
6          SA MAHAFFEY:  Did you use it?  Did you use the
7  service?
8          MR. WEIGAND:  No.  I'm not a smoker.
9          SA MAHAFFEY:  You just logged on and --
10         MR. WEIGAND:  I just -- out of curiosity, I
11 checked the website.
12         SA MAHAFFEY:  Okay.  And so I'm clear, when was
13 that?
14         MR. WEIGAND:  I think around maybe two years ago.
15         SA MAHAFFEY:  Gotcha.  Why were you in the U.S.?
16         MR. WEIGAND:  I'm here quite frequently.  I --
17 attending trade shows and stuff.
18         SA MAHAFFEY:  I'm sorry.  Attending?
19         MR. WEIGAND:  Trade shows.
20         SA MAHAFFEY:  Okay.  And when's the last time you
21 were here before this?
22         MR. WEIGAND:  I think 2017.  I -- but I really --
23 I don't properly remember.  I'm traveling a lot.
24         SA MAHAFFEY:  Gotcha.  Okay.  So that time you
25 were in the U.S. was for what?

1      MR. WEIGAND:  I think to attend a trade show.

2      SA MAHAFFEY:  Who'd you stay with?

3      MR. WEIGAND:  A hotel.

4      SA MAHAFFEY:  Okay.  Did you attend any meetings
5 while you were in the U.S.?

6      MR. WEIGAND:  Not that I remember, no.

7      SA MAHAFFEY:  No?  Okay.  Let me back step a
8 little bit.  What is -- like, what do you do for a living?

9      MR. WEIGAND:  I run a company that's connecting
10 -- actually, online e-commerce businesses with payment
11 processing.

12      SA MAHAFFEY:  And what's that company called?

13      MR. WEIGAND:  Payment Consultants.

14      SA MAHAFFEY:  Payment Consultants?

15      MR. WEIGAND:  Yes.

16      SA MAHAFFEY:  e Payment Consultants or just
17 Payment Consultants?

18      MR. WEIGAND:  No, Payment Consultants.

19      SA MAHAFFEY:  Okay.  Where is that based?

20      MR. WEIGAND:  In Luxembourg.

21      SA MAHAFFEY:  Where are you based?

22      MR. WEIGAND:  In Luxembourg.

23      SA MAHAFFEY:  Okay.  Do you bounce around or are
24 you pretty much in Luxembourg?

25      MR. WEIGAND:  I'm pretty much in Luxembourg,

1  traveling mainly for trade shows.

2         SA MAHAFFEY:  Okay.  How'd you get involved in
3  that industry?

4         MR. WEIGAND:  To be honest, by accident.  I was
5  trying to modernize e-payments in, let's say 2000 -- no,
6  earlier, 1999, when the first e-commerce merchants started
7  doing business.  And in Germany, we didn't have a proper
8  means of payment.  I wanted to invent a payment option
9  where you can actually, kind of, improve the service that
10 your bank grants you to send a message whenever you do a
11 wire to a respective merchant and then so he's sure he
12 receives his money and is able to sell merchandize.

13        SA MAHAFFEY:  Gotcha.  Interesting.  You said
14 back in '99?

15        MR. WEIGAND:  Yeah.

16        SA MAHAFFEY:  Okay.  Two decades ago?

17        MR. WEIGAND:  Yeah.

18        SA MAHAFFEY:  All righty.  Did you go to school
19 for that or anything like that?

20        MR. WEIGAND:  No.  I started business
21 administration with a big insurance group.

22        SA MAHAFFEY:  Okay.  So you got interested in it
23 kind of out of nowhere.

24        MR. WEIGAND:  No, out of personal need.

25        SA MAHAFFEY:  Okay.  Explain.

1     MR. WEIGAND: I wanted to buy something. If you
2  wanted to buy something in Germany back in '99 online, the
3  only means of payment was sending a bank wire, which takes
4  a couple of days to hit, a couple of days to reconcile and
5  then a couple of days for the merchandise to be released,
6  which, if you improve the order process, it doesn't make
7  that much sense to take so long.
8     SA MAHAFFEY: Gotcha.
9     MR. WEIGAND: To receive the merchandise that you
10 bought.
11    SA MAHAFFEY: All right. So you got into that,
12 and just explain, like, kind of in a nutshell -- do you
13 know what that means? Just, like, high level points of
14 what your career has been since '99 through now.
15    MR. WEIGAND: Then -- so this business idea, to
16 be honest, didn't work out, but I got interested in the
17 industry and I kept looking up what's happening, finished
18 school, started business administration with Allianz
19 Insurance, which is a big German insurance group, and then
20 I -- a friend of mine, I think, started working with a
21 credit card acquirer and told me that you had this idea
22 back in the day, so maybe there's some stuff because now
23 there's credit card penetration in European countries as
24 well, which we didn't have that much before.
25    SA MAHAFFEY: Yeah.

1        MR. WEIGAND:  And so --

2        SA MAHAFFEY:  Which friend was that?

3        MR. WEIGAND:  I'm sorry?

4        SA MAHAFFEY:  Which friend did you talk to or
5 which friend got you interested?

6        MR. WEIGAND:  To be honest, I don't remember.  It
7 was just discussions on credit card acquiring, but I know
8 so many people --

9        SA MAHAFFEY:  Gotcha.

10       MR. WEIGAND:  -- now in this business.

11       SA MAHAFFEY:  So that was in -- what year do you
12 think that was in?

13       MR. WEIGAND:  I guess around ten years ago when I
14 started my company as well.

15       SA MAHAFFEY:  Okay.  So you started your company,
16 Payment Consultants, ten years ago?

17       MR. WEIGAND:  Approximately, yes.

18       SA MAHAFFEY:  Okay.  You're, like, the founder,
19 the -- do you have a title, like CEO?

20       MR. WEIGAND:  No.  I, I started it.  So you're by
21 definition you are --

22       SA MAHAFFEY:  The founder.

23       MR. WEIGAND:  -- We don't call it like a CEO so -
24 -

25       SA MAHAFFEY:  Gotcha.  President?

1     MR. WEIGAND:  German titles are much less fancy
2  than American titles.
3     SA MAHAFFEY:  Fair enough.
4     MR. WEIGAND:  It's called geschäftsführer.
5     SA MAHAFFEY:  Fair enough. How many people do you
6  work with?  Do you have employees or is it pretty much your
7  show?
8     MR. WEIGAND:  I have two employees.
9     SA MAHAFFEY:  Okay.  What are their names?
10    MR. WEIGAND:  Liridon Korcaj.  That's one.
11    SA MAHAFFEY:  Who's the other one?
12    MR. WEIGAND:  Quintus, Quintus Weigand.
13    SA SHIMKO:  Okay.  Is he related to you?
14    MR. WEIGAND:  Yes.  My brother.
15    SA MAHAFFEY:  Same age?
16    MR. WEIGAND:  No.  Eleven years younger than me.
17    SA MAHAFFEY:  Gotcha.  How old are you?
18    MR. WEIGAND:  37.
19    SA MAHAFFEY:  Thirty-seven, so you were born in -
20 -
21    MR. WEIGAND:  '82.
22    SA MAHAFFEY:  Gotcha.  So you were young when you
23 got involved.
24    MR. WEIGAND:  Yes.
25    SA MAHAFFEY:  17?

1     MR. WEIGAND: Yeah. The first idea was (U/I).
2     SA MAHAFFEY: Okay. So it was, like, ten years
3 ago you started your company based in --
4     MR. WEIGAND: Back in the day, it was back in
5 Germany, and then relocated to Luxembourg in 2014.
6     SA MAHAFFEY: And now it's, and now it's in
7 Luxembourg?
8     MR. WEIGAND: Yes.
9     SA MAHAFFEY: Okay. So it's just you, your
10 brother and one other person, and what's the company do?
11 What's the business?
12     MR. WEIGAND: We consult -- we're actually
13 consulting all participants in the payments ecosystem on
14 how to build, build product and manage their payment
15 processing in a way.
16     SA MAHAFFEY: Okay. So who, who comes and finds
17 you? Who do you -- who comes and seeks your, your
18 services?
19     MR. WEIGAND: Oh. It can be pretty much any
20 participant in this industry. It can be technical service
21 providers. It can be acquiring banks. It can be issuing
22 banks. It can be merchants.
23     SA MAHAFFEY: Do you have, do you have some
24 acquiring banks that you're -- I mean, obviously, I would
25 imagine when you're in this world, you build relationships

1  with people, right?
2          MR. WEIGAND:  Yeah.
3          SA MAHAFFEY:  Do you have people that you work
4  with more often than not -- more often than other people?
5
6          MR. WEIGAND:  Yeah, but it's pretty much -- it's
7  -- I meet people all --
8          SA MAHAFFEY:  Who are, like -- who are the most
9  important people that you work with in your network?  I
10 would imagine part, I would imagine, like, part of that
11 industry is, like, networking, getting to know people,
12 building connections.  Like, who are your connections?
13         MR. WEIGAND:  Close -- to be honest, I -- part of
14 your -- so I don't know exactly.  So this is based on
15 acquiring or --
16         SA MAHAFFEY:  Take acquiring.
17         MR. WEIGAND:  On acquiring?  We work with (U/I)
18 European acquirers, like Worldline and these guys.
19         SA MAHAFFEY:  Okay.  Where's Worldline based?
20         MR. WEIGAND:  Belgium.
21         SA MAHAFFEY:  Okay.  Do you get to know the
22 people that are at it?  So, do you know, like, the people
23 at Worldline?
24         MR. WEIGAND:  I'm -- I meet people at shows, of
25 course.

1    SA MAHAFFEY:  Okay.  Fair enough.  Worldline's a
2    big bank, right?
3    MR. WEIGAND:  Yes.
4    SA MAHAFFEY:  Okay.  Any others?
5    MR. WEIGAND:  I know pretty much all the European
6    acquiring banks.
7    SA MAHAFFEY:  So pretty connected?
8    MR. WEIGAND:  Yes.
9    SA MAHAFFEY:  How about U.S.?
10   MR. WEIGAND:  Yeah?
11   SA MAHAFFEY:  The U.S. at all?
12   MR. WEIGAND:  No.  We don't have any presence or
13   any activities in the U.S.
14   SA MAHAFFEY:  Gotcha.  How do you communicate
15   with people?
16   MR. WEIGAND:  Email mainly.
17   SA MAHAFFEY:  Gotcha.  What's your email address?
18   MR. WEIGAND:  My business email?
19   SA MAHAFFEY:  Sure.
20   MR. WEIGAND:  It's on our website.  It's
21   rw@paymentconsultants.com.
22   SA MAHAFFEY:  Do you have any others?
23   MR. WEIGAND:  Plenty.  I have my private.  I
24   have --
25   SA MAHAFFEY:  What's your private?

1    MR. WEIGAND: It's first name, last name at
2    Googlemail.com
3    SA MAHAFFEY: Do you use the email address
4    euprocessing@protonmail.com?
5    MR. WEIGAND: No.
6    SA MAHAFFEY: Okay. Ruben, I want you to
7    understand carefully that lying to federal agents is a
8    crime, a separate crime. So when I ask you a question like
9    that that we already know the answer to, I want you to be
10   careful with your answer. Okay? So we know already that
11   your email address, or one of them is
12   euprocessing@protonmail.com. It's an email address.
13   There's no need to lie about that. Be straight up with us.
14   Dude, That's an easy one. That's, like, a softball. Do
15   you know what that means? That's, like, a question --
16   answer the question, like, it is what it is, but don't lie
17   about something, like, minor like that. I'm not asking
18   you, like, to get in the weeds and -- you know, I'm asking
19   you about an email address. Like, be straight up. It's
20   your email address.
21   MR. WEIGAND: But it's not my email address.
22   SA SHIMKO: Everybody knows it's your email
23   address.
24   MR. WEIGAND: It's not my email address.
25   SA SHIMKO: I mean, we gotta get past this before

1  we can keep going.  You --
2           MR. WEIGAND:  (U/I).
3           SA SHIMKO:  Have you ever heard of that email
4  address?  Have you ever -- I mean, if it's not yours, then
5  have you ever been in a conversation with somebody using
6  that email address?
7           MR. WEIGAND:  If I was communicating with
8  somebody with -- using this email address, no, I never --
9  no.
10          SA SHIMKO:  You've never heard of it before?  You
11 sure?
12          MR. WEIGAND:  It is not my email address.
13          SA MAHAFFEY:  Okay.  That kind of -- I, honestly
14 -- I want to skip, like, all the awkwardness and going back
15 and forth about the email address.  Like, we know it's your
16 email address.  If you're not going to admit it, then, you
17 know, you're -- understand you're setting a tone for, like,
18 the conversation.  It's an easy fact.  It's your email
19 address.  We have evidence that it's your email address.
20 We've been looking at this stuff since -- God, years at
21 this point, right?  Like, we're not dumb.  We're not asking
22 any question without knowing the answer already.
23          So we're going to give you, I'd say, one more
24 chance to correct that answer before we move on.  It's an
25 email address.  On the email address, like --

1    MR. WEIGAND: Yeah, but it's not --

2    SA MAHAFFEY: -- we have plenty of evidence.

3    MR. WEIGAND: It's not my email address.

4    SA MAHAFFEY: Whose is it? You've never heard of it? Have you ever heard of it?

6    MR. WEIGAND: I might have heard of it but --

7    SA MAHAFFEY: Yeah. Exactly, man, you've heard of it.

9    MR. WEIGAND: -- it's obviously not my email address.

11   SA MAHAFFEY: Like, where have you heard of it? Whose email address is it then? You're connected in that world, right? So whose email address is it if not yours?

14   MR. WEIGAND: I think I need to -- I don't know how to continue this without having (U/I).

16   SA MAHAFFEY: Without what?

17   MR. WEIGAND: Without having legal advice, I don't know how to continue it. I don't know what the implications. I've not done anything that -- at least, I don't think that I've done anything that I shouldn't have done or that's illegal, and the fact that. Now it seems that this is -- on this, I really don't know what I should do and -- without having any advice on it.

24   SA MAHAFFEY: Understood. So you want a lawyer?

25   MR. WEIGAND: Yes.

1    SA MAHAFFEY: Okay.

2    SA SHIMKO: I mean, look, we're not gonna ask you
3  any more questions. I mean, you can get a lawyer. We just
4  want you to know, like, you have a chance to try to get
5  ahead of some of this stuff. All right? We're --

6    MR. WEIGAND: Totally understood, but --

7    SA SHIMKO: So just -- you know, we would say,
8  talk to the lawyer and we're -- we're ready to listen to
9  what you have to say. We'll let you get the lawyer and if
10 you are still interested in talking to us, we're ready to
11 talk, but it's on you. Okay?

12   MR. WEIGAND: Understood.

13   SA MAHAFFEY: All right. We're gonna get you out
14 of here. We're gonna take you to get processed. You're
15 gonna be lodged until you see a judge. Okay? That's the
16 kind of process. We'll answer all those questions
17 throughout if you have any.

18   SA SHIMKO: So you'll see a judge tomorrow and
19 then the judge'll decide how we move forward. Okay?

20   MR. WEIGAND: Understood.

21   SA SHIMKO: Okay.

22   SA TASSONE: Do you have -- do you want to be
23 appointed a lawyer tomorrow (U/I)?

24   SA SHIMKO: This is Special Agent Ron Shimko.
25 The time is approximately 7:19 p.m. This is the end of the

1 recording.
2             (End of recording.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25