# EXHIBIT 23

# Excerpt of Government Exhibit List (as of February 12, 2021) noting Exhibits in Series 1000 through 1800

| GX | Description | Bates / File Source |
|---|---|---|

| | 1000 Series - Weigand Laptop | |
|---|---|---|
| 1001 | Documents from Weigand Laptop | USAO_00042594 |
| 1002 | Documents from Weigand Laptop | USAO_00042598 |
| 1003 | Intentionally Left Blank | |
| 1004 | Documents from Weigand Laptop | USAO_00042600 |

| | | |
|---|---|---|
| 1005 | Intentionally Left Blank | |
| 1006 | Intentionally Left Blank | |
| 1007 | Intentionally Left Blank | |
| 1008 | Documents from Weigand Laptop | USAO_00042634 |
| 1009 | Intentionally Left Blank | |
| 1010 | Documents from Weigand Laptop | USAO_00042660 |
| 1011 | Intentionally Left Blank | |
| 1012 | Intentionally Left Blank | |
| 1013 | Documents from Weigand Laptop | USAO_00042696 |
| 1014 | Intentionally Left Blank | |
| 1015 | Documents from Weigand Laptop | USAO_00042731 |
| 1016 | Intentionally Left Blank | |
| 1017 | Documents from Weigand Laptop | USAO_00042766 |
| 1018 | Intentionally Left Blank | |
| 1019 | Intentionally Left Blank | |
| 1020 | Documents from Weigand Laptop | USAO_00042808 |
| 1021 | Intentionally Left Blank | |
| 1022 | Intentionally Left Blank | |
| 1023 | Documents from Weigand Laptop | USAO_00042852 |
| 1024 | Intentionally Left Blank | |
| 1025 | Intentionally Left Blank | |
| 1026 | Documents from Weigand Laptop | USAO_00042894 |
| 1027 | Intentionally Left Blank | |
| 1028 | Documents from Weigand Laptop | USAO_00042938 |
| 1029 | Intentionally Left Blank | |
| 1030 | Intentionally Left Blank | |
| 1031 | Documents from Weigand Laptop | USAO_00042974 |
| 1032 | Intentionally Left Blank | |
| 1033 | Intentionally Left Blank | |
| 1034 | Intentionally Left Blank | |
| 1035 | Documents from Weigand Laptop | USAO_00042994 |
| 1036 | Intentionally Left Blank | |
| 1037 | Documents from Weigand Laptop | USAO_00043003 |
| 1038 | Intentionally Left Blank | |
| 1039 | Documents from Weigand Laptop | USAO_00043017 |
| 1040 | Intentionally Left Blank | |
| 1041 | Documents from Weigand Laptop | USAO_00043029 |
| 1042 | Intentionally Left Blank | |
| 1043 | Documents from Weigand Laptop | USAO_00043042 |
| 1044 | Documents from Weigand Laptop | USAO_00043051 |
| 1045 | Intentionally Left Blank | |
| 1046 | Documents from Weigand Laptop | USAO_00043053 |
| 1047 | Intentionally Left Blank | |
| 1048 | Intentionally Left Blank | |
| 1049 | Intentionally Left Blank | |
| 1050 | Intentionally Left Blank | |
| 1051 | Documents from Weigand Laptop | USAO_00043067 |
| 1052 | Intentionally Left Blank | |
| 1053 | Intentionally Left Blank | |

| | | |
|---|---|---|
| 1054 | Intentionally Left Blank | |
| 1055 | Intentionally Left Blank | |
| 1056 | Documents from Weigand Laptop | USAO_00043084 |
| 1057 | Intentionally Left Blank | |
| 1058 | Intentionally Left Blank | |
| 1059 | Intentionally Left Blank | |
| 1060 | Documents from Weigand Laptop | USAO_00043102 |
| 1061 | Intentionally Left Blank | |
| 1062 | Intentionally Left Blank | |
| 1063 | Intentionally Left Blank | |
| 1064 | Documents from Weigand Laptop | USAO_00043120 |
| 1065 | Intentionally Left Blank | |
| 1066 | Intentionally Left Blank | |
| 1067 | Documents from Weigand Laptop | USAO_00043137 |
| 1068 | Documents from Weigand Laptop | USAO_00043155 |
| 1069 | Intentionally Left Blank | |
| 1070 | Documents from Weigand Laptop | USAO_00043174 |
| 1071 | Intentionally Left Blank | |
| 1072 | Documents from Weigand Laptop | USAO_00043220 |
| 1073 | Intentionally Left Blank | |
| 1074 | Documents from Weigand Laptop | USAO_00043270 |
| 1075 | Documents from Weigand Laptop | USAO_00043294 |
| 1076 | Documents from Weigand Laptop | USAO_00043318 |
| 1077 | Documents from Weigand Laptop | USAO_00043342 |
| 1078 | Documents from Weigand Laptop | USAO_00043366 |
| 1079 | Intentionally Left Blank | |
| 1080 | Documents from Weigand Laptop | USAO_00043391 |
| 1081 | Intentionally Left Blank | |
| 1082 | Documents from Weigand Laptop | USAO_00043549 |
| 1083 | Documents from Weigand Laptop | USAO_00043572 |
| 1084 | Documents from Weigand Laptop | USAO_00043596 |
| 1085 | Documents from Weigand Laptop | USAO_00043620 |
| 1086 | Documents from Weigand Laptop | USAO_00043644 |
| 1087 | Documents from Weigand Laptop | USAO_00043668 |
| 1088 | Intentionally Left Blank | |
| 1089 | Intentionally Left Blank | |
| 1090 | Documents from Weigand Laptop | USAO_00043694 |
| 1091 | Intentionally Left Blank | |
| 1092 | Intentionally Left Blank | |
| 1093 | Documents from Weigand Laptop | USAO_00043737 |
| 1094 | Intentionally Left Blank | |
| 1095 | Intentionally Left Blank | |
| 1096 | Documents from Weigand Laptop | USAO_00043784 |
| 1097 | Intentionally Left Blank | |
| 1098 | Intentionally Left Blank | |
| 1099 | Documents from Weigand Laptop | USAO_00043801 |
| | **1100 Series - Weigand Laptop (continued)** | |
| 1101 | Intentionally Left Blank | |
| 1102 | Documents from Weigand Laptop | USAO_00043812 |

| | | |
|---|---|---|
| 1103 | Intentionally Left Blank | |
| 1104 | Intentionally Left Blank | |
| 1105 | Documents from Weigand Laptop | USAO_00043836 |
| 1106 | Intentionally Left Blank | |
| 1107 | Intentionally Left Blank | |
| 1108 | Intentionally Left Blank | |
| 1109 | Documents from Weigand Laptop | USAO_00043860 |
| 1110 | Intentionally Left Blank | |
| 1111 | Intentionally Left Blank | |
| 1112 | Documents from Weigand Laptop | USAO_00043877 |
| 1113 | Intentionally Left Blank | |
| 1114 | Documents from Weigand Laptop | USAO_00043898 |
| 1115 | Intentionally Left Blank | |
| 1116 | Intentionally Left Blank | |
| 1117 | Documents from Weigand Laptop | USAO_00043912 |
| 1118 | Intentionally Left Blank | |
| 1119 | Intentionally Left Blank | |
| 1120 | Documents from Weigand Laptop | USAO_00043920 |
| 1121 | Intentionally Left Blank | |
| 1122 | Intentionally Left Blank | |
| 1123 | Documents from Weigand Laptop | USAO_00043928 |
| 1124 | Intentionally Left Blank | |
| 1125 | Intentionally Left Blank | |
| 1126 | Documents from Weigand Laptop | USAO_00043936 |
| 1127 | Intentionally Left Blank | |
| 1128 | Intentionally Left Blank | |
| 1129 | Documents from Weigand Laptop | USAO_00043944 |
| 1130 | Intentionally Left Blank | |
| 1131 | Intentionally Left Blank | |
| 1132 | Documents from Weigand Laptop | USAO_00043952 |
| 1133 | Intentionally Left Blank | |
| 1134 | Intentionally Left Blank | |
| 1135 | Documents from Weigand Laptop | USAO_00043960 |
| 1136 | Intentionally Left Blank | |
| 1137 | Intentionally Left Blank | |
| 1138 | Intentionally Left Blank | |
| 1139 | Intentionally Left Blank | |
| 1140 | Documents from Weigand Laptop | USAO_00043968 |
| 1141 | Intentionally Left Blank | |
| 1142 | Documents from Weigand Laptop | USAO_00043976 |
| 1143 | Intentionally Left Blank | |
| 1144 | Documents from Weigand Laptop | USAO_00043984 |
| 1145 | Intentionally Left Blank | |
| 1146 | Intentionally Left Blank | |
| 1147 | Documents from Weigand Laptop | USAO_00043992 |
| 1148 | Documents from Weigand Laptop | USAO_00044191 |
| 1149 | Documents from Weigand Laptop | USAO_00044192 |
| 1150 | Documents from Weigand Laptop | USAO_00044193 |
| 1151 | Documents from Weigand Laptop | USAO_00044194 |

| | | |
|---|---|---|
| 1152 | Intentionally Left Blank | |
| 1153 | Intentionally Left Blank | |
| 1154 | Intentionally Left Blank | |
| 1155 | Intentionally Left Blank | |
| 1156 | Documents from Weigand Laptop | USAO_00044205 |
| 1157 | Documents from Weigand Laptop | USAO_00044206 |
| 1158 | Documents from Weigand Laptop | USAO_00044212 |
| 1159 | Documents from Weigand Laptop | USAO_00044213 |
| 1160 | Documents from Weigand Laptop | USAO_00044216 |
| 1161 | Documents from Weigand Laptop | USAO_00044217 |
| 1162 | Documents from Weigand Laptop | USAO_00044219 |
| 1163 | Documents from Weigand Laptop | USAO_00044223 |
| 1164 | Documents from Weigand Laptop | USAO_00044224 |
| 1165 | Documents from Weigand Laptop | USAO_00044227 |
| 1166 | Documents from Weigand Laptop | USAO_00044229 |
| 1167 | Documents from Weigand Laptop | USAO_00044232 |
| 1168 | Documents from Weigand Laptop | USAO_00044234 |
| 1169 | Documents from Weigand Laptop | USAO_00044239 |
| 1170 | Documents from Weigand Laptop | USAO_00044249 |
| 1171 | Documents from Weigand Laptop | USAO_00044250 |
| 1172 | Documents from Weigand Laptop | USAO_00044255 |
| 1173 | Documents from Weigand Laptop | USAO_00044256 |
| 1174 | Intentionally Left Blank | |
| 1175 | Documents from Weigand Laptop | USAO_00044281 |
| 1176 | Documents from Weigand Laptop | USAO_00044320 |
| 1177 | Documents from Weigand Laptop | USAO_00044334 |
| 1178 | Documents from Weigand Laptop | USAO_00044336 |
| 1179 | Documents from Weigand Laptop | USAO_00044338 |
| 1180 | Documents from Weigand Laptop | USAO_00044341 |
| 1181 | Documents from Weigand Laptop | USAO_00044343 |
| 1182 | Documents from Weigand Laptop | USAO_00044345 |
| 1183 | Documents from Weigand Laptop | USAO_00044347 |
| 1184 | Documents from Weigand Laptop | USAO_00044349 |
| 1185 | Documents from Weigand Laptop | USAO_00044351 |
| 1186 | Documents from Weigand Laptop | USAO_00044353 |
| 1187 | Documents from Weigand Laptop | USAO_00044355 |
| 1188 | Documents from Weigand Laptop | USAO_00044357 |
| 1189 | Documents from Weigand Laptop | USAO_00044361 |
| 1190 | Documents from Weigand Laptop | USAO_00044364 |
| 1191 | Documents from Weigand Laptop | USAO_00044365 |
| 1192 | Documents from Weigand Laptop | USAO_00044366 |
| 1193 | Documents from Weigand Laptop | USAO_00044367 |
| 1194 | Documents from Weigand Laptop | USAO_00044368 |
| 1195 | Documents from Weigand Laptop | USAO_00044369 |
| 1196 | Documents from Weigand Laptop | USAO_00044376 |
| 1197 | Documents from Weigand Laptop | USAO_00044377 |
| 1198 | Documents from Weigand Laptop | USAO_00044380 |
| 1199 | Documents from Weigand Laptop | USAO_00044381 |
| | **1200 Series - Weigand Laptop (continued)** | |

| | | |
|---|---|---|
| 1201 | Documents from Weigand Laptop | USAO_00044383 |
| 1202 | Documents from Weigand Laptop | USAO_00044384 |
| 1203 | Documents from Weigand Laptop | USAO_00044386 |
| 1204 | Documents from Weigand Laptop | USAO_00044389 |
| 1205 | Documents from Weigand Laptop | USAO_00044391 |
| 1206 | Documents from Weigand Laptop | USAO_00044392 |
| 1207 | Documents from Weigand Laptop | USAO_00044393 |
| 1208 | Documents from Weigand Laptop | USAO_00044394 |
| 1209 | Documents from Weigand Laptop | USAO_00044396 |
| 1210 | Documents from Weigand Laptop | USAO_00044398 |
| 1211 | Documents from Weigand Laptop | USAO_00044400 |
| 1212 | Documents from Weigand Laptop | USAO_00044402 |
| 1213 | Documents from Weigand Laptop | USAO_00044405 |
| 1214 | Documents from Weigand Laptop | USAO_00044407 |
| 1215 | Documents from Weigand Laptop | USAO_00044409 |
| 1216 | Documents from Weigand Laptop | USAO_00044411 |
| 1217 | Documents from Weigand Laptop | USAO_00044413 |
| 1218 | Documents from Weigand Laptop | USAO_00044414 |
| 1219 | Documents from Weigand Laptop | USAO_00044419 |
| 1220 | Documents from Weigand Laptop | USAO_00044420 |
| 1221 | Documents from Weigand Laptop | USAO_00044422 |
| 1222 | Documents from Weigand Laptop | USAO_00044423 |
| 1223 | Documents from Weigand Laptop | USAO_00044428 |
| 1224 | Documents from Weigand Laptop | USAO_00044430 |
| 1225 | Documents from Weigand Laptop | USAO_00044432 |
| 1226 | Intentionally Left Blank | |
| 1227 | Documents from Weigand Laptop | USAO_00044445 |
| 1228 | Intentionally Left Blank | |
| 1229 | Documents from Weigand Laptop | USAO_00044462 |
| 1230 | Documents from Weigand Laptop | USAO_00044463 |
| 1231 | Documents from Weigand Laptop | USAO_00044464 |
| 1232 | Documents from Weigand Laptop | USAO_00044465 |
| 1233 | Documents from Weigand Laptop | USAO_00044469 |
| 1234 | Documents from Weigand Laptop | USAO_00044470 |
| 1235 | Documents from Weigand Laptop | USAO_00044471 |
| 1236 | Documents from Weigand Laptop | USAO_00044475 |
| 1237 | Documents from Weigand Laptop | USAO_00044476 |
| 1238 | Documents from Weigand Laptop | USAO_00044478 |
| 1239 | Documents from Weigand Laptop | USAO_00044481 |
| 1240 | Documents from Weigand Laptop | USAO_00044483 |
| 1241 | Documents from Weigand Laptop | USAO_00044485 |
| 1242 | Documents from Weigand Laptop | USAO_00044486 |
| 1243 | Documents from Weigand Laptop | USAO_00044488 |
| 1244 | Documents from Weigand Laptop | USAO_00044490 |
| 1245 | Documents from Weigand Laptop | USAO_00044492 |
| 1246 | Documents from Weigand Laptop | USAO_00044493 |
| 1247 | Documents from Weigand Laptop | USAO_00044495 |
| 1248 | Documents from Weigand Laptop | USAO_00044497 |
| 1249 | Documents from Weigand Laptop | USAO_00044499 |

| 1250 | Documents from Weigand Laptop | USAO_00044500 |
|---|---|---|
| 1251 | Documents from Weigand Laptop | USAO_00044502 |
| 1252 | Documents from Weigand Laptop | USAO_00044505 |
| 1253 | Documents from Weigand Laptop | USAO_00044508 |
| 1254 | Documents from Weigand Laptop | USAO_00044510 |
| 1255 | Documents from Weigand Laptop | USAO_00044512 |
| 1256 | Documents from Weigand Laptop | USAO_00044515 |
| 1257 | Documents from Weigand Laptop | USAO_00044518 |
| 1258 | Documents from Weigand Laptop | USAO_00044519 |
| 1259 | Documents from Weigand Laptop | USAO_00044521 |
| 1260 | Documents from Weigand Laptop | USAO_00044523 |
| 1261 | Documents from Weigand Laptop | USAO_00044524 |
| 1262 | Documents from Weigand Laptop | USAO_00044525 |
| 1263 | Documents from Weigand Laptop | USAO_00044527 |
| 1264 | Documents from Weigand Laptop | USAO_00044529 |
| 1265 | Documents from Weigand Laptop | USAO_00044546 |
| 1266 | Documents from Weigand Laptop | USAO_00044635 |
| 1267 | Documents from Weigand Laptop | USAO_00044637 |
| 1268 | Documents from Weigand Laptop | USAO_00044638 |
| 1269 | Documents from Weigand Laptop | USAO_00044639 |
| 1270 | Documents from Weigand Laptop | USAO_00044641 |
| 1271 | Documents from Weigand Laptop | USAO_00044645 |
| 1272 | Documents from Weigand Laptop | USAO_00044646 |
| 1273 | Documents from Weigand Laptop | USAO_00044648 |
| 1274 | Documents from Weigand Laptop | USAO_00044650 |
| 1275 | Documents from Weigand Laptop | USAO_00044652 |
| 1276 | Documents from Weigand Laptop | USAO_00044654 |
| 1277 | Documents from Weigand Laptop | USAO_00044656 |
| 1278 | Documents from Weigand Laptop | USAO_00044658 |
| 1279 | Documents from Weigand Laptop | USAO_00044662 |
| 1280 | Documents from Weigand Laptop | USAO_00044668 |
| 1281 | Documents from Weigand Laptop | USAO_00044670 |
| 1282 | Documents from Weigand Laptop | USAO_00044671 |
| 1283 | Documents from Weigand Laptop | USAO_00044673 |
| 1284 | Documents from Weigand Laptop | USAO_00044678 |
| 1285 | Documents from Weigand Laptop | USAO_00044685 |
| 1286 | Documents from Weigand Laptop | USAO_00044687 |
| 1287 | Documents from Weigand Laptop | USAO_00044688 |
| 1288 | Documents from Weigand Laptop | USAO_00044690 |
| 1289 | Documents from Weigand Laptop | USAO_00044693 |
| 1290 | Documents from Weigand Laptop | USAO_00044694 |
| 1291 | Documents from Weigand Laptop | USAO_00044696 |
| 1292 | Documents from Weigand Laptop | USAO_00044697 |
| 1293 | Documents from Weigand Laptop | USAO_00044698 |
| 1294 | Documents from Weigand Laptop | USAO_00044703 |
| 1295 | Documents from Weigand Laptop | USAO_00044704 |
| 1296 | Documents from Weigand Laptop | USAO_00044706 |
| 1297 | Documents from Weigand Laptop | USAO_00044707 |
| 1298 | Documents from Weigand Laptop | USAO_00044709 |

| 1299 | Documents from Weigand Laptop | USAO_00044712 |
|---|---|---|
| | **1300 Series - Weigand Laptop (continued)** | |
| 1301 | Documents from Weigand Laptop | USAO_00044714 |
| 1302 | Documents from Weigand Laptop | USAO_00044717 |
| 1303 | Documents from Weigand Laptop | USAO_00044719 |
| 1304 | Documents from Weigand Laptop | USAO_00044722 |
| 1305 | Documents from Weigand Laptop | USAO_00044733 |
| 1306 | Documents from Weigand Laptop | USAO_00044734 |
| 1307 | Documents from Weigand Laptop | USAO_00044736 |
| 1308 | Documents from Weigand Laptop | USAO_00044738 |
| 1309 | Documents from Weigand Laptop | USAO_00044740 |
| 1310 | Documents from Weigand Laptop | USAO_00044742 |
| 1311 | Documents from Weigand Laptop | USAO_00044746 |
| 1312 | Documents from Weigand Laptop | USAO_00044751 |
| 1313 | Documents from Weigand Laptop | USAO_00044755 |
| 1314 | Documents from Weigand Laptop | USAO_00044756 |
| 1315 | Documents from Weigand Laptop | USAO_00044757 |
| 1316 | Documents from Weigand Laptop | USAO_00044787 |
| 1317 | Documents from Weigand Laptop | USAO_00044789 |
| 1318 | Documents from Weigand Laptop | USAO_00044790 |
| 1319 | Documents from Weigand Laptop | USAO_00044793 |
| 1320 | Documents from Weigand Laptop | USAO_00044794 |
| 1321 | Documents from Weigand Laptop | USAO_00044796 |
| 1322 | Documents from Weigand Laptop | USAO_00044798 |
| 1323 | Documents from Weigand Laptop | USAO_00044801 |
| 1324 | Documents from Weigand Laptop | USAO_00044802 |
| 1325 | Documents from Weigand Laptop | USAO_00044806 |
| 1326 | Documents from Weigand Laptop | USAO_00044807 |
| 1327 | Documents from Weigand Laptop | USAO_00044808 |
| 1328 | Documents from Weigand Laptop | USAO_00044818 |
| 1329 | Documents from Weigand Laptop | USAO_00044820 |
| 1330 | Documents from Weigand Laptop | USAO_00044822 |
| 1331 | Documents from Weigand Laptop | USAO_00044824 |
| 1332 | Documents from Weigand Laptop | USAO_00044825 |
| 1333 | Documents from Weigand Laptop | USAO_00044827 |
| 1334 | Documents from Weigand Laptop | USAO_00044829 |
| 1335 | Documents from Weigand Laptop | USAO_00044831 |
| 1336 | Documents from Weigand Laptop | USAO_00044835 |
| 1337 | Documents from Weigand Laptop | USAO_00044836 |
| 1338 | Documents from Weigand Laptop | USAO_00044839 |
| 1339 | Documents from Weigand Laptop | USAO_00044841 |
| 1340 | Documents from Weigand Laptop | USAO_00044843 |
| 1341 | Documents from Weigand Laptop | USAO_00044849 |
| 1342 | Documents from Weigand Laptop | USAO_00044850 |
| 1343 | Documents from Weigand Laptop | USAO_00044857 |
| 1344 | Documents from Weigand Laptop | USAO_00044859 |
| 1345 | Documents from Weigand Laptop | USAO_00044861 |
| 1346 | Documents from Weigand Laptop | USAO_00044865 |
| 1347 | Documents from Weigand Laptop | USAO_00044874 |

| | | |
|---|---|---|
| 1348 | Documents from Weigand Laptop | USAO_00044875 |
| 1349 | Documents from Weigand Laptop | USAO_00044892 |
| 1350 | Documents from Weigand Laptop | USAO_00044894 |
| 1351 | Documents from Weigand Laptop | USAO_00044898 |
| 1352 | Documents from Weigand Laptop | USAO_00044901 |
| 1353 | Documents from Weigand Laptop | USAO_00044905 |
| 1354 | Documents from Weigand Laptop | USAO_00044906 |
| 1355 | Documents from Weigand Laptop | USAO_00044907 |
| 1356 | Documents from Weigand Laptop | USAO_00044910 |
| 1357 | Documents from Weigand Laptop | USAO_00044915 |
| 1358 | Documents from Weigand Laptop | USAO_00044923 |
| 1359 | Documents from Weigand Laptop | USAO_00044927 |
| 1360 | Documents from Weigand Laptop | USAO_00044931 |
| 1361 | Documents from Weigand Laptop | USAO_00044933 |
| 1362 | Documents from Weigand Laptop | USAO_00044935 |
| 1363 | Documents from Weigand Laptop | USAO_00044939 |
| 1364 | Documents from Weigand Laptop | USAO_00044943 |
| 1365 | Documents from Weigand Laptop | USAO_00044948 |
| 1366 | Documents from Weigand Laptop | USAO_00044961 |
| 1367 | Documents from Weigand Laptop | USAO_00044978 |
| 1368 | Documents from Weigand Laptop | USAO_00044981 |
| 1369 | Documents from Weigand Laptop | USAO_00044992 |
| 1370 | Documents from Weigand Laptop | USAO_00044995 |
| 1371 | Documents from Weigand Laptop | USAO_00045000 |
| 1372 | Documents from Weigand Laptop | USAO_00045002 |
| 1373 | Documents from Weigand Laptop | USAO_00045004 |
| 1374 | Documents from Weigand Laptop | USAO_00045009 |
| 1375 | Documents from Weigand Laptop | USAO_00045011 |
| 1376 | Documents from Weigand Laptop | USAO_00045019 |
| 1377 | Documents from Weigand Laptop | USAO_00045021 |
| 1378 | Documents from Weigand Laptop | USAO_00045027 |
| 1379 | Documents from Weigand Laptop | USAO_00045031 |
| 1380 | Documents from Weigand Laptop | USAO_00045033 |
| 1381 | Documents from Weigand Laptop | USAO_00045039 |
| 1382 | Documents from Weigand Laptop | USAO_00045041 |
| 1383 | Documents from Weigand Laptop | USAO_00045044 |
| 1384 | Documents from Weigand Laptop | USAO_00045046 |
| 1385 | Documents from Weigand Laptop | USAO_00045048 |
| 1386 | Documents from Weigand Laptop | USAO_00045054 |
| 1387 | Documents from Weigand Laptop | USAO_00045057 |
| 1388 | Documents from Weigand Laptop | USAO_00045066 |
| 1389 | Documents from Weigand Laptop | USAO_00045070 |
| 1390 | Documents from Weigand Laptop | USAO_00045072 |
| 1391 | Documents from Weigand Laptop | USAO_00045076 |
| 1392 | Documents from Weigand Laptop | USAO_00045078 |
| 1393 | Documents from Weigand Laptop | USAO_00045082 |
| 1394 | Documents from Weigand Laptop | USAO_00045084 |
| 1395 | Documents from Weigand Laptop | USAO_00045090 |
| 1396 | Documents from Weigand Laptop | USAO_00045092 |

| | | |
|---|---|---|
| 1397 | Documents from Weigand Laptop | USAO_00045107 |
| 1398 | Documents from Weigand Laptop | USAO_00045109 |
| 1399 | Documents from Weigand Laptop | USAO_00045115 |
| | **1400 Series - Weigand Laptop (continued)** | |
| 1401 | Documents from Weigand Laptop | USAO_00045121 |
| 1402 | Documents from Weigand Laptop | USAO_00045123 |
| 1403 | Documents from Weigand Laptop | USAO_00045125 |
| 1404 | Documents from Weigand Laptop | USAO_00045128 |
| 1405 | Documents from Weigand Laptop | USAO_00045130 |
| 1406 | Documents from Weigand Laptop | USAO_00045133 |
| 1407 | Documents from Weigand Laptop | USAO_00045135 |
| 1408 | Documents from Weigand Laptop | USAO_00045137 |
| 1409 | Documents from Weigand Laptop | USAO_00045143 |
| 1410 | Documents from Weigand Laptop | USAO_00045154 |
| 1411 | Documents from Weigand Laptop | USAO_00045156 |
| 1412 | Documents from Weigand Laptop | USAO_00045160 |
| 1413 | Documents from Weigand Laptop | USAO_00045165 |
| 1414 | Documents from Weigand Laptop | USAO_00045167 |
| 1415 | Documents from Weigand Laptop | USAO_00045172 |
| 1416 | Documents from Weigand Laptop | USAO_00045174 |
| 1417 | Documents from Weigand Laptop | USAO_00045180 |
| 1418 | Documents from Weigand Laptop | USAO_00045182 |
| 1419 | Documents from Weigand Laptop | USAO_00045185 |
| 1420 | Documents from Weigand Laptop | USAO_00045187 |
| 1421 | Documents from Weigand Laptop | USAO_00045191 |
| 1422 | Documents from Weigand Laptop | USAO_00045199 |
| 1423 | Documents from Weigand Laptop | USAO_00045203 |
| 1424 | Documents from Weigand Laptop | USAO_00045209 |
| 1425 | Documents from Weigand Laptop | USAO_00045216 |
| 1426 | Documents from Weigand Laptop | USAO_00045220 |
| 1427 | Documents from Weigand Laptop | USAO_00045223 |
| 1428 | Documents from Weigand Laptop | USAO_00045225 |
| 1429 | Documents from Weigand Laptop | USAO_00045228 |
| 1430 | Documents from Weigand Laptop | USAO_00045232 |
| 1431 | Documents from Weigand Laptop | USAO_00045234 |
| 1432 | Documents from Weigand Laptop | USAO_00045236 |
| 1433 | Documents from Weigand Laptop | USAO_00045238 |
| 1434 | Documents from Weigand Laptop | USAO_00045241 |
| 1435 | Documents from Weigand Laptop | USAO_00045246 |
| 1436 | Documents from Weigand Laptop | USAO_00045250 |
| 1437 | Documents from Weigand Laptop | USAO_00045252 |
| 1438 | Documents from Weigand Laptop | USAO_00045258 |
| 1439 | Documents from Weigand Laptop | USAO_00045263 |
| 1440 | Documents from Weigand Laptop | USAO_00045267 |
| 1441 | Documents from Weigand Laptop | USAO_00045272 |
| 1442 | Documents from Weigand Laptop | USAO_00045274 |
| 1443 | Documents from Weigand Laptop | USAO_00045276 |
| 1444 | Documents from Weigand Laptop | USAO_00045282 |
| 1445 | Intentionally Left Blank | |

| | | |
|---|---|---|
| 1446 | Intentionally Left Blank | |
| 1447 | Intentionally Left Blank | |
| 1448 | Intentionally Left Blank | |
| 1449 | Documents from Weigand Laptop | USAO_00045288 |
| 1450 | Documents from Weigand Laptop | USAO_00045293 |
| 1451 | Documents from Weigand Laptop | USAO_00045294 |
| 1452 | Documents from Weigand Laptop | USAO_00045295 |
| 1453 | Documents from Weigand Laptop | USAO_00045296 |
| 1454 | Documents from Weigand Laptop | USAO_00045297 |
| 1455 | Documents from Weigand Laptop | USAO_00045301 |
| 1456 | Documents from Weigand Laptop | USAO_00045302 |
| 1457 | Documents from Weigand Laptop | USAO_00045304 |
| 1458 | Documents from Weigand Laptop | USAO_00045306 |
| 1459 | Documents from Weigand Laptop | USAO_00045308 |
| 1460 | Documents from Weigand Laptop | USAO_00045310 |
| 1461 | Documents from Weigand Laptop | USAO_00045312 |
| 1462 | Documents from Weigand Laptop | USAO_00045313 |
| 1463 | Documents from Weigand Laptop | USAO_00045314 |
| 1464 | Documents from Weigand Laptop | USAO_00045316 |
| 1465 | Documents from Weigand Laptop | USAO_00045318 |
| 1466 | Documents from Weigand Laptop | USAO_00045320 |
| 1467 | Documents from Weigand Laptop | USAO_00045321 |
| 1468 | Documents from Weigand Laptop | USAO_00045323 |
| 1469 | Documents from Weigand Laptop | USAO_00045326 |
| 1470 | Documents from Weigand Laptop | USAO_00045328 |
| 1471 | Documents from Weigand Laptop | USAO_00045329 |
| 1472 | Documents from Weigand Laptop | USAO_00045335 |
| 1473 | Documents from Weigand Laptop | USAO_00045339 |
| 1474 | Documents from Weigand Laptop | USAO_00045341 |
| 1475 | Documents from Weigand Laptop | USAO_00045345 |
| 1476 | Documents from Weigand Laptop | USAO_00045346 |
| 1477 | Documents from Weigand Laptop | USAO_00045348 |
| 1478 | Documents from Weigand Laptop | USAO_00045352 |
| 1479 | Documents from Weigand Laptop | USAO_00045353 |
| 1480 | Documents from Weigand Laptop | USAO_00045360 |
| 1481 | Documents from Weigand Laptop | USAO_00045362 |
| 1482 | Documents from Weigand Laptop | USAO_00045364 |
| 1483 | Documents from Weigand Laptop | USAO_00045366 |
| 1484 | Documents from Weigand Laptop | USAO_00045368 |
| 1485 | Documents from Weigand Laptop | USAO_00045370 |
| 1486 | Documents from Weigand Laptop | USAO_00045372 |
| 1487 | Documents from Weigand Laptop | USAO_00045374 |
| 1488 | Documents from Weigand Laptop | USAO_00045375 |
| 1489 | Documents from Weigand Laptop | USAO_00045377 |
| 1490 | Documents from Weigand Laptop | USAO_00045379 |
| 1491 | Documents from Weigand Laptop | USAO_00045380 |
| 1492 | Documents from Weigand Laptop | USAO_00045382 |
| 1493 | Documents from Weigand Laptop | USAO_00045385 |
| 1494 | Documents from Weigand Laptop | USAO_00045387 |

| | | |
|---|---|---|
| 1495 | Documents from Weigand Laptop | USAO_00045389 |
| 1496 | Documents from Weigand Laptop | USAO_00045393 |
| 1497 | Documents from Weigand Laptop | USAO_00045396 |
| 1498 | Documents from Weigand Laptop | USAO_00045400 |
| 1499 | Documents from Weigand Laptop | USAO_00045403 |
| | **1500 Series - Weigand Laptop (continued)** | |
| 1501 | Documents from Weigand Laptop | USAO_00045406 |
| 1502 | Documents from Weigand Laptop | USAO_00045407 |
| 1503 | Documents from Weigand Laptop | USAO_00045409 |
| 1504 | Documents from Weigand Laptop | USAO_00045411 |
| 1505 | Documents from Weigand Laptop | USAO_00045413 |
| 1506 | Documents from Weigand Laptop | USAO_00045414 |
| 1507 | Documents from Weigand Laptop | USAO_00045437 |
| 1508 | Documents from Weigand Laptop | USAO_00045441 |
| 1509 | Documents from Weigand Laptop | USAO_00045444 |
| 1510 | Documents from Weigand Laptop | USAO_00045445 |
| 1511 | Documents from Weigand Laptop | USAO_00045448 |
| 1512 | Documents from Weigand Laptop | USAO_00045451 |
| 1513 | Documents from Weigand Laptop | USAO_00045452 |
| 1514 | Documents from Weigand Laptop | USAO_00045454 |
| 1515 | Documents from Weigand Laptop | USAO_00045456 |
| 1516 | Documents from Weigand Laptop | USAO_00045466 |
| 1517 | Documents from Weigand Laptop | USAO_00045471 |
| 1518 | Documents from Weigand Laptop | USAO_00045472 |
| 1519 | Documents from Weigand Laptop | USAO_00045481 |
| 1520 | Documents from Weigand Laptop | USAO_00045486 |
| 1521 | Documents from Weigand Laptop | USAO_00045487 |
| 1522 | Documents from Weigand Laptop | USAO_00045489 |
| 1523 | Documents from Weigand Laptop | USAO_00045490 |
| 1524 | Documents from Weigand Laptop | USAO_00045491 |
| 1525 | Documents from Weigand Laptop | USAO_00045492 |
| 1526 | Documents from Weigand Laptop | USAO_00045493 |
| 1527 | Documents from Weigand Laptop | USAO_00045494 |
| 1528 | Documents from Weigand Laptop | USAO_00045495 |
| 1529 | Documents from Weigand Laptop | USAO_00045496 |
| 1530 | Documents from Weigand Laptop | USAO_00045497 |
| 1531 | Documents from Weigand Laptop | USAO_00045498 |
| 1532 | Documents from Weigand Laptop | USAO_00045500 |
| 1533 | Documents from Weigand Laptop | USAO_00045502 |
| 1534 | Documents from Weigand Laptop | USAO_00045504 |
| 1535 | Documents from Weigand Laptop | USAO_00045506 |
| 1536 | Documents from Weigand Laptop | USAO_00045508 |
| 1537 | Documents from Weigand Laptop | USAO_00045509 |
| 1538 | Documents from Weigand Laptop | USAO_00045511 |
| 1539 | Documents from Weigand Laptop | USAO_00045513 |
| 1540 | Documents from Weigand Laptop | USAO_00045515 |
| 1541 | Documents from Weigand Laptop | USAO_00045517 |
| 1542 | Documents from Weigand Laptop | USAO_00045520 |
| 1543 | Documents from Weigand Laptop | USAO_00045522 |

| | | |
|---|---|---|
| 1544 | Documents from Weigand Laptop | USAO_00045525 |
| 1545 | Documents from Weigand Laptop | USAO_00045527 |
| 1546 | Documents from Weigand Laptop | USAO_00045529 |
| 1547 | Documents from Weigand Laptop | USAO_00045531 |
| 1548 | Documents from Weigand Laptop | USAO_00045532 |
| 1549 | Documents from Weigand Laptop | USAO_00045533 |
| 1550 | Documents from Weigand Laptop | USAO_00045535 |
| 1551 | Documents from Weigand Laptop | USAO_00045536 |
| 1552 | Documents from Weigand Laptop | USAO_00045540 |
| 1553 | Documents from Weigand Laptop | USAO_00045543 |
| 1554 | Documents from Weigand Laptop | USAO_00045544 |
| 1555 | Documents from Weigand Laptop | USAO_00045546 |
| 1556 | Documents from Weigand Laptop | USAO_00045549 |
| 1557 | Documents from Weigand Laptop | USAO_00045550 |
| 1558 | Documents from Weigand Laptop | USAO_00045552 |
| 1559 | Documents from Weigand Laptop | USAO_00045554 |
| 1560 | Documents from Weigand Laptop | USAO_00045556 |
| 1561 | Documents from Weigand Laptop | USAO_00045557 |
| 1562 | Documents from Weigand Laptop | USAO_00045558 |
| 1563 | Documents from Weigand Laptop | USAO_00045559 |
| 1564 | Documents from Weigand Laptop | USAO_00045561 |
| 1565 | Documents from Weigand Laptop | USAO_00045562 |
| 1566 | Documents from Weigand Laptop | USAO_00045565 |
| 1567 | Documents from Weigand Laptop | USAO_00045566 |
| 1568 | Documents from Weigand Laptop | USAO_00045569 |
| 1569 | Documents from Weigand Laptop | USAO_00045570 |
| 1570 | Documents from Weigand Laptop | USAO_00045571 |
| 1571 | Apple iPhone Backup Report | USAO_00053425 |
| 1572 | Documents from Weigand Laptop | USAO_00053425 |
| 1573 | Documents from Weigand Laptop | USAO_00053425 |
| 1574 | Documents from Weigand Laptop | USAO_00053425 |
| 1575 | Documents from Weigand Laptop | USAO_00053425 |
| 1576 | Documents from Weigand Laptop | USAO_00053425 |
| 1577 | Documents from Weigand Laptop | USAO_00053425 |
| 1578 | Documents from Weigand Laptop | USAO_00053425 |
| 1579 | Documents from Weigand Laptop | USAO_00053425 |
| 1580 | Documents from Weigand Laptop | USAO_00053425 |
| 1581 | Documents from Weigand Laptop | USAO_00053425 |
| 1582 | Documents from Weigand Laptop | USAO_00053425 |
| 1583 | Documents from Weigand Laptop | USAO_00053425 |
| 1584 | Documents from Weigand Laptop | USAO_00053425 |
| 1585 | Documents from Weigand Laptop | USAO_00053425 |
| 1586 | Documents from Weigand Laptop | USAO_00053425 |
| 1587 | Documents from Weigand Laptop | USAO_00053425 |
| 1588 | Documents from Weigand Laptop | USAO_00053425 |
| 1589 | Documents from Weigand Laptop | USAO_00053425 |
| 1590 | Documents from Weigand Laptop | USAO_00053425 |
| 1591 | Documents from Weigand Laptop | USAO_00053425 |
| 1592 | Documents from Weigand Laptop | USAO_00053425 |

| | | |
|---|---|---|
| 1593 | Documents from Weigand Laptop | USAO_00053425 |
| 1594 | Documents from Weigand Laptop | USAO_00053425 |
| 1595 | Documents from Weigand Laptop | USAO_00053425 |
| 1596 | Documents from Weigand Laptop | USAO_00053425 |
| 1597 | Documents from Weigand Laptop | USAO_00053425 |
| 1598 | Documents from Weigand Laptop | USAO_00053425 |
| 1599 | Documents from Weigand Laptop | USAO_00053425 |
| | **1600 Series - Weigand Laptop (continued)** | |
| 1600 | Documents from Weigand Laptop | USAO_00053425 |
| 1601 | Documents from Weigand Laptop | USAO_00053425 |
| 1602 | Documents from Weigand Laptop | USAO_00053425 |
| 1603 | Documents from Weigand Laptop | USAO_00053425 |
| 1604 | Documents from Weigand Laptop | USAO_00053425 |
| 1605 | Documents from Weigand Laptop | USAO_00053425 |
| 1606 | Documents from Weigand Laptop | USAO_00053425 |
| 1607 | Documents from Weigand Laptop | USAO_00053425 |
| 1608 | Documents from Weigand Laptop | USAO_00053425 |
| 1609 | Documents from Weigand Laptop | USAO_00053425 |
| 1610 | Documents from Weigand Laptop | USAO_00053425 |
| 1611 | Documents from Weigand Laptop | USAO_00053425 |
| 1612 | Documents from Weigand Laptop | USAO_00053425 |
| 1613 | Documents from Weigand Laptop | USAO_00053425 |
| 1614 | Documents from Weigand Laptop | USAO_00053425 |
| 1615 | Documents from Weigand Laptop | USAO_00053425 |
| 1616 | Documents from Weigand Laptop | USAO_00053425 |
| 1617 | Documents from Weigand Laptop | USAO_00053425 |
| 1618 | Documents from Weigand Laptop | USAO_00053425 |
| 1619 | Documents from Weigand Laptop | USAO_00053425 |
| 1620 | Documents from Weigand Laptop | USAO_00053425 |
| 1621 | Documents from Weigand Laptop | USAO_00053425 |
| 1622 | Documents from Weigand Laptop | USAO_00053425 |
| 1623 | Documents from Weigand Laptop | USAO_00053425 |
| 1624 | Documents from Weigand Laptop | USAO_00053425 |
| 1625 | Documents from Weigand Laptop | USAO_00053425 |
| 1626 | Documents from Weigand Laptop | USAO_00053425 |
| 1627 | Documents from Weigand Laptop | USAO_00053425 |
| 1628 | Documents from Weigand Laptop | USAO_00053425 |
| 1629 | Documents from Weigand Laptop | USAO_00053425 |
| 1630 | Documents from Weigand Laptop | USAO_00053425 |
| 1631 | Documents from Weigand Laptop | USAO_00053425 |
| 1632 | Documents from Weigand Laptop | USAO_00053425 |
| 1633 | Documents from Weigand Laptop | USAO_00053425 |
| 1634 | Documents from Weigand Laptop | USAO_00053425 |
| 1635 | Documents from Weigand Laptop | USAO_00053425 |
| 1636 | Documents from Weigand Laptop | USAO_00053425 |
| 1637 | Documents from Weigand Laptop | USAO_00053425 |
| 1638 | Documents from Weigand Laptop | USAO_00053425 |
| 1639 | Documents from Weigand Laptop | USAO_00053425 |
| 1640 | Documents from Weigand Laptop | USAO_00053425 |

| | | |
|---|---|---|
| 1641 | Documents from Weigand Laptop | USAO_00053425 |
| 1642 | Documents from Weigand Laptop | USAO_00053425 |
| 1643 | Documents from Weigand Laptop | USAO_00053425 |
| 1644 | Documents from Weigand Laptop | USAO_00053425 |
| 1645 | Documents from Weigand Laptop | USAO_00053425 |
| 1646 | Documents from Weigand Laptop | USAO_00053425 |
| 1647 | Documents from Weigand Laptop | USAO_00053425 |
| 1648 | Documents from Weigand Laptop | USAO_00053425 |
| 1649 | Documents from Weigand Laptop | USAO_00053425 |
| 1650 | Documents from Weigand Laptop | USAO_00053425 |
| 1651 | Documents from Weigand Laptop | USAO_00053425 |
| 1652 | Documents from Weigand Laptop | USAO_00053425 |
| 1653 | Documents from Weigand Laptop | USAO_00053425 |
| 1654 | Documents from Weigand Laptop | USAO_00053425 |
| 1655 | Documents from Weigand Laptop | USAO_00053425 |
| 1656 | Documents from Weigand Laptop | USAO_00053425 |
| 1657 | Documents from Weigand Laptop | USAO_00053425 |
| 1658 | Documents from Weigand Laptop | USAO_00053425 |
| 1659 | Documents from Weigand Laptop | USAO_00053425 |
| 1660 | Documents from Weigand Laptop | USAO_00053425 |
| 1661 | Documents from Weigand Laptop | USAO_00053425 |
| 1662 | Documents from Weigand Laptop | USAO_00053425 |
| 1663 | Documents from Weigand Laptop | USAO_00053425 |
| 1664 | Documents from Weigand Laptop | USAO_00053425 |
| 1665 | Documents from Weigand Laptop | USAO_00053425 |
| 1666 | Documents from Weigand Laptop | USAO_00053425 |
| 1667 | Documents from Weigand Laptop | USAO_00053425 |
| 1668 | Documents from Weigand Laptop | USAO_00053425 |
| 1669 | Documents from Weigand Laptop | USAO_00053425 |
| 1670 | Documents from Weigand Laptop | USAO_00053425 |
| 1671 | Documents from Weigand Laptop | USAO_00053425 |
| 1672 | Documents from Weigand Laptop | USAO_00053425 |
| 1673 | Documents from Weigand Laptop | USAO_00053425 |
| 1674 | Documents from Weigand Laptop | USAO_00053425 |
| 1675 | Documents from Weigand Laptop | USAO_00053425 |
| 1676 | Documents from Weigand Laptop | USAO_00053425 |
| 1677 | Documents from Weigand Laptop | USAO_00053425 |
| 1678 | Documents from Weigand Laptop | USAO_00053425 |
| 1679 | Documents from Weigand Laptop | USAO_00053425 |
| 1680 | Documents from Weigand Laptop | USAO_00053425 |
| 1681 | Documents from Weigand Laptop | USAO_00055701 |
| 1681-TR | Calendar Invitation Translation | USAO_00055702 |
| 1682 | Documents from Weigand Laptop | USAO_00053425 |
| 1683 | Documents from Weigand Laptop | USAO_00053425 |
| 1684 | Documents from Weigand Laptop | USAO_00053425 |
| 1685 | Documents from Weigand Laptop | USAO_00053425 |
| 1686 | Documents from Weigand Laptop | USAO_00053425 |
| 1687 | Documents from Weigand Laptop | USAO_00053425 |
| 1688 | Documents from Weigand Laptop | USAO_00053425 |

| | | |
|---|---|---|
| 1688-TR | Documents from Weigand Laptop Translation | |
| 1689 | Documents from Weigand Laptop | USAO_00053425 |
| 1690 | Documents from Weigand Laptop | USAO_00053425 |
| 1691 | Documents from Weigand Laptop | USAO_00053425 |
| 1692 | Documents from Weigand Laptop | USAO_00053425 |
| 1693 | Documents from Weigand Laptop | USAO_00053425 |
| 1694 | Documents from Weigand Laptop | USAO_00053425 |
| 1695 | Documents from Weigand Laptop | USAO_00053425 |
| 1696 | Documents from Weigand Laptop | USAO_00053425 |
| 1697 | Documents from Weigand Laptop | USAO_00053425 |
| 1698 | Documents from Weigand Laptop | USAO_00053425 |
| 1699 | Documents from Weigand Laptop | USAO_00053425 |
| | **1700 Series - Weigand Laptop (continued)** | |
| 1701 | Documents from Weigand Laptop | USAO_00053425 |
| 1702 | Documents from Weigand Laptop | USAO_00053425 |
| 1703 | Documents from Weigand Laptop | USAO_00053425 |
| 1704 | Documents from Weigand Laptop | USAO_00053425 |
| 1705 | Documents from Weigand Laptop | USAO_00053425 |
| 1706 | Documents from Weigand Laptop | USAO_00053425 |
| 1707 | Documents from Weigand Laptop | USAO_00053425 |
| 1708 | Documents from Weigand Laptop | USAO_00053425 |
| 1709 | Documents from Weigand Laptop | USAO_00053425 |
| 1710 | Documents from Weigand Laptop | USAO_00053425 |
| 1711 | Documents from Weigand Laptop | USAO_00053425 |
| 1712 | Documents from Weigand Laptop | USAO_00053425 |
| 1713 | Documents from Weigand Laptop | USAO_00053425 |
| 1714 | Documents from Weigand Laptop | USAO_00053425 |
| 1715 | Documents from Weigand Laptop | USAO_00053425 |
| 1716 | Documents from Weigand Laptop | USAO_00053425 |
| 1717 | Documents from Weigand Laptop | USAO_00053425 |
| 1718 | Documents from Weigand Laptop | USAO_00053425 |
| 1719 | Documents from Weigand Laptop | USAO_00053425 |
| 1720 | Documents from Weigand Laptop | USAO_00053425 |
| 1721 | Telegram Chats | USAO_00053425 |
| 1722 | Telegram Chats | USAO_00053425 |
| 1723 | Telegram Chats | USAO_00053425 |
| 1724 | Telegram Chats | USAO_00053425 |
| 1725 | Telegram Chats | USAO_00053425 |
| 1726 | Telegram Chats | USAO_00053425 |
| 1727 | Telegram Chats | USAO_00053425 |
| 1728 | Telegram Chats | USAO_00053425 |
| 1729 | Telegram Chats | USAO_00053425 |
| 1730 | Telegram Chats | USAO_00053425 |
| 1731 | Telegram Chats | USAO_00053425 |
| 1732 | Telegram Chats | USAO_00053425 |
| 1733 | Telegram Chats | USAO_00053425 |
| | **1800 Series - Weigand Laptop (continued)** | |
| 1801 | E Folder from Weigand Laptop | USAO_00053425 |
| 1802 | E Folder File Structure | USAO_00053425 |