# EXHIBIT 28

# Chart of Government Exhibits (as of February 12, 2021) Involving Email Communications with the Euprocessing@protonmail.com Account

**Chart of Government Exhibits (as of February 12, 2021)**
**Of Email Communications Involving The EU Processing Email Account**

| Government Exhibit | Description | Bates Range |
|---|---|---|
| **400 Series - Eaze Documents** | | |
| 443 | 4/3/2018 Email Thread | EZCS1_0001589 |
| 454 | 5/16/2018 Email Thread | EZCS1_0007356 |
| 458 | 5/24/2018 Email Thread | EZCS1_0007391 |
| 461 | 7/5/2018 Email Thread | EZCS1_0009639 |
| 462 | 7/11/2018 Email Thread | EZCS1_0009654 |
| 463 | 7/11/2018 Email Thread | EZCS1_0010091 |
| 468 | 7/28/2018 Email Thread | EZCS1_0009709 |
| 469 | 8/9/2018 Email Thread | EZCS1_0009853 |
| 470 | 8/14/2018 Email Thread | EZCS1_0006311 |
| 472 | 9/5/2018 Email Thread | EZCS1_0010020 |
| 473 | 9/12/2018 Email Thread | EZCS1_0010100 |
| 474 | 9/12/2018 Email Thread | EZCS1_0010103 |
| 475 | 9/13/2018 Email Thread | EZCS1_0010106, EZCS1_0010110 - EZCS1_0010114 |
| 476 | 9/13/2018 Email Thread | EZCS1_0010115 |
| 477 | 9/17/2018 Email Thread | EZCS1_0010122 - EZCS1_0010124 |
| 478 | 9/17/2018 Email Thread | EZCS1_0010126 |
| 479 | 9/17/2018 Email Thread | EZCS1_0010128 - EZCS1_0010129 |
| 480 | 9/17/2018 Email Thread | EZCS1_0010130 |
| 481 | 9/17/2018 Email Thread | EZCS1_0010131 - EZCS1_0010133 |
| 482 | 9/17/2018 Email Thread | EZCS1_0010134 - EZCS1_0010135 |
| 483 | 9/17/2018 Email Thread | EZCS1_0010136 - EZCS1_0010137 |
| 484 | 9/17/2018 Email Thread & Attachments | EZCS1_0010138-45 |
| 485 | 9/17/2018 Email Thread & Attachments | EZCS1_0010146-54 |
| 486 | 9/18/2018 Email Thread | EZCS1_0010155 |
| 487 | 9/18/2018 Email Thread | EZCS1_0010157 |
| 488 | 9/18/2018 Email Thread | EZCS1_0010159 |
| 489 | 9/21/2018 Email Thread | EZCS1_0010161 - EZCS1_0010168 |
| 490 | 9/21/2018 Email Thread | EZCS1_0010169 - EZCS1_0010176 |
| 491 | 9/21/2018 Email Thread | EZCS1_0010177 - EZCS1_0010178 |
| 492 | 9/21/2018 Email Thread | EZCS1_0010179 - EZCS1_0010180 |
| 493 | 9/21/2018 Email Thread | EZCS1_0010181 - EZCS1_0010182 |
| 494 | 9/21/2018 Email Thread | EZCS1_0010183 - EZCS1_0010185 |
| 495 | 9/21/2018 Email Thread | EZCS1_0010186 - EZCS1_0010187 |
| 496 | 9/25/2018 Email Thread | EZCS1_0010188 |
| 497 | 9/26/2018 Email Thread | EZCS1_0010192 |
| 498 | 9/28/2018 Email Thread | EZCS1_0010198 |
| 499 | 10/1/2018 Email Thread | EZCS1_0010205 - EZCS1_0010206 |

| | **500 Series - Eaze Documents (continued)** | |
|---|---|---|
| 501 | 10/1/2018 Email Thread | EZCS1_0010207 - EZCS1_0010209 |
| 502 | 10/1/2018 Email Thread | EZCS1_0010210 - EZCS1_0010212 |
| 503 | 10/1/2018 Email Thread | EZCS1_0010213 - EZCS1_0010214 |
| 504 | 10/1/2018 Email Thread | EZCS1_0010215 - EZCS1_0010216 |
| 505 | 10/1/2018 Email Thread | EZCS1_0010217 - EZCS1_0010218 |
| 506 | 10/1/2018 Email Thread | EZCS1_0010219 - EZCS1_0010220 |
| 507 | 10/1/2018 Email Thread | EZCS1_0010221 - EZCS1_0010228 |
| 508 | 10/1/2018 Email Thread | EZCS1_0010229 - EZCS1_0010236 |
| 509 | 10/1/2018 Email Thread | EZCS1_0010238 |
| 510 | 10/1/2018 Email Thread | EZCS1_0010239 |
| 511 | 10/1/2018 Email Thread | EZCS1_0011481 - EZCS1_0011484 |
| 512 | 10/2/2018 Email Thread | EZCS1_0010241 |
| 513 | 10/2/2018 Email Thread | EZCS1_0010243 |
| 514 | 10/3/2018 Email Thread | EZCS1_0010245 |
| 515 | 10/3/2018 Email Thread | EZCS1_0010247 |
| 516 | 10/3/2018 Email Thread | EZCS1_0010248 |
| 517 | 10/3/2018 Email Thread | EZCS1_0010249 |
| 518 | 10/3/2018 Email Thread | EZCS1_0010251 |
| 519 | 10/4/2018 Email Thread | EZCS1_0007719 |
| 520 | 10/4/2018 Email Thread | EZCS1_0010253 |
| 521 | 10/4/2018 Email Thread | EZCS1_0010258 |
| 522 | 10/4/2018 Email Thread | EZCS1_0010260 - EZCS1_0010262 |
| 523 | 10/4/2018 Email Thread | EZCS1_0010263 - EZCS1_0010265 |
| 524 | 10/9/2018 Email Thread | EZCS1_0010268 |
| 525 | 10/12/2018 Email Thread | EZCS1_0010271 |
| 526 | 10/12/2018 Email Thread | EZCS1_0010274 |
| 527 | 10/15/2018 Email Thread | EZCS1_0010278 |
| 528 | 10/16/2018 Email Thread | EZCS1_0007783 |
| 529 | 10/16/2018 Email Thread | EZCS1_0007785 |
| 530 | 10/16/2018 Email Thread | EZCS1_0007787 |
| 531 | 10/16/2018 Email Thread | EZCS1_0007789 |
| 532 | 10/22/2018 Email Thread | EZCS1_0007824 -EZCS1_0007826 |
| 533 | 11/1/2018 Email Thread | EZCS1_0010288 |
| 534 | 11/1/2018 Email Thread | EZCS1_0010290 - EZCS1_0010297 |
| 535 | 11/1/2018 Email Thread | EZCS1_0010298 |
| 536 | 11/1/2018 Email Thread | EZCS1_0010301 |
| 537 | 11/1/2018 Email Thread | EZCS1_0010304 |
| 538 | 11/2/2018 Email Thread | EZCS1_0010308 |
| 539 | 11/3/2018 Email Thread | EZCS1_0010310 |
| 540 | 11/3/2018 Email Thread | EZCS1_0010314, EZCS1_0010319 |
| 541 | 11/3/2018 Email Thread | EZCS1_0010320, EZCS1_0010325 |
| 542 | 11/3/2018 Email Thread | EZCS1_0010326, EZCS1_0010331 |
| 543 | 11/4/2018 Email Thread | EZCS1_0007869, EZCS1_0007871 |

| 544 | 11/4/2018 Email Thread | EZCS1_0010332 |
| 545 | 11/5/2018 Email Thread | EZCS1_0010336 |
| 546 | 11/5/2018 Email Thread | EZCS1_0010340 |
| 547 | 11/6/2018 Email Thread | EZCS1_0010344, EZCS1_0010349 - EZCS1_0010350 |
| 548 | 11/6/2018 Email Thread | EZCS1_0010351 |
| 549 | 11/9/2018 Email Thread | EZCS1_0010356 |
| 550 | 11/9/2018 Email Thread | EZCS1_0010362 |
| 551 | 11/9/2018 Email Thread | EZCS1_0010367 |
| 552 | 11/13/2018 Email Thread | EZCS1_0010392, EZCS1_0010395 |
| 553 | 11/17/2018 Email Thread & Attachment | EZCS1_0010396-408 |
| 554 | 11/18/2018 Email Thread | EZCS1_0010409 |
| 555 | 11/18/2018 Email Thread | EZCS1_0010412, EZCS1_0010416 |
| 556 | 11/19/2018 Email Thread | EZCS1_0008077 |
| 557 | 11/19/2018 Email Thread | EZCS1_0008078, EZCS1_0008080 |
| 558 | 11/19/2018 Email Thread | EZCS1_0008081 |
| 559 | 11/21/2018 Email Thread | EZCS1_0008083 |
| 560 | 11/22/2018 Email Thread | EZCS1_0008085, EZCS1_0008087 - EZCS1_0008088 |
| 561 | 11/29/2018 Email Thread | EZCS1_0010421 |
| 562 | 11/29/2018 Email Thread | EZCS1_0010424 |
| 563 | 12/3/2018 Email Thread | EZCS1_0010437 |
| 564 | 12/5/2018 Email Thread | EZCS1_0010441 - EZCS1_0010442 |
| 565 | 12/10/2018 Email Thread | EZCS1_0010444 |
| 566 | 12/11/2018 Email Thread | EZCS1_0010448-49 |
| 567 | 12/16/2018 Email Thread | EZCS1_0010450 |
| 568 | 12/16/2018 Email Thread | EZCS1_0010455 |
| 569 | 12/21/2018 Email Thread | EZCS1_0010466 |
| 570 | 1/7/2019 Email Thread | EZCS1_0011303 - EZCS1_0011311 |
| 571 | 1/7/2019 Email Thread | EZCS1_0011312 |
| 572 | 1/7/2019 Email Thread | EZCS1_0011314 |
| 573 | 1/7/2019 Email Thread | EZCS1_0011316 |
| 574 | 1/9/2019 Email Thread | EZCS1_0010476 - EZCS1_0010479 |
| 575 | 1/9/2019 Email Thread | EZCS1_0010480 |
| 576 | 1/9/2019 Email Thread | EZCS1_0010481 |
| 577 | 1/11/2019 Email Thread | EZCS1_0010490, EZCS1_0010493 |
| 578 | 1/11/2019 Email Thread | EZCS1_0010494 |
| 579 | 1/11/2019 Email Thread | EZCS1_0010498 |
| 581 | 1/24/2019 Email Thread | EZCS1_0010514 |
| 582 | 1/24/2019 Email Thread | EZCS1_0010516 |
| 583 | 1/24/2019 Email Thread | EZCS1_0010518 |
| 584 | 1/24/2019 Email Thread | EZCS1_0010521 |
| 585 | 1/25/2019 Email Thread | EZCS1_0010524 |
| 586 | 1/28/2019 Email Thread | EZCS1_0010536 |
| 587 | 1/29/2019 Email Thread | EZCS1_0010542 |

| | | |
|---|---|---|
| 588 | 1/30/2019 Email Thread | EZCS1_0010554 |
| 589 | 1/30/2019 Email Thread | EZCS1_0010557 |
| 590 | 1/30/2019 Email Thread | EZCS1_0010563 |
| 591 | 1/31/2019 Email Thread | EZCS1_0010570 |
| 592 | 1/31/2019 Email Thread | EZCS1_0010574 |
| 593 | 1/31/2019 Email Thread | EZCS1_0010581 |
| 594 | 1/31/2019 Email Thread | EZCS1_0010585 |
| 595 | 1/31/2019 Email Thread | EZCS1_0010590 |
| 596 | 1/31/2019 Email Thread & Attachment | EZCS1_0010595-99 |
| 597 | 1/31/2019 Email Thread | EZCS1_0010600 |
| 598 | 1/31/2019 Email Thread | EZCS1_0010606 |
| 599 | 1/31/2019 Email Thread | EZCS1_0011348 |
| **600 Series - Eaze Documents (continued)** | | |
| 601 | 2/13/2019 Email Thread | EZCS1_0010615 |
| 602 | 2/13/2019 Email Thread | EZCS1_0010622 |
| 603 | 2/13/2019 Email Thread | EZCS1_0010630 |
| 606 | 2/22/2019 Email Thread | EZCS1_0010654 |
| 607 | 2/22/2019 Email Thread | EZCS1_0010657 |
| 608 | 2/22/2019 Email Thread | EZCS1_0010660 |
| 609 | 2/23/2019 Email Thread | EZCS1_0010662 |
| 610 | 2/23/2019 Email Thread | EZCS1_0010665 |
| 611 | 2/23/2019 Email Thread | EZCS1_0010669 |
| 612 | 2/23/2019 Email Thread | EZCS1_0010672 |
| 613 | 2/23/2019 Email Thread | EZCS1_0010677 |
| 614 | 2/24/2019 Email Thread | EZCS1_0010681, EZCS1_0010685 |
| 615 | 2/25/2019 Email Thread | EZCS1_0010701-03 |
| 616 | 2/25/2019 Email Thread | EZCS1_0010704 |
| 617 | 2/25/2019 Email Thread | EZCS1_0010708 |
| 618 | 2/25/2019 Email Thread | EZCS1_0010713 |
| 619 | 2/25/2019 Email Thread | EZCS1_0010718 |
| 620 | 2/25/2019 Email Thread | EZCS1_0010720 |
| 621 | 2/25/2019 Email Thread | EZCS1_0010722, EZCS1_0010728 |
| 622 | 2/25/2019 Email Thread | EZCS1_0011357, EZCS1_0011363 |
| 623 | 2/26/2019 Email Thread | EZCS1_0010737 |
| 624 | 2/26/2019 Email Thread | EZCS1_0010742 |
| 625 | 2/26/2019 Email Thread | EZCS1_0010748 |
| 626 | 2/26/2019 Email Thread | EZCS1_0010750 |
| 627 | 2/26/2019 Email Thread | EZCS1_0010752 |
| 628 | 2/26/2019 Email Thread | EZCS1_0010758 |
| 629 | 3/1/2019 Email Thread | EZCS1_0010766 |
| 630 | 3/2/2019 Email Thread | EZCS1_0010768, EZCS1_0010771 - EZCS1_0010773 |
| 631 | 3/3/2019 Email Thread | EZCS1_0010774 |
| 632 | 3/3/2019 Email Thread | EZCS1_0010781 |
| 633 | 3/4/2019 Email Thread | EZCS1_0010788, EZCS1_0010791 |

| | | |
|---|---|---|
| 634 | 3/8/2019 Email Thread | EZCS1_0010793 |
| 635 | 3/10/2019 Email Thread | EZCS1_0010801 |
| 636 | 3/11/2019 Email Thread | EZCS1_0010803 |
| 637 | 3/12/2019 Email Thread | EZCS1_0010827 |
| 638 | 3/12/2019 Email Thread | EZCS1_0010829 |
| 639 | 3/13/2019 Email Thread | EZCS1_0010832-35 |
| 640 | 3/13/2019 Email Thread | EZCS1_0010837 |
| 641 | 3/13/2019 Email Thread | EZCS1_0011374, EZCS1_0011378 |
| 642 | 3/13/2019 Email Thread | EZCS1_0011379 |
| 643 | 3/13/2019 Email Thread | EZCS1_0011387 |
| 644 | 3/13/2019 Email Thread | EZCS1_0011392, EZCS1_0011396 |
| 645 | 3/15/2019 Email Thread | EZCS1_0011397 |
| 646 | 3/18/2019 Email Thread | EZCS1_0011039 |
| 647 | 3/19/2019 Email Thread | EZCS1_0010858 |
| 648 | 3/19/2019 Email Thread | EZCS1_0010860 |
| 649 | 3/20/2019 Email Thread | EZCS1_0010862, EZCS1_0010866 |
| 650 | 3/20/2019 Email Thread | EZCS1_0010873 |
| 651 | 3/20/2019 Email Thread | EZCS1_0010877 |
| 652 | 3/20/2019 Email Thread | EZCS1_0010882 |
| 653 | 3/20/2019 Email Thread | EZCS1_0010886 |
| 654 | 3/20/2019 Email Thread | EZCS1_0010891 |
| 655 | 3/20/2019 Email Thread | EZCS1_0010896 |
| 656 | 3/20/2019 Email Thread | EZCS1_0010902 |
| 657 | 3/20/2019 Email Thread | EZCS1_0011398 |
| 658 | 3/20/2019 Email Thread | EZCS1_0011402 |
| 659 | 3/20/2019 Email Thread | EZCS1_0011406 |
| 660 | 3/21/2019 Email Thread | EZCS1_0010904 |
| 661 | 3/21/2019 Email Thread | EZCS1_0010908 |
| 662 | 3/22/2019 Email Thread | EZCS1_0010913 |
| 663 | 3/25/2019 Email Thread | EZCS1_0010919 |
| 664 | 3/25/2019 Email Thread | EZCS1_0010921 |
| 666 | 3/27/2019 Email Thread | EZCS1_0010924 |
| 668 | 3/28/2019 Email Thread | EZCS1_0010928 |
| 669 | 3/28/2019 Email Thread | EZCS1_0010935 |
| 670 | 3/28/2019 Email Thread | EZCS1_0010938 |
| 671 | 3/30/2019 Email Thread | EZCS1_0010946 |
| 672 | 3/30/2019 Email Thread | EZCS1_0010948 |
| 673 | 3/31/2019 Email Thread | EZCS1_0010952 |
| 674 | 4/3/2019 Email Thread | EZCS1_0010959 |
| 675 | 4/5/2019 Email Thread | EZCS1_0010965 |
| 676 | 4/7/2019 Email Thread | EZCS1_0010967 |
| 677 | 4/8/2019 Email Thread | EZCS1_0010972 |
| 680 | 7/11/2019 Email Thread | EZCS1_0009522-23 |
| 681 | 03/20/2019 Email Thread & Attachment | EZCS1_0010862-72 |

| 682 | 3/20/2019 Email Thread | EZCS1_0010873-76 |
| 683 | 12/19/2018 Email & Attachment | EZCS1_0007424-25 |
| 684 | 11/18/2018 Email Thread & Attachment | EZCS1_0010412-16 |
| 686 | Eaze Receipts | USAO_00037995 - USAO_00038034 |