UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

      -against-

RUBEN WEIGAND,

           Defendant.

Case No. 1:20-cr-00188 (JSR)

(ECF Case)

## NOTICE OF FILING OF LETTER

    PLEASE TAKE NOTICE that attached is a letter to Hon. Jed S. Rakoff from Michael J. Gilbert dated February 18, 2021.

Dated: New York, New York
       February 18, 2021

DECHERT LLP

By: /s/ Michael J. Gilbert
    Michael J. Gilbert
michael.gilbert@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

*Attorneys for Ruben Weigand*