

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**MICHAEL J. GILBERT**

michael.gilbert@dechert.com
+1 212 698 3886  Direct
+1 212 698 0426  Fax

February 18, 2021

The Honorable Jed R. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Weigand, et al.*, 20 cr. 188

Dear Judge Rakoff:

On behalf of Defendant Ruben Weigand, the undersigned counsel respectfully joins in and adopts all of the arguments set forth in the opposition to Visa's application to permit Martin Elliot to testify remotely filed today by Defendant Hamid "Ray" Akhavan.  *See* ECF No. 175.  Mr. Weigand's right to confront the Government's witnesses against him would be impacted in the same manner as Mr. Akhavan's.

Respectfully Submitted,

*/s/Michael J. Gilbert*
Michael J. Gilbert

CC:    AUSA Emily Deininger
       AUSA Nicholas Folly
       AUSA Tara La Morte