```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 -------------------------------- x
 UNITED STATES OF AMERICA        :
                                 :      S3 20-cr-188(JSR)
         -v-                     :
                                 :         ORDER
RUBEN WEIGAND et al.,            :
                                 :
      Defendants.               :
 -------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

WHEREAS, trial is scheduled for March 1, 2021, and the parties also have a *Curcio* hearing requiring defendant Weigand's in-person attendance;

WHEREAS, this Court's prescribed bail conditions permit defendant Weigand to leave his apartment to meet his counsel under the supervision of armed security, but require other exceptions to be authorized by this Court, in writing, in advance.  ECF No. 112 at 7;

WHEREAS, the defense has requested that defendant Weigand be permitted to leave his apartment, under the supervision of an armed security guard, in order to purchase court-appropriate attire in preparation for trial and the forthcoming hearing;

WHEREAS, Pretrial Services does not oppose this request; and

WHEREAS, the Government takes no position on this request.

IT IS HEREBY ORDERED that the Court authorizes defendant Weigand's limited travel, under the supervision of armed security at all times, to a specific retail store or purveyor of clothing in preparation for forthcoming court proceedings.

SO ORDERED.

Dated:   New York, NY
         February 22, 2021

United States District Judge