UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>HAMID AKHAVAN and RUBEN WEIGAND,<br><br>        Defendants | Case No. 20-cr-188 (JSR)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANT RUBEN WEIGAND'S MOTION TO DISMISS THE INDICTMENT

PLEASE TAKE NOTICE that the undersigned counsel, on behalf of defendant Ruben Weigand, upon the accompanying memorandum of law, dated February 23, 2021, will move this Court on a date and time to be designated by the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting defendant Weigand's motion to dismiss the Indictment with prejudice for a violation of the Speedy Trial Act and the Sixth Amendment.

PLEASE TAKE FURTHER NOTICE that pursuant to the agreed-upon briefing schedule, opposition papers shall be served on February 25, 2021, and reply papers, if any, shall be served on February 26, 2021.

Dated: New York, New York            DECHERT LLP
       February 23, 2021
                                     By: */s/ Michael J. Gilbert*

                                     Michael J. Gilbert
                                     Shriram Harid
                                     Steven Pellechi
                                     Amy Lesperance
                                     Three Bryant Park
                                     1095 Avenue of the Americas
                                     New York, New York 10036-6797
                                     Michael.gilbert@dechert.com
                                     Shriram.harid@dechert.com
                                     Steven.pellechi@dechert.com
                                     Amy.Lesperance@dechert.com

                                     Michael H. Artan
                                     Michael H. Artan, Lawyer, A Professional
                                     Corporation
                                     1 Wilshire Boulevard, Suite 2200
                                     Los Angeles, CA 90071
                                     Michaelartan@yahoo.com

                                     *Attorneys for Defendant*
                                     *Ruben Weigand*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of February 2021, I electronically filed this Notice of Motion, along with the accompanying Memorandum of Law in Support of Defendant Ruben Weigand's motions to dismiss the Indictment, using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Michael J. Gilbert
Michael J. Gilbert

*Attorney for Defendant Ruben Weigand*