UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
:
UNITED STATES OF AMERICA, :
:
v. : No. 20 Cr. 00188 (JSR)
:
HAMID AKHAVAN AND RUBEN WEIGAND, : [PROPOSED] ORDER
:
Defendants. :
:
———————————————————————— x

JED S. RAKOFF, United States District Judge:

WHEREAS, on March 2, 2021, the Court held a telephonic conference in the above-captioned matter, during which counsel for TD Bank, N.A., a third-party subpoenaed by Defendant Hamid Akhavan to provide testimony, made an application for its witness to testify by live two-way video from the District of New Jersey;

WHEREAS, the witness demonstrated good cause; and

WHEREAS, there was no opposition from any party to TD Bank's request;

IT IS HEREBY ORDERED that the Court will permit the witness from TD Bank to testify via live two-way video from the District of New Jersey, on the condition that the Court will not take responsibility for setting up the technology, and it will be incumbent on TD Bank, N.A. to ensure that the necessary arrangements are made.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 4, 2021