# EXHIBIT A

*(redacted)*

# EXHIBIT B

*(redacted)*

# EXHIBIT C

*(redacted)*

# EXHIBIT D

*(redacted)*

# 3501-0051

*(redacted)*

# 3501-0581

*(redacted)*