# Exhibit B



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**MICHAEL J. GILBERT**

michael.gilbert@dechert.com
+1 212 698 3886  Direct
+1 212 698 0426  Fax

November 3, 2020

**VIA E-MAIL**

Christopher J. DiMase
Nicholas S. Folly
Tara LaMorte
Assistant United States Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re:  Disclosure of Potential Defense Expert in *United States v. Weigand, et al.*, 20 cr. 188 (JSR)

Dear Chris, Nick, and Tara:

Defendant Ruben Weigand hereby provides notice, pursuant to Federal Rule of Criminal Procedure 16, that he expects to call Stephen C. Mott to provide expert testimony on credit card payment processing as outlined herein.  A copy of Mr. Mott's CV is attached.

## Mr. Mott's Qualifications

Mr. Mott is an expert on digital payments, security and electronic transactions.  He has more than three decades of experience in online and mobile transactions, debit and credit networks, authentication and security technologies, and emerging alternative payments.  Mr. Mott was a senior executive at MasterCard for three years, serving as Senior Vice President of Electronic Commerce and New Ventures from 1995 to 1998.  Mr. Mott's responsibilities at MasterCard included creating a new electronic security protocol and aiding member banks around the world to use the Internet as a safe new delivery channel for financial products.  More recently, Mr. Mott has worked as an industry consultant, helping banks, networks, security technology providers, merchants, payment gateways and other payment facilitators develop comprehensive consumer and small business payment strategies and make technology assessments for online and mobile transacting among payment card providers, and online buyers and sellers.  Mr. Mott's consulting experience and stature in the industry led to his election to serve on the steering committee for the Federal Reserve's recent Secure Payments Task Force, among other posts.



Christopher J. DiMase
November 3, 2020
Page 2

**Bases for Mr. Mott's Testimony**

Mr. Mott will base his explanations of credit card transactions and Issuing Banks' approval process and priorities for risk management on his education, training, professional experience, and work with industry organizations. To the extent he renders opinions, they will be based on those same things, as well as his review and consideration of:

1. Documents and information produced by the Government in connection with this case, including, but not limited to: (i) Visa Core Rules and Interlink Rules (April 2020) and MasterCard Rules and Transaction Processing Rules (December 2019), subpoena returns from Visa, and disclosure correspondence and other materials from the Government for Visa; (ii) subpoena returns from Citibank, Bank of America, and JP Morgan Chase, and disclosure correspondence and other materials from the Government for Citibank, Bank of America, and JP Morgan Chase, among other banks; and (iii) merchant applications.

2. Office of the Comptroller of the Currency (OCC) Comptroller's Handbook on Merchant Processing

3. Payment card industry publications, guidelines, references and reports/studies on electronic commerce ("eCommerce") best practices and operational realities for risk management and fraud mitigation, including network standards for vetting merchants and authentication of consumers.

Mr. Mott is continuing to review additional data and information. He may offer additional opinions, or additional bases for his opinions, as a result of his ongoing review of data and information and in response to evidence, opinions, or testimony presented during the trial proceedings. As a result, Defendant Weigand respectfully reserves his right to supplement this disclosure at any time before Mr. Mott's trial testimony and/or as permitted by the Court.

**Mr. Mott's Expected Testimony**

Mr. Mott will explain the mechanics of credit and debit card transactions, including the roles of the various participants in those transactions, especially merchants, merchant acquiring banks, independent sales organizations ("ISOs"), payment service provider ("PSPs"), payment networks, issuing banks, payment gateways, third-party risk management specialists, and cardholders.



Christopher J. DiMase
November 3, 2020
Page 3

       Mr. Mott will testify as to the concerns and operating parameters of issuing banks, including their consideration of customer creditworthiness and the factors that are material and immaterial to them when determining whether to approve or decline credit and debit card transactions.

       Mr. Mott will testify as to the steps that issuing banks may take in order to detect and root out fraud and other suspicious activity.

       Mr. Mott will explain non-secure e-commerce transactions, including the associated interchange fees paid to issuing banks versus chargeback liability for online transactions, among other topics related to non-secure e-commerce transactions.

       Mr. Mott will testify as to the standards and protocols employed by Visa and MasterCard when determining their membership in the United States and abroad, Visa and MasterCard's approach to international transactions, and the ways in which they oversee and manage the integrity of the global payments system.  Relatedly, Mr. Mott will testify as to the jurisdictional constraints imposed on non-U.S. acquiring banks by Visa and MasterCard.

       Sincerely,

                        */s/ Michael J. Gilbert*
                        Michael J. Gilbert
                        Shriram Harid
                        Steven Pellechi
                        Dechert LLP
                        Three Bryant Park
                        1095 Avenue of the Americas
                        New York, New York 10036-6797
                        Michael.gilbert@dechert.com
                        Shriram.harid@dechert.com
                        Steven.pellechi@dechert.com

                        Michael H. Artan
                        Michael H. Artan, Lawyer, A Professional Corporation
                        1 Wilshire Boulevard, Suite 2200
                        Los Angeles, CA 90071
                        michaelartan@yahoo.com

                        *Attorneys for Defendant Ruben Weigand*

## Stephen Craig Mott
## Curriculum Vitae

## Professional Summary

Steve Mott has more than three decades of experience in the fields of transaction economics, online and mobile transacting, innovative uses of debit networks, rewards and loyalty programs, authentication and security technologies, and emerging alternative payments—including smart cards, stored value, P2P, mobile/digital/real-time payments, electronic checks, and distributed ledger systems. BetterBuyDesign is a management advisory firm serving clients ranging from banks and processors to technology startups and investment firms. Consulting assignments typically include business case analyses and forecasts; strategy and business development; technology assessments; new product development; expert witness support; and due diligence evaluations. He regularly briefs investment firms on payment trends and prospects for major industry participants.

Steve speaks and writes frequently about the industry, presenting at more than two dozen payment, technology, retailing and customer conferences each year, serving as a member of several payments conferences planning committees and industry groups, and providing executive-level training and workshops on industry topics. Steve is viewed as an industry authority and thought leader on digital payments and security, including mobile, P2P, prepaid, real-time debit, EMV/NFC, digital wallets, distributive ledgers and other emerging POS and cloud-based technologies. An acknowledged pioneer in eCommerce, in 1997 Steve was named by Interactive Week (later eWeek) magazine as one of the "Top 25 Unsung Heroes of the Internet" and in 1998 by Business 2.0 magazine as one of the "Top 25 Most Intriguing Minds for the New Economy." Steve is a graduate of U.C. Berkeley and Harvard Business School, was a White House Fellow appointee, and previously held executive positions at McKinsey & Co., McGraw-Hill, MCI Telecommunications, MasterCard Worldwide, and as President of Priceline WebHouse Club, an Internet retailer.

## Expertise

Alternative Payments, Stored Value
Authentication Technologies; Standards & Rules
Credit &Debit Cards; Network Rules & Histories
Data Security; Fraud & Risk Management
Contact/Contactless Smart Cards (EMV/NFC)
EFT PIN & PINless Debit

Electronic Checks: ACH, Check Imaging, RDC
Electronic & Mobile Commerce and Banking
Loyalty & Rewards Programs; Incentive Marketing
Payment Economics, Interchange, Market Pricing
Tokenization, Encryption, PCI Mitigation
Virtual Currency; Blockchain/Distributed Ledgers

## Education

| Year | College or University | Degrees |
|------|----------------------|---------|
| 1979 | Harvard Business School | M.B.A. |
| 1974 | University of California at Berkeley | B.A. Economics; B.A. Journalism |

IMS ExpertServices.
www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology
3| Stephen C. Mott

<div style="border:1px solid black; text-align:center;">

**Stephen Craig Mott**
**Curriculum Vitae**

</div>

## Professional Experience--Summary

Prior to 2000, job assignments included Engagement Manager at McKinsey & Co.; Director of Strategic Planning at McGraw-Hill; VP of Sales, Marketing and Product Development at MCI Communications; President of software development company Cognitive Systems, Inc.; SVP-Electronic Commerce & New Ventures at MasterCard (1995-1998); and President of Priceline WebHouse Club (1999-2000).  Current position (2/1998-7/1999 and 10/2001 to present):

| | |
|---|---|
| From: | 1998/2000 |
| To: | Present |
| Organization: | BetterBuyDesign LLC (formerly CSI Management Services, Inc. until 2011) |
| Title: | Principal |
| Summary: | Management consulting; M&A due diligence and technology evaluations; IP and expert witness support; business case development and opportunity assessments; market strategies and forecasting for banks, processors, networks, merchants, technology and investment firms.  Spent 16 months as President of Priceline WebHouse Club (1999-2000) including design a private-label debit card payment system.  Consulted to clients, taught workshops and provided webinars on Internet payments and security; payment card interchange; online banking and bill payment; small business/B2B payment automation; mobile commerce at POS; Web 2.0; electronic check payments; virtual currencies; stored value; and loyalty and rewards programs; and mobile payments. |

## Professional Experience--Detail

1998 – present               **BetterBuyDesign/CSI Management Services**               Stamford, CT

**PRINCIPAL/PRESIDENT**

Created and manages this consultancy for electronic payments transaction businesses.  Accomplishments included:

- Supported the Federal Reserve Faster Payments Initiative by serving on Secure Payments Task Force Steering Committee, with three key assignments in first year of operation, including Chair of Standards Assessment Team; also member of Faster Payments Task Force; served on rules and standards sub-group; founding member of Faster Payments Coalition
- Consulting on "Opt-Out Merchant" appeal of $5.2 bil. interchange suit settlement proposed in 2012, including provision of research on Honor All Cards (HAC) impacts, EMV deficiencies and market constraints from card network programs and rules on eCommerce
- Serving as a subject matter expert and resource for the Federal Reserve's Mobile Payments Industry Workgroup (MPIW), assisting with white papers on tokenization and card-not-present security

IMS ExpertServices.
www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology
4| Stephen C. Mott

> **Stephen Craig Mott**
> **Curriculum Vitae**

- Analyzed new, cloud-based, mobile handset- and tablet-originated POS transacting environments and technology for PCI exoneration and access to non-card brand networks
- Authored key expert report to support Durbin Amendment legislation
- Served on the Federal Reserve's Consumer Payments Research Center (CPRC) Advisory Group (from 2009-2018)
- Provided strategic support and technical assessments, including executive briefing and education sessions, on online and mobile transacting for three dozen banks, merchants, processors, networks, and technology companies
- Defined and articulated the marketplace for secure real-time debit account payments
- Evaluated and developed electronic check processing and online bill payment strategies for major technology players
- Provided market assessments and new product strategies for three stored value companies
- Developed comprehensive consumer and small business payments strategies for four banks
- Provided three large merchants with defensive programs to help them offset PCI Compliance challenges and conducted RFIs/RFPs in vetting processing service and security vendors
- Oversaw business development and generated strategies for biometric, software, and hardware security companies for offline and online markets
- Provided competitive analysis and due diligence assessments for M&A operations of several processors and security companies
- Assisted security companies in IPO and capitalization efforts; evaluated and developed business plans for several emerging technology firms
- Participated as subject-matter-expert and conference speaker/planner for the Fed, NACHA, BAI, FS-ISAC and BITS/FSR; also security briefer for the Merchant-Financial Services Cybersecurity Partnership
- Was named one of the "Top 25 Most Intriguing Minds for the New Economy" by Business 2.0 magazine in July, 1998

| | | |
|---|---|---|
| 1999 – 2000 | **Priceline WebHouse Club, Inc.** | Stamford, CT |

### PRESIDENT

Promoted during the first four months from Chief Strategist to SVP Operations to EVP Business Development to President, leading the launch of the priceline.com "name-your-own price" concept for buying groceries and gasoline online, and picking up at physical stores. Accomplishments included:

- Spearheaded the development and rollout of a nationwide network of 10,000 grocery stores
- Negotiated a national market development partnership with Kroger/several other major retailers
- Developed a unique settlement/payment processing system to support off-line fulfillment
- Worked with Symbol, Verifone, Hypercom, IBM and NCR on integration of barcode and related technologies for streamlining new payment types at POS
- Helped build a 750-person company that generated $228 million in revenues in 11 months

> **Stephen Craig Mott**
> **Curriculum Vitae**

- Developed a business plan and PPM for spinning off the successful gasoline demand-collection business as a consumer wireless fulfillment operation

1995 - 1998                    **MasterCard International, Inc.**                    Purchase, NY

### SENIOR VICE PRESIDENT, ELECTRONIC COMMERCE/NEW VENTURES

Directed the creation of a new infrastructure and built a business development team to facilitate efforts by member banks around the world to develop the Internet as a new delivery channel for financial products. Achievements included:

- Shaped and launched the secure electronic transaction (SET) protocol, generated 51 SET pilots in 32 countries in one year, and established a public key infrastructure (PKI) offering for international use
- Developed seminal new product offerings for the safe use of debit cards, EMV smart cards, and B2B procurement cards for Internet usage by banks, merchants, and consumers
- Won wide acclaim from the media for eCommerce programs and was named by Inter@ctive Week (now eWeek) as one of Top 25 "Unsung Heroes of the Internet" in December 1997
- Personally developed e-commerce strategy and technology partnerships with IBM, GTE, Netscape and Oracle

1994 - 1995                    **Ingenia, Inc. (part of Ingenia, s.a.)**                    Stamford, CT

### PRESIDENT

Created a new subsidiary to launch North American operations after the parent company purchased a major portion of CSI business.  Transitioned CSI relationships with major banks in Europe to the successor company.  Designed, sold, and installed software programs for bank compliance with money laundering regulations.

1987 - 1994                    **Cognitive Systems, Inc.**                    Stamford, CT

### PRESIDENT, CEO/PRESIDENT, COO

Held responsibility for operations, sales and marketing, research and development, and finance/administration for three spin-off firms performing contract-R&D and advanced technology product development.

- Built market and sold more than dozen major banks on correspondent banking services for automating wire/network money transfers
- Designed and oversaw production of innovative data mining and text processing program successfully used by US intelligence agency to track money laundering payments by terrorists and drug dealers

> ### Stephen Craig Mott
> ### Curriculum Vitae

- Commissioned, funded and supervised development of induction-based decision support software product that was successfully utilized in more than 200 innovative enterprise applications.
- Developed global distributor network for case-based reasoning development system.
- Leveraged business partnerships with European banks and software companies into leading market position against bigger French competitor (Ingenia) resulting in their buying the business.

1984 - 1987                    **MCI International, Inc.**                    Rye Brook, NY
### VICE PRESIDENT, SALES AND MARKETING

Assumed responsibility for sales force management, the design and implementation of marketing programs, building of specialized customer interfaces, and product development by a staff of 250.  As the director of marketing, developed business cases, designed marketing programs, and negotiated relationships with foreign communications authorities to introduce international voice services, a billion-dollar business in four years.

- Developed product strategy and led a full array of sales and marketing efforts to establish a high-growth data communications division, which became a billion-dollar business in eight years
- Fielded a partitioned-DOS PC operating system (two years before multi-tasking) that helped 3,000 customers replace single-function, expensive telex machines with standard, low-cost PCs
- Designed a global, digital network service (combining fiber optic cable and satellite) that became a flagship offering in MCI's private line service offerings to financial services firms
- Developed a value-added correspondent banking automation/message processing service that cracked the NYC banking market and created a new business segment

*Additional Experience*

1982 - 1984, **McGraw-Hill, Inc.;** New York, New York - **DIRECTOR OF STRATEGIC PLANNING AND MARKET FOCUS DEVELOPMENT.**  Was hired by this former McKinsey client to coordinate an internal task force to develop a comprehensive corporate strategy for vertical market offerings via electronic technology, in conjunction with Michael Porter (HBS).

1979 - 1982, **McKinsey & Co.;** New York, New York and Stamford, Connecticut - **ENGAGEMENT MANAGER.** Managed strategy consulting engagements for McGraw-Hill, Amex, Arrow Electronics, Emery Air Freight, and other clients, which often included management and/or sales responsibilities.

Military Service: **United States Marine Corps,** 1967 - 1970 - Sergeant (E-5) running HAWK missile platoon; honorably discharged.

IMS ExpertServices.

www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology

7| Stephen C. Mott

| Stephen Craig Mott |
| :---: |
| **Stephen Craig Mott**<br>**Curriculum Vitae** |

## Representative Professional Affiliations, Achievements & Awards

- Founding member of the Faster Payments Council; served on Rules & Standards and Safety & Security workgroups

- Elected to the Steering Committee of the Federal Reserve's Secure Payments Task Force—one of two groups chartered to vet the Faster Payments Initiative; appointed member of both groups; headed working group refining security effectiveness criteria for evaluating solution proposals

- Author of two industry expert reports submitted to the Federal Reserve and to the courts computing the actual costs of debit card transactions, and assessing history and promulgation of network rules that suppress innovation—in support for the Durbin Amendments

- Resource to the Federal Reserve Bank's Mobile Payments Working Group, an ad hoc collection of representatives from the emerging mobile payments ecosystem deliberating on infrastructure needs and regulatory/technology roadmap for mobile NFC payments; contributions includes facilitation of meetings and co-authorship of annual reports; developed foundation for, coordinated/facilitated group session on QR Codes and payment players from China (Ali Pay, WeChat Pay, China Union Pay)

- Member of and consultant to the Financial Services Technology Consortium, an ad hoc group of financial institutions and technology providers who develop industry standards for securing electronic payments technologies; project manager for three-phase mobile commerce and fraud standards projects

- Sole U.S. consultant participating in 2010-2020 strategy assessment for the Canadian Payments Association, and for the Canadian Payments System Review (2009-2011)

- Subject matter expert on payments and member of planning committees for numerous conferences for two industry organizations (NACHA, the U.S. ACH governing body; BAI, the Bankers Administration Institute; and the Federal Reserve Bank); conducted workshops in online banking, authentication and electronic checking products; facilitated mobile commerce/banking development sessions

- Advisor and consultant to the Cellular Telecommunications Industry Association (CTIA) for development of consumer safeguards (security, identity, privacy) for mobile banking and commerce, and regular participant in twice-a-year conferences

- Board Director for IrisScan (later Iridian Technologies), a biometric authentication/verification company; member of several advisory boards and consultant to several Internet, mobile and e-payments start-ups, including PaySimple, Cardinal Commerce, Coin and Cellpoint Mobile

- Gerson Lehrman Group Leader, awarded to top 5% of industry experts consulted by investment and research firms for information and advice on electronic payments industry

- Speaker at two dozen industry conferences a year and author of more than 100 articles in past decade, including two 10-part series in Digital Transactions Magazine ("Tipping Points in Payments" and "Data Insecurity") and two six-part series ("The End of Interchange" and "Web 2.0 Transforming Payments"); regular contributor to n*genuity Magazine/Journal (produced by TSYS)

**IMS** ExpertServices.

8| Stephen C. Mott

www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology

<div style="border:1px solid black; text-align:center">

**Stephen Craig Mott
Curriculum Vitae**

</div>

- Developed strategy and economic analysis for electronic checks/ACH for use via Internet and mobile for NACHA; supported Fed efforts for Check 21; developed check automation strategy for IBM
- Selected one of "Top 25 Most Intriguing Minds for the New Economy" by Business2.0 Magazine--July 1998; designated one of "Top 25 Unsung Heroes of the Internet" by Interactive Week Magazine (eventually eWeek)--December 1997

## Relevant Consulting Assignments

Steve Mott has performed numerous consulting assignments and engagements in new product and marketing strategy development, market segmentation, transaction processing design, operational evaluations, business case analysis, user research and authentication/security risk strategy assessments for dozens of banks, processors, networks, technology providers, merchants and billers.  Representative engagements include:

- Merchant/Biller Payments and Processing/Media Companies:
  - Providing support for J.D. Power on satisfaction rating assessments of small business merchant services providers, and certification of best practices for mPOS providers
  - Supported larger payments consulting firm in evaluation design requirements for fielding a internalized global payments processing and risk management capability for an eCommerce marketplace client, replacing existing payments provider
  - Provided model of existing mobile payments by channel for two large national merchants, sorting through more than two dozen mobile wallet offerings, including in-market testing of those wallets
  - Developed QR code market and technology strategy for group of merchants to offer alternative to EMV/NFC contactless
  - Provided competitive analysis of targeted competitor on behalf of large processor
  - Analyzed comparative positioning of major payments media company for content, conferences, and customer bases vis-à-vis emerging rivals
  - Worked with the Merchant Advisory Group (MAG) industry group (serving more than 150 of the 300 largest merchants) to provide analysis and advice on problems with EMVCo-controlled plans for tokenization of mobile payments
  - Worked as lead consultant to the Merchant Customer Exchange (MCX) to design a secure, merchant- and consumer-friendly mobile payments and marketing system. Responsibilities included identifying technology requirements and providers; development of issuing, acquiring, network, marketing and mobile component partners (including wallet management systems, applications, security, mobile offers, etc.), and evaluation of QR code viability, including patent coverage. (MCX was initially comprised of dozens of the nation's largest merchants, representing more than $1 trillion in retail sales)
  - Provided an extensive analysis of debit card costs and provider practices as input to the Federal Reserve to inform their rule-making on the Durbin Amendment mandates to the Dodd-Frank Financial Reform Act

IMS ExpertServices.
www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology
9| Stephen C. Mott

> **Stephen Craig Mott**
> **Curriculum Vitae**

- o Advised two Top 50 retailers on interchange and fee negotiation strategies with card networks, including development of comprehensive analysis across payment operations
- o Provided executive training/industry briefing sessions to nearly a dozen major merchants on eCommerce and mCommerce trends and opportunities
- o Defined and developed a comprehensive payments strategy for a top 30 retailer, including PCI mitigation, mobile and EMV deployment, and rebidding of card processing services
- o Supported a custom-blended beverage chain with development of mobile app to enable 'line-busting' with tablet-based POS system, including analysis and assessment of 15 different iPad-like product offerings
- o Conducted market assessment of current eCommerce product offerings for a very large processor, including detailed interviews with and evaluations of relationships with several target merchants
- o Performed due diligence on small business/B2B integrated payments provider and developed global payments strategy for hedge fund acquirer
- o Developed strategy and identified potential partners for small business B2B payment portal and gateway for a global payments provider, including identifying and negotiating with outsourcing partner
- o Supported three separate white paper inputs to the Federal Reserve on online debit card economics, risk, and tradeoffs among enhanced authentication options, to support merchant case for lower fees
- o Assessed 20 international online markets for debit card payments and security for a U.S. based payments provider
- o Developed Web 2.0 platform strategy and requirements for major card processor
- o Evaluated electronic debit payment options for several processors, merchants and debit networks
- o Reviewed prospects for Electronic Check Acceptance (ECA) for Retail and Bank deployment of remote check processing for two major processors
- o Provided analysis and negotiating support for better processing rates and services for numerous merchant clients (in POS and online venues)
- o Supported a comprehensive cost analysis and card acceptance rebidding project for a top fast-food retailer (QSR) in the U.S. and Canada, including training of franchisees on how to minimize payment fees and optimize communications access
- o Developed a detailed strategy for optimizing costs and service across all payment types and venues for a major telecommunications company
- o Provided high-level strategy advice and payments costing data to several national merchants and billers for both political and internal purposes
- o Supported new business applications that required upgrades in POS capabilities with collaborating hardware and software providers (e.g., IBM, Symbol Technologies, NCR, Verifone, etc.)
- o Provided market assessments and partner introductions for a variety of loyalty and rewards-system vendors seeking to gain entry into the card-marketing business
- o Developed strategies and product costing analysis on PINless debit for two networks, two processors, and a technology provider based on extensive interviews and

IMS ExpertServices.

10| Stephen C. Mott

www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology

**Stephen Craig Mott
Curriculum Vitae**

research with consumers, merchants/billers, financial institutions, and third-party providers
- o Assisted two online merchants in procuring affiliate-based payment platforms from their processor
- o Assisted in developing new products for a top-three online bill payment provider
- o Helped position a leading convenience-bill payment processor for an advantageous sale to a bigger company
- o Consulted extensively to several major merchant/biller processors on product and pricing needs, ISO channel utilization and optimization, and integration/roll-out of new payment services
- o Conducted payment card processing contract rebidding efforts at nearly a dozen merchants—large and small
- o Developed industry cost data and economic trends for two EFT networks on a full array of payment products (data later used by merchants in litigation against the bank card associations)
- o Built an innovative payment system at an Internet merchant that generated $228 mil. in sales from 2 mil. customers and 10 mil. transactions in its initial year of operation (as President of Priceline WebHouse, 1999-2000); assignment included building a retail network of two dozen grocery chains
- Banks and Networks:
  - o Provided a banking industry security group with support services on projects involving mobile wearables, data-in-motion challenges, and cloud computing technology and security
  - o Helped a large consortium of major banks evaluate card payment tokenization efforts, including detailed critiques of brand efforts with EMV mobile payments and 3DS online security
  - o Provided assessments and critiques of network products, rules and economics regarding debit cards, EMV, online and mobile commerce and security, including mobile and digital wallets
  - o Conducted payments landscape assessments and trends briefings to C-level executive groups at three Top-10 issuers since late 2014
  - o Provided strategic advice to two Top-40 banks and a major card network on mobile payments and marketing options, including development of comprehensive model for projecting mobile adoption and revenue from 23 new business models and partnership configurations; also advised on participation with industry consortia
  - o Assessed the technology and market prospects for remote and mobile check deposit and capture for a banking industry group, a service provider/processor and a mid-sized bank
  - o Provided market assessment and technology evaluations for campus card system and related technology offered by a Top-10 credit union
  - o Provided comprehensive enterprise payments strategies for two Top-40 banks, and two smaller FIs, including detailed cost analyses and business impacts of emerging regulatory compliance and security requirements
  - o Evaluated full component of payments costs and service marketability for a Top-40 regional bank, including creation of and support for its Enterprise Payments Group

> **Stephen Craig Mott**
> **Curriculum Vitae**

- o Conducted comprehensive briefings on digital payments to top management at a Top-3 network, with a strategy for moving into P2P and Real-time Debit capabilities
- o Built forecasting model on how various constituencies can make money with multiple emerging revenue models for mobile marketing and offers; model foots to U.S. consumer economy in 35 product/service sectors and 21 financial services
- o Developed strategy for a major, global non-bank network to making expedited payments in small business (B2B) and POS (mobile transacting) markets
- o Provided market analysis and positioning recommendations for major non-bank network in stored value products
- o Developed strategy for small commercial bank to enter prepaid payment market
- o Provided due diligence analysis of two prepaid debit card providers
- o Conducted research on market sizing and payment economics for electronic bill payment for a Top-three retail bank
- o Assessed market opportunity for two EFT networks on mobile and contactless payments at POS
- o Evaluated opportunity for EFT network banks to offer range of expedited payments, transfers and bill payments in competition with non-bank providers

- Security/Transaction Risk Management:
  - o Serving as an expert consulting resource for the successful appeal of the 2012 proposed Interchange Fee Settlement case (Eastern District of NY), analyzing security vulnerabilities with EMV and related network programs that adversely impacted market conditions and made basis of settlement untenable for merchants
  - o Managed the Federal Reserve's Secure Payments Task Force's Standards Assessment Team, a workgroup comprised to evaluate and recommend security solutions and recommendations on best practices for payment identity management, financial risk information-sharing, and data protection workgroups
  - o Assisted a leading payments service provider/processor with defining platform insourcing opportunities to better control risk and expedite payment settlement
  - o Provided a top chip card provider with a detailed assessment and executive workshop on US readiness for EMV, NFC, 3DS, tokenization and other security initiatives
  - o Assisted major restaurant chain in crafting and deploying a PCI exoneration strategy as part of contract rebidding process for card payment processing
  - o Supporting the Federal Reserve's MPIW assessment of mobile security threats and solutions, including co-authoring and supporting white papers on tokenization, eCommerce security, and QR codes
  - o Supported BITS/Financial Services Roundtable and Financial Services Technology Consortium projects on mobile security and architecture assessments, mobile check deposit and mobile banking
  - o Assisted online retailer, EFT network, and security provider with evaluating PIN-debit risks for online transacting
  - o Developed assessment of potential adoption of 19 online authentication technologies (2001-2002) (as an interim consultant for Benton International)
  - o Analyzed and evaluated 56 different security technologies for online transacting and banking (2005) for major debit network client

<div align="center">

**Stephen Craig Mott**
**Curriculum Vitae**

</div>

- o Responsible for Secure Electronic Transaction (SET) protocol and global marketing efforts while SVP-eCommerce at MasterCard (1995-1998)
- o Provided assessment of potential merchant and cardholder adoption of 3D-Secure technologies (e.g., VerifybyVisa/SecurCode/J-Secure) (2003-2004) for a major card processor and two large banks
- o Developed business strategies and evaluated products/market positioning for numerous transaction security companies (e.g., PaybyTouch, RSA Security, Certicom, Iridian Technologies, TouchCredit, ValiDator, FD/Asuretee, etc.)
- o Performed competitive assessment on eFalcon vs. PRISM for a major processor
- o Conducted Webinars and Seminars on FFIEC guidance for multi-factor authentication for BAI
- Alternative Payments
  - o Helped an online marketplace design and develop their own competitive offering to PayPal
  - o Provided Assisted several startup alternative payment companies with go-to-market assessments and strategies for the U.S. (e.g., PaySimple, mShift, Cardis, Cardinal Commerce, NoMoreCards, Coin, Index, Paydiant, etc.)
  - o Evaluated current POS systems for incorporation of new payment types and related programs for several start-ups
  - o Provided strategy development assessments for provider of PIN-debit in software for online purchases
  - o Provided market study and technical analysis to support development and launch of EFT service offering that combined checking account and debit card access
  - o Developed Web 2.0 strategy for newspaper industry initiative, illustrating how to turn local newspapers into social networks with embedded digital payments and transaction capabilities
  - o Served as co-project manager for FSTC's multi-phase standards and interoperability project on Mobile Payments Technology, including evaluation of new providers
  - o Member of Steering Committee of NACHA Internet Council (which is focused on online services and authentication)
  - o Provided the business case analysis for NACHA's credit-push initiative, which guarantee ACH transactions for online purchases and bill payments
  - o Helped design an end-to-end guaranteed ACH/EFT offering for online markets, using PINs for user identification
  - o Presented to and represented two alternative payment clients in a number of Merchant Payment Roundtable meetings
  - o Helped a leading online banking services provider define and enter real-time debit market
  - o Assisted a major private-label processor expand merchant offerings in e-checks

IMS ExpertServices.

www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology

13| Stephen C. Mott

> **Stephen Craig Mott**
> **Curriculum Vitae**

## Representative Litigation and Corporate IP Expert Witness Support

*Blackcard, Vesta, Fleet*

*1.  Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Countersuit to alleged patent infringement claim on PCI, EMV, OFX, and related protocols for retail banking, asserting anti-trust invalidation of patents** |
| Law Firm: | Latham & Watkins for **plaintiff** CapOne Bank |
| Case Name: | Intellectual Ventures I & II LLC v. Capital One Financial Corporation: Civil Action No. 8:14-cv-00111-PWG (U.S. District Ct-MD) |
| Services Provided: | Expert witness support, including **expert report** analyzing data processing and communications standards required for banking services for payment cards, ATMs, and online/mobile banking; **deposition** 4/2017 |
| Disposition: | Plaintiff's claim dismissed with appeal under consideration (as of 4/2018) |
| Period of Service: | March-October, 2017 |

*2. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged patent infringement on Internet Banking without using pre-established account relationships** |
| Law Firm: | Faegre Baker Daniels LLP for **defendant** First Internet Bank of Indiana |
| Case Name: | Integrated Technological Systems, Inc. v. First Internet Bank of Indiana: Case No.2:16-CV-0417-JRG-RSP U.S. District Court-Eastern TX/Marshall Division |
| Services Provided: | Expert witness support, including **expert report**, for defense analyzing invalidity and non-infringement |
| Disposition: | Plaintiff's suit dismissed, and decision affirmed on appeal (2/2018) |
| Period of Service: | 1Q2017 |

*3. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Inter Partes Review (IPD) of patent claiming authentication of secured resources (accounts) via three-party transaction protocol** |
| Law Firm: | ERISE IP, P.A.-**Petitioner** |
| Case Name: | Unified Patents Inc. v. Textile Computer Systems: IPT2017-00296 (Patent No. 8,505,079) |
| Services Provided: | Expert witness support, including **declaration** to PTO Patent Trial and Review Board obviating validity of patent |
| Disposition: | Petition to assert certain claims as too broad to be patentable denied (3/2018) |
| Period of Service: | 1Q2017 |

*4. Expert Consultant Engagement:*

| | |
|---|---|
| Type of Matter: | **Disputed Value of Purchase of eCommerce Payment Processing Company** |

```
┌─────────────────────────────┐
│   Stephen Craig Mott        │
│   Curriculum Vitae          │
└─────────────────────────────┘
```

| | |
|---|---|
| Law Firm: | Gibson Dunn for **defendant** Susquehanna Investment Group |
| Case Name: | Great Hill Partners et al v. SIG Growth Equity Fund et al; Civil Action No.: 7906-VCG |
| Services Provided: | Consulting support, including collaboration with The Analysis Group, to provide a draft affirmative expert report on eCommerce fraud and chargeback trends, mitigation practices, and inter-relationships of processors, PSPs, networks and merchants to assess strategies for dealing with summary judgment motions. |
| Disposition: | Trial held in Delaware Chancery Courts; both parties countersuing on fraud and perjury claims (8/2018) |
| Period of Service: | May to December 2016; in further appeal |

*5. Expert Consultant Engagement:*

| | |
|---|---|
| Type of Matter: | **Merchant Class Action claim against Bank Card Networks and Banks on Interchange, Rules (e.g., Honor-all-cards), and Technologies (e.g., EMV, Contactless/NFC, etc.)** |
| Law Firm: | Constantine Cannon for Opt-out Merchant **Plaintiffs** |
| Case Name: | In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation No. 05-MD-1720 (JG) (JO) and Appeal 12-4671-cv(L) |
| Services Provided: | Providing evidence review, technical analysis of digital wallets and QR codes, evaluation of network rules, and assessment of regulatory and market actions globally; **expert report** filed 2013 and another in 2018 |
| Disposition: | Supreme Court reaffirmed successful appeal of original settlement (2012); case being re-litigated |
| Date of Service: | June 2012 to present |

*6. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Infringement of Patent ('724') for non-FI based money remittances** |
| Law Firm: | Baker & Botts LLP for **defendant** NetSpend Corp. |
| Case Name: | MiCash, Inc. v. NetSpend Corp.[Case No. 2:12-CV-248-JRG, Marshall Division, TX] |
| Services Provided: | Supported defendant in claims terms, invalidity and infringement defenses |
| Disposition: | Reached favorable settlement to defendant after draft expert report |
| Date of Service: | May to July 2013 |

*7. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Claim of Misappropriation of Trade Secrets and Other Contract Terms for Correspondent Banking Services** |
| Law Firm: | Fleeson, Gooing, Coulson & Kitch, LLC and Foulston, Sieken LLC, for **plaintiff** LendingTools.com, Inc. |
| Case Name: | LendingTools.com, Inc. v. Bankers' Bank of Kansas, N.A. and The Bankers' Bank, N.A. [Case No. 11-CV-1879, Sedgwick Co. District Court, Kansas] |
| Services Provided: | Expert witness support, including **expert report** on industry practices for correspondent banking services to support claims of misappropriated trade secrets/confidential information; **7.5 days of depositions;** bench review of expert testimony/qualifications; **testimony at trial** |

IMS ExpertServices.

15| Stephen C. Mott

www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology

## Stephen Craig Mott
## Curriculum Vitae

| | |
|---|---|
| Disposition: | Plaintiff's claim dismissed (3/2016); appeal heard (6/2018) and won; settlement talks underway, but re-trial is currently scheduled for 2/2020 |
| Date of Service: | August 2012-March 2016 |

*8. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Violations of License Agreement for Use of Patents ('608 and '787)** |
| Law Firm: | Baker & Botts LLP and Fish, Richardson for **defendant** NetSpend Corp. |
| Case Name: | Alexsam, Inc. v. NetSpend Corp. [Cause NO.D-1-GN-07-003659, District Court of Travis County, TX] |
| Services Provided: | Expert witness support, including preparation of motions for summary judgments and defense of patent license agreement; **2 days of pre-trial deposition** and **testimony at jury trial** |
| Disposition: | Initial verdict of violation of License cut claims for royalties to one-third of original amount, and dismissed allegations of fraud |
| Date of Service: | March 2010 to September 2012; settled in 2014 |

*9. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Defense of Patent for Provision of Student Refunds for University Scholarship, Tuition, and Campus Card Payment Programs** |
| Law Firm: | Wiggin & Dana LLP for **plaintiff** Higher One, Inc. |
| Case Name: | Higher One, Inc. v. Touchnet Information Systems, Inc. [Case No. 3:09-cv-337-AWT] |
| Services Provided: | **Expert report** and **2 depositions** on claims terms and for prosecution of infringement suit on Higher One patent |
| Disposition: | Settlement approved 7/2015 |
| Date of Service: | Late 2010-July 2015 |

*10. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged patent infringement on Flexible Spending/Multi-function Accounts** |
| Law Firm: | Fulbright & Jaworski, LLP for **defendant** United HealthCare. |
| Case Name: | Alexsam, Inc. v. United HealthCare, Inc. [Case No. 2:07-CV-512-TJW] |
| Services Provided: | Expert witness support, including draft expert report, for defense analyzing mid-1990s POS terminal capabilities |
| Disposition: | Settled prior to expert witness testimony |
| Date of Service: | 4Q/2010-2Q/2011 |

*11. Expert Consulting Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Violation of License Agreement for Use of Patents ('608 and '787)** |
| Law Firm: | Alston and Bird, LLP for **defendant** Interactive Communications International, Inc. (InComm) |
| Case Name: | Alexsam, Inc. v. Interactive Communications International, Inc. (InComm) [Before Arbitrator Hon. Karl Bayer, Austin, TX] |

IMS ExpertServices.
16| Stephen C. Mott
www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology

| | |
|---|---|
| **Stephen Craig Mott** | |
| **Curriculum Vitae** | |

| | |
|---|---|
| Services Provided: | Provided subject matter consulting and materials for expert report on defining reloadable cards, open banking networks and off-the-shelf POS devices |
| Disposition: | Favorable arbitration rendered in March 2012 |
| Date of Service: | October 2009 to January 2010 |

*12. Expert Consulting Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Patent Infringement on Online/Mobile Banking Notification/Alerts** |
| Law Firm: | McDermott, Will & Emery LLP for **defendants** ATT Mobility, Zions Bank, Wells Fargo et al |
| Case Name: | Joao Bock Transaction Systems v. ATT Mobility, Zions Bank et al [Case No. 09-cv-0208] |
| Services Provided: | Industry and prior art research (including locating and interviewing original inventor); draft expert report prepared |
| Disposition: | Favorable settlement for multiple clients once prior art was discovered |
| Date of Service: | 2Q/2010 |

*13. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Patent Infringement regarding Flexible Spending/Multi-function Accounts** |
| Law Firm: | Standley, LLP for **defendant** Humana Corp. |
| Case Name: | Alexsam, Inc. vs. Evolution Benefits, Inc., Humana, Inc. [Case no.2-07CV-288DF] |
| Services Provided: | Evaluation of prior art and patent validity of Dorf patent on multi-function card applications; fact development on electronic card payment technology in 1990s |
| Disposition: | Favorable settlement for client, following **mock-trial preparation** in Shreveport |
| Date of Service: | Late 2009 |

*14. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Patent Infringement regarding Online Fraud Detection Techniques** |
| Law Firm: | Greenberg, Traurig/Ropes & Gray for **defendant** Retail Decisions |
| Case Name: | CyberSource v. Retail Decisions [Case 3 04-cv-03268-MHP] |
| Services Provided: | Evaluation of prior art and patent validity in **expert report** following USPTO re-examination |
| Disposition: | Summary judgment invalidated Plaintiff CyberSource's patent/claims from 2000-2001 era, based on Bilski and other aspects |
| Date of Service: | November 2008 to February 2009 |

*15. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Lawsuit among Credit Card Processors over Merchant Chargebacks, Fines** |
| Law Firm: | Davies, Ward, Phillips and Wineberg (Montreal) for **plaintiff** Retail Decisions |
| Case Name: | PaySystems v. BBG and Retail Decisions [Dist. of Montreal, Quebec: No: 500-17-025039-51] |
| Services Provided: | Historical research and analysis of causes of charge-backs in 2000-2005 era in POS, eCommerce and fuels sectors; **deposition support** |

IMS ExpertServices.

17| Stephen C. Mott

www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology

<div style="text-align:center">

**Stephen Craig Mott**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Disposition: | Favorable settlement for client prior to trial |
| Date of Service: | March to September 2008 |

*16. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Patent Infringement regarding Cash Rewards Programs** |
| Law Firm: | McDermott, Will & Emery for **defendant** American Express |
| Case Name: | Source, Inc. v. American Express [Case No. 2-05-cv-0347-TJW] |
| Services Provided: | Industry and prior art research, claims evaluation, **deposition support** |
| Disposition: | Favorable settlement for client prior to trial |
| Date of Service: | 2Q-3Q/2007 |

*17. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Patent Infringement regarding Prepaid, Multi-purpose Cards** |
| Law Firm: | McDermott, Will & Emery for **defendant** American Express |
| Case Name: | Alexsam, Inc. v. FSV Payments, et al [Case No. 2-03CV-337] |
| Services Provided: | Market research and technical analysis for draft expert report |
| Disposition: | Plaintiff case dismissed (2005) |
| Date: | 3Q-4Q/2005 |

*18. Expert Witness Engagement:*

| | |
|---|---|
| Type of Matter: | **Alleged Patent Infringement regarding Supplemental Online Authentication Methods** |
| Law Firm: | FR Brice & Co. (Australia) for **defendant** Cardinal Commerce Corp. (U.S.) |
| Case Name: | Patent Acceptance 2003243523 Opposition (by Visa, Inc.) |
| Services Provided: | Research and **expert report** on online authentication techniques and product features and functions circa 2001-2003 |
| Disposition: | Plaintiff claim by Visa was dismissed (2011) |
| Date of Service: | 3Q/2009-1Q/2011 |

*19. Fact Witness:*

| | |
|---|---|
| Type of Matter: | U.S. Department of Justice vs. Visa/Mastercard |
| Services Provided: | Deposition on behalf of DOJ (deposition on SET, EMV, B2B) |
| Date of Service: | May 2007 |

*Corporate Engagement:*

| | |
|---|---|
| Type of Matter: | **Due Diligence on Foundational IP for securing PINs over open networks** |
| Corporate Client: | First Data |
| Purpose: | Determine which companies to buy to lock up desired IP |
| Services Provided: | Evaluation of seven patents in field of online security |
| Disposition: | Bid made for key provider, but client was outbid by new entrant to market |
| Date of Service: | 3Q/2004-2Q/2005 |

*20. Corporate Engagement:*

┌─────────────────────────────┐
**Stephen Craig Mott**
**Curriculum Vitae**
└─────────────────────────────┘

| | |
|---|---|
| Type of Matter: | **Overlapping IP for use of PIN and PINless debit for online payments** |
| Corporate Client: | Online Resources Corp./BillMatrix Corp./Paymentech |
| Purpose: | Established basis for getting two key competitors to cross-license applications |
| Services Provided: | Evaluated prior art, history and interrelationships of patents; brokered CEO-level meetings and agreements with target licensees |
| Disposition: | One competitor became a sustaining partner, and cross-sued a third-party; settlement achieved through consensual agreements |
| Date of Service: | October 2005-June 2006 |

## Publications, Speaking Engagements, Client Briefings

### Recent Publications

**Digital Transactions Magazine and Website** (recent articles):  1/2009: "Can One-Time Passwords Bail out Online PIN Debit?";  2/2009: "Web 2.0: Why it Matters"; 7/2009: The Fed Should Regulate Cards Even More"; 9/2009: "It's Always Darkest Before the Dawn" (an article on reviving the payment card business with new innovations); 9/2010 and 10/2010: "Why Smart Cards are Coming to America"); 2/2011: "What NFC Should Look Like"; 4/2011: "Chicken Little's Loopy Logic"; 5/2011: "Why EMV is still Homeless in the U.S."; 7/2011 "What Visa is Up To"; 12/2011 "What's Wrong with the Mobile Wallet?"; 7/2012-9/2012 "The Great Mobile Alliance"; 7/2012 and 9/2012 "Why Banks and Merchants Should Work Together on Mobile"; 12/2012 "P2P: Trojan Horse for Digital Payments?"; 10/2013 "Mobile Wallets 2.0;  Arrive with a Thud"; "The Furious Race for Control of Tokenization, 4/2014; 5/2015 and 6/2015 "Mobile Wallet Wars"; "The Parallel Universe in Faster Payments", 11/2016; "The Great EMV Hangover" 2/2017;  three-part series on Federal Reserve's Faster Payments Initiative, 3/2017; "A New Protocol's Uncertain Promise", 7/2017; "The Fed's Path to Safer—Not Just Faster—Payments, 11/2017; "Payment Improvements Take the Long Way Home", 5/2018

**Giesecke + Devrient** PaySmart! customer publication, "The Banking Challenge," July 2016.

**Total Systems** (TSYS) Customer Magazine and Web Journal, **n>genuity**, 2008-2015 (articles on tokenization, security, mobile payments, Web 2.0 transacting, migration of POS away from mag-stripe, PCI as a driver to EMV adoption in the U.S., and new policies needed from CFPB to address migrating overdraft fee practices). "Learning from the Challenges of Rolling Out EMV", Spring 2017; "Why Europe's Payments Regulation Could Rock the U.S. Payments Industry", May 2018.

**Federal Reserve White Paper**: Is Payment Tokenization Ready for Primetime?  Perspectives from Industry Stakeholders on the Tokenization Landscape, June 11, 2015 (co-author)
**Federal Reserve White Paper:** Mobile Payments in the United States Mapping Out the Road Ahead, March 25, 2011 (co-author)

### Legacy Articles

IMS ExpertServices.
19| Stephen C. Mott
www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology

```
┌─────────────────────────────┐
│    Stephen Craig Mott        │
│    Curriculum Vitae          │
└─────────────────────────────┘
```

**Banking Strategies Magazine and Online**, web-based magazine (2004-Current): "Girding for Battle", 5/2004; "ACH and Image Convergence: A Canny Compromise or a Bridge Too Far?", 6/2006; 6/2009 article on federal requirements for granting credit scores for the under-banked.

**Digital Transactions Magazine/www.digitaltransactions.net**  6/2008 to 10/2008.  Six-part website and magazine series on reinventing payments technology to take advantage of new technology.

**Digital Transactions Magazine/www.digitaltransactions.net**.  8/2007 to 11/2007.  Ten-part website (8 postings) and magazine (2 articles) series on Data Insecurity.  Series covers growing risk for electronic payments against illogical responses of the payments industry.

**Digital Transactions Magazine/www.digitaltransactions.net.**  11/2006 to 2/2007.  Ten-part website (8 postings) and magazine (2 articles) series on Ten Tipping Points in Payments.  Series covers major trends and events changing the course of electronic payments in the U.S.

**Alogent** quarterly newsletter to customers.  10/2006.  "The FFIEC Tidal Wave: More of a Rising Tide." Article reviews progress in mandating additional security for online banking.

**Banking Strategies**.  September/October 2006.  "Can ACH and Image Convergence Succeed?"  Article analyzing controversial effort by big banks to combine electronic delivery of checks via the ACH (Automated Clearing House) system with image capture at the point of origination.

**Bankers Administration Institute (BAI) Research Note**.   2006, "Small Businesses in 2006: Finally Poised for Technology Solutions that Address Long-Standing Problems and New Opportunities in Payments."  Ten-page perspective on payments needs for small businesses, encapsulating and providing perspective on a major market research project.

**Digital Transactions Magazine.**  March/April, 2006.  "PreCash: Winning Formula for the "Self-Banked".  Profile of new walk-in bill payment business model.

**Intele-Card News.**  April, 2006. "A Prepaid Card Association—But For Whom?"  Article discussing the signature-card issuer orientation of new stored-value card association.

**Intele-Card News**.  December, 2005.  "Expert Predictions/ Dec. 2005".  Annual feature offering predictions for the coming year on stored value card marketplace.

**Intele-Card News.**  October, 2005.  The "Tale of the Tape" on Why Stored Value Forecasts Differ So. Article comparing the large differences in research sizing the stored value card market.

**Banking Strategies**.  August, 2005.  Guest Spot: "The Trouble with Interchange."  Commentary on the problems big banks are causing for themselves by holding the line in credit card interchange.

IMS ExpertServices.
www.expertservices.com  |  Expert Witness  |  Trial Strategy  |  Jury Consulting  |  Graphics  |  Technology
20| Stephen C. Mott

```
┌─────────────────────────────────┐
│      Stephen Craig Mott          │
│       Curriculum Vitae           │
└─────────────────────────────────┘
```

**Digital Transactions Magazine.**  July, 2005.  "Too Much Purple Kool-aid?"  Rebuttal to critique by ex-Visa executive Norm Littel of original article on why PIN-debit products are better than signature-based products.

**Digital Transactions Magazine.**  March/April, 2005.  "Real-time Debit Real Soon, Please."  Article advocating low-cost, low-risk ATM-debit cards for online commerce.

**Digital Transactions Magazine.**  March/April, 2005.  "Checking the Chicken Little's of ID Theft".  Article separating hype from reality on the prevalence of ID threats.

**Digital Transactions Magazine**.  March/April, 2005.  "Now You're Getting Personal: My Brush with a Broken System."  Sidebar article to story on ID Theft.

**InteleCard News.**  December, 2004.  "Expert Predictions/ Dec. 2004."  Annual feature offering predictions for the coming year on stored value card marketplace.

**Banking Strategies**, November/December, 2004.  "Driving Toward a Holistic View of Payments."  Article embracing an enterprise view of payments and the creation of payment councils and czars to ensure banks are pushing for business opportunities across business units.

**Banking Strategies**.  May/June, 2004.  "Girding for Battle."  Article that argues that new payment types such as stored-value, micro-payments and just-in-time payments all are fertile ground for industry innovation.

**Intele-Card News**.  May, 2004. "It's Time to Ask: Who's Missing the Stored Value Party Now?"  Column on importance of getting into stored-value card market.

**ePayments Magazine**.  Vol. 5, 2003.  "Much Ado about Nothing."  Article on electronic commerce need for more completed transactions rather than obsessive focus on cutting fraud back further.

**Intele-Card News.**  November, 2003. "Stored Value: The Drumbeats Get Louder."  Column presenting the growing momentum of the stored-value card market.

**Intele-Card News.**  April, 2003.  "Magic Moment." Article defining the burgeoning interest in stored value cards.

**Intele-Card News**.  October, 2002.  "Value Proposition."  Article lays out foundation for value-added provided by stored value cards, including fostering of loyalty programs for customers.

**BAI Research Report**: Disruptive Innovation and retail Financial Services: Protecting the Franchise by Giving up the Growth.  December, 2001.  Synopsis of results of research project examining innovations in financial services from 1950-2000.

| Stephen Craig Mott |
| Curriculum Vitae |

---

**ePayments,** Issue #2, 2002. "A Mess in the Making." Article on major Internet merchants exploring alternative payment solutions beyond signature cards.

**Business 2.0.** December, 2000. "Trial by Fire." Article recapping the innovative effort to use electronic information exchange and Internet access for purchases of everyday products to replace coupon-based incentive marketing.

**Computer Networks**, #6-30 May, 2000. The second generation of digital commerce solutions. An in-depth assessment of the first generation of electronic commerce

**Telecommunications Reports International Journal**, Winter, 1999. "E-Commerce, Hype, Hope and the Next Frontier." Interview on barriers to adoption of electronic commerce.

**Business 2.0.** June, 1999. "New Rules: A Look Forward." An interview updating the 10 Driving Principles for the New Economy."

**Financial Service Online**. June, 1998. "Keeping the Sun from Setting on SET". Article critiquing the emerging infrastructure for transacting online and suggesting the banks are losing an opportunity to secure electronic commerce by trying to over-burden it.

**Report on Electronic Commerce**. December 8, 1998. "IIPC Formed to Develop Micropayment Infrastructure." Interview on creation of consortium sponsored by the University of Massachusetts to develop payment systems and standards for newspapers to offer digital content.

**Business 2.0**. September, 1998. "Winning One Customer at a Time." Article on how electronic exchange of information will enable businesses to build much better relationships with consumers.

**Report on Electronic Commerce.** June 9, 1998. "Consultant considers Smart Cards a Key Tool for Protecting Digital Content." Interview on prospects for adoption of smart cards.

Briefing paper, *International Center for Information Technologies*. 1988. "Electronic Information Services: Looking Ahead by Looking Back. (With Peter G. W. Keen and J. David Sulser.) An in-depth look at the initial versions of home banking, online brokerage and purchasing from kiosks.

## Conferences/Speaking Engagements/Affiliations (partial list)

Federal Reserve Bank Mobile Payments Industry Workgroup (**MPIW**), 2010-Present. Facilitator for mobile payments 'eco-system' discussions on how to implement mobile payments infrastructure; co-wrote position paper on findings and recommendations; organizer of sessions on digital wallets and QR codes

**ANSI ASC X.9** featured speaker at All Committees Meeting (2014); presenter on Faster Payments (2016).

IMS ExpertServices.
www.expertservices.com  |  Expert Witness  |  Trial Strategy  |  Jury Consulting  |  Graphics  |  Technology
22| Stephen C. Mott

| Stephen Craig Mott |
| Curriculum Vitae |

Association of Financial Planners (**AFP**) national conference (2012-2016) speaking on blockchain/distributive ledgers; speaker at regional AFP sessions in Dallas, Washington, D.C., and Philadelphia (2014-2017).

Speaker at Banking Information Technology Secretariat (**BITS**)—part of the Financial Services Roundtable (**FSR**)—conferences (2007-2016). including FI/Retail collaboration on CyberSecurity (2015) and mobile/cloud security workgroups (2016).

Moderator of P2P session at inaugural **Money 2020** conference (2012); panelist on Durbin 2.0 session (2013); moderator on cross-border payments (2014); moderator on "No More Credit Cards" session (2018)

Merchant Advisory Group (**MAG**) conferences.  2010-2017.  Speaker and facilitator/author of mobile payments strategy and recommendations, including movement to EMV chip+PIN contactless form factor. SME resource for Special Interest Group on eCommerce.

**NACHA** Payments.  U.S. 1998-2018.  Member of planning committee (2004-2007) and frequent speaker and moderator at this Automated Clearing House (ACH) conference focused on developments in the marketplace for electronic payments. This is the biggest payments conference in the U.S.  Also spoke at NACHA Mega-Meeting (2010) and Alliance Annual Meeting (2015).  Frequent speaker at NACHA Internet Council (1997-2015), and served as a Steering Committee member (2004-2007).

Smart Card Alliance (**SCA**—now SecureTechnology Alliance), Payments Summit (2009-2017); Annual Member Conference (2005-2017); EMV Migration Forum/U.S. Payments Forum (2012-2017).  Speaker and moderator at many of these conferences; various webinars.

**Federal Reserve** Payments Conferences (2005-2015). Invited attendee and speaker at several of these conferences, held in Kansas City, Chicago, and Atlanta.

Giesecke + Devrient management conferences (2015-2016).  **G+D** is a global smart card/security provider.

ACH Regional Payment Association (**RPA**) annual conferences, 2008-2015.   Nineteen RPAs exist in the NACHA ACH system.

**Fiserv** Management briefing on mobile commerce (2015).

**FIS** Management/Customer briefing on mobile wallets (2014).

**BAI** TransPay/PaymentsConnect.  2004-2016. Member of planning committee and speaker at many of these annual conferences. Mobile Banking executive briefing session (2014).

**BAI** Retail Delivery annual conferences (1997-2015).  Member of planning committee (2003-2007) and frequent speaker and moderator for this largest retail banking conference, which covers all aspects of

IMS ExpertServices.

23| Stephen C. Mott

www.expertservices.com  |  Expert Witness  |  Trial Strategy  |  Jury Consulting  |  Graphics  |  Technology

## Stephen Craig Mott
## Curriculum Vitae

branch banking, ATMs, paper and electronic checking, credit and debit cards, DDA deposits and accounts, loyalty and rewards programs, technology development and operational strategies.

**CTIA**: The Wireless Association twice-a-year conferences (2009-2014).  Speaker and moderator at several conferences.

**FICO** Annual Conference (May, 2010).  Panelist at annual credit risk conference for leading bank issuer customers and technology providers supporting the FICO score and related risk management products.

Mobile Market Strategies Summit.  San Francisco (May 2012).  Speaker and panelist.

Mobile Commerce Summit.  Las Vegas.  June 2007, and June 2008.  Planner and speaker/moderator at this Source Media conference on developing the mobile device channel for banking and payments.

Financial Services Technology Consortium (FSTC)/Electronic Payments Forum (**EPF**) Conferences (1996-2007). Speaker at several of these conferences for banks and technology providers dealing with operational standards, security, and technology integration for electronic payment applications.

Association of Financial Planners (**AFP**) Retail Payments Forum (various years between 2006-2016). Speaker on alternative payments, EMV and other payments subjects for this group of CFOs, Treasurers and Controllers for major retail chains.

Financial Services-Information Sharing and Analysis Center (**FS-ISAC**) bank security conference (2010).

BillMatrix (Fiserv) Customer Conference (2006).  Featured speaker on developments in electronic bill payment presented to a dozen top billers.

Alternative Payments Summit (2006).  Speaker on use of stored value cards and applications to foster better retail relationships with consumers.

Q&A Session for ACH and Image Convergence Webinar (2006).

IIR Prepaid Expo/Stored Value Conference (2005-2006).  Workshop provider on stored value and loyalty card applications and markets.

Intele-Card News Prepaid Conferences and Expos (2003-2006).  Member of Advisory Committee (2005-06) and speaker at this twice-a-year conference dealing with prepaid telecommunications, stored value, and loyalty card applications.

Card Forum and Expo, Ft. Lauderdale (2006).  Panelist on Card Association challenges and prospects.

Speaker CEO Vision, Montreal (March, 2006).  Presented perspectives on next generation of computing technology to CEOs of interlogiQ Network, an association area software companies with 300 members.

IMS ExpertServices.
24| Stephen C. Mott
www.expertservices.com  |  Expert Witness  |  Trial Strategy  |  Jury Consulting  |  Graphics  |  Technology

┌─────────────────────────────┐
│  **Stephen Craig Mott**     │
│  **Curriculum Vitae**       │
└─────────────────────────────┘

Micro-payments conference (2003-2006).  Speaker/moderator at this Peppercoin-sponsored conference dealing with micro-payment and loyalty card applications.

Online Resources/Princeton eCom Board and Customer Conferences (2004-2007).  Speaker at six different customer and board conferences for this online banking provider.

Food Marketing Institute (FMI)-Electronic Payments Group (October, 2006).  Presented on payments industry development to 18 or the 20 largest supermarket chains on costs, product developments, alternative payments, and rewards programs.  Executive briefing (2014).

Merchant Risk Council (2005-2007).  Speaker at this conference focused on payment card fraud and risk management aimed at resolving challenges between card companies and merchants.

NACHA's Electronic Bill Payment and Presentment Council (2007-2010).  Member, and moderator of sessions at two meetings dealing with online bill payment innovations.

Electronic Transaction Association (ETA) (various years between 1996-2014).  Member (2004-2007) and occasional speaker and presenter.  Member of Research Committee (2007).

Direct Response Forum (DRF), (2002-2007; 2014).  Occasional speaker and presenter at this merchant-oriented payments conference and exhibition aimed at card-not-present use of signature-based cards.

Paymentech Customer Conference (2006).  Presented assessment of payments market. [This conference later became the independent Merchant Advisory Group (MAG)].

Federal Reserve Bank-Boston (2006).  Speaker on developments in consumer use of credit and debit cards for this specialized-topic conference.

BAI Graduate School of Retail Banking (2003-2006).  Instructor at this banking school given each summer.  Topics included credit cards, enterprise payments, trends in payments landscape, and security.

NACHA's The Payments Institute (TPI) (2003-2015).  Instructor at this banking school given each summer.  Topics included credit cards, micro-payments, Internet payments, stored value cards, and security.

National Item Processing, Inc. (NPI)  Customer Annual Conferences (2003-2006).  Speaker at this money order processing conference, with presentations on developments in payment services and programs for the under-banked.

BAI ID Theft and Payments Fraud (2004-2006).  Member of planning committee and speaker/workshop provider at this security-oriented conference and exhibition.

NACHA Electronic Check Conferences (2003-2005).  Member of planning committee and speaker at this conference and exhibition that focuses on various forms of electronic check processing.

IMS ExpertServices.
25| Stephen C. Mott
www.expertservices.com  |  Expert Witness  |  Trial Strategy  |  Jury Consulting  |  Graphics  |  Technology

**Stephen Craig Mott
Curriculum Vitae**

Yodlee Customer Conference (2005).  Featured presenter to this group of online banking and bill payment users.

BAI SmartTactics (2003-2005).  Speaker and workshop provider at this collection of four mini-conferences on bank auditing, risk, and channel development.

STAR Board/Users Conferences (2003, 2007, and 2011).  Presented education sessions on developments in the credit and debit card technology, security and business opportunities.

Business 2.0Live, Monterrey (2000).  Featured speaker on developing one-to-one relationships through electronic marketing.

Information Week Conference (2000).  Speaker at this computing magazine's conference on innovative IT applications.

PKS Forum/Certicom ECC Conferences (1998-2000).  Speaker/panelist on these conferences focused on encryption technologies.

CardTech/SecureTech (1996-1999).  Frequent speaker on technology developments in smart cards, biometrics, and other card technology.

FMI-Market Technics (and local FMI groups) (1999-2000). Presenter of Priceline WebHouse Club business model for buying groceries and gas online, via marketing and loyalty discounts, for pickup at POS via purpose-built payment system.

Computer World Conference, Portugal (1999).  Presented latest developments in computing in financial services at international conference.

[MasterCard Speaking Engagements and Appearances] global appearances (1995-1998).  Speaker at multiple conferences of MasterCard member banks and presenter at dozens of press conferences regarding market developments in the use of smart cards, debit cards, and electronic commerce.  Held conferences for eCommerce Advisory Council (87 member banks in 56 countries) (1996-1997).

Council for Scientific and Industrial Research (CSIR). South Africa (1991).  CSIR sponsored tour of universities and keynote speech at AI Symposium.

American Association for Artificial Intelligence (AAAI), U.S. and Europe (1987-1994).  Industry conference and exhibition on advancement of artificial intelligence computer programming techniques into mainstream computing applications.  Spoke several times on natural language processing, case-based reasoning, and AI applications in financial services.

[Computing, government, and academic conferences dealing with AI.], U.S./Europe (1987-1994).  Speaker/panelist/presenter on use of Artificial Intelligence for financial services applications, including credit card risk/fraud management, automated help-desk/customer support, money laundering payment detection, use of case-based reasoning for decision support, and use of natural language processing to

IMS ExpertServices®
www.expertservices.com  |  Expert Witness  |  Trial Strategy  |  Jury Consulting  |  Graphics  |  Technology
26| Stephen C. Mott

## Stephen Craig Mott
## Curriculum Vitae

support consumer access of computing systems, including branch banking, investment management/brokerage, and payment services.

International Communications Association, TeleCommunications Association, [and other telecommunications conferences], (1984-86).  Industry conference and exhibition.  Presented at several conferences MCI International's data communications business and promotional programs for trying international voice and data services.

**IMS** | ExpertServices.

27| Stephen C. Mott

www.expertservices.com | Expert Witness | Trial Strategy | Jury Consulting | Graphics | Technology