# Exhibit C

| Company | Director/Owner | Company Location | Director/Owner Location | Company Websites/ Descriptors | Type of Business |
|---|---|---|---|---|---|
| International Standard LTD | Anna Sinkovska | United Kingdom | France | Goodegreenbazaar.com | Production and sale of sheet music |
| Hot Robots LTD | Joachim Cohen | United Kingdom | France | Mentaldossier; osteofiles; Optoclear.net; Chirodocs.cc | Secretarial support services; Research, copy writing, data entry; pro transla |
| New Opal LTD | Nabil Hammi | United Kingdom | France | Soniclogistix.com | Logistic services for local deliveries |
| Lorry LTD | Charles Guillemetz | United Kingdom | France | Indus-distr.com; Dentalpapers.com; psypapers.com | Logistics service for local courier delivery; Ecommerce |
| Linebeck Limited | Angelique Alves | United Kingdom | France | Organikals.store | Custom skincare products |
| Johnson NYC LTD | Vanessa Benko | United Kingdom | France | Greenteacha.com | Online sales of powdered Japanese green tea |

Sourced from exhibits: GX 1001-GX 1002, GX 1151, GX 1227, GX 1265, GX 1347-GX 1348, GX 1612-GX 1616



GOVERNMENT EXHIBIT 3702 S3 20 Cr. 188 (JSR)