UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

        -against-

RUBEN WEIGAND,

              Defendant.

Case No. 1:20-cr-00188 (JSR)

(ECF Case)

## NOTICE OF FILING OF LETTER

PLEASE TAKE NOTICE that attached is a letter to the Hon. Jed S. Rakoff from Michael J. Gilbert dated March 17, 2021.

Dated: New York, New York
      March 17, 2021

DECHERT LLP

By: /s/ Michael J. Gilbert
   Michael J. Gilbert
michael.gilbert@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Tel.:(212) 698-3500 Fax:
(212) 698-3599

*Attorneys for Ruben Weigand*



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**MICHAEL J. GILBERT**

michael.gilbert@dechert.com
+1 212 698 3886  Direct
+1 212 698 0426  Fax

March 17, 2021

Hon. Jed S. Rakoff
District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Akhavan & Weigand*, No. 20-Cr-188 (Application for Lynda Larsen to Testify Remotely)

Dear Judge Rakoff:

On behalf of Defendant Ruben Weigand, the undersigned counsel respectfully requests that defense witness Lynda Larsen be allowed to testify at trial via live two-way video.  Ms. Larsen is a private investigator hired by Mr. Weigand's counsel to conduct test transactions through the Eaze website.  Counsel anticipates Ms. Larsen's direct testimony will be no longer than 45 minutes.  Ms. Larsen resides in Los Angeles, California and, thus, would have to travel in order to testify in person.  Ms. Larsen has underlying health conditions that make travel during the COVID-19 pandemic unsafe.  As the Court has noted, a defendant's constitutional right to confront a witness is not implicated where, as here, the defense calls a friendly witness.  Trial Tr. at 1731:23-1732:5 (Mar. 16, 2021).  The undersigned counsel agrees to cover all costs and arrangements associated with Ms. Larsen's testimony.

    Respectfully submitted,

                  */s/ Michael J. Gilbert*

                  Michael J. Gilbert
                  Shriram Harid
                  Steven Pellechi
                  Amy Lesperance
                  Dechert LLP
                  Three Bryant Park
                  1095 Avenue of the Americas
                  New York, New York 10036-6797



Judge Rakoff
March 17, 2021
Page 2

Michael H. Artan
Michael H. Artan, Lawyer, A Professional Corporation
1 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90071

*Attorneys for Defendant Ruben Weigand*