UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

v.

RUBEN WEIGAND,

Defendant.

CASE NO. 20-CR-188

[PROPOSED] ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JED S. RAKOFF, United States District Judge:

WHEREAS, on March 17, 2021, counsel for Defendant Ruben Weigand submitted an unopposed application to the Court to request permission for Defendant's witness Lynda Larsen to testify by live two-way video;

IT IS HEREBY ORDERED that the Court will permit Ms. Larsen to testify via live two-way video, on the condition that the Court will not take responsibility for setting up the technology, and it will be incumbent on the parties to ensure that necessary arrangements are made.

SO ORDERED.

DATED: __3/17__, 2021    By: _____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE