UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
UNITED STATES OF AMERICA,                                :  Case No. 20-cr-00188 (JSR)
                                                         :
                Plaintiffs,                       :
                                                         :  **NOTICE OF APPEARANCE**
    -against-                                         :
                                                         :
                                                         :
                                                         :
RUBEN WEIGAND                                            :
                Defendant.                        :
-------------------------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Amy Lesperance, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant Ruben Weigand, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York.
       March 18, 2021

                                                       Respectfully submitted,

                                                       DECHERT LLP

                                                       By: /s/ Amy Lesperance
                                                           Amy Lesperance
                                                     amy.lesperance@dechert.com
                                                   Three Bryant Park
                                                   1095 Avenue of the Americas
                                                   New York, New York 10036-6797
                                                   Tel.:(212) 698-3500
                                                   Fax: (212) 698-3599

                                                   *Attorney for Ruben Weigand.*