**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>HAMID AKHAVAN and RUBEN WEIGAND,<br><br>           Defendants | Case No. 20-cr-188 (JSR)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT RUBEN WEIGAND'S**
**MOTION FOR A JUDGEMENT OF ACQUITTAL**
**OR, IN THE ALTERNATIVE, A NEW TRIAL**

PLEASE TAKE NOTICE that the undersigned counsel, on behalf of defendant Ruben Weigand, upon the accompanying memorandum of law, dated April 21, 2021, will move this Court on a date and time to be designated by the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting defendant Weigand's motion for a judgement of acquittal or, in the alternative, a new trial.

PLEASE TAKE FURTHER NOTICE that by prior order of the Court, the government's opposition is due by May 12, 2021, and Mr. Weigand's reply is due by May 19, 2021. Oral argument is scheduled for May 26, 2021 at 5 p.m.

Dated:  New York, New York
       April 21, 2021

DECHERT LLP

By: */s/ Michael J. Gilbert*

Michael J. Gilbert
Shriram Harid
Steven Pellechi
Amy Lesperance
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Michael.gilbert@dechert.com
Shriram.harid@dechert.com
Steven.pellechi@dechert.com
Amy.Lesperance@dechert.com

Michael H. Artan
Michael H. Artan, Lawyer, A Professional Corporation
1 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90071
Michaelartan@yahoo.com

*Attorneys for Defendant
Ruben Weigand*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of April 2021, I electronically filed this Notice of Motion, along with the accompanying Memorandum of Law in Support of Defendant Ruben Weigand's motions for a judgement of acquittal or, in the alternative, a new trial, using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Michael J. Gilbert*
Michael J. Gilbert

*Attorney for Defendant Ruben Weigand*