# EXHIBIT B

Hannah Fiedler



Luxembourg

April 30th, 2021.

**RE: Character letter for Ruben Weigand**

To the honorable Judge Jed S. Rakoff,

My name is Hannah Fiedler, 34, born and raised in Germany and I now live in Luxemburg. I am writing this character letter for my fiancé Ruben Weigand, whom I have known as a friend for fourteen years, of which I have spent more than twelve in a happy relationship with him.

Obviously, I have known Ruben for a very significant part of my life. We were in our early 20s when we first met. We grew and developed together - as individuals and as a couple. We supported each other in our development. As his fiancé, my close connection to him may result in a slight bias; nevertheless, I feel able to provide you with a unique personal assessment of his character.

When I got to know Ruben, he worked as a technical consultant in the food industry. I stood by his side when he started his own business in 2010 as a consultant in the ecommerce payment industry. Ruben is very passionate about ecommerce. At the same time, he has a very strong desire to change the world for the better and help people to get the best out of life/ business for themselves. With this attitude to business and life, Ruben - in a very short time - has built a strong network based on trust, made a name for himself as a reliable and competent consultant and has thus been very successful in driving his business forward.

As a fiancé Ruben is the best. He is my best friend, lover and soul mate at the same time. Ruben is probably the most selfless and non-judgmental person I know. His love for me is characterized by freedom and at the same time by a deep, unconditional commitment.

From the first day of our relationship, Ruben has given me the feeling of security and safety. This includes, above all, the security of being allowed and encouraged to be the way I am and being loved for it. This enables me to see new situations and experiences as a challenge and not a threat. My immediate reaction to situations is often very impulsive. I let myself be carried away by emotions and tend to quick actions. Ruben keeps a cool head in such situations and has brought me back down to earth countless times, helping me to rise above myself even in difficult situations. At the same time, Ruben is a very empathetic person with a distinct sensitivity for the emotions and needs of others. Quite often I have the feeling that Ruben knows me better than I do and knows what is good for me before I can put it into words myself.

I enjoy having an equal partnership with Ruben, free from traditional gender roles. We respect and value each other's views and opinions. This shows in many little things in our everyday life, but also in the way we plan our life and our future: we are one team, we push forwards

together. Ruben gives me the freedom - even more - he supports me every day to develop myself both in private and business life.

I can rely on Ruben 100 percent in every situation of my life, and in our long-term relationship, I have seen that he shows this unconditional loyalty also as a brother, son, godfather, nephew and friend. It is very important to Ruben that his loved ones are well. In his care he is very sensitive, selfless and loyal. Even in the current situation of the highest personal distress, he still shows the maximum consideration for others and faithfully stands by his loved ones.

We are both absolute family people. We celebrate each birthday, Easter and Christmas together and we enjoy doing that together with as many family members as possible, as one big family. It fills me with joy and warms my heart when I see Ruben interacting with his parents' pets. He sees and treats them as part of the family and they love him for it.

I could describe many more wonderful examples of our relationship and the way Ruben loves me. Being conscious of your time and knowing you will receive many more letters and examples describing Ruben's character and his integrity, I tried to focus on the most important thing: the feeling he gives me and others.

Ruben is the love of my life. It is my sincere hope that the court takes this letter into consideration at the time of sentencing. I am available any time, if you would like to discuss Ruben's character further.

Sincerely,

*Hannah Fiedler*

Hannah Fiedler