# EXHIBIT C

| Philipp Weigand | Annabel Weigand | Natalie Weigand | Quintus Weigand |
|---|---|---|---|
| Heiligenroth Germany | Montabaur Germany | Hamburg Germany | Molsberg Germany |

April 27th, 2021.

RE: Character letter for Ruben Weigand

To the honorable Judge Jed S. Rakoff,

We, that is all four of Ruben's siblings, Philipp, Annabel, Natalie and Quintus, are writing this letter in support of our beloved brother. We are grateful for the opportunity to support Ruben in this way. Thank you for taking the time to read these lines.

Ruben is the third-born of the five of us. We all have a very good relationship with him. Despite his time consuming job, Ruben keeps in touch regularly and we see each other very frequently. When meeting up to write this letter, all of us emphasized that his opinion means a lot to us and that we all turn to him for advice on any important decision in our lives.

This past year has been extremely hard, not having Ruben around and knowing that he is going through a tough time. It is such a terrible feeling, when you cannot help the person who in turn is always there for you when you need him. The pandemic only made things worse, if possible, because we all worried so much more.

One of Ruben's truly lovable character trades is how much he enjoys seeing and making others happy. In fact, he is very creative in thinking of small favors or gifts to achieve that. We all grew up with Ruben – he has always been like this, regardless of his financial wealth or success in life. He likes to see others happy and has always had a genuine interest in supporting and helping those close to him.

It is hard to pick examples of Ruben's good deeds in the past and we already named a few in the letters for his bail. Instead, this time, we would like to share with you some situations during this past year when Ruben has truly been missed so much. We hope that this will give you an idea of his character:

- As a family, we have implemented quite a few "traditions" apart from the official holidays like Easter or Christmas. Actually, Ruben has initiated most of these traditions and we have all grown fond of them over the years.
One example is our yearly "summer party" on the last weekend in August, when we celebrate three family birthdays (mom, Natalie and Quintus) and invite all family and friends. Despite corona and with precautions, it would have been possible to organize this

summer party in 2020, but we did not. All of us agreed that we could not enjoy it without Ruben being there.

Another tradition has developed around our dad's birthday in June; every year, we organize a family wine tasting weekend. This too was cancelled in 2020. It did not feel right to do this without Ruben. By coincidence, your ruling is set to take place on June, 18th – our dad's 70th birthday. There is only one thing we all wish for -

- **Philipp:** I am the oldest one of us siblings, and about 5 years older than Ruben. Although, growing older, we may not spend as much time together and do not talk as much as we used to, Ruben and I have a very good relationship and I know that he is genuinely helpful and very reliable. I still turn to him for advice and he is always just a phone call away in case I need him. Ruben and Hannah are usually the ones making sure that I participate in and get a lift to any family occasion, since I don't have a car at the moment. I enjoy spending time with them and very much hope to see them together again as soon as possible.

- **Annabel:** In March 2020, my boyfriend had an accident when hacking wood. An axe went deep into his leg and I had to take him to the hospital. Because of the pandemic, I was not allowed to accompany him inside. I had to drop off my boyfriend outside the hospital and had to wait there clueless for 2 hours before I found out that he had been in surgery. They fixed his leg with 24 stiches. I was really afraid and very nervous the whole time. One of the first people I wanted to call was my brother Ruben. If he had been close by, he would have been there with me right away. For sure, he would have calmed me, told me not to worry and that things will turn out all right. He has the strong belief that any situation can be solved and the final outcome will be positive. Lucky us, the bone was not damaged and the cut healed pretty well.

- **Natalie:** My boyfriend and I decided to buy a house together this past year and move to the countryside – a life changing decision that I would have loved to share and discuss with Ruben. I would have wanted to know his thoughts and opinion and to show him the houses we looked at – after you granted his bail, I could at least share pictures and talk to him, but I really missed being able to share this with him while we were looking.
In addition, I am currently 7 months pregnant and expecting a baby girl in August. When I told my family and Ruben (via Zoom) around Christmas, he was so happy for me. I miss having him around especially during this special time of pregnancy, but what I wish for the most is that my baby girl gets to meet her uncle as soon as possible. He is so wonderful with kids and I know that he will be a strong shoulder for her to lean and rely on, just like he has always been for me.

- **Quintus:** Even though we are a big family, Ruben has had the biggest impact on my development as a human being, both personally and professionally. He has and always will be one of my greatest role models. Even though we are 11 years apart, as long as I can remember, since I was little, if I wanted to, he would take me with him where ever he was going. Ruben supported me and helped me when- and wherever possible. After graduating from school, he encouraged me to do an apprenticeship. Why? Because I would learn life skills and lessons that I will need later on, he said. After successfully completing that, I

was really done with school. And again, Ruben encouraged me to go to University and get myself a proper education. I really did not like it at the time, but looking back at it now, it was one of the best decisions I have ever made. And Ruben helped me do it. He has never let me down; he sticks to his word and constantly encourages and pushes me to do better. I could not wish for a better big brother. That is why the news of him getting arrested last year, the uncertainty of what was going on within the first few weeks and the arraignment from which I learned what he was accused of, were probably the worst news I ever received in my life. The months to follow, not being able to communicate properly, him getting sick in prison and us not knowing what was going on at all for over a week, were hell. It is really hard for me to pick specific situations or examples of him missing in the past year. Under normal circumstances, I see Ruben at least every other week, we communicate daily and I tell him pretty much everything important that is going on in my life and ask him on his opinion on big decisions. Dear honorable Judge Rakoff, I hope the words our family and friends write to you help you understand what type of person my brother Ruben is and that he would never intentionally harm anything or anyone. Please let him come home.

Thank you for reading our letter. We hope that we were able to show what Ruben is like and how much he cares for everyone around him. We hope that our letter may even have an impact on your decision to send our brother back home to us as soon as possible.

Very truly yours,

Philipp Weigand

Annabel Weigand

Natalie Weigand

Quintus Weigand