# EXHIBIT D

Ute Rahmann-Fiedler
███████████
███████ Dernbach
███████████

April 22nd, 2021.

**RE: Character letter for Ruben Weigand**

To the honorable Judge Jed S. Rakoff,

My husband and I write this letter in support of Ruben Weigand, the fiancé of our daughter Hannah Fiedler.

My name is Ute Rahmann-Fiedler (64 years old) and my husband is Michael Fiedler (67 years old). We have two daughters (Hannah, age 34, and Sonja, age 32). While I am a psychotherapist, specialized in treating traumatized patients, my husband recently retired from his position as a biology and ecology expert responsible for federal waterways of Germany. Since he retired in early 2020, he volunteers for a charity called "Tafel", that distributes soon-to-expire groceries from supermarkets to people in need.

Please allow us to show you another side of Ruben to add to the portrayal of him in the courtroom. We know the private Ruben, how he is as the "son-in-law", the friend, and our daughter's fiancé. And we have known him for 13 years, during which we have experienced him as caring, friendly, and an overall positive person.

Let me tell you about only one instance of care and generosity, for which Ruben is known. In the winter of 2019, my sister's car (Susanne Ortseifen, 63 years old, social worker in a clinic) had an engine failure. From one day to the other she had to switch to the very limited public transport in the rural area she lives in. My sister had two hip replacements and painful arthritis in other joints, so this inconvenience became a heavy burden. The search for a new used car dragged on unsuccessfully for weeks, while my sister's health suffered.
When Ruben casually heard about this from our daughter Hannah, he immediately consulted with the family regarding requirements of the car. Within just one week he showed up with a car and presented it to my sister - keys in the ignition for her to drive off. For my sister, this was an overwhelming surprise and a great relief that got her out of a very difficult situation.

We, too, have had the pleasure of enjoying his big-heartedness and creative way of helping us and enriching our lives and are very grateful for that.

We hope, the court will take our letter regarding our to-be son-in-law Ruben into consideration at the time of making a decision regarding sentencing.

Sincerely,

*[signature]*                         *[signature]*

Ute Rahmann-Fiedler                  Dr. Michael Fiedler