# EXHIBIT E

Max Ortseifen

Bad Ems

April 30th, 2021

**RE: Character letter for Ruben Weigand**

To the honorable Judge Jed S. Rakoff,

I am writing this letter in support of my family member Ruben Weigand.

My name is Max Ortseifen, I am 27 years old and I live in Bad Ems, Germany. I currently work in online retail and study Digital Business Management in Hamburg part-time.

Ruben is the beloved partner of my cousin Hannah Fiedler and I have known him for about 10 years now. Over the years he went from being a distant acquaintance to a real family member for me.

Ruben is not the kind of person who just listens and is present, but a person who has taken on each family member's personal situation from the heart.

As an example, during my teenage orientation phase, he often inspired me to do the job I do today through intense conversations, very helpful advice, and many of his experiences as an entrepreneur. At that time I didn't know where my life path would lead me and Ruben was a reason for me to follow the innovative and future-oriented path that I am following today. Whenever there were emergencies among friends or family, Ruben was the first to help.

A few years ago when I was 18, I was on my way home by car with my brother from a long trip and in the middle of the night on a deserted country road, our gas tank went empty. We had nothing but our phone with us and called Ruben. He helped us get back home in the middle of the night.

There are countless situations in which Ruben has enriched my life and that of my family with his warm-heartedness, helpfulness and selflessness.

I couldn't believe it when I heard what situation Ruben is in right now and I hope that with this letter I can do something good for him in this difficult time, just as he has always done good for his fellow men in every situation.


Sincerely,
Max Ortseifen

*M. Ortseifen*