# EXHIBIT F

Susanne Ortseifen

Fachbach

May 4th, 2021.

**RE: Character letter for Ruben Weigand**

Dear Judge Jed S. Rakoff,

I write this letter in support of Ruben Weigand, the partner of my niece Hannah Fiedler. My name is Susanne Ortseifen and my profession is social working in a rehabilitation center.

I got to now Ruben as an empathetic man, who acts responsible and cares for his family, friends and fellow men.

As a mother, I was particularly pleased that Ruben gave my youngest son Christoph great support in building up his own business. Christoph could benefit greatly from the experience of his role model Ruben and was grateful for his valuable advice.
It is very characteristic for Ruben that he has a very fine sense for the concerns, worries and needs of his fellow human beings and offers empathetic and selfless activ support. I have experienced several times how his large circle of friends appreciates him for this character trait.

I am glad to see my niece in partnership with such a kind partner. My whole family is looking forward to Ruben`s swift return.

I hope the court will take my letter into consideration at time of making a decision regarding sentencing for my friend Ruben Weigand.

Sincerely,

*Susanne Ortseifen*

Susanne Ortseifen