# EXHIBIT G



Julia Reimers
█████  Bonn, Germany

████████████████████

April 29th, 2021

**RE: Character letter for Ruben Weigand**

Dear Judge Jed S. Rakoff, your Honor,

I hope this letter finds you well. My name is Julia Reimers, I work as a consultant in rural development and agri-food policy in international development cooperation and as a researcher and PhD student for sustainability in agri-food systems at the University of Hohenheim. I was asked by Rubens' girlfriend and family to write this character letter, which I gladly agreed to, and I thank you very much in advance for kindly finding the time to read it.

I have known Ruben almost all my life. I think the first time we properly met was during a cycling camp when I was 14 years old. I went to school with his little sister, Natalie, and both of them went to the tour. We have been friends ever since.

Ruben and I may not share the same friends or taste in music, art or literature, we live in different cities and have ever since we both left our parents' homes in the beautiful rural region of Westerwald. What we do share is a strong commitment for (our) friendship and a deep appreciation for old fashioned values such as loyalty, friendship, honesty, reliability and generosity. I always know that wherever in the world I might run into a serious problem Ruben would be the first to call, even though we may not have spoken for months. And I do not write that just because Ruben may have a larger budget than most of my friends, I write it because it would be true even if he had the lowest. To my knowledge, caring about the well-being of a friend was also the reason Ruben even took the detour via L.A. to Costa Rica.

I could give you numerous examples for the quality of his character, but I picked one that meant a lot to me, even though it may seem small to others: When I celebrated my 30th birthday camping in the middle of nowhere with more than a 100 friends and close acquaintances, Ruben was one of the only ones who brought a massive amount of homemade chocolate cookies for everyone and boxes full of good quality wine to contribute and to support me, without anyone but me noticing. When friends of his became unemployed or struggled, he just took them in and gave them purpose again, regardless of their qualification. I always admired that. And it didn't surprise me that during his arrest in New York, he has made friends with his guards who brought him a birthday cake or try to cheer him up when he struggles. He never judges people as long as they treat others with respect.

As both my mother and father used to be judges, I was raised with a certain sense for justice, considering all sides and perspectives of a situation (which, I admit, was sometimes kind of annoying being a child). Due to my work in and on politics, roles, procedures and public expectations are not strange to me. However, the fact that Ruben had to wait a whole year for a trial, a year within which he met not a single person that he actually cares about, a year in which

he did not get even a single friendly touch, almost broke my heart. I am glad that Ruben is one of the strongest characters I know. After only one day of despair, he somehow managed to try and be positive again, being a leading example to all his friends who suffer from his absence.

When you work out his sentence during the days to come, I would kindly like to ask you to consider the quality of Rubens' character and to not get overwhelmed by media reports that sometimes try to create connections where no connections are to be found.

I thank you very much for your time reading and considering my letter. I hope it gave you some inside of what Ruben means to me but also to his friends and family, beyond of what can be read in papers or files. Should you have any questions please feel free to contact me any time.

With best regards,

Julia N. Reimers