# EXHIBIT H

Bobby Thekkekara

███████████

Il-Furjana

Malta

████████████████████████

May 7th, 2021.

Dear Judge Rakoff,

My name is Bobby Thekkekara and I am one of Ruben's oldest friends. We grew up together.

A few month before, I have also written a letter for the bail application. I would highly appreciate if you could also consider this letter when it comes to sentencing.

As mentioned, Ruben and I have known each other since we were 16 years old and I want to tell you a story about him as a teenager, which fascinated me. He had a great-uncle named Paul who was 83 years old at the time, physically challenged and fragile.

Ruben made it his mission to take this elderly gentleman out every Sunday over many years. It was a priority for Ruben so that he regularly emphasized on Saturday evenings that he had to be fit for his great-uncle Paul and therefore went home early. I would say that great-uncle Paul and Ruben had a special friendship.

As a registered nurse myself I know very well what it means to take care of the elderly and what effort is involved in taking a person with such a high degree of immobility out every weekend. Since Ruben has no knowledge of nursing and medicine, this effort was even more valuable.

I had read once: A good society can be recognized by how it deals with the weakest among them. In that sense, Ruben is a very civilized person and a positive enrichment for his immediate environment and for society. He is one of those friends who consciously have a high degree of social responsibility back into society.

There are a number of examples that reflect exactly who he is as a person. Also, Ruben is always one of the first people when there is a need and always tries to find a solution.

If I were to describe him, he is a young, helpful and harmonious person. He is always surrounded by his family and friends even when time is short. The circle of his friends grows but no one leaves. He is gregarious and takes people in with open arms. Going with the motto "happiness is only real when you shared it".

I see Ruben as a great enrichment in my life, as a friend and brother.

Please consider this letter for Ruben and his character in sentencing.

Yours faithfully,

_____
Bobby Thekkekara