# EXHIBIT J

Dan Steven Kuhlmann
 Laufenburg
Germany

April 6, 2021

**RE: Character letter for Ruben Weigand**

To The Honorable Judge Rakoff;

I am writing on behalf of my best friend Ruben Weigand and to attest to his good character. My name is Dan Steven Kuhlmann, married and father of a 7 year old daughter. Ruben and I have known and been friends for more than 22 years when we met in our hometown. Today, our lives are geographically apart with me living in southern Germany and working as a commercial airline pilot in Switzerland. Yet, he is still my closest friend who I will vouch for. Please take my word only as an example for the many friends he still has kept in touch and good standing with since school days.

Shocked by the indictment and the jury's verdict, I want to show you the Ruben Weigand I know in the hopes the court will show some leniency.

Respecting your time, please allow me to just give you two instances of Ruben's generous gestures (of which there were many more). In 2010 and on very short notice I was offered a job in Switzerland. Nervous about uprooting and emigrating, I was unsure if this was the right move for me. All I had to do was call Ruben who not only gave me a new perspective but also took away my fear about the distance and the potential loss of friendships. With Ruben, actions speak. He rented a van and helped me move to Switzerland. And in the following years he made sure to visit and keep in touch. His clear advice helped me more than anything else to find my way around this time. Ruben never demanded a consideration and was always by my side as a friend at all times.
Our friendship got even closer despite the distance. So close that, when I proposed to my then girlfriend in Ft. Lauderdale, FL, he was the first person I called because I wanted him to be my best man and not only my best friend. This choice should be carefully considered, it is a choice for life. Despite the time difference, he answered my call. Since, he has become a family friend and not only mine. My wife and my daughter consider him family and Ruben still considers the title of best man as an ongoing duty. When life got hard, he was there as a confidant and counsellor, and always acted in the best interest of my small family. I couldn't imagine a better person. He visited me and my family many times in our home. It was significant to me that he had immediately conquered the heart of my little daughter. This showed me once again that Ruben really cares about his fellow human beings and is not only a good friend for me.

There's only one person I can call at any time if I have a problem. And who I know that will get in the car right away. I firmly believe that you only get such a friend once in your life.

Ruben is a person in my life where I don't want to imagine not having such a person. More about it. Even more: He's a friend you need in your life.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I believe Ruben to be an honorable individual, a valuable member of my life, and a good human being.

Sincerely,

Dan Steven Kuhlmann