# EXHIBIT K

Renaud Kieffer



Septfontaines

May 15, 2021

**RE: Character letter for Ruben Weigand**

To the honorable Judge Jed S. Rakoff,

My name is Renaud Kieffer. I am 37 years old, Engineer, born and raised in Luxembourg. I am writing this letter in support of M. Ruben Weigand. Ruben and myself have been close friends these last 5 years. I am the co-founder of a young start-up in Luxembourg, a Private Members Club in which we share classic cars and organize road-trips and social events together. I met Ruben when he became a member of our Club in 2017 and joined us on multiple road-trips to the Champagne Region and the Alps.

Over the years Ruben has proven to be a very compassionate and reliable friend. He has supported me and my partner Marie throughout the ups and downs of entrepreneurship and has always been there for us as a friend when we were going through hard times.

My partner Marie lost her father at a relatively young age not long before we started our business. Thus she regularly spend time away to take care of her mother living in France, a six hours drive away. During those times I was left to take care of our business on my own and Ruben always came over to help me as long as he was not travelling himself. He never asked for anything in return. He has been a blessing for the survival and development of our Club.

It goes without saying that our little community of classic car friends misses Ruben. On a personal note I dearly miss him as a friend and I hope the court will take this letter into consideration at the time of making a decision regarding sentencing.

I kindly thank you for the opportunity to write about my friend Ruben. I remain available for any follow-up questions or clarifications.

Yours sincerely,

Renaud Kieffer