# EXHIBIT L



www.budasecurity.com

**BUDA SECURITY INC.**

New York, NY 10017
Tel: 212.984.1066
Ops: 212.362.7710

June 6, 2021

To whom it may concern;

My name is Thomas Buda, owner of the security company responsible to enforce the Court's home confinement order for Mr. Ruben Weigand. I am currently a CJA certified Private Investigator, a retired NYPD Detective 2nd Grade with over half of my career in an FBI Task Force working with the US Attorney's office, a 22 year veteran of the US Navy Reserves retiring as a Chief Petty Officer in security and intelligence and recently retired after 12 years as a Senior Advisor to the Ambassador to the UN at the US Dept of State.

I'm writing this letter to the Court to communicate my experiences with Mr. Weigand and that of my team. I observed and received daily reports on his activities and behavior while in our custody. Mr. Weigand has been professional, kind, humble and respectful to our team, to the rules of the Federal Court and to the rules set by Pre-Trial Services. Mr. Weigand has not broken one rule since he has been in our custody. After all of these years in public service, I believe Mr. Weigand is a person of good character and respectful.

During his home confinement, Mr. Weigand spent every day working with and speaking with his family. We've all gotten to know him very well. Mr. Weigand values his family and his Fiancée above all else. We have all tried our best to give him his privacy and still follow the directives of the court. At no time did he ever seem resentful of the court, the government, or any officer of the court. He's always remained as positive as possible. Everyone in my team understands the situation and all are experienced law enforcement professionals. We all hope and pray that he is able to be reunited with his family as soon as possible and that he can put this ordeal behind him.

I would like to thank the Court for giving us the opportunity to share our experiences.

Very Respectfully,

*[signature]*

Thomas J. Buda