# EXHIBIT M

Damien Fils-Aime'

Brooklyn, NY 11229

May 12, 2021

To Whom It May Concern,

    Good afternoon. Thank you in advance for allowing me to address the Court in regards to Mr. Ruben Weigand. A few months ago I wrote a letter on behalf of Mr. Weigand once he was convicted. The purpose of that letter was to ask the Court to allow him to remain in his apartment until sentencing. That day is upon us and I'm writing to you again, this time with your decision carrying so much more weight and meaning.

    Straightforward, Ruben is my friend. I want to establish that from the beginning. Please understand that in any job I perform, I'm a professional and handle the task that is given to me. At no time did I let my friendship with Mr. Weigand interfere with the ability to do my job in a professional manner. That being said, I want to take this opportunity to express my opinion about Mr. Weigand.

    I was a Police Officer for twenty-one years in the NYPD. I experienced the highs and lows of the job and have come into contact with all types of people, both good and bad. In my experience, I have become an excellent judge of character. I first met Mr. Weigand when I was assigned to guard him in October of 2020. Despite the circumstances of his arrest and subsequent house arrest until trial, I found him to be friendly and respectful.

    As is the case with myself and any of my colleagues assigned to the detail, it was natural to strike up a bond with Mr. Weigand. As per his bail agreement, he was confined to his apartment twenty-four hours a day, seven days a week. We spent this time talking about a variety of subjects which included: food, sports, traveling, life and family. This last subject is what's most important to Ruben. He values the relationships he has with his parents, siblings, fiancée, and friends more than anything. I can see it when he Facetime's them, that love and support they have for each other.

    This speaks volumes as to who he is as a person. To be able to not only carry that bond after fourteen months in another country away from his family, but to strengthen this bond is a testament to who he is as a person. When I go to work now, I don't tell my family that I'm headed to work. I say that I'm going to Ruben's. My wife and children know his name and refer to him as such.

    Your Honor, I'm not in a position to advise or suggest what sentence to hand down. I can only say that he misses his family tremendously, and they miss him just as much. This is a good man and the world would benefit more with him as an active member participating in it then being confined for any length of time either in prison or under house arrest. I ask that if you can please weigh the crime he was convicted of against all the ills of society that plague us today and allow Ruben to go home to his family. After everything is stripped away, that is all we truly have in life. Thank you for your time and consideration.

Thank you,

*Damien Fil[signature]*

Damien C. Fils-Aime'