# EXHIBIT N



www.budasecurity.com

**BUDA SECURITY INC.**

New York, NY 10017
Tel: 212.984.1066
Ops: 212.362.7710

May 21, 2021

To Whom It May Concern,

My name is Tammy Weisberg, I am a retired New York City Correction Officer and New York City Police Detective with over 25 plus years of law enforcement experience. I have worked executive protection and risk management for over two decades.

I am addressing the courts in regards to the sentencing phase for Mr. Weigand and to give insight as to his character that I have experienced over the last 9 months, being the team leader of his security detail.

I was asked by the security company to protect and to enforce the home confinement of Mr. Weigand back in October 2020. I have been with Mr. Weigand since his Madison Avenue apartment and then transitioned over with him to ▇▇▇▇▇▇▇▇.

Mr. Weigand has been nothing but a gentleman, kind and is very respectful and knowledgeable. Mr. Weigand has not given us any indicator of being a flight risk or has breached any security protocol that was set forth by his security detail. Mr. Weigand and myself have walked to his lawyers office and to court, we have talked about travel, family, food and fitness. His love for his fiancée, Hannah and his family who support him is incredible. There are daily zoom calls, where he prepares dinner and eats with his family and they have movie or family gatherings so he doesn't miss out. We even called this cooking with Ruben. Mr. Weigand started a fitness regimen back in January to eat better and get fit. This got him whipping up delicious meals which he always offered to share with his security detail. I have spent numerous holidays with Mr. Weigand and have introduced him to many American customs and food. He has shown nothing but respect and gratitude to his security detail. He knows each and every one of us and asks how we are and how our families are and if we need anything.

When he expressed interest in being vaccinated, we made those arrangements with the permission of the Court. He was extremely grateful and thanked us so much for making it easy and stress free.

Mr. Weigand has complied with all that has been asked of him by the courts and pretrial services without hesitation. In my opinion, Mr. Weigand has so much more to give to this world than to be confined to prison. I can see Mr. Weigand giving back to society especially now with the world being so upside down. He has the support back home in Germany and can make a difference if given the opportunity to show the courts.

Thank you for your consideration in this matter,

Tammy Weisberg