```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   20-cr-188 (JSR)
           -v-                      :
                                    :   ORDER
HAMID AKHAVAN & RUBEN WEIGAND,      :
                                    :
     Defendants.                    :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The defendants' motions for judgment of acquittal or, in the alternative, for a new trial, ECF Nos. 259 & 300, are denied. The Court will issue an opinion setting forth the reasons for this ruling by July 2, 2021.

Dated:  New York, NY
        June 18, 2021

_____
JED S. RAKOFF, U.S.D.J.

1