Criminal Notice of Appeal - Form A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2021
```

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

United States v.

Ruben Weigand

Docket No.: 1:20-cr-00188-JSR

Hon. Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Ruben Weigand appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on 6/30/2021, 7/2/2021, 7/7/2021.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   | trial [✓] | N/A [ ]

Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]

Date of sentence: June 18, 2021   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Michael H. Artan |
| Counsel's Address: | One Wilshire Blvd., Suite 2200 |
| | Los Angeles, CA 90017 |
| Counsel's Phone: | (213) 688-0370 |
| Assistant U.S. Attorney: | Tara LaMorte, Nicholas Folly, Emily Deininger |
| AUSA's Address: | One Saint Andrews Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-1041 |

Signature

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>v.<br>RUBEN WEIGAND,<br>   Defendant. | Case No.: 1:20-cr-00188-JSR |

## NOTICE OF APPEAL BY DEFENDANT RUBEN WEIGAND

Pursuant to Federal Rules of Appellate Procedure 3 and 4(b)(l)(A)(i), Defendant Ruben Weigand appeals his conviction, sentence and order of forfeiture in the United States District Court for the Southern District of New York. The defendant was convicted by a jury on March 24, 2021, and the verdict was entered on the docket on March 26, 2021 (ECF 247). On June 18, 2021, the Court denied Mr. Weigand's motions for acquittal or, in the alternative, for a new trial (ECF 321); with an Opinion entered on July 2, 2021 (ECF 332). The sentence was imposed orally on June 18, 2021. A Judgment was entered on June 30, 2021 (ECF 324); an Amended Judgment was entered on July 1, 2021 (ECF 325); and a Second Amended Judgment was entered on July 7, 2021 (ECF 334). Appeal is taken to the United States Court of Appeals for the Second Circuit as to all effective Judgments and underlying rulings supporting these Judgments.

July 7, 2021

Respectfully submitted,

Michael H. Artan
One Wilshire Boulevard, Suite 2200
Los Angeles, CA 90017
Telephone: (213) 688-0370
Fax: (213) 627-9201
Email: michaelartan@yahoo.com