UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
:
UNITED STATES OF AMERICA,   :
:   3 20-cr-188 (JSR)
Plaintiff,    :
:          ORDER
-v-       :
:
RUBEN WEIGAND, *et al.*,    :
:
Defendants.   :
:
------------------------------x

JED S. RAKOFF, U.S.D.J.

WHEREAS, this Court's Second Amended Judgment dated July 6, 2021, ECF No. 334, provided that Defendant Ruben Weigand ("Weigand") "shall surrender for service of sentence at the institution designated by the Bureau of Prisons" by August 2, 2021;

WHEREAS, pursuant to the Second Amended Judgment, Weigand timely surrendered for service of his sentence at FCI Allenwood on August 2, 2021;

WHEREAS, Weigand's passport is currently in the possession of Pretrial Services in the Southern District of New York;

WHEREAS, for purposes of bail and pursuant to this Court's Opinion and Order dated October 6, 2020, Weigand signed "a $3 million personal recognizance bond secured by $470,000 in cash collateral provided by Weigand's close friends and family" (ECF No. 112);

WHEREAS, Weigand has been compliant with the bail conditions set forth in this Court's Opinion and Order dated October 6, 2020 (ECF No. 112);

WHEREAS, Federal Rule of Criminal Procedure 46(g) provides, in relevant part, that "[t]he court must exonerate the surety and release any bail when a bond condition has been satisfied" and that "[t]he court must exonerate a surety who deposits cash in the amount of the bond or timely surrenders the defendant into custody;"

IT IS HEREBY ORDERED that:

- Pretrial Services shall promptly release Weigand's passport to his counsel, Michael J. Gilbert; and
- Weigand's bail bond and all accompanying conditions shall be exonerated and the $470,000 in cash collateral provided by co-signers shall be released to them.

SO ORDERED.

Dated:  New York, NY
        August 6, 2021

_____
JED S. RAKOFF, U.S.D.J.