AUDREY STRAUSS
United States Attorney for the
Southern District of New York
BY: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.: (212) 637-2717



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                        Plaintiff,

                 - v. -

RUBEN WEIGAND,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

           **SATISFACTION OF JUDGMENT**

           20 CR 00188-01 (JSR)

SOUTHERN DISTRICT OF NEW YORK

        Satisfaction is acknowledged between United States of America, plaintiff, and
Ruben Weigand, defendant, for the fine/restitution in the amount of $50,000.00 and the special
assessment in the amount of $100.00 amounting in all to the sum of $50,100.00.  Judgment
entered in the Judgment Book of the United States District Court for the Southern District of
New York on the 1st day of July, 2021.

                         AUDREY STRAUSS
                         United States Attorney for the
                         Southern District of New York

By: _____
                         JOHN E. GURA, JR.
                         Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

        On the 30th day of September, 2021 before me personally came JOHN E. GURA,
JR., Assistant United States Attorney for the Southern District of New York, personally known to
me or proved to me on the basis of satisfactory evidence, to be the individual whose name is
subscribed to, in the within instrument and acknowledged to me that he executed the same in his
capacity, and that by his signature on the instrument, the individual or the person upon behalf of
which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

           HERMAN AMOS JR.
       Notary Public, State of New York
           No. 31-4961366
        Qualified in New York County
     Commission Expires Feb. 5, 2022

ORIGINAL